IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>-- against –<br><br>**TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,**<br><br>                              **Defendants.** | Civil Action No. 4:13-CV-416 |

**APPENDIX IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR
AN ORDER TO SHOW CAUSE, ASSET FREEZE, AND OTHER ANCILLARY RELIEF**

JESSICA B. MAGEE
Lead Attorney
Texas Bar No. 24037757
Matthew J. Gulde
Illinois Bar No. 6272325
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Ph:  (817) 978.6465
MageeJ@sec.gov

Of Counsel:

Andrew M. Calamari* (CalamariA@sec.gov)
Valerie A. Szczepanik* (SzczepanikV@sec.gov)
Philip Moustakis* (MoustakisP@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 World Financial Center
New York, NY 10281-1022
Ph:  (212) 336.0542

*not admitted in the E.D. Tex.