# EXHIBIT 1



# UNITED STATES OF AMERICA
### SECURITIES AND EXCHANGE COMMISSION

## ATTESTATION

I HEREBY ATTEST

*that:*

*A diligent search has this day been made of the records and files of this Commission and the records and files do not disclose that any registration statements have been received in this Commission, under the name of Bitcoin Savings & Trust, pursuant to the provisions of any of the Acts administered by the Commission.*

on file in this Commission

June 3, 2013
_____
Date

Aimée Primeaux, Branch Chief



It is hereby certified that the Secretary of the U.S. Securities and Exchange Commission, Washington, DC, which Commission was created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et seq.) is official custodian of the records and files of said Commission, and all records and files created or established by the Federal Trade Commission pursuant to the provisions of the Securities Act of 1933 and transferred to this Commission in accordance with Section 210 of the Securities Exchange Act of 1934, and was such official custodian at the time of executing the above attestation, and that he/she, and persons holding the positions of Deputy Secretary, Assistant Director, Records Officer, Branch Chief of Records Management, and the Program Analyst for the Records Officer, or anyone of them, are authorized to execute the above attestation.

For the Commission

Elizabeth M. Murphy
_____
Secretary

SEC 334 (9-12)



# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

# ATTESTATION

I HEREBY ATTEST

*that:*
*A diligent search has this day been made of the records and files of this*
*Commission and the records and files do not disclose that any registration*
*statements have been received in this Commission, under the names of First*
*Pirate Savings & Trust or First Pirate Savings, pursuant to the provisions of*
*any of the Acts administered by the Commission.*

on file in this Commission

June 3, 2013
_____
Date

Aimée Primeaux, Branch Chief



It is hereby certified that the Secretary of the U.S. Securities and
Exchange Commission, Washington, DC, which Commission was
created by the Securities Exchange Act of 1934 (15 U.S.C. 78a et
seq.) is official custodian of the records and files of said Commission,
and all records and files created or established by the Federal Trade
Commission pursuant to the provisions of the Securities Act of 1933 and
transferred to this Commission in accordance with Section 210 of the
Securities Exchange Act of 1934, and was such official custodian at the
time of executing the above attestation, and that he/she, and persons
holding the positions of Deputy Secretary, Assistant Director, Records
Officer, Branch Chief of Records Management, and the Program Analyst
for the Records Officer, or anyone of them, are authorized to execute
the above attestation.

For the Commission

Elizabeth M. Murphy
_____
Secretary