# EXHIBIT A



**EXPENSES & DISTRIBUTIONS**

**BTCST INVESTOR ACCOUNTS**
(9/19/11 - 8/21/12)

**700,467 BTC**
193,319 (NET)
**507,148 BTC**

Mined BTC (9/12/11 - 8/24/12)   23,469 BTC

**TRENDON T. SHAVERS & BITCOIN SAVINGS AND TRUST TRANSACTIONS**
(7/23/11 - 8/26/12)

Other   $84.200

Other   $64.96

**SHAVERS' CHECKING ACCOUNT**
Woodforest Nat'l Bank
(3/6/12 - 10/10/12)

**SHAVERS' PAYPAL ACCOUNT**
(7/27/11 -1/15/13)

$14,279

$96,164
(Note: Distributions exceed deposits because some deposits were made before 7/27/11)

| | |
|---|---:|
| Debit Card Retail Purchases *(Primarily large purchases at Kroger and Walmart, Enterprise Car Rental, restaurants, movies, auto merchandise, day spas, and various retail stores)* | 77,643 |
| Payments to GPUMAX Associate | 2,301 |
| Payments to Others | 14,441 |
| ATM & Other Withdrawals | 1,346 |
| Miscellaneous | 433 |
| | **$ 96,164** |

**Unidentified Sources or Recipients**

150,092 BTC
285,384 BTC
23,164 BTC
15,006 BTC

150.649 BTC   69.153 BTC

**SHAVERS' MT. GOX ACCOUNT**
(7/27/11 - 9/5/12)

$10,000

$72,772

$9,775

$153,502

**SHAVERS' DWOLLA ACCOUNT**
(1/12/12 - 8/13/12)

$7,855

**SHAVERS' PRE-PAID CREDIT CARD**
AccountNow

$132,289

$153,502

| | |
|---|---:|
| Checks/M.O.s - Payee Unknown | 30,300 |
| Autos & Related Expenses | 25,913 |
| Casino | 14,773 |
| Restaurants | 11,229 |
| Groceries/Gas | 11,152 |
| Payments to Individuals | 21,000 |
| Rent for Residence | 7,804 |
| Retail Purchases | 5,264 |
| ATM Withdrawals | 4,918 |
| Entertainment/Games | 4,510 |
| Phone/Internet/TV | 3,237 |
| Travel | 2,961 |
| Utilities | 2,076 |
| Credit Card Payments | 1,010 |
| Motion Resources LLC | 824 |
| Misc./Other | 6,531 |
| | **$ 153,502** |

$17,656
(528,010 sent net of $10,354 received)
3,451 BTC
(3,751 sent net of 300 received)

**Unidentified Mt. Gox Accounts**

Other   $6,934

**86,202 Net BTC Sold**
(875,425 sells less 789,223 net buys after 2,102 in fees)

**$164,758 Proceeds**
($6,083,245 sells; $5,902,425 buys; $16,062 sell fees)

Other   $8,000

$4,813

**TRADING ACTIVITY**
$USD P&L (Avg. Price Basis)
Proceeds on Deposited BTC Sold: $599,009
Net Trading Losses: $434,251
**Net Proceeds = $164,758**

**GPUMAX DWOLLA ACCOUNT**
(2/2/12 - 8/13/12)

$12,813

**GPUMAX BANK ACCOUNT**
Northstar Bank

$53,597

| | |
|---|---:|
| Payments to Individuals | 31,220 |
| Payments to GPUMAX Associates | 17,364 |
| Payment to Car Dealership | 5,000 |
| Fees/Misc | 14 |
| | **$ 53,597** |

Legend:   BTC   $USD