# EXHIBIT B

## TRENDON T. SHAVERS & BITCOIN SAVINGS AND TRUST BITCOIN TRANSACTIONS

### Month-By-Month Analysis
(All Figures in Bitcoin)

| MONTH/YEAR | BITCOIN RECEIVED ||||| BITCOIN SENT |||| CUMULATIVE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Investors | Mt. Gox | Unidentified Sources | Mined | Total - All Sources | Investors | Mt. Gox | Unidentified Recipients | Total - All Recipients | |
| August 2011 | | | 180 | | 180 | | -17 | -147 | -164 | 16 |
| September 2011 | 560 | 30 | 569 | 2 | 1,160 | -29 | -430 | -699 | -1,158 | 19 |
| October 2011 | 325 | 61 | 546 | | 932 | -28 | | -923 | -951 | 0 |
| November 2011 | 3,290 | 56 | 1,553 | | 4,899 | -553 | -400 | -3,945 | -4,897 | 2 |
| December 2011 | 6,429 | | 5,977 | | 12,406 | -1,959 | -800 | -7,492 | -10,251 | 2,156 |
| January 2012 | 15,998 | 262 | 10,794 | 2 | 27,057 | -5,040 | -10,878 | -11,519 | -27,436 | 1,777 |
| February 2012 | 33,549 | | 8,856 | 4 | 42,409 | -8,612 | -20,621 | -14,603 | -43,835 | 350 |
| March 2012 | 36,297 | 2,397 | 9,235 | 1 | 47,930 | -19,362 | -9,500 | -17,370 | -46,231 | 2,049 |
| April 2012 | 53,910 | 5,797 | 13,692 | 2,185 | 75,584 | -32,737 | -17,600 | -26,572 | -76,910 | 723 |
| May 2012 | 133,130 | 6,585 | 28,211 | 10,260 | 178,187 | -94,822 | -26,503 | -46,526 | -167,852 | 11,058 |
| June 2012 | 155,651 | | 25,282 | 4,750 | 185,683 | -100,178 | -13,000 | -62,188 | -175,366 | 21,376 |
| July 2012 | 183,033 | 24,000 | 40,292 | 3,088 | 250,413 | -161,901 | -40,000 | -64,376 | -266,277 | 5,511 |
| August 2012 | 78,295 | 29,964 | 4,906 | 3,177 | 116,342 | -81,928 | -10,900 | -29,026 | -121,853 | 0 |
| TOTAL | 700,467 | 69,153 | 150,092 | 23,469 | 943,181 | -507,148 | -150,649 | -285,384 | -943,181 | 0 |

