IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>-- against –<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                    Defendants. | Civil Action No. 4:13-CV-416 |

APPENDIX IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR AN ORDER TO SHOW CAUSE, ASSET FREEZE, AND OTHER ANCILLARY RELIEF

> JESSICA B. MAGEE
> Lead Attorney
> Texas Bar No. 24037757
> Matthew J. Gulde
> Illinois Bar No. 6272325
> Attorneys for Plaintiff
> SECURITIES AND EXCHANGE COMMISSION
> FORT WORTH REGIONAL OFFICE
> Burnett Plaza, Suite 1900
> 801 Cherry Street, Unit 18
> Fort Worth, TX  76102
> Ph:  (817) 978.6465
> MageeJ@sec.gov

Of Counsel:

Andrew M. Calamari* (CalamariA@sec.gov)
Valerie A. Szczepanik* (SzczepanikV@sec.gov)
Philip Moustakis* (MoustakisP@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 World Financial Center
New York, NY 10281-1022
Ph:  (212) 336.0542

*not admitted in the E.D. Tex.