# EXHIBIT F

# Declaration

**Declaration of Alex Hart Certifying Record of Regularly Conducted Business Activity**

I, the undersigned, Alex Hart, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Dwolla Incorporated, as Director of Risk and Compliance and by reason of my position am authorized and qualified to make this declaration.
2. I further certify that the documents submitted herewith and marked [Sections 1-XX] are true copies of records that were:
   a. Made at or near the time of the occurrence of the matters set forth therein, by, or for information transmitted by, a person with knowledge of these matters;
   b. Kept in the course of regularly conducted business activity; and
   c. Made by the regularly conducted business activity as a regular practice.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 29th day of November, 2012.

________________________

Alex Hart, M.A., M.P.A.
Director of Risk and Compliance
Dwolla Incorporated
666 Walnut Street, Suite 1830
Des Moines, Iowa 50309

## Section 1: Account Opening Information

1. Shavers, Tendon, T. has two Dwolla accounts identified by the following Dwolla Account Numbers:
    a. [redacted]5107 ( hereafter known as "Personal Account")
    b. [redacted]0245 (hereafter known as "Business Account")
        i. This account is under the name of "GPUMAX Technologies LLC"
2. The "Personal Account" reflects the following information at user sign up:
    a. User ID: [redacted]-5107
    b. Name: Shavers, Trendon
    c. Address: [redacted]
    d. Date of Birth: [redacted]/1982
    e. Email: tshavers@buscog.com
    f. Social Security Number: [redacted]
    g. Internet Protocol Address at Account Opening: 99.104.28.118
    h. See Appendix A to Section 1 for reports resulting from Social Security Number Database
    i. See Appendix B to Section 1 for photographic identification submitted by Shavers.
3. The "Business Account" reflects the following information at user sign up:
    a. User ID: [redacted]-0245
    b. Name: Shavers, Trendon
    c. Business Name: GPUMAX Technologies LLC
    d. Address: 5605 Muirfield Ct, Flowermound, TX 75022
    e. Date of Birth: [redacted]1982
    f. Phone: [redacted]
    g. Email: [redacted]
    h. Social Security Number: [redacted]
    i. Internet Protocol Address at Account Opening: 108.89.10.213
    j. See Appendix C to Section 1 for reports resulting from Social Security Number Database

## Appendix A to Section 1 : Social Security File

This XML file does not appear to have any style information associated with it. The document tree is shown below.

```
<DataxResponse>
<Transaction>
<GenerationTime>20120126042045</GenerationTime>
<CodeVersion>4.32.0</CodeVersion>
<RequestVersion>4.0</RequestVersion>
<TransactionId>154611409</TransactionId>
<TrackHash>de8bbc5f69c82e6a1e5400dc6ecf1022</TrackHash>
<TrackId>38cb8d30e2984303afafb5ae2b5bdbfd</TrackId>
</Transaction>
<BAVSegment>
<Valid>N</Valid>
<BankName/>
<Pass>false</Pass>
<Details>Fail</Details>
<Code>XA01</Code>
<CustomDecision>
<Result>N</Result>
<Bucket>D1</Bucket>
</CustomDecision>
</BAVSegment>
<IDVSegment>
<Status>0</Status>
<Input>
<Name>
<First>trendon</First>
<Middle/>
<Last>shavers</Last>
</Name>
<Address>
<StreetAddress1>[redacted]</StreetAddress1>
<StreetAddress2/>
<City>[redacted]</City>
<State>[redacted]</State>
<ZipCode>[redacted]</ZipCode>
</Address>
<DateOfBirth>
<Year>1982</Year>
<Month>[redacted]</Month>
<Day>[redacted]</Day>
</DateOfBirth>
<SSN>[redacted]/SSN>
<DriverLicense>
<Number/>
<State/>
</DriverLicense>
<IPAddress>99.104.28.118</IPAddress>
<Phones>
<Home/>
<Work/>
</Phones>
</Input>
<Standardized>
```

<StreetAddress1>[redacted]</StreetAddress1>
<StreetAddress2/>
<City>[redacted]</City>
<State>[redacted]</State>
<ZipCode>[redacted]</ZipCode>
<ZipCode4>[redacted]</ZipCode4>
</Standardized>
<USPS>
<AddressValid>0</AddressValid>
<AddressValidMessage>OK</AddressValidMessage>
<DeliveryPointVerification>Y</DeliveryPointVerification>
<DeliveryPointVerificationFootnote1>AA</DeliveryPointVerificationFootnote1>
<DeliveryPointVerificationFootnote2>BB</DeliveryPointVerificationFootnote2>
<DeliveryPointVerificationFootnote3/>
<AddressType>H</AddressType>
</USPS>
<VerifiedInput>
<Name>
<First>TRENDON</First>
<Middle/>
<Last>SHAVERS</Last>
</Name>
<Address>
<StreetAddress1>[redacted]</StreetAddress1>
<StreetAddress2/>
<City>MCKINNEY</City>
<State>[redacted]</State>
<ZipCode>[redacted]</ZipCode>
<ZipCode4>[redacted]</ZipCode4>
<County>COLLIN</County>
</Address>
<SSN>[redacted]</SSN>
<HomePhone/>
<DateOfBirth>
<Year>1982</Year>
<Month>[redacted]</Month>
<Day>[redacted]</Day>
<Verified>1</Verified>
</DateOfBirth>
<DriverLicenseNumber/>
</VerifiedInput>
<NameAddressSSNSummary>12</NameAddressSSNSummary>
<NameAddressPhone>
<Summary>8</Summary>
<Type>U</Type>
<Status/>
</NameAddressPhone>
<ComprehensiveVerificationIndex>50</ComprehensiveVerificationIndex>
<RiskIndicators>
<Indicator>
<Code>80</Code>
<Description>The input phone was missing or incomplete</Description>
<Sequence>1</Sequence>
</Indicator>
</RiskIndicators>
<PotentialFollowupActions>
<Action>

<Code>D</Code>
<Description>Verify phone (Directory Assistance, utility bill)</Description>
</Action>
</PotentialFollowupActions>
<InputCorrected>
<Name>
<First/>
<Middle/>
<Last/>
</Name>
<Address>
<StreetAddress1/>
<StreetAddress2/>
<City/>
<State/>
<ZipCode/>
<ZipCode4/>
</Address>
<SSN/>
<HomePhone/>
<DateOfBirth>
<Year/>
<Month/>
<Day/>
</DateOfBirth>
</InputCorrected>
<NewAreaCode>
<AreaCode/>
<EffectiveDate>
<Year/>
<Month/>
<Day/>
</EffectiveDate>
</NewAreaCode>
<ReversePhone>
<Name>
<First/>
<Middle/>
<Last/>
</Name>
<Address>
<StreetAddress1/>
<StreetAddress2/>
<City/>
<State/>
<ZipCode/>
<ZipCode4/>
</Address>
</ReversePhone>
<PhoneOfNameAddress/>
<SSNInfo>
<Valid>G</Valid>
<Issued>
<Location>Texas</Location>
<StartDate>
<Year>1984</Year>
<Month>1</Month>

```
<Day>1</Day>
</StartDate>
<EndDate>
<Year>1985</Year>
<Month>12</Month>
<Day>31</Day>
</EndDate>
</Issued>
</SSNInfo>
<ChronologyHistories>
<History>
<Address>
<StreetAddress1>█████████████████</StreetAddress1>
<StreetAddress2/>
<City>███████</City>
<State>███</State>
<ZipCode>█████</ZipCode>
<ZipCode4>████</ZipCode4>
</Address>
<Phone/>
<DateFirstSeen>
<Year>2004</Year>
<Month>5</Month>
<Day/>
</DateFirstSeen>
<DateLastSeen>
<Year>2012</Year>
<Month>1</Month>
<Day/>
</DateLastSeen>
<IsBestAddress>1</IsBestAddress>
</History>
<History>
<Address>
<StreetAddress1>███████████████</StreetAddress1>
<StreetAddress2/>
<City>███████</City>
<State>███</State>
<ZipCode>█████</ZipCode>
<ZipCode4>████</ZipCode4>
</Address>
<Phone/>
<DateFirstSeen>
<Year>2007</Year>
<Month>4</Month>
<Day/>
</DateFirstSeen>
<DateLastSeen>
<Year>2011</Year>
<Month>10</Month>
<Day/>
</DateLastSeen>
<IsBestAddress/>
</History>
<History>
<Address>
<StreetAddress1>██████████████</StreetAddress1>
```

SEC-Dwolla-E-0000008

<StreetAddress2/>
<City>[REDACTED]</City>
<State>[REDACTED]</State>
<ZipCode>[REDACTED]</ZipCode>
<ZipCode4[REDACTED]</ZipCode4>
</Address>
<Phone/>
<DateFirstSeen>
<Year>2009</Year>
<Month>10</Month>
<Day/>
</DateFirstSeen>
<DateLastSeen>
<Year>2009</Year>
<Month>10</Month>
<Day/>
</DateLastSeen>
<IsBestAddress/>
</History>
</ChronologyHistories>
<WatchLists/>
<CurrentName>
<First>TRENDON</First>
<Middle/>
<Last>SHAVERS</Last>
</CurrentName>
<AdditionalLastNames/>
<Models/>
<RedFlagsReport>
<Version/>
<RedFlags/>
</RedFlagsReport>
<FoundSSNCount/>
<DecedentInfo>
<Name>
<First/>
<Middle/>
<Last/>
</Name>
<DateOfDeath>
<Year/>
<Month/>
<Day/>
</DateOfDeath>
<DateOfBirth>
<Year/>
<Month/>
<Day/>
</DateOfBirth>
</DecedentInfo>
<DateOfBirthMatchLevel>8</DateOfBirthMatchLevel>
<IPAddress>
<Range>
<From>99.104.27.0</From>
<To>99.104.29.255</To>
</Range>
<Location>

<Region>TEXAS</Region>
<City>DALLAS</City>
<CountryCode>US</CountryCode>
<CountryName>UNITED STATES</CountryName>
</Location>
<GeoLocation>
<Latitude>32.802955</Latitude>
<Longitude>-96.769923</Longitude>
</GeoLocation>
<IsProxy>N</IsProxy>
</IPAddress>
<CustomDecision>
<Result>Y</Result>
<Bucket>A1</Bucket>
</CustomDecision>
</IDVSegment>
<GlobalDecision>
<Result>N</Result>
<BAVBucket>D1</BAVBucket>
<IDVBucket>A1</IDVBucket>
</GlobalDecision>
</DataxResponse>

**Appendix B to Section 1: Photographic Identification**

Texas
USA
TX
DRIVER LICENSE
19295421
Class C
07/05/2011
Exp 09/21/2018
1982
SHAVERS
TRENDON T
Restrictions A
End NONE
5-11
Sex M
Eyes GRN
DD 18112130173025315950

Page **11** of **24**

SEC-Dwolla-E-0000011

## Appendix C to Section 1 : Social Security File (Business Account)

This XML file does not appear to have any style information associated with it. The document tree is shown below.

```
<DataxResponse>
<Transaction>
<GenerationTime>20120201034954</GenerationTime>
<CodeVersion>4.32.0</CodeVersion>
<RequestVersion>4.0</RequestVersion>
<TransactionId>154978301</TransactionId>
<TrackHash>f9c6d8e1bc35a9efd5e278fb81c304f7</TrackHash>
<TrackId>97f41b278b684ae29acd9a9e5a4ff9ad</TrackId>
</Transaction>
<BAVSegment>
<Valid>N</Valid>
<BankName/>
<Pass>false</Pass>
<Details>Fail</Details>
<Code>XA01</Code>
<CustomDecision>
<Result>N</Result>
<Bucket>D1</Bucket>
</CustomDecision>
</BAVSegment>
<IDVSegment>
<Status>0</Status>
<Input>
<Name>
<First>trednon</First>
<Middle/>
<Last>shavers</Last>
</Name>
<Address>
<StreetAddress1>█████████</StreetAddress1>
<StreetAddress2/>
<City>█████</City>
<State>██</State>
<ZipCode>█████</ZipCode>
</Address>
<DateOfBirth>
<Year>1982</Year>
<Month>██</Month>
<Day>██</Day>
</DateOfBirth>
<SSN>█████████</SSN>
<DriverLicense>
<Number/>
<State/>
</DriverLicense>
<IPAddress>108.89.10.213</IPAddress>
<Phones>
<Home/>
<Work/>
</Phones>
```

SEC-Dwolla-E-0000012

```
</Input>
<Standardized>
<StreetAddress1>███████████████</StreetAddress1>
<StreetAddress2/>
<City>████████</City>
<State>TX</State>
<ZipCode>████</ZipCode>
<ZipCode4>████</ZipCode4>
</Standardized>
<USPS>
<AddressValid>0</AddressValid>
<AddressValidMessage>OK</AddressValidMessage>
<DeliveryPointVerification>Y</DeliveryPointVerification>
<DeliveryPointVerificationFootnote1>AA</DeliveryPointVerificationFootnote1>
<DeliveryPointVerificationFootnote2>BB</DeliveryPointVerificationFootnote2>
<DeliveryPointVerificationFootnote3/>
<AddressType>S</AddressType>
</USPS>
<VerifiedInput>
<Name>
<First>TRENDON</First>
<Middle/>
<Last>SHAVERS</Last>
</Name>
<Address>
<StreetAddress1/>
<StreetAddress2/>
<City/>
<State/>
<ZipCode/>
<ZipCode4/>
<County/>
</Address>
<SSN>███████</SSN>
<HomePhone/>
<DateOfBirth>
<Year>1982</Year>
<Month>██</Month>
<Day>██</Day>
<Verified>1</Verified>
</DateOfBirth>
<DriverLicenseNumber/>
</VerifiedInput>
<NameAddressSSNSummary>9</NameAddressSSNSummary>
<NameAddressPhone>
<Summary>0</Summary>
<Type/>
<Status/>
</NameAddressPhone>
<ComprehensiveVerificationIndex>20</ComprehensiveVerificationIndex>
<RiskIndicators>
<Indicator>
<Code>25</Code>
<Description>Unable to verify address</Description>
<Sequence>1</Sequence>
</Indicator>
<Indicator>
```

SEC-Dwolla-E-0000013

```
<Code>80</Code>
<Description>The input phone was missing or incomplete</Description>
<Sequence>2</Sequence>
</Indicator>
</RiskIndicators>
<PotentialFollowupActions>
<Action>
<Code>C</Code>
<Description>
Verify name with Address (via DL, utility bill, Directory Assistance,
paycheck stub, or other Government Issued ID)
</Description>
</Action>
<Action>
<Code>D</Code>
<Description>Verify phone (Directory Assistance, utility bill)</Description>
</Action>
</PotentialFollowupActions>
<InputCorrected>
<Name>
<First/>
<Middle/>
<Last/>
</Name>
<Address>
<StreetAddress1/>
<StreetAddress2/>
<City/>
<State/>
<ZipCode/>
<ZipCode4/>
</Address>
<SSN/>
<HomePhone/>
<DateOfBirth>
<Year/>
<Month/>
<Day/>
</DateOfBirth>
</InputCorrected>
<NewAreaCode>
<AreaCode/>
<EffectiveDate>
<Year/>
<Month/>
<Day/>
</EffectiveDate>
</NewAreaCode>
<ReversePhone>
<Name>
<First/>
<Middle/>
<Last/>
</Name>
<Address>
<StreetAddress1/>
<StreetAddress2/>
```

```
<City/>
<State/>
<ZipCode/>
<ZipCode4/>
</Address>
</ReversePhone>
<PhoneOfNameAddress>█████████</PhoneOfNameAddress>
<SSNInfo>
<Valid>G</Valid>
<Issued>
<Location>Texas</Location>
<StartDate>
<Year>1984</Year>
<Month>1</Month>
<Day>1</Day>
</StartDate>
<EndDate>
<Year>1985</Year>
<Month>12</Month>
<Day>31</Day>
</EndDate>
</Issued>
</SSNInfo>
<ChronologyHistories>
<History>
<Address>
<StreetAddress1>█████████████</StreetAddress1>
<StreetAddress2/>
<City>██████</City>
<State>██</State>
<ZipCode>████</ZipCode>
<ZipCode4>███</ZipCode4>
</Address>
<Phone/>
<DateFirstSeen>
<Year>2004</Year>
<Month>5</Month>
<Day/>
</DateFirstSeen>
<DateLastSeen>
<Year>2012</Year>
<Month>1</Month>
<Day/>
</DateLastSeen>
<IsBestAddress>1</IsBestAddress>
</History>
<History>
<Address>
<StreetAddress1>█████████████</StreetAddress1>
<StreetAddress2/>
<City>██████</City>
<State>██</State>
<ZipCode>████</ZipCode>
<ZipCode4>████</ZipCode4>
</Address>
<Phone/>
<DateFirstSeen>
```

SEC-Dwolla-E-0000015

```
<Year>2007</Year>
<Month>4</Month>
<Day/>
</DateFirstSeen>
<DateLastSeen>
<Year>2011</Year>
<Month>10</Month>
<Day/>
</DateLastSeen>
<IsBestAddress/>
</History>
<History>
<Address>
<StreetAddress1>███████████████</StreetAddress1>
<StreetAddress2/>
<City>██████</City>
<State>███</State>
<ZipCode>█████████</ZipCode>
<ZipCode4>█████</ZipCode4>
</Address>
<Phone/>
<DateFirstSeen>
<Year>2009</Year>
<Month>10</Month>
<Day/>
</DateFirstSeen>
<DateLastSeen>
<Year>2009</Year>
<Month>10</Month>
<Day/>
</DateLastSeen>
<IsBestAddress/>
</History>
</ChronologyHistories>
<WatchLists/>
<CurrentName>
<First>TRENDON</First>
<Middle/>
<Last>SHAVERS</Last>
</CurrentName>
<AdditionalLastNames/>
<Models/>
<RedFlagsReport>
<Version/>
<RedFlags/>
</RedFlagsReport>
<FoundSSNCount/>
<DecedentInfo>
<Name>
<First/>
<Middle/>
<Last/>
</Name>
<DateOfDeath>
<Year/>
<Month/>
<Day/>
```

SEC-Dwolla-E-0000016

</DateOfDeath>
<DateOfBirth>
<Year/>
<Month/>
<Day/>
</DateOfBirth>
</DecedentInfo>
<DateOfBirthMatchLevel>8</DateOfBirthMatchLevel>
<IPAddress>
<Range>
<From>108.89.8.0</From>
<To>108.89.15.255</To>
</Range>
<Location>
<Region>TEXAS</Region>
<City>RICHARDSON</City>
<CountryCode>US</CountryCode>
<CountryName>UNITED STATES</CountryName>
</Location>
<GeoLocation>
<Latitude>32.948179</Latitude>
<Longitude>-96.729720</Longitude>
</GeoLocation>
<IsProxy>N</IsProxy>
</IPAddress>
<CustomDecision>
<Result>N</Result>
<Bucket>D5</Bucket>
</CustomDecision>
</IDVSegment>
<GlobalDecision>
<Result>N</Result>
<BAVBucket>D1</BAVBucket>
<IDVBucket>D5</IDVBucket>
</GlobalDecision>
</DataxResponse>

## Section 2: Linked Financial Institution Information

1. Personal Account
    a. Name: AccountNow
    b. Added: 1/12/2012 4:39 PM
    c. Dwolla FI ID: 38768
    d. Routing: 073972181
    e. Account Number: [redacted]9631
2. Personal Account (Second Bank)
    a. Name: WF Bank
    b. Added: 3/6/2012 6:01 PM
    c. Dwolla FI ID: 47840
    d. Routing: 113008465
    e. Account Number:[redacted]2815
3. Business Account
    a. Name: GPUMAX Operating Account
    b. Added: 02/02/2012 10:01 AM
    c. Dwolla FI ID: 42315
    d. Routing: 1111904817
    e. Account Number: [redacted]3344

## Section 3: Dwolla Internal Correspondence RE: Shavers

### Part I: Account Notes: Personal Account

9/28/2012 11:58 AM Max Farrell ([REDACTED]) Merchant risk level has been changed to high risk.

7/13/2012 10:12 AM Alex Hart ([REDACTED]) ACH record #[REDACTED]1496 APPROVED: sufficiently aged

7/11/2012 2:37 PM Alex Hart ([REDACTED]) This should age to 7.13.

7/11/2012 9:33 AM Trendon Shavers ([REDACTED]) ACH record #[REDACTED]1496 has been marked as potentially fraudulent.

7/9/2012 1:08 PM Alex Hart ([REDACTED]) ACH record #1207243 APPROVED: Gox withdraw

7/9/2012 9:43 AM Trendon Shavers ([REDACTED]) ACH record #1207243 has been marked as potentially fraudulent.

7/5/2012 9:43 AM Alex Hart ([REDACTED]) ACH record #1191855 APPROVED: Recall to same-

7/5/2012 9:17 AM Alex Hart ([REDACTED]) ACH record #1197418 APPROVED: Recall to same acct

7/5/2012 8:50 AM Trendon Shavers ([REDACTED]) ACH record #1197418 has been marked as potentially fraudulent.

7/3/2012 10:40 AM Alex Hart ([REDACTED]) ACH record #1194562 APPROVED: No resets- tx from this account

7/3/2012 10:31 AM Trendon Shavers ([REDACTED]) ACH record #1194562 has been marked as potentially fraudulent.

7/2/2012 4:03 PM Megan Buman ([REDACTED]) Verification status for account 812-640-5107 has been manually changed from Verified : False to Verified : False. Information verified by photo id : Address.

7/2/2012 3:44 PM Alex Hart ([REDACTED]) Requiring SSN

7/2/2012 3:44 PM Alex Hart ([REDACTED]) Changing user verification status from Verified to Photo with reason:

7/2/2012 9:23 AM Trendon Shavers ([REDACTED]) ACH record #1191855 has been marked as potentially fraudulent.

6/26/2012 3:32 PM Alex Hart ([REDACTED]) ACH record #1179696 APPROVED: Gox withdraw

6/26/2012 10:01 AM Trendon Shavers ([REDACTED]) ACH record #1179696 has been marked as potentially fraudulent.

6/25/2012 2:43 PM Alex Hart ([REDACTED]) ACH record #1177449 APPROVED: Gox withdraw

6/25/2012 8:35 AM Trendon Shavers ([REDACTED]) ACH record #1177449 has been marked as potentially fraudulent.



6/8/2012 2:43 PM Alex Hart ([redacted]) ACH record #1149628 APPROVED: btc withdraw
6/8/2012 10:52 AM Trendon Shavers ([redacted]) ACH record #1149628 has been marked as potentially fraudulent.
5/30/2012 3:22 PM Alex Hart ([redacted]) ACH record #1100181 APPROVED: Clean history
5/29/2012 5:08 PM Trendon Shavers ([redacted]) ACH record #1100181 has been marked as potentially fraudulent.
5/16/2012 12:44 PM Alex Hart ([redacted] ACH record #958460 APPROVED: Clean history
5/15/2012 7:05 PM Trendon Shavers ([redacted]) ACH record #958460 has been marked as potentially fraudulent.
5/1/2012 12:46 PM Alex Hart ([redacted]) ACH record #736098 APPROVED: Clear hx with BTC
5/1/2012 9:54 AM Trendon Shavers ([redacted]) ACH record #736098 has been marked as potentially fraudulent.
4/27/2012 1:08 PM Alex Hart ([redacted]) ACH record #722541 APPROVED: BTC withdraw MTG
4/27/2012 9:35 AM Trendon Shavers ([redacted]) ACH record #722541 has been marked as potentially fraudulent.
4/23/2012 1:33 PM Alex Hart ([redacted]) ACH record #682810 APPROVED: BTC withdraw
4/23/2012 11:47 AM Trendon Shavers ([redacted]) ACH record #682810 has been marked as potentially fraudulent.
4/19/2012 12:05 PM Alex Hart ([redacted]) ACH record #643251 APPROVED: IP/ transaction history are clear
4/19/2012 8:24 AM Trendon Shavers ([redacted]) ACH record #643251 has been marked as potentially fraudulent.
4/17/2012 12:57 PM Caitlin Jones ([redacted] ACH record #635119 APPROVED: Customer verified SSN, no withdrawals that can later be recalled.
4/17/2012 10:58 AM Trendon Shavers ([redacted]) ACH record #635119 has been marked as potentially fraudulent.
4/9/2012 3:29 PM Caitlin Jones ([redacted]) ACH record #585791 APPROVED: Customer verified SSN, no withdrawals that can later be recalled.
4/9/2012 9:36 AM Trendon Shavers ([redacted] ACH record #585791 has been marked as potentially fraudulent.
3/29/2012 3:31 PM Alex Hart ([redacted]) ACH record #555873 APPROVED: Customer verified SSN, no withdrawals that can later be recalled.
3/29/2012 10:36 AM Trendon Shavers ([redacted] ACH record #555873 has been marked as potentially fraudulent.
3/26/2012 12:55 PM Alex Hart ([redacted]) ACH record #548145 APPROVED: IP/ transaction history are clear



3/26/2012 11:37 AM Trendon Shavers ([redacted]) ACH record #548145 has been marked as potentially fraudulent.
3/21/2012 10:28 AM Alex Hart ([redacted]) ACH record #536435 APPROVED: IP/ transaction history are clear/ SSN
3/20/2012 4:29 PM Trendon Shavers ([redacted]) ACH record #536435 has been marked as potentially fraudulent.
3/16/2012 1:22 PM Alex Hart ([redacted]) ACH record #528635 APPROVED: Clear history with MT Gox
3/16/2012 12:39 PM Trendon Shavers ([redacted]) ACH record #528635 has been marked as potentially fraudulent.
3/12/2012 1:45 PM Alex Hart ([redacted]) ACH record #518642 APPROVED: IP/ transaction history are clear/ SSN
3/12/2012 11:38 AM Trendon Shavers ([redacted]) ACH record #518642 has been marked as potentially fraudulent.
3/8/2012 2:53 PM Alex Hart ([redacted]) ACH record #511797 APPROVED: IP/ transaction history are clear
3/8/2012 8:55 AM Trendon Shavers ([redacted]) ACH record #511797 has been marked as potentially fraudulent.
2/24/2012 11:40 AM Alex Hart ([redacted]) ACH record #485619 APPROVED: IP and Transaction history clear
2/24/2012 11:36 AM Trendon Shavers ([redacted]) ACH record #485619 has been marked as potentially fraudulent.
1/31/2012 3:24 PM Caitlin Jones ([redacted]) ACH record #439380 APPROVED: Customer verified SSN, no withdrawals that can later be recalled.
1/31/2012 10:26 AM Trendon Shavers ([redacted]) ACH record #439380 has been marked as potentially fraudulent.
1/27/2012 11:14 AM Caitlin Jones ([redacted]) ACH record #432344 APPROVED: IP's fairly consistent, SSN verified.
1/26/2012 6:20 PM Trendon Shavers ([redacted]) SSN verified by underwriting process.
1/26/2012 3:09 PM Caitlin Jones ([redacted]) Account status for account [redacted] has been manually changed from Active to SSNVerification as Requiring SSN because sending larger transfers.
1/26/2012 2:50 PM Trendon Shavers ([redacted]) ACH record #432344 has been marked as potentially fraudulent.
1/23/2012 3:15 PM Caitlin Jones ([redacted]) ACH record #425596 APPROVED: IP tracking aligns with registered location, number checks out to him, other people he's interacted with have completed verification steps.
1/23/2012 11:27 AM Trendon Shavers ([redacted]) ACH record #425596 has been marked as potentially fraudulent.

**Part II: Account Notes : Business Account ([REDACTED]0245)**

8/13/2012 2:41 PM Alex Hart ([REDACTED]) ACH record #1279024 APPROVED: clear code

8/13/2012 11:34 AM Trednon Shavers ([REDACTED]) ACH record #1279024 has been marked as potentially fraudulent.

6/7/2012 3:30 PM Alex Hart ([REDACTED]) ACH record #1146836 APPROVED: clear history

6/6/2012 5:37 PM Trednon Shavers ([REDACTED]) ACH record #1146836 has been marked as potentially fraudulent.

3/15/2012 3:54 PM Alex Hart ([REDACTED]) ACH record #526219 APPROVED: Clear history

3/15/2012 3:34 PM Trednon Shavers ([REDACTED]) ACH record #526219 has been marked as potentially fraudulent.

2/2/2012 9:53 AM Caitlin Jones ([REDACTED]) Verification status for account [REDACTED] has been manually changed from Verified : False to Verified : True. Information verified by ssn : Address.

2/1/2012 5:49 PM Trednon Shavers ([REDACTED]) Underwriting failed for SSN verification.

## Section 4: Correspondence with Shavers

**Relating to Personal Account**

**Communication from Shavers: 02/07/2012 15:57 (Submitted by Web Form)**

Name * Trendon Shavers
Your Dwolla Account ID # *
[redacted]-5107
Transaction ID Number you would like to dispute. *
450324
Your E-Mail * [redacted](mailto[redacted])
Phone Number * [redacted]
Address * (http://maps.google.com/?q=2305 S. Custer Rd+APT#+Mckinney+TX+75070+United States)
[redacted]
Nature of Dispute *
Other
Please describe the problem *
Payment was sent but the receiver did not want to go through the verification process and now my money is sitting in his account. He is unable to get into his account due to restrictions/verification. Please contact the receiver of the funds to confirm that he would like to send them back to me.

**Dwolla Response: 02/07/2012 17:00**

To: [redacted]
From: 'Dwolla Support' <[redacted]>
Cc: [redacted]
Trendon,

Thank you for submitting the dispute but Dave is going to have to call into Dwolla Support at [redacted]. Once he calls a represntative will be able to temporarily allow him access so he can transfer the funds and then the account will permanently suspended following the transaction.

Thank you,
Dwolla Support

**Response from '[redacted]: 02/07/2012 13:38**

To: Dwolla Support <[redacted]>

From: Navid Forutan [redacted]

He put this money as deposit so we can't refund
His money

Thank You!
Navid Forutan
Tell: [redacted]
Cell: [redacted]
Fax: [redacted]
Please visit us at www.OmegaAutoSale.com

**Dwolla Response: 02/10/12 11:37**

To: Navid Forutan <[redacted]>
From: 'Dwolla Support' <[redacted]>
Cc: [redacted]>, Dwolla Support <[redacted]>
Dave,

Per our dispute process you have until the end of the day to provide documentation to open up this account and claim your funds. If this is not submitted by 5:00 p.m. CST this afternoon then the funds will be pulled from the account and sent back to the original sender.

Thank you,
Dwolla Support

**No correspondence found for Business Account**

| ID | Date | Amount | Status | Source/Destination | Notes |
|---|---|---|---|---|---|
| 1279026 | 8/13/2012 11:35 | -$875.25 | Processed | WF Bank (XXX2815) | |
| 1279023 | 8/13/2012 11:34 | -$4,000.00 | New | GPUMAX Technologies LLC ( -0245) | |
| 1274305 | 8/10/2012 11:37 | $4,850.00 | New | Mutum Sigillum LLC ( -1010) | MtGox Withdraw [ d2d0] |
| 1274304 | 8/10/2012 11:37 | -$0.25 | New | Dwolla () | |
| 1211496 | 7/11/2012 9:33 | -$1,200.00 | Processed | WF Bank (XXX2815) | |
| 1211466 | 7/11/2012 9:23 | $705.00 | New | Jeff Unruh ( -1258) | |
| 1211465 | 7/11/2012 9:23 | -$0.25 | New | Dwolla () | |
| 1207243 | 7/9/2012 9:43 | -$3,000.00 | Processed | WF Bank (XXX2815) | |
| 1206600 | 7/8/2012 23:36 | $3,500.00 | New | Mutum Sigillum LLC ( -1010) | MtGox Withdraw [ 716f] |
| 1206599 | 7/8/2012 23:36 | -$0.25 | New | Dwolla () | |
| 1197418 | 7/5/2012 8:50 | -$2,800.00 | Processed | WF Bank (XXX2815) | |
| 1194565 | 7/3/2012 10:31 | -$2,000.00 | Processed | Robbie Cape ( -4848) | |
| 1194563 | 7/3/2012 10:31 | -$0.25 | Processed | Dwolla () | |
| 1194562 | 7/3/2012 10:31 | $2,000.25 | ProcessedTransfer | WF Bank (XXX2815) | |
| 1191855 | 7/2/2012 9:23 | -$3,000.00 | Processed | WF Bank (XXX2815) | |
| 1191854 | 7/2/2012 9:23 | -$218.00 | New | Zach Nakaska ( -4843) | |
| 1187996 | 6/30/2012 10:20 | $3,039.25 | New | Anton Ushakov ( -6084) | |
| 1187995 | 6/30/2012 10:20 | -$0.25 | New | Dwolla () | |
| 1185663 | 6/29/2012 7:34 | -$500.00 | New | Zach Nakaska ( -4843) | |
| 1183477 | 6/28/2012 8:40 | -$749.00 | New | Zach Nakaska ( -4843) | |
| 1183475 | 6/28/2012 8:40 | -$0.25 | New | Dwolla () | |
| 1183425 | 6/28/2012 8:37 | $3,850.00 | New | Mutum Sigillum LLC ( -1010) | MtGox Withdraw [ b6d0] |
| 1183424 | 6/28/2012 8:37 | -$0.25 | New | Dwolla () | |
| 1179696 | 6/26/2012 10:01 | -$3,000.00 | Processed | WF Bank (XXX2815) | |
| 1178953 | 6/25/2012 19:49 | -$500.00 | New | Zach Nakaska ( -4843) | |
| 1178951 | 6/25/2012 19:49 | -$0.25 | New | Dwolla () | |
| 1177731 | 6/25/2012 10:34 | $3,900.00 | New | Mutum Sigillum LLC ( -1010) | MtGox Withdraw [ 4abe] |
| 1177730 | 6/25/2012 10:34 | -$0.25 | New | Dwolla () | |
| 1177449 | 6/25/2012 8:35 | -$3,000.00 | Processed | WF Bank (XXX2815) | |
| 1174048 | 6/22/2012 14:51 | -$297.50 | New | Zach Nakaska ( -4843) | |
| 1174046 | 6/22/2012 14:51 | -$0.25 | New | Dwolla () | |
| 1173528 | 6/22/2012 11:40 | -$1,000.00 | New | Zach Nakaska ( -4843) | |
| 1173526 | 6/22/2012 11:40 | -$0.25 | New | Dwolla () | |
| 1173480 | 6/22/2012 11:36 | $4,250.00 | New | Mutum Sigillum LLC ( -1010) | MtGox Withdraw [ cfc1] |
| 1173479 | 6/22/2012 11:36 | -$0.25 | New | Dwolla () | |
| 1149631 | 6/8/2012 10:53 | -$500.00 | New | Zach Nakaska -4843) | |
| 1149629 | 6/8/2012 10:53 | -$0.25 | New | Dwolla () | |
| 1149628 | 6/8/2012 10:52 | -$2,500.00 | Processed | WF Bank (XXX2815) | |
| 1149479 | 6/8/2012 9:57 | -$3,000.00 | New | Michael Thalasinos ( -6633) | |
| 1149171 | 6/8/2012 4:34 | $5,000.00 | New | Mutum Sigillum LLC (812-649-1010) | MtGox Withdraw [ 8ff5] |
| 1149170 | 6/8/2012 4:34 | -$0.25 | New | Dwolla () | |
| 1146835 | 6/6/2012 17:37 | -$4,000.00 | New | GPUMAX Technologies LLC ( -0245) | |
| 1146821 | 6/6/2012 17:34 | $5,000.00 | New | Mutum Sigillum LLC ( -1010) | MtGox Withdraw [ a28f] |
| 1146820 | 6/6/2012 17:34 | -$0.25 | New | Dwolla () | |
| 1101419 | 5/30/2012 11:07 | -$1,000.00 | New | Zach Nakaska ( -4843) | |
| 1100181 | 5/29/2012 17:08 | -$4,500.00 | Processed | WF Bank (XXX2815) | |
| 1099907 | 5/29/2012 14:34 | $5,000.00 | New | Mutum Sigillum LLC ( -1010) | MtGox Withdraw [ faea] |

| ID | Date | Amount | Status | Source/Destination | Notes |
|---|---|---|---|---|---|
| 1099906 | 5/29/2012 14:34 | -$0.25 | New | Dwolla () | |
| 958473 | 5/15/2012 19:06 | -$500.00 | New | Zach Nakaska ([redacted]-4843) | |
| 958460 | 5/15/2012 19:05 | -$4,000.00 | Processed | WF Bank (XXX2815) | |
| 954225 | 5/15/2012 15:34 | $5,000.00 | New | Mutum Sigillum LLC ([redacted]-1010) | MtGox.com withdrawal [3[redacted]107e] |
| 954223 | 5/15/2012 15:34 | -$0.25 | New | Dwolla () | |
| 825459 | 5/9/2012 10:10 | -$800.00 | Processed | WF Bank (XXX2815) | |
| 747776 | 5/4/2012 17:50 | -$500.00 | New | Zach Nakaska ([redacted]-4843) | |
| 736098 | 5/1/2012 9:54 | -$4,000.00 | Processed | WF Bank (XXX2815) | |
| 735932 | 5/1/2012 9:34 | $4,850.00 | New | Mutum Sigillum LLC ([redacted]-1010) | MtGox.com withdrawal [[redacted]c526] |
| 735931 | 5/1/2012 9:34 | -$0.25 | New | Dwolla () | |
| 728340 | 4/29/2012 1:23 | -$500.00 | New | Zach Nakaska [redacted]-4843) | |
| 722541 | 4/27/2012 9:35 | -$4,000.00 | Processed | WF Bank (XXX2815) | |
| 722533 | 4/27/2012 9:34 | $5,000.00 | New | Mutum Sigillum LLC ([redacted]-1010) | MtGox.com withdrawal [4[redacted]f1d3] |
| 722532 | 4/27/2012 9:34 | -$0.25 | New | Dwolla () | |
| 687271 | 4/23/2012 18:40 | -$499.25 | New | Zach Nakaska ([redacted]-4843) | |
| 682810 | 4/23/2012 11:47 | -$5,000.00 | Processed | WF Bank (XXX2815) | |
| 682783 | 4/23/2012 11:34 | $5,000.00 | New | Mutum Sigillum LLC ([redacted]-1010) | MtGox.com withdrawal [[redacted]1f6b] |
| 682782 | 4/23/2012 11:34 | -$0.25 | New | Dwolla () | |
| 643251 | 4/19/2012 8:24 | -$5,000.00 | Processed | WF Bank (XXX2815) | |
| 640530 | 4/18/2012 16:36 | $5,000.00 | New | Mutum Sigillum LLC ([redacted]-1010) | MtGox.com withdrawal [[redacted]2139] |
| 640529 | 4/18/2012 16:36 | -$0.25 | New | Dwolla () | |
| 635119 | 4/17/2012 10:58 | -$5,000.00 | Processed | WF Bank (XXX2815) | |
| 634990 | 4/17/2012 10:39 | $5,000.00 | New | Mutum Sigillum LLC ([redacted]-1010) | MtGox.com withdrawal [[redacted]7d6e] |
| 634989 | 4/17/2012 10:39 | -$0.25 | New | Dwolla () | |
| 611459 | 4/13/2012 10:58 | -$500.00 | New | Zach Nakaska [redacted]-4843) | |
| 585791 | 4/9/2012 9:36 | -$3,349.75 | Processed | WF Bank (XXX2815) | |
| 585782 | 4/9/2012 9:34 | $3,850.00 | New | Mutum Sigillum LLC ([redacted]-1010) | MtGox.com withdrawal [redacted]93b4] |
| 585781 | 4/9/2012 9:34 | -$0.25 | New | Dwolla () | |
| 576633 | 4/6/2012 11:31 | -$500.00 | New | Zach Nakaska ([redacted]-4843) | |
| 555873 | 3/29/2012 10:36 | -$3,148.50 | Processed | WF Bank (XXX2815) | |
| 555866 | 3/29/2012 10:34 | -$0.25 | New | Dwolla () | |
| 555867 | 3/29/2012 10:34 | $4,000.00 | New | Mutum Sigillum LLC [redacted]-1010) | MtGox.com withdrawal [[redacted]63ea] |
| 549765 | 3/26/2012 22:32 | -$1,000.00 | New | Zach Nakaska [redacted]-4843) | |
| 548145 | 3/26/2012 11:37 | -$3,000.00 | Processed | WF Bank (XXX2815) | |
| 548120 | 3/26/2012 11:34 | $3,229.00 | New | Mutum Sigillum LLC [redacted]-1010) | MtGox.com withdrawal [[redacted]a2d5] |
| 548119 | 3/26/2012 11:34 | -$0.25 | New | Dwolla () | |
| 538899 | 3/21/2012 15:28 | -$80.00 | New | Ryan Clontz ([redacted]-6433) | |
| 536435 | 3/20/2012 16:29 | -$3,248.25 | Processed | WF Bank (XXX2815) | |
| 536271 | 3/20/2012 15:34 | $3,850.00 | New | Mutum Sigillum LLC ([redacted]1010) | MtGox.com withdrawal [[redacted]235b] |
| 536270 | 3/20/2012 15:34 | -$0.25 | New | Dwolla () | |
| 533248 | 3/19/2012 12:18 | -$500.00 | New | Zach Nakaska ([redacted]4843) | |
| 528635 | 3/16/2012 12:39 | -$3,850.00 | Processed | WF Bank (XXX2815) | |
| 528387 | 3/16/2012 11:35 | $3,850.00 | New | Mutum Sigillum LLC [redacted]-1010) | MtGox.com withdrawal [[redacted]0716] |
| 528386 | 3/16/2012 11:35 | -$0.25 | New | Dwolla () | |
| 518642 | 3/12/2012 11:38 | -$3,000.00 | Processed | WF Bank (XXX2815) | |
| 518630 | 3/12/2012 11:34 | $3,850.00 | New | Mutum Sigillum LLC ([redacted]1010) | MtGox.com withdrawal [[redacted]a47a] |
| 518629 | 3/12/2012 11:34 | -$0.25 | New | Dwolla () | |

| ID | Date | Amount | Status | Source/Destination | Notes |
|---|---|---|---|---|---|
| 514116 | 3/9/2012 8:03 | -$500.00 | New | Zach Nakaska ( -4843) | |
| 511797 | 3/8/2012 8:55 | -$3,500.00 | Processed | WF Bank (XXX2815) | |
| 511769 | 3/8/2012 8:34 | $3,850.00 | New | Mutum Sigillum LLC ( -1010) | MtGox.com withdrawal [ c0f3] |
| 511768 | 3/8/2012 8:34 | -$0.25 | New | Dwolla () | |
| 508997 | 3/6/2012 18:01 | -$0.09 | ProcessedValidationDeposit | WF Bank (XXX2815) | |
| 508996 | 3/6/2012 18:01 | -$0.03 | ProcessedValidationDeposit | WF Bank (XXX2815) | |
| 506865 | 3/5/2012 21:21 | -$2,000.00 | New | Daniel Borello ( -7832) | |
| 506863 | 3/5/2012 21:21 | -$0.25 | New | Dwolla () | |
| 503186 | 3/3/2012 14:15 | -$800.00 | New | Todd Taunton ( -8253) | |
| 500697 | 3/2/2012 7:21 | -$500.00 | New | Zach Nakaska -4843) | |
| 493742 | 2/28/2012 13:34 | $2,500.00 | New | Mutum Sigillum LLC -1010) | MtGox.com withdrawal [ ea55] |
| 493741 | 2/28/2012 13:34 | -$0.25 | New | Dwolla () | |
| 485622 | 2/24/2012 11:37 | -$500.00 | New | Zach Nakaska -4843) | |
| 485619 | 2/24/2012 11:36 | -$2,000.00 | Processed | AccountNow (XXX9631) | |
| 475770 | 2/18/2012 12:01 | -$500.00 | New | Zach Nakaska -4843) | |
| 463666 | 2/12/2012 15:34 | $4,000.00 | New | Mutum Sigillum LLC ( 1010) | MtGox.com withdrawal [ fd81] |
| 463665 | 2/12/2012 15:34 | -$0.25 | New | Dwolla () | |
| 462130 | 2/10/2012 22:38 | -$499.75 | New | Zach Nakaska ( -4843) | |
| 462126 | 2/10/2012 22:34 | $304.00 | New | Mutum Sigillum LLC ( -1010) | MtGox.com withdrawal [ e2de] |
| 462125 | 2/10/2012 22:34 | -$0.25 | New | Dwolla () | |
| 461811 | 2/10/2012 19:01 | -$5,000.00 | New | Riley Penna ( -5756) | |
| 461809 | 2/10/2012 19:01 | -$0.25 | New | Dwolla () | |
| 461031 | 2/10/2012 12:36 | -$5,000.00 | New | Riley Penna ( -5756) | |
| 461029 | 2/10/2012 12:36 | -$0.25 | New | Dwolla () | |
| 461024 | 2/10/2012 12:34 | $2,500.00 | New | Mutum Sigillum LLC ( 1010) | MtGox.com withdrawal [ 54cd] |
| 461023 | 2/10/2012 12:34 | -$0.25 | New | Dwolla () | |
| 460993 | 2/10/2012 12:21 | -$495.00 | New | Riley Penna ( -5756) | |
| 460991 | 2/10/2012 12:21 | -$0.25 | New | Dwolla () | |
| 460959 | 2/10/2012 12:04 | -$5,000.00 | New | Riley Penna -5756) | |
| 460957 | 2/10/2012 12:04 | -$0.25 | New | Dwolla () | |
| 460953 | 2/10/2012 12:03 | -$5,000.00 | New | Riley Penna ( -5756) | |
| 460951 | 2/10/2012 12:03 | -$0.25 | New | Dwolla () | |
| 460950 | 2/10/2012 12:03 | -$5,000.00 | New | Riley Penna ( -5756) | |
| 460948 | 2/10/2012 12:03 | -$0.25 | New | Dwolla () | |
| 459829 | 2/9/2012 21:10 | -$5.00 | New | Riley Penna ( -5756) | |
| 459279 | 2/9/2012 16:34 | $2,500.00 | New | Mutum Sigillum LLC ( 1010) | MtGox.com withdrawal [ 8c76] |
| 459278 | 2/9/2012 16:34 | -$0.25 | New | Dwolla () | |
| 457235 | 2/8/2012 18:34 | $2,500.00 | New | Mutum Sigillum LLC ( 1010) | MtGox.com withdrawal [ 8203] |
| 457234 | 2/8/2012 18:34 | -$0.25 | New | Dwolla () | |
| 456712 | 2/8/2012 13:34 | $2,500.00 | New | Mutum Sigillum LLC ( 1010) | MtGox.com withdrawal [ c0ab] |
| 456711 | 2/8/2012 13:34 | -$0.25 | New | Dwolla () | |
| 454379 | 2/7/2012 13:34 | $2,500.00 | New | Mutum Sigillum LLC ( -1010) | MtGox.com withdrawal [ ff1a] |
| 454378 | 2/7/2012 13:34 | -$0.25 | New | Dwolla () | |
| 452802 | 2/6/2012 19:34 | $2,500.00 | New | Mutum Sigillum LLC ( -1010) | MtGox.com withdrawal [ 512d] |
| 452801 | 2/6/2012 19:34 | -$0.25 | New | Dwolla () | |

| ID | Date | Amount | Status | Source/Destination | Notes |
|---|---|---|---|---|---|
| 451822 | 2/6/2012 13:34 | $2,600.00 | New | Mutum Sigillum LLC ( 1010) | MtGox.com withdrawal [ 4823] |
| 451821 | 2/6/2012 13:34 | -$0.25 | New | Dwolla () | |
| 450324 | 2/5/2012 14:40 | -$5,000.00 | ReclaimedTransfer | Dave Fortn ( 0900) | |
| 450295 | 2/5/2012 14:34 | $2,400.00 | New | Mutum Sigillum LLC ( -1010) | MtGox.com withdrawal [ 011c] |
| 450294 | 2/5/2012 14:34 | -$0.25 | New | Dwolla () | |
| 449071 | 2/4/2012 10:34 | $3,000.00 | New | Mutum Sigillum LLC -1010) | MtGox.com withdrawal [ 3d95] |
| 449070 | 2/4/2012 10:34 | -$0.25 | New | Dwolla () | |
| 447275 | 2/3/2012 10:06 | -$500.00 | New | Zach Nakaska ( -4843) | |
| 439766 | 1/31/2012 12:34 | $3,000.00 | New | Mutum Sigillum LLC -1010) | MtGox.com withdrawal [ bfe6] |
| 439765 | 1/31/2012 12:34 | -$0.25 | New | Dwolla () | |
| 439380 | 1/31/2012 10:26 | -$2,000.00 | Processed | AccountNow (XXX9631) | |
| 432859 | 1/26/2012 18:21 | -$600.00 | New | Zach Nakaska -4843) | |
| 432344 | 1/26/2012 14:50 | -$1,854.69 | Processed | AccountNow (XXX9631) | |
| 431338 | 1/26/2012 8:41 | -$630.00 | New | Robbie Cape -4848) | |
| 429367 | 1/25/2012 9:51 | -$210.00 | New | Daamin Foster 4497) | |
| 428636 | 1/24/2012 19:34 | $2,000.00 | New | Mutum Sigillum LLC -1010) | MtGox.com withdrawal 607c] |
| 428635 | 1/24/2012 19:34 | -$0.25 | New | Dwolla () | |
| 426754 | 1/23/2012 20:34 | $2,500.00 | New | Mutum Sigillum LLC ( -1010) | MtGox.com withdrawal [ e64c] |
| 426753 | 1/23/2012 20:34 | -$0.25 | New | Dwolla () | |
| 425596 | 1/23/2012 11:27 | -$2,000.00 | Processed | AccountNow (XXX9631) | |
| 420148 | 1/19/2012 16:29 | -$1,500.00 | New | Zach Nakaska ( -4843) | |
| 418651 | 1/18/2012 22:34 | $2,000.00 | New | Mutum Sigillum LLC ( 1010) | MtGox.com withdrawal e712] |
| 418650 | 1/18/2012 22:34 | -$0.25 | New | Dwolla () | |
| 417657 | 1/18/2012 14:34 | $1,306.44 | New | Mutum Sigillum LLC ( -1010) | MtGox.com withdrawal 09ad] |
| 417656 | 1/18/2012 14:34 | -$0.25 | New | Dwolla () | |
| 408236 | 1/12/2012 16:40 | $1,189.50 | New | James Gibson ( -5066) | |
| 408235 | 1/12/2012 16:40 | -$0.25 | New | Dwolla () | |
| 408234 | 1/12/2012 16:39 | -$0.07 | Validation Deposit | AccountNow (XXX9631) | |
| 408233 | 1/12/2012 16:39 | -$0.05 | Validation Deposit | AccountNow (XXX9631) | |

| ID | Date | Amount | Status | Source/Destination | Comment |
|---|---|---|---|---|---|
| 1279024 | 8/13/12 11:34 | -$3,999.75 | Processed | GPUMAX Operating Account (XXX3344) | |
| 1279022 | 8/13/12 11:34 | $4,000.00 | New | Trendon Shavers ([redacted]-5107) | |
| 1279021 | 8/13/12 11:34 | -$0.25 | New | Dwolla () | |
| 1146836 | 6/6/12 17:37 | -$3,999.75 | Processed | GPUMAX Operating Account (XXX3344) | |
| 1146834 | 6/6/12 17:37 | $4,000.00 | New | Trendon Shavers [redacted]-5107) | |
| 1146833 | 6/6/12 17:37 | -$0.25 | New | Dwolla () | |
| 526219 | 3/15/12 15:34 | -$2,639.75 | Processed | GPUMAX Operating Account (XXX3344) | |
| 526217 | 3/15/12 15:34 | $2,640.00 | New | Mutum Sigillum LLC [redacted]-1010) | MtGox.com withdrawal [redacted]e367] |
| 526216 | 3/15/12 15:34 | -$0.25 | New | Dwolla () | |
| 478398 | 2/20/12 19:34 | -$652.25 | Processed | GPUMAX Operating Account (XXX3344) | |
| 478396 | 2/20/12 19:34 | $652.50 | New | Mutum Sigillum LLC [redacted]-1010) | MtGox.com withdrawal [redacted]4207] |
| 478395 | 2/20/12 19:34 | -$0.25 | New | Dwolla () | |
| 464325 | 2/12/12 23:17 | -$779.75 | Processed | GPUMAX Operating Account (XXX3344) | |
| 464281 | 2/12/12 22:34 | -$0.25 | New | Dwolla () | |
| 464282 | 2/12/12 22:34 | $780.00 | New | Mutum Sigillum LLC [redacted]-1010) | MtGox.com withdrawal [redacted]a456] |
| 451451 | 2/6/12 12:07 | -$739.75 | Processed | GPUMAX Operating Account (XXX3344) | |
| 448508 | 2/3/12 19:34 | $740.00 | New | Mutum Sigillum LLC [redacted]1010) | MtGox.com withdrawal [redacted]34c2] |
| 448507 | 2/3/12 19:34 | -$0.25 | New | Dwolla () | |
| 444669 | 2/2/12 10:01 | -$0.06 | Validation Deposit | GPUMAX Operating Account (XXX3344) | |
| 444668 | 2/2/12 10:01 | -$0.01 | Validation Deposit | GPUMAX Operating Account (XXX3344) | |

| login_date | ip_address | valid_login | login_type | resource | resource_endpoint |
|---|---|---|---|---|---|
| 7/25/11 14:48 | 99.104.28.118 | 1 | 1 | dwolla.com | login.aspx |
| 7/25/11 21:45 | 99.104.28.118 | 1 | 1 | dwolla.com | login.aspx |
| 10/2/12 15:52 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/22/12 15:23 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/19/12 19:55 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/18/12 17:07 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/13/12 15:08 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/12/12 15:24 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/11/12 14:33 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 7/11/12 14:33 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 7/11/12 14:32 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/11/12 14:20 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/6/12 14:15 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/4/12 22:50 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 5/4/12 22:50 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 5/4/12 22:50 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/1/12 14:54 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 5/1/12 14:54 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 5/1/12 14:53 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/30/12 23:29 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/29/12 6:23 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/29/12 6:23 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/29/12 6:23 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/25/12 15:14 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/23/12 23:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/23/12 23:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/23/12 23:40 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/23/12 16:47 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 4/23/12 16:47 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 4/23/12 16:47 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/23/12 13:48 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/20/12 16:14 | 64.183.246.13 | 1 | 1 | dwolla.com | login.aspx |
| 4/20/12 16:13 | 64.183.246.13 | 1 | 1 | dwolla.com | login.aspx |
| 4/20/12 16:10 | 64.183.246.13 | 1 | 1 | dwolla.com | login.aspx |
| 4/19/12 13:24 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 4/19/12 13:24 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 4/19/12 13:24 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/29/12 15:36 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 3/29/12 15:36 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 3/29/12 15:35 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/29/12 15:18 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/27/12 3:32 | 166.249.197.42 | 1 | 0 | REST API | Send |
| 3/26/12 16:37 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 3/26/12 16:37 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 3/26/12 16:37 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/26/12 16:13 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |

| login_date | ip_address | valid_login | login_type | resource | resource_endpoint |
|---|---|---|---|---|---|
| 3/21/12 20:29 | 108.89.10.213 | 1 | 0 | dwolla.com | settings.aspx |
| 3/21/12 20:28 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/21/12 20:28 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/21/12 20:28 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/20/12 21:29 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 3/20/12 21:29 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 3/20/12 21:29 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/20/12 19:36 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/20/12 18:46 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/20/12 18:02 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/20/12 16:42 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/16/12 16:34 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/16/12 15:22 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/9/12 14:03 | 108.89.10.213 | 1 | 0 | REST API | Send |
| 3/8/12 14:55 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 3/8/12 14:55 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 3/8/12 14:55 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/7/12 0:00 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/6/12 3:21 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/6/12 3:21 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/6/12 3:19 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/6/12 0:40 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/11/12 4:38 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/11/12 4:38 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/11/12 1:01 | 166.249.201.9 | 1 | 0 | REST API | Send |
| 2/10/12 18:36 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:36 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:35 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:35 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:21 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:21 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:04 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:04 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:03 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:03 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:03 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 18:03 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 17:43 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/10/12 3:10 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 3:10 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 3:10 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 3:09 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 3:08 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 3:07 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/10/12 3:07 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/10/12 3:07 | 108.89.10.213 | 1 | 0 | dwolla.com | send |

| Date | Login Type | IP Address | Valid Credentials | Resource | Resource Endpoint |
|---|---|---|---|---|---|
| 6/6/12 17:37 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 6/6/12 17:36 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 3/15/12 11:11 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/20/12 19:16 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/20/12 19:15 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/20/12 19:15 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/12/12 23:17 | PIN | 108.89.10.213 | Yes | dwolla.com | withdraw.aspx |
| 2/12/12 22:16 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/9/12 22:36 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/6/12 12:07 | PIN | 108.89.10.213 | Yes | dwolla.com | withdraw.aspx |
| 2/6/12 12:07 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/6/12 11:22 | PIN | 108.89.10.213 | Yes | dwolla.com | withdraw.aspx |
| 2/6/12 11:22 | PIN | 108.89.10.213 | Yes | dwolla.com | withdraw.aspx |
| 2/6/12 11:21 | PIN | 108.89.10.213 | Yes | dwolla.com | withdraw.aspx |
| 2/6/12 11:19 | PIN | 108.89.10.213 | Yes | dwolla.com | withdraw.aspx |
| 2/6/12 11:17 | PIN | 108.89.10.213 | Yes | dwolla.com | withdraw.aspx |
| 2/6/12 11:17 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/3/12 18:33 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/3/12 18:33 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/3/12 18:33 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/2/12 9:59 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/1/12 18:01 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |
| 2/1/12 17:49 | Password | 108.89.10.213 | Yes | dwolla.com | login.aspx |

| login_date | ip_address | valid_login | login_type | resource | resource_endpoint |
|---|---|---|---|---|---|
| 2/10/12 3:06 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/8/12 18:00 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/7/12 20:51 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/7/12 20:37 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/7/12 19:15 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/7/12 1:10 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/7/12 0:56 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/6/12 22:07 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/6/12 18:34 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/6/12 14:53 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/6/12 3:17 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/6/12 2:37 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/5/12 23:04 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/5/12 20:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/5/12 20:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/5/12 20:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/5/12 20:14 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/4/12 17:56 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/4/12 16:12 | 108.89.10.213 | 1 | 0 | dwolla.com | settings.aspx |
| 2/4/12 16:11 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/3/12 16:06 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/3/12 16:06 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/3/12 16:01 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/31/12 18:40 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/31/12 16:25 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw.aspx |
| 1/31/12 16:25 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/31/12 3:37 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/27/12 0:21 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/27/12 0:21 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/27/12 0:20 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/26/12 20:50 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw.aspx |
| 1/26/12 20:49 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/26/12 14:41 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/26/12 14:41 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/26/12 4:24 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/25/12 2:08 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/25/12 1:28 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/23/12 17:27 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw.aspx |
| 1/23/12 17:27 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/20/12 17:44 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/19/12 22:29 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/19/12 22:29 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/19/12 22:27 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/19/12 4:32 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/19/12 2:47 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/18/12 19:53 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |

| login_date | ip_address | valid_login | login_type | resource | resource_endpoint |
|---|---|---|---|---|---|
| 1/17/12 18:05 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/27/12 14:35 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 4/27/12 14:35 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 4/27/12 14:35 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/16/12 17:39 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 3/16/12 17:39 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 3/16/12 17:38 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/12/12 16:38 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 3/12/12 16:37 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 3/12/12 16:37 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/12/12 16:18 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 9/13/12 20:45 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 9/13/12 20:34 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 9/13/12 20:30 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 9/4/12 23:29 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 9/4/12 23:29 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/9/12 14:43 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 7/9/12 14:43 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 7/9/12 14:43 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/3/12 15:31 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 7/3/12 15:31 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 7/3/12 15:30 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/2/12 14:23 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 7/2/12 14:23 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 7/2/12 14:23 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 7/2/12 14:23 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 7/2/12 14:22 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/30/12 15:19 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/29/12 12:34 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/29/12 12:34 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/29/12 12:34 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/28/12 13:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/28/12 13:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/28/12 13:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/28/12 13:39 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/28/12 13:39 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 6/22/12 19:51 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/22/12 19:51 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/22/12 19:50 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/22/12 19:50 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 2/10/12 17:43 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 2/7/12 20:51 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 2/7/12 20:37 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 1/25/12 1:28 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 1/18/12 19:53 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 1/18/12 19:52 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |

| login_date | ip_address | valid_login | login_type | resource | resource_endpoint |
|---|---|---|---|---|---|
| 1/11/12 16:24 | 108.89.10.213 | 0 | 1 | dwolla.com | login.aspx |
| 7/25/11 21:45 | 99.104.28.118 | 0 | 1 | dwolla.com | login.aspx |
| 6/6/12 22:37 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/6/12 22:37 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/6/12 22:35 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/5/12 19:34 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/30/12 16:07 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 5/30/12 16:07 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 5/30/12 16:02 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/29/12 22:08 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 5/29/12 22:07 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 5/29/12 22:06 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/16/12 0:06 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 5/16/12 0:06 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 5/16/12 0:05 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 5/16/12 0:05 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 5/16/12 0:03 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/9/12 15:10 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 5/9/12 15:10 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 5/9/12 15:09 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/17/12 15:58 | 174.253.75.237 | 1 | 0 | dwolla.com | deposit |
| 4/17/12 15:58 | 174.253.75.237 | 1 | 0 | dwolla.com | withdraw |
| 4/17/12 15:57 | 174.253.75.237 | 1 | 1 | dwolla.com | mobile-login.aspx |
| 4/16/12 20:18 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/16/12 13:43 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/13/12 15:58 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/13/12 15:58 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/13/12 15:51 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/9/12 14:36 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 4/9/12 14:36 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 4/9/12 14:36 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/9/12 14:07 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/6/12 16:31 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/6/12 16:31 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 4/6/12 16:30 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/19/12 17:18 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/19/12 17:18 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/19/12 17:18 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/8/12 13:56 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/8/12 13:10 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/3/12 20:15 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/3/12 20:15 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 3/3/12 20:14 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/2/12 16:31 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 3/2/12 13:21 | 108.89.10.213 | 1 | 0 | REST API | Send |
| 2/28/12 20:15 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |

| login_date | ip_address | valid_login | login_type | resource | resource_endpoint |
|---|---|---|---|---|---|
| 2/28/12 19:29 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/28/12 18:49 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/24/12 17:37 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/24/12 17:36 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/24/12 17:36 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw.aspx |
| 2/24/12 17:35 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/18/12 5:32 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/18/12 5:31 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/18/12 5:31 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/12/12 21:10 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/25/12 15:51 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/25/12 15:51 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 1/25/12 15:50 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/24/12 2:03 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/12/12 22:38 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/11/12 19:06 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/11/12 16:24 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/25/12 13:35 | 174.230.5.255 | 1 | 0 | dwolla.com | deposit |
| 6/25/12 13:35 | 174.230.5.255 | 1 | 0 | dwolla.com | withdraw |
| 6/25/12 13:34 | 174.230.5.255 | 1 | 1 | dwolla.com | mobile-login.aspx |
| 6/8/12 14:57 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/8/12 14:57 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/8/12 14:50 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/27/12 0:26 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 8/13/12 16:35 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 8/13/12 16:35 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 8/13/12 16:34 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 8/13/12 16:34 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 8/13/12 16:33 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 7/5/12 13:50 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 7/5/12 13:50 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 7/5/12 13:47 | 108.89.10.213 | 1 | 1 | dwolla.com | mobile-login.aspx |
| 7/2/12 20:44 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/26/12 15:02 | 108.89.10.213 | 1 | 0 | dwolla.com | FundingSources.BankRemove |
| 6/26/12 15:01 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |
| 6/26/12 15:01 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 6/26/12 15:01 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/26/12 0:49 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/26/12 0:49 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/26/12 0:48 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/22/12 16:40 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/22/12 16:39 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/22/12 16:39 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 6/8/12 15:53 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/8/12 15:53 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 6/8/12 15:52 | 108.89.10.213 | 1 | 0 | dwolla.com | deposit |

| login_date | ip_address | valid_login | login_type | resource | resource_endpoint |
|---|---|---|---|---|---|
| 6/8/12 15:52 | 108.89.10.213 | 1 | 0 | dwolla.com | withdraw |
| 6/8/12 15:52 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 5/21/12 15:42 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 4/16/12 16:10 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 2/18/12 18:01 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/18/12 18:01 | 108.89.10.213 | 1 | 0 | dwolla.com | send |
| 2/18/12 18:00 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |
| 1/14/12 19:31 | 108.89.10.213 | 1 | 1 | dwolla.com | login.aspx |