# EXHIBIT H



**Mt.Gox Co., Ltd.**
Round Cross 5F, Shibuya 2-11-6,
Shibuya-ku Tokyo, Japan 150-0002
info@mtgox.com
www.mtgox.com

DECLARATION OF MARK KARPELES CERTIFYING RECORDS OF
REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Mark Karpeles, declare that:

1. I am employed by Mt.Gox Co., Ltd. as CEO and by reason of my position
   am authorized and qualified to make this declaration.

2. I further certify that the documents submitted herewith are true copies of
   records that were:

   (a) made at or near the time of the occurrence of the matters set forth
   therein, by, or from information transmitted by, a person with the knowledge
   of those matters;
   (b) kept in the course of regularly conducted business activity; and
   (c) made by the regularly conducted business activity as a regular
   practice.

3. I understand that a false statement in this declaration could subject me to
   criminal penalty under the laws of Japan.

I declare under penalty of perjury under the laws of the Untied States of
America that the foregoing is true and correct. Executed on December 12,
2012 at Tokyo Japan

Mark Karpeles
2012-12-12



SEC-MtGox-E-0000006

P.O.BOX105378
ATLANTA,GA30348

| ManageYourAccount&ViewYourUsageDetails | AccountNumber | DateDue |
|---|---|---|
| MyVerizonatwww.verizonwireless.com | 0001 | PastDue |

| InvoiceNumber | 6668129259 |
|---|---|

KEYLINE
/▮▮▮▮▮▮▮▮▮▮/

TRENDANSHAVERS
▮▮▮▮▮▮▮▮▮▮▮▮

## QuickBillSummary

Nov11–Dec10

| | |
|---|---|
| PreviousBalance  (seebackfordetails) | $412.33 |
| Payment—ThankYou | −$204.18 |
| **BalanceForwardDueImmediately** | **$208.15** |
| | |
| AccountChargesandCredits | |
| IncludesLateFeeof$5.00 | $5.00 |
| MonthlyAccessCharges | $174.95 |
| UsageCharges | $.20 |
| VerizonWireless' Surcharges andOtherCharges&Credits | $58.28 |
| Taxes,GovernmentalSurcharges&Fees | $18.68 |
| **TotalCurrentChargesDuebyJanuary05,2012** | **$257.11** |

**TotalAmount Due** **$465.26**

### ChangesToYourBill

Lastmonthwemadesomechangesto
yourbillandprovidedinformational
detailsaboutthechanges.Pleasesee
themessageintheNeed-to-Know
Informationsectionfordetails.

Ourrecordsindicateyouraccountispastdue.Pleasesendpaymentnowtoavoidservicedisruption.

| PayfromWireless | PayontheWeb | Questions: |
|---|---|---|
| #PMT(#768) | MyVerizonatwww.verizonwireless.com | 1.800.922.0204or*611fromyourwireless |

VE

| | |
|---|---|
| BillDate | December10,2011 |
| AccountNumber | ▮▮▮▮▮0001 |
| InvoiceNumber | 6668129259 |

TRENDANSHAVERS
▮▮▮▮▮▮▮▮▮▮

## TotalAmountDue

MakecheckpayabletoVerizonWireless.
Pleasereturnthisremitslipwithpayment.

$465.26

$ ☐☐☐ . ☐☐

POBOX660108
DALLAS,TX75266−0108

/7526601085/

☐ Check here and fill out the back of this slip if your billing address
has changed or you are adding or changing your email address.

6668129259010711984016000010000257110000465263

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1−866−544−0401.

SEC-MtGox-E-0000007

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ████████0001 | PastDue | 2of18 |

| GetMinutesUsed | GetDataUsed | GetBalance |
|---|---|---|
| #MIN+SEND | #DATA+SEND | #BAL+SEND |

## ExplanationofCharges

### Verizon Wireless'  Surcharges
Verizon Wireless' Surcharges include charges to recover or help defray costs of taxes and of governmental charges and fees imposed on us, including a Regulatory Charge (which helps defray costs of various regulatory mandates, including government number administration and license fees) and a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover costs imposed on us by the government to support universal service, and may include other charges also related to our governmental costs. It also includes an Administrative Charge, which helps defray certain costs we incur, currently including (i) charges we, or our agents, pay local telephone companies for delivering calls from our customers to their customers, (ii) fees and assessments on network facilities and services, and (iii) certain costs and charges associated with proceedings related to new cell site construction. Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.

### Taxes,GovernmentalSurchargesandFees
Includes sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill customers. These taxes, surcharges and fees may change from timetotimewithoutnotice.

### LateFeeInformation
Alatepaymentappliesforunpaidbalances.Thechargeisthe greaterof$5or1.5%permonth,oraspermittedbylaw.

### Verizon Wireless'  OtherChargesandCredits
Includeschargesforproductsandservices,andcreditsowing.

## Payments

| PreviousBalance | | $412.33 |
|---|---|---|
| Payment—ThankYou | | |
| PaymentReceived 11/30/11 | | −204.18 |
| **TotalPayments** | | **−$204.18** |
| **BalanceForwardDueImmediately** | | **$208.15** |

## AccountChargesandCredits

| LateFee | | 5.00 |
|---|---|---|
| **Subtotal** | | **$5.00** |

### AccountMonthlyAccessCharges

| NationwideTalkShare1400 | 11/11–12/10 | 70.00 |
|---|---|---|
| **Subtotal** | | **$70.00** |
| **TotalAccountChargesandCredits** | | **$75.00** |

---

**Correspondence Address: Verizon Wireless P.O. Box 105378 Atlanta, GA 30348**

AutomaticPaymentEnrollmentforAccount:711984016-00001TRENDANSHAVERS
By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdrawyourauthorizationyoumustcallVerizonWireless.Checkwithyourbankforanycharges.

1.Checkthisbox.            2.Signnameinboxbelow,asshownonthebillanddate.            3.Returnthisslipwithyourcheckforthismonth'spayment.

 

Changingyourbillingaddressfor Account:711984016-00001TRENDANSHAVERS
UsethisspacetosignintoMyVerizonatwww.verizonwireless.comtochangethemailingaddresswherewesendyourbill.Ifwedonothaveyourmostrecentemailaddress,provide itbelowandwe'lluseittotellyouimportantinformationaboutyourVerizonWirelessservice.Allow2billingcyclesfortheaddresschangetotakeeffect.

NewAddress _____

City _____

State/Zip _____

DaytimePhone _____  EveningPhone _____

Email _____

PLACEOFPRIMARYUSE(PPU)
Thehomeorbusinessmailingaddressindicatedtotheleft isforthepersonusingthephone(s)andistheperson's residentialstreetaddressorprimarybusinessaddress

____YES___NOIf"NO"orformulti-lineaccountswith morethanonePPUaddress,pleasecontactourCustomer ServiceDepartmentorvisitourwebsitetochangethe user'sPPUaddress.

SEC-MtGox-E-0000008

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ████████0001 | PastDue | 3of18 |

## OverviewofLines

### YourAccount'sPlan

**NationwideTalkShare1400**
$70.00monthlyaccesscharge
1400 monthly allowance minutes
$.40perminuteafterallowance
UnlimitedNightsandWeekend
UnlimitedNationalM2M
**Friends&Family**
Unlimitedcallingto10numbers

### BreakdownofCharges

| | | |
|---|---|---|
| AccountCharges&Credits | pg 2 | $75.00 |
| █████-3339 TrendanShavers | pg 4 | $64.74 |
| █████-4063 TrendanShavers | pg 7 | $39.67 |
| █████-7666 TrendanShavers | pg 13 | $77.70 |
| **TotalCurrentCharges** | | **$257.11** |

### BreakdownofSharedUsage

| | | SharePlan MinutesUsed |
|---|---|---|
| █████-3339 | pg 4 | 55 |
| █████-4063 | pg 7 | 97 |
| █████-7666 | pg 13 | 290 |
| **TotalUsed** | | **442** |
| **SharedAllowance** | | **1,400** |
| **Overage** | | **0** |
| **TotalSharedUsageCharges** | | **$.00** |

SEC-MtGox-E-0000009

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ▓▓▓▓0001 | PastDue | 4of18 |

## SummaryforTrendanShavers: ▓▓▓▓▓▓▓

## YourPlan

**NationwideTalkShare1400**
(seepg3)

**Email&WebUnlimited**
$29.99monthlyaccesscharge
Unlimited monthly kilobyte

Havemorequestionsaboutyourcharges?
GetdetailsforallyourUsageChargesat
www.verizonwireless.com.SignintoMy
VerizonandgotoMyBillandclickonUsage
Details.

## Charges

**MonthlyAccessCharges**

| | |
|---|---|
| LineAccess11/11—12/10 | 9.99 |
| $9.99/mo/ fullmonth onnewplan | |
| Email&WebUnlimited11/11—12/10 | 29.99 |
| | **$39.98** |

## UsageCharges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 55 | –– | –– |
| Friends&Family | minutes | –– | 131 | –– | –– |
| MobiletoMobile | minutes | unlimited | 43 | –– | –– |
| Night/Weekend | minutes | unlimited | 61 | –– | –– |
| TotalVoice | | | | | $.00 |

| Messaging | | | | | |
|---|---|---|---|---|---|
| Text–Rcv'd | messages | –– | 1 | 1 | .20 |
| TotalMessaging | | | | | $.20 |

| Data | | | | | |
|---|---|---|---|---|---|
| KilobyteUsage | kilobytes | unlimited | 2655 | –– | –– |
| TotalData | | | | | $.00 |

| | |
|---|---|
| **TotalUsageCharges** | **$.20** |

| **VerizonWireless'Surcharges  +** | |
|---|---|
| FedUniversalServiceCharge | 1.65 |
| RegulatoryCharge | .16 |
| AdministrativeCharge | .83 |
| TXFranchiseSurchg | .28 |
| TexasUniversalService | 1.38 |
| **OtherChargesandCredits** | |
| CellularService–Reconnect | 15.00 |
| | **$19.30** |

| **Taxes,GovernmentalSurchargesandFees  +** | |
|---|---|
| TXState911Fee | .50 |
| TXStateSalesTax | 3.61 |
| McKinneyCitySalesTax | 1.15 |
| | **$5.26** |

| | |
|---|---|
| **TotalCurrentChargesfor214–718–3339** | **$64.74** |

+Percentage–basedtaxes,fees,andsurchargesapplytochargesforthislineplusthisline'sshareof
accountcharges.

| | | | | | InvoiceNumber | AccountNumber | | DateDue | Page |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 6668129259 | 0001 | | PastDue | 5of18 |

## DetailforTrendanShavers:

## Voice

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/11 | 9:36A | | Peak | Friends&Family | McKinneyTX | IncomingCL | 7 | --- | --- | --- |
| 11/12 | 9:54A | | Off–Peak | N&W | McKinneyTX | CanalwhstrOH | 1 | --- | --- | --- |
| 11/12 | 10:50A | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 3 | --- | --- | --- |
| 11/12 | 10:53A | | Off–Peak | N&W | McKinneyTX | CanalwhstrOH | 1 | --- | --- | --- |
| 11/12 | 11:37A | | Off–Peak | N&W | McKinneyTX | CanalwhstrOH | 1 | --- | --- | --- |
| 11/12 | 12:13P | | Off–Peak | N&W | McKinneyTX | CanalwhstrOH | 1 | --- | --- | --- |
| 11/12 | 2:11P | | Off–Peak | N&W | McKinneyTX | CanalwhstrOH | 1 | --- | --- | --- |
| 11/12 | 2:28P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 9 | --- | --- | --- |
| 11/12 | 7:24P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 5 | --- | --- | --- |
| 11/12 | 7:31P | | Off–Peak | N&W,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/13 | 10:00A | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 5 | --- | --- | --- |
| 11/14 | 2:15P | | Peak | Friends&Family | McKinneyTX | CanalwhstrOH | 1 | --- | --- | --- |
| 11/14 | 2:35P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 17 | --- | --- | --- |
| 11/14 | 6:22P | | Peak | PlanAllow | McKinneyTX | NomesquiteTX | 2 | --- | --- | --- |
| 11/15 | 5:55P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/15 | 5:56P | | Peak | PlanAllow | McKinneyTX | NomesquiteTX | 2 | --- | --- | --- |
| 11/16 | 8:30A | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/16 | 1:33P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/16 | 4:37P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 7 | --- | --- | --- |
| 11/18 | 9:15A | | Peak | PlanAllow | McKinneyTX | NomesquiteTX | 1 | --- | --- | --- |
| 11/18 | 9:19A | | Peak | PlanAllow | McKinneyTX | NomesquiteTX | 2 | --- | --- | --- |
| 11/18 | 9:22A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/18 | 9:25A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/18 | 9:25A | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 2 | --- | --- | --- |
| 11/18 | 9:36A | | Peak | PlanAllow | McKinneyTX | RichardsonTX | 1 | --- | --- | --- |
| 11/18 | 9:39A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/18 | 12:54P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/18 | 3:53P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 13 | --- | --- | --- |
| 11/18 | 4:09P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/18 | 4:12P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/19 | 11:23A | | Off–Peak | N&W,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/19 | 3:05P | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 1 | --- | --- | --- |
| 11/20 | 6:25P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 11/20 | 6:31P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/21 | 4:41P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/21 | 4:42P | | Peak | Friends&Family | McKinneyTX | GrandprariTX | 9 | --- | --- | --- |
| 11/21 | 8:53P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/22 | 6:09P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/22 | 6:10P | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 1 | --- | --- | --- |
| 11/23 | 1:18P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/23 | 2:25P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/23 | 2:26P | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 1 | --- | --- | --- |
| 11/24 | 10:25A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/24 | 11:14A | | Peak | Friends&Family | DallasTX | CanalwhstrOH | 4 | --- | --- | --- |
| 11/24 | 5:29P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |

SEC-MtGox-E-0000012

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ██████████0001 | PastDue | 6of18 |

## DetailforTrendanShavers: ████████████

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/25 | 10:23A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 4 | –– | –– | –– |
| 11/25 | 1:57P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | –– | –– | –– |
| 11/26 | 9:16A | | Off–Peak | N&W,CallVM | McKinneyTX | VoiceMailCL | 1 | –– | –– | –– |
| 11/26 | 9:17A | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 2 | –– | –– | –– |
| 11/26 | 9:54A | | Off–Peak | N&W | McKinneyTX | NomesquiteTX | 2 | –– | –– | –– |
| 11/26 | 9:56A | | Off–Peak | N&W | McKinneyTX | DallasTX | 3 | –– | –– | –– |
| 11/27 | 1:33P | | Off–Peak | N&W,CallVM | McKinneyTX | VoiceMailCL | 1 | –– | –– | –– |
| 11/27 | 1:34P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 2 | –– | –– | –– |
| 11/27 | 3:49P | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 1 | –– | –– | –– |
| 11/27 | 3:49P | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 1 | –– | –– | –– |
| 11/28 | 1:48P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | –– | –– | –– |
| 11/28 | 1:50P | | Peak | Friends&Family | McKinneyTX | GrandprariTX | 4 | –– | –– | –– |
| 11/29 | 8:46A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 7 | –– | –– | –– |
| 11/29 | 9:10A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 2 | –– | –– | –– |
| 11/29 | 11:56A | | Peak | Friends&Family | McKinneyTX | GrandprariTX | 1 | –– | –– | –– |
| 11/29 | 4:53P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | –– | –– | –– |
| 11/29 | 4:54P | | Peak | Friends&Family | McKinneyTX | GrandprariTX | 2 | –– | –– | –– |
| 11/30 | 3:03P | | Peak | Friends&Family | DallasTX | IncomingCL | 13 | –– | –– | –– |
| 12/01 | 3:45P | | Peak | Friends&Family | McKinneyTX | CanalwhstrOH | 14 | –– | –– | –– |
| 12/02 | 3:35P | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 3 | –– | –– | –– |
| 12/04 | 5:29P | | Off–Peak | N&W,CallVM | McKinneyTX | VoiceMailCL | 1 | –– | –– | –– |
| 12/05 | 9:33A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 7 | –– | –– | –– |
| 12/05 | 12:26P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 3 | –– | –– | –– |
| 12/05 | 1:02P | | Peak | PlanAllow | McKinneyTX | Toll–FreeCL | 12 | –– | –– | –– |
| 12/05 | 1:24P | | Peak | PlanAllow | McKinneyTX | PlanoTX | 3 | –– | –– | –– |
| 12/05 | 5:36P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 1 | –– | –– | –– |
| 12/05 | 6:06P | | Peak | Friends&Family | McKinneyTX | GrandprariTX | 24 | –– | –– | –– |
| 12/06 | 3:58P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 14 | –– | –– | –– |
| 12/07 | 9:40A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | –– | –– | –– |
| 12/07 | 4:07P | | Peak | PlanAllow | McKinneyTX | PlanoTX | 1 | –– | –– | –– |
| 12/07 | 4:39P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 5 | –– | –– | –– |
| 12/08 | 11:45A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 3 | –– | –– | –– |
| 12/08 | 11:48A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 5 | –– | –– | –– |
| 12/10 | 11:12A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | –– | –– | –– |
| 12/10 | 12:35P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 2 | –– | –– | –– |
| 12/10 | 1:25P | | Off–Peak | N&W | FriscoTX | GrandprariTX | 7 | –– | –– | –– |
| 12/10 | 1:34P | | Off–Peak | N&W | FriscoTX | IncomingCL | 3 | –– | –– | –– |

SEC-MtGox-E-0000013

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ████ 0001 | PastDue | 7of18 |

## SummaryforTrendanShavers: ████████

## YourPlan

**NationwideTalkShare1400**
(seepg3)

**PayAsYouUseMegabyteData**
$1.99 permegabyte

**250MessageAllowance**
$5.00monthlyaccesscharge
250 monthly message allowance
$.10permessage  afterallowance

> Havemorequestionsaboutyourcharges?
> GetdetailsforallyourUsageChargesat
> www.verizonwireless.com.SignintoMy
> VerizonandgotoMyBillandclickonUsage
> Details.

## Charges

**MonthlyAccessCharges**

| | |
|---|---|
| LineAccess11/11–12/10 | 9.99 |
| $9.99/mo/  fullmonth  onnewplan | |
| 250MessageAllowance   11/11–12/10 | 5.00 |
| | **$14.99** |

## UsageCharges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 97 | –– | –– |
| Friends&Family | minutes | –– | 574 | –– | –– |
| MobiletoMobile | minutes | unlimited | 64 | –– | –– |
| Night/Weekend | minutes | unlimited | 236 | –– | –– |
| TotalVoice | | | | | $.00 |

| Messaging | | | | | |
|---|---|---|---|---|---|
| Text,Picture&Video | messages | 250 | 160 | –– | –– |
| TotalMessaging | | | | | $.00 |
| **TotalUsageCharges** | | | | | **$.00** |

| | |
|---|---|
| **VerizonWireless'Surcharges  +** | |
| FedUniversalServiceCharge | 1.65 |
| RegulatoryCharge | .16 |
| AdministrativeCharge | .83 |
| TXFranchiseSurchg | .28 |
| TexasUniversalService | 1.50 |
| **OtherChargesandCredits** | |
| CellularService–Reconnect | 15.00 |
| | **$19.42** |

| | |
|---|---|
| **Taxes,GovernmentalSurchargesandFees  +** | |
| TXState911Fee | .50 |
| TXStateSalesTax | 3.61 |
| McKinneyCitySalesTax | 1.15 |
| | **$5.26** |

| | |
|---|---|
| **TotalCurrentChargesfor469–964–4063** | **$39.67** |

+Percentage–basedtaxes,fees,andsurchargesapplytochargesforthislineplusthisline'sshareof
accountcharges.

SEC-MtGox-E-0000015

| InvoiceNumber | AccountNumber | | DateDue | Page |
|---|---|---|---|---|
| 6668129259 | | 0001 | PastDue | 8of18 |

## DetailforTrendanShavers:

## Voice

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/11 | 1:00P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 11/11 | 3:01P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/11 | 4:10P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/11 | 4:21P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/11 | 4:21P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 5 | --- | --- | --- |
| 11/11 | 5:00P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/11 | 5:20P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/11 | 5:21P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/11 | 5:21P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 17 | --- | --- | --- |
| 11/11 | 6:00P | | Peak | M2MAllow | McKinneyTX | GrandpariTX | 1 | --- | --- | --- |
| 11/11 | 6:03P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/12 | 10:50A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 11/12 | 12:52P | | Off–Peak | N&W | McKinneyTX | GrandpariTX | 1 | --- | --- | --- |
| 11/12 | 12:58P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/12 | 4:09P | | Off–Peak | N&W | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/12 | 4:59P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 5 | --- | --- | --- |
| 11/12 | 6:16P | | Off–Peak | N&W | McKinneyTX | WaxahachieTX | 3 | --- | --- | --- |
| 11/12 | 6:20P | | Off–Peak | N&W | McKinneyTX | GrandpariTX | 1 | --- | --- | --- |
| 11/12 | 6:23P | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 1 | --- | --- | --- |
| 11/12 | 7:24P | | Off–Peak | N&W | McKinneyTX | GrandpariTX | 5 | --- | --- | --- |
| 11/13 | 10:01A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 5 | --- | --- | --- |
| 11/13 | 10:11A | | Off–Peak | N&W | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/13 | 10:11A | | Off–Peak | N&W | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/13 | 10:12A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 5 | --- | --- | --- |
| 11/13 | 9:59P | | Off–Peak | N&W | McKinneyTX | GrandpariTX | 1 | --- | --- | --- |
| 11/14 | 8:43A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 12 | --- | --- | --- |
| 11/14 | 2:52P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 5 | --- | --- | --- |
| 11/14 | 2:57P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 7 | --- | --- | --- |
| 11/14 | 3:45P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/14 | 4:00P | | Peak | Friends&Family | FriscoTX | EnnisTX | 3 | --- | --- | --- |
| 11/14 | 4:03P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 15 | --- | --- | --- |
| 11/14 | 6:06P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/14 | 7:55P | | Peak | PlanAllow | McKinneyTX | Toll–FreeCL | 1 | --- | --- | --- |
| 11/15 | 8:45A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 16 | --- | --- | --- |
| 11/15 | 2:02P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/15 | 2:02P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 4 | --- | --- | --- |
| 11/15 | 2:27P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/15 | 2:39P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/15 | 2:39P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 14 | --- | --- | --- |
| 11/15 | 2:53P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 11 | --- | --- | --- |
| 11/15 | 5:01P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/16 | 9:12A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 2 | --- | --- | --- |
| 11/16 | 9:13A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 2 | --- | --- | --- |
| 11/16 | 9:20A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 11/16 | 9:26A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 17 | --- | --- | --- |

| | | InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|---|---|
| | | 6668129259 | ████████0001 | PastDue | 9of18 |

## DetailforTrendanShavers: ████████

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/16 | 12:20P | | Peak | PlanAllow | McKinneyTX | Toll–FreeCL | 3 | --- | --- | --- |
| 11/16 | 12:51P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 5 | --- | --- | --- |
| 11/16 | 1:00P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 10 | --- | --- | --- |
| 11/16 | 1:33P | | Peak | M2MAllow | FriscoTX | GrandprariTX | 1 | --- | --- | --- |
| 11/16 | 2:55P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 3 | --- | --- | --- |
| 11/16 | 2:58P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 2 | --- | --- | --- |
| 11/17 | 8:50A | | Peak | Friends&Family | FriscoTX | EnnisTX | 1 | --- | --- | --- |
| 11/17 | 8:50A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/17 | 8:51A | | Peak | Friends&Family | McKinneyTX | IncomingCL | 10 | --- | --- | --- |
| 11/17 | 11:42A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 6 | --- | --- | --- |
| 11/18 | 8:04A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 11 | --- | --- | --- |
| 11/18 | 8:14A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/18 | 8:15A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 12 | --- | --- | --- |
| 11/18 | 9:39A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/18 | 11:28A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 2 | --- | --- | --- |
| 11/18 | 12:54P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 4 | --- | --- | --- |
| 11/18 | 2:15P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 6 | --- | --- | --- |
| 11/18 | 3:01P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/18 | 7:13P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 26 | --- | --- | --- |
| 11/19 | 9:06A | | Off–Peak | N&W | McKinneyTX | WaxahachieTX | 12 | --- | --- | --- |
| 11/19 | 2:19P | | Off–Peak | N&W | FriscoTX | EnnisTX | 1 | --- | --- | --- |
| 11/19 | 2:19P | | Off–Peak | N&W | McKinneyTX | WaxahachieTX | 13 | --- | --- | --- |
| 11/19 | 2:32P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 11/19 | 3:05P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 5 | --- | --- | --- |
| 11/19 | 3:32P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 5 | --- | --- | --- |
| 11/19 | 3:57P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 8 | --- | --- | --- |
| 11/19 | 4:05P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/20 | 11:59A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 12 | --- | --- | --- |
| 11/20 | 1:55P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 9 | --- | --- | --- |
| 11/20 | 6:25P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 3 | --- | --- | --- |
| 11/20 | 6:31P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/21 | 12:28P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/21 | 3:23P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/22 | 9:51A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 37 | --- | --- | --- |
| 11/22 | 10:27A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 12 | --- | --- | --- |
| 11/22 | 11:14A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/22 | 11:35A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/23 | 10:15A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 16 | --- | --- | --- |
| 11/23 | 12:24P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/23 | 12:31P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 8 | --- | --- | --- |
| 11/23 | 3:28P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/23 | 3:29P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 7 | --- | --- | --- |
| 11/23 | 3:39P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/24 | 8:08A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 11 | --- | --- | --- |
| 11/24 | 10:23A | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ████████0001 | PastDue | 10of18 |

## DetailforTrendanShavers:████████████

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/24 | 10:25A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 4 | --- | --- | --- |
| 11/24 | 4:41P | | Peak | PlanAllow | RiceTX | GrandprariTX | 8 | --- | --- | --- |
| 11/24 | 5:06P | | Peak | Friends&Family | WilmerTX | EnnisTX | 7 | --- | --- | --- |
| 11/24 | 5:29P | | Peak | M2MAllow | DallasTX | IncomingCL | 2 | --- | --- | --- |
| 11/25 | 9:48A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/25 | 9:49A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/25 | 10:07A | | Peak | Friends&Family | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/25 | 10:15A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/25 | 10:23A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/25 | 10:56A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 6 | --- | --- | --- |
| 11/25 | 11:12A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 6 | --- | --- | --- |
| 11/25 | 11:17A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 11/25 | 11:18A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 3 | --- | --- | --- |
| 11/25 | 11:45A | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 15 | --- | --- | --- |
| 11/25 | 12:09P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/25 | 1:52P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 6 | --- | --- | --- |
| 11/25 | 1:57P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/25 | 4:52P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 10 | --- | --- | --- |
| 11/25 | 5:41P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/26 | 10:10A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/26 | 11:06A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/26 | 11:07A | | Off–Peak | N&W | McKinneyTX | EnnisTX | 7 | --- | --- | --- |
| 11/26 | 2:55P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 11/27 | 1:31P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/27 | 1:34P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/27 | 4:21P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 2 | --- | --- | --- |
| 11/27 | 4:26P | | Off–Peak | N&W | FriscoTX | EnnisTX | 6 | --- | --- | --- |
| 11/27 | 5:59P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/27 | 7:19P | | Off–Peak | N&W,CallVM | McKinneyTX | VoiceMailCL | 2 | --- | --- | --- |
| 11/28 | 8:46A | | Peak | Friends&Family | FriscoTX | EnnisTX | 4 | --- | --- | --- |
| 11/28 | 12:18P | | Peak | Friends&Family | PlanoTX | EnnisTX | 2 | --- | --- | --- |
| 11/28 | 12:24P | | Peak | M2MAllow | PlanoTX | GrandprariTX | 2 | --- | --- | --- |
| 11/28 | 2:13P | | Peak | PlanAllow | PlanoTX | GrandprariTX | 1 | --- | --- | --- |
| 11/28 | 2:14P | | Peak | PlanAllow | PlanoTX | GrandprariTX | 1 | --- | --- | --- |
| 11/28 | 2:55P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 11/28 | 2:59P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 6 | --- | --- | --- |
| 11/28 | 8:13P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 8 | --- | --- | --- |
| 11/29 | 8:24A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 11/29 | 8:46A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 7 | --- | --- | --- |
| 11/29 | 9:10A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/29 | 9:12A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/29 | 11:26A | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 2 | --- | --- | --- |
| 11/29 | 1:12P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 6 | --- | --- | --- |
| 11/30 | 11:24A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 3 | --- | --- | --- |
| 11/30 | 11:47A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 4 | --- | --- | --- |

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ████████0001 | PastDue | 11of18 |

## DetailforTrendanShavers:

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30 | 11:51A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/30 | 12:28P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/30 | 3:38P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/30 | 3:39P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/30 | 3:45P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 6 | --- | --- | --- |
| 11/30 | 4:23P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 11/30 | 4:59P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 10 | --- | --- | --- |
| 11/30 | 7:04P | | Peak | M2MAllow | FriscoTX | GrandprariTX | 1 | --- | --- | --- |
| 11/30 | 8:47P | | Peak | N&W,PlanAllow,Span | FriscoTX | IncomingCL | 21 | --- | --- | --- |
| 12/01 | 9:33A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/01 | 9:33A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 12/01 | 9:35A | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 4 | --- | --- | --- |
| 12/01 | 4:21P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 15 | --- | --- | --- |
| 12/01 | 6:41P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 12/02 | 2:34A | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/02 | 10:03A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 2 | --- | --- | --- |
| 12/02 | 10:05A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 19 | --- | --- | --- |
| 12/02 | 12:33P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 2 | --- | --- | --- |
| 12/02 | 12:35P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/02 | 2:05P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/02 | 2:55P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 12/02 | 3:00P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 2 | --- | --- | --- |
| 12/02 | 3:15P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 5 | --- | --- | --- |
| 12/02 | 3:23P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/02 | 3:29P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/02 | 5:02P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/02 | 5:52P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 7 | --- | --- | --- |
| 12/03 | 12:30P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 8 | --- | --- | --- |
| 12/04 | 9:28A | | Off–Peak | N&W | FriscoTX | EnnisTX | 12 | --- | --- | --- |
| 12/04 | 12:46P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 12/04 | 12:50P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 12/04 | 1:38P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/04 | 6:52P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 12/05 | 9:33A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 7 | --- | --- | --- |
| 12/05 | 1:48P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/05 | 2:17P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/05 | 2:22P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/05 | 6:19P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/05 | 7:11P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/05 | 10:24P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 3 | --- | --- | --- |
| 12/06 | 7:56A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 19 | --- | --- | --- |
| 12/06 | 8:16A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/06 | 8:19A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 8 | --- | --- | --- |
| 12/06 | 1:03P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 4 | --- | --- | --- |
| 12/06 | 1:31P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 7 | --- | --- | --- |

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ███████0001 | PastDue | 12of18 |

## DetailforTrendanShavers:

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/06 | 2:51P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/06 | 4:07P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 12/06 | 5:16P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/06 | 5:35P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/06 | 5:36P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 11 | --- | --- | --- |
| 12/06 | 6:10P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/06 | 7:06P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 10 | --- | --- | --- |
| 12/07 | 10:12A | | Peak | Friends&Family | FriscoTX | EnnisTX | 1 | --- | --- | --- |
| 12/07 | 1:45P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/07 | 1:46P | | Peak | Friends&Family | McKinneyTX | WaxahachieTX | 6 | --- | --- | --- |
| 12/07 | 2:52P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 12/07 | 2:53P | | Peak | Friends&Family | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/08 | 7:42A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 12/08 | 10:11A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 11 | --- | --- | --- |
| 12/08 | 11:45A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 3 | --- | --- | --- |
| 12/08 | 11:48A | | Peak | M2MAllow | FriscoTX | IncomingCL | 5 | --- | --- | --- |
| 12/08 | 2:42P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 12/08 | 3:09P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/09 | 10:54A | | Peak | Friends&Family | McKinneyTX | EnnisTX | 15 | --- | --- | --- |
| 12/09 | 2:58P | | Peak | Friends&Family | McKinneyTX | EnnisTX | 1 | --- | --- | --- |
| 12/09 | 3:09P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/10 | 10:41A | | Off–Peak | N&W | McKinneyTX | EnnisTX | 19 | --- | --- | --- |
| 12/10 | 11:00A | | Off–Peak | N&W | McKinneyTX | EnnisTX | 6 | --- | --- | --- |
| 12/10 | 11:05A | | Off–Peak | N&W | McKinneyTX | EnnisTX | 3 | --- | --- | --- |
| 12/10 | 11:12A | | Off–Peak | N&W | FriscoTX | GrandprariTX | 1 | --- | --- | --- |
| 12/10 | 12:35P | | Off–Peak | N&W | FriscoTX | GrandprariTX | 2 | --- | --- | --- |
| 12/10 | 12:52P | | Off–Peak | N&W | McKinneyTX | WaxahachieTX | 4 | --- | --- | --- |
| 12/10 | 1:25P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 7 | --- | --- | --- |
| 12/10 | 1:31P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 12/10 | 1:34P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 3 | --- | --- | --- |
| 12/10 | 2:47P | | Off–Peak | N&W | McKinneyTX | WaxahachieTX | 1 | --- | --- | --- |
| 12/10 | 2:47P | | Off–Peak | N&W | McKinneyTX | EnnisTX | 7 | --- | --- | --- |

SEC-MtGox-E-0000020

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ██████0001 | PastDue | 13of18 |

## SummaryforTrendanShavers: ██████████

## YourPlan

**NationwideTalkShare1400**
(seepg3)

**Email&WebUnlimited**
$29.99monthlyaccesscharge
Unlimited monthly kilobyte

**DataRoamUSA/Canada**

**500MSGAllowance+UNLINMSG**
$10.00monthlyaccesscharge
Unlimited monthly M2MText
Unlimited monthly M2MPIX&Video
500 monthly message allowance
$.10permessage   afterallowance

> Havemorequestionsaboutyourcharges?
> GetdetailsforallyourUsageChargesat
> www.verizonwireless.com.SignintoMy
> VerizonandgotoMyBillandclickonUsage
> Details.

## Charges

### MonthlyAccessCharges

| | |
|---|---|
| LineAccess11/11−12/10 | 9.99 |
| $9.99/mo/  fullmonth  onnewplan | |
| Email&WebUnlimited11/11−12/10 | 29.99 |
| 500MSGAllowance+UNLINMSG    11/11−12/10 | 10.00 |
| | **$49.98** |

## UsageCharges

### Voice

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| SharePlan | minutes | 1400 (shared) | 290 | — | — |
| Friends&Family | minutes | — | 2 | — | — |
| MobiletoMobile | minutes | unlimited | 115 | — | — |
| Night/Weekend | minutes | unlimited | 131 | — | — |
| TotalVoice | | | | | $.00 |

### Messaging

| Messaging | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| UnlimitedM2MText | messages | unlimited | 66 | — | — |
| UNLM2MPicture&Video | messages | unlimited | 7 | — | — |
| Text,Picture&Video | messages | 500 | 147 | — | — |
| TotalMessaging | | | | | $.00 |

### Data

| Data | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| KilobyteUsage | kilobytes | unlimited | 363,030 | — | — |
| TotalData | | | | | $.00 |
| **TotalUsageCharges** | | | | | **$.00** |

### VerizonWireless'Surcharges  +

| | |
|---|---|
| FedUniversalServiceCharge | 1.65 |
| RegulatoryCharge | .16 |
| AdministrativeCharge | .83 |
| TXFranchiseSurchg | .28 |
| TexasUniversalService | 1.64 |

### OtherChargesandCredits

| | |
|---|---|
| CellularService−Reconnect | 15.00 |
| | **$19.56** |

### Taxes,GovernmentalSurchargesandFees  +

| | |
|---|---|
| TXState911Fee | .50 |
| TXStateSalesTax | 5.80 |
| McKinneyCitySalesTax | 1.86 |
| | **$8.16** |

SEC-MtGox-E-0000021

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ███████ 0001 | PastDue | 14of18 |

**TotalCurrentChargesfor469−964−7666**                                                        **$77.70**

+Percentage−basedtaxes,fees,andsurchargesapplytochargesforthislineplusthisline'sshareof
accountcharges.

## DetailforTrendanShavers:4███████

## Voice

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/11 | 8:49A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/11 | 5:00P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/11 | 6:00P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/11 | 7:56P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/12 | 12:58P | | Off−Peak | N&W | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/12 | 3:02P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 4 | --- | --- | --- |
| 11/12 | 5:48P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 1 | --- | --- | --- |
| 11/12 | 7:10P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 1 | --- | --- | --- |
| 11/12 | 7:11P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 2 | --- | --- | --- |
| 11/12 | 7:13P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 2 | --- | --- | --- |
| 11/12 | 7:14P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 1 | --- | --- | --- |
| 11/12 | 7:14P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 37 | --- | --- | --- |
| 11/12 | 7:52P | | Off−Peak | N&W | McKinneyTX | Toll−FreeCL | 16 | --- | --- | --- |
| 11/13 | 1:51P | | Off−Peak | N&W | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/13 | 1:52P | | Off−Peak | N&W | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/13 | 1:56P | | Off−Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/13 | 1:57P | | Off−Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/13 | 2:08P | | Off−Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/13 | 10:00P | | Off−Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/14 | 3:33P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 8 | --- | --- | --- |
| 11/14 | 3:42P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 10 | --- | --- | --- |
| 11/15 | 12:07P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 9 | --- | --- | --- |
| 11/15 | 12:31P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 33 | --- | --- | --- |
| 11/15 | 3:46P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/15 | 4:44P | | Peak | PlanAllow | McKinneyTX | Toll−FreeCL | 10 | --- | --- | --- |
| 11/15 | 5:09P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 2 | --- | --- | --- |
| 11/16 | 12:09P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 19 | --- | --- | --- |
| 11/16 | 12:35P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/16 | 2:13P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/16 | 2:47P | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 1 | --- | --- | --- |
| 11/16 | 3:01P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 11/16 | 6:07P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/16 | 6:14P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/16 | 7:06P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/17 | 9:30A | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/17 | 9:49A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/17 | 10:24A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/17 | 10:25A | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |

| | | InvoiceNumber | AccountNumber | | DateDue | Page |
|---|---|---|---|---|---|---|
| | | 6668129259 | ████████0001 | | PastDue | 15of18 |

## DetailforTrendanShavers: ████████████

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/17 | 10:31A | | Peak | PlanAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/17 | 10:43A | | Peak | PlanAllow | McKinneyTX | IncomingCL | 11 | --- | --- | --- |
| 11/17 | 2:13P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/19 | 4:05P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/19 | 6:55P | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 3 | --- | --- | --- |
| 11/20 | 11:42A | | Off–Peak | N&W,CallVM | McKinneyTX | VoiceMailCL | 2 | --- | --- | --- |
| 11/20 | 5:34P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 5 | --- | --- | --- |
| 11/20 | 5:47P | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 2 | --- | --- | --- |
| 11/21 | 2:41P | | Peak | PlanAllow | McKinneyTX | Toll–FreeCL | 4 | --- | --- | --- |
| 11/21 | 3:06P | | Peak | Friends&Family | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/21 | 3:29P | | Peak | PlanAllow | McKinneyTX | Toll–FreeCL | 7 | --- | --- | --- |
| 11/21 | 3:35P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 11/21 | 3:44P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/21 | 4:06P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 5 | --- | --- | --- |
| 11/21 | 7:58P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/22 | 11:19A | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 11/22 | 1:50P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/22 | 5:09P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/22 | 5:28P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/23 | 11:54A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 7 | --- | --- | --- |
| 11/23 | 12:24P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/23 | 3:24P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 6 | --- | --- | --- |
| 11/23 | 4:22P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/23 | 7:00P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 2 | --- | --- | --- |
| 11/24 | 5:31P | | Peak | M2MAllow | RichardsonTX | IncomingCL | 1 | --- | --- | --- |
| 11/24 | 5:37P | | Peak | M2MAllow | PlanoTX | GrandprariTX | 2 | --- | --- | --- |
| 11/24 | 9:44P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/25 | 12:09P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/25 | 12:15P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/26 | 7:32P | | Off–Peak | N&W | PlanoTX | GrandprariTX | 6 | --- | --- | --- |
| 11/27 | 5:59P | | Off–Peak | N&W | McKinneyTX | McKinneyTX | 3 | --- | --- | --- |
| 11/27 | 8:41P | | Off–Peak | N&W | McKinneyTX | GrandprariTX | 4 | --- | --- | --- |
| 11/28 | 7:42A | | Peak | PlanAllow | McKinneyTX | LakedallasTX | 1 | --- | --- | --- |
| 11/28 | 8:13A | | Peak | PlanAllow | McKinneyTX | LakedallasTX | 5 | --- | --- | --- |
| 11/28 | 8:42A | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 4 | --- | --- | --- |
| 11/28 | 8:49A | | Peak | M2MAllow | AllenTX | GrandprariTX | 2 | --- | --- | --- |
| 11/28 | 9:28A | | Peak | M2MAllow | HebronTX | GrandprariTX | 2 | --- | --- | --- |
| 11/28 | 9:42A | | Peak | M2MAllow | HebronTX | GrandprariTX | 1 | --- | --- | --- |
| 11/28 | 9:50A | | Peak | M2MAllow | PlanoTX | GrandprariTX | 2 | --- | --- | --- |
| 11/28 | 11:24A | | Peak | PlanAllow | PlanoTX | GrandprariTX | 2 | --- | --- | --- |
| 11/28 | 12:34P | | Peak | PlanAllow | FriscoTX | PlanoTX | 3 | --- | --- | --- |
| 11/28 | 3:34P | | Peak | PlanAllow | McKinneyTX | SanfordFL | 2 | --- | --- | --- |
| 11/28 | 3:43P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 11/28 | 5:07P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/28 | 6:13P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ▇▇▇0001 | PastDue | 16of18 |

## DetailforTrendanShavers: ▇▇▇▇▇▇

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/28 | 6:16P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 7 | --- | --- | --- |
| 11/28 | 6:35P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 4 | --- | --- | --- |
| 11/29 | 8:21A | | Peak | PlanAllow | FriscoTX | LakedallasTX | 3 | --- | --- | --- |
| 11/29 | 9:58A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 11/29 | 12:42P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 11/30 | 8:06A | | Peak | PlanAllow | McKinneyTX | LakedallasTX | 4 | --- | --- | --- |
| 11/30 | 9:21A | | Peak | PlanAllow | McKinneyTX | LakedallasTX | 3 | --- | --- | --- |
| 11/30 | 11:22A | | Peak | PlanAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 11/30 | 11:51A | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/30 | 12:02P | | Peak | PlanAllow | McKinneyTX | RedwoodCyCA | 1 | --- | --- | --- |
| 11/30 | 12:28P | | Peak | M2MAllow | McKinneyTX | GrandpraiTX | 1 | --- | --- | --- |
| 11/30 | 3:34P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 11/30 | 7:04P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/01 | 8:52A | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/01 | 9:12A | | Peak | PlanAllow | McKinneyTX | GrandpraiTX | 28 | --- | --- | --- |
| 12/01 | 3:55P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/01 | 4:17P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/01 | 6:08P | | Peak | M2MAllow | McKinneyTX | GrandpraiTX | 2 | --- | --- | --- |
| 12/01 | 6:27P | | Peak | M2MAllow | AllenTX | GrandpraiTX | 1 | --- | --- | --- |
| 12/01 | 6:36P | | Peak | M2MAllow | FriscoTX | IncomingCL | 1 | --- | --- | --- |
| 12/01 | 6:41P | | Peak | M2MAllow | FriscoTX | GrandpraiTX | 3 | --- | --- | --- |
| 12/02 | 2:32A | | Off–Peak | N&W | HebronTX | GrandpraiTX | 1 | --- | --- | --- |
| 12/02 | 2:34A | | Off–Peak | N&W | HebronTX | GrandpraiTX | 1 | --- | --- | --- |
| 12/02 | 2:05P | | Peak | M2MAllow | McKinneyTX | GrandpraiTX | 1 | --- | --- | --- |
| 12/02 | 3:19P | | Peak | M2MAllow | McKinneyTX | GrandpraiTX | 8 | --- | --- | --- |
| 12/02 | 3:29P | | Peak | M2MAllow | McKinneyTX | GrandpraiTX | 1 | --- | --- | --- |
| 12/02 | 6:23P | | Peak | M2MAllow | McKinneyTX | GrandpraiTX | 3 | --- | --- | --- |
| 12/03 | 12:49P | | Off–Peak | N&W | McKinneyTX | GrandpraiTX | 2 | --- | --- | --- |
| 12/03 | 4:30P | | Off–Peak | N&W | McKinneyTX | ProsperTX | 4 | --- | --- | --- |
| 12/03 | 6:16P | | Off–Peak | N&W | McKinneyTX | GrandpraiTX | 1 | --- | --- | --- |
| 12/04 | 12:20P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 12 | --- | --- | --- |
| 12/04 | 12:50P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/04 | 2:18P | | Off–Peak | N&W | McKinneyTX | GrandpraiTX | 1 | --- | --- | --- |
| 12/04 | 6:52P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/05 | 11:04A | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/05 | 1:32P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 12/05 | 1:33P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 2 | --- | --- | --- |
| 12/05 | 1:36P | | Peak | PlanAllow,CallVM | McKinneyTX | VoiceMailCL | 1 | --- | --- | --- |
| 12/05 | 2:17P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/05 | 2:56P | | Peak | PlanAllow | McKinneyTX | SanfordFL | 1 | --- | --- | --- |
| 12/05 | 6:19P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/05 | 7:11P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/05 | 10:24P | | Off–Peak | N&W | McKinneyTX | IncomingCL | 3 | --- | --- | --- |
| 12/06 | 2:46P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/06 | 6:10P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |

SEC-MtGox-E-0000024

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ███████0001 | PastDue | 17of18 |

## DetailforTrendanShavers: ███████████

## Voice,continued

| Date | Time | Number | Rate | UsageType | Origination | Destination | Min. | Airtime Charges | LongDist/ OtherChgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/07 | 1:18P | ██████ | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/07 | 3:03P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/07 | 4:22P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/07 | 7:35P | | Peak | M2MAllow | FriscoTX | GrandprariTX | 12 | --- | --- | --- |
| 12/08 | 8:50A | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 1 | --- | --- | --- |
| 12/08 | 1:18P | | Peak | PlanAllow | McKinneyTX | Toll−FreeCL | 67 | --- | --- | --- |
| 12/08 | 2:41P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/08 | 3:09P | | Peak | M2MAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/08 | 4:25P | | Peak | PlanAllow | McKinneyTX | GrandprariTX | 10 | --- | --- | --- |
| 12/08 | 6:23P | | Peak | PlanAllow | McKinneyTX | McKinneyTX | 2 | --- | --- | --- |
| 12/09 | 1:15P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 1 | --- | --- | --- |
| 12/09 | 3:08P | | Peak | M2MAllow | McKinneyTX | GrandprariTX | 1 | --- | --- | --- |
| 12/09 | 4:25P | | Peak | PlanAllow | McKinneyTX | IncomingCL | 2 | --- | --- | --- |
| 12/10 | 11:40A | | Off−Peak | N&W | McKinneyTX | IncomingCL | 5 | --- | --- | --- |

| InvoiceNumber | AccountNumber | DateDue | Page |
|---|---|---|---|
| 6668129259 | ███████0001 | PastDue | 18of18 |

# Need-to-KnowInformation

## LimitingNotationsOnPayments

Writtennotationsincludedwithoronyourpaymentcannotbereviewed whenbillsareprocessedandwillnotbehonored.Pleasesendsuch notatedpaymentandanyaccompanyingcorrespondencetothe CorrespondenceAddressonPage2ofyourbill.

## ElectronicFundTransfer(EFT)

Yourcheckauthorizesuseithertomakeaone–timeelectronicfunds transfer(EFT)fromyouraccountorprocessasacheck.AnEFTmaybe withdrawnfromyouraccountthesamedayyoumakeyourpaymentand yourcheckisnotreturnedtoyou.IfyouwanttobeexcludedfromEFT, pleasecall1–866–544–0401.Ifpaymentisreturnedunpaid,you authorizedustocollectanadditional$25feethroughEFTfromyour account.

## ImportantInformationAboutYourBillAppearance

VerizonWirelesshaschangedthewayyourFamilySharePlanbilllooks. NochangesweremadetoyourFamilySharePlanratesorcoverage.You willstillenjoyallyourplanbenefits.ThechangesonlyapplytoFamily SharePlan.

Previousformat:
  AmonthlyaccesschargeforyourFamilySharePlanwasbilledtothe primaryline.

  Each"additional"FamilySharePlanlinewasbilledamonthlyline accesscharge.

  Allowanceswereredistributedtotheprimarylinefirstandany remainingminuteswerethengiventothesecondaryline(s).

Newformat:
  We'veintroducedanAccountmonthlyaccesscharge.Themonthly accesschargeforFamilySharePlanwillbebilledtothe"account" underthe"AccountChargesandCredits"section.

  EachparticipatingFamilySharePlanlinewillbebilledaMonthlyLine Accesscharge.

Allowancesareredistributedonafirstcomefirstserved basiswithoverchargesappearingunderthe"AccountsCharges andCredits"section.

  Featurechargessuchasphoneinsuranceandotherchargessuchas 411,LongDistanceandRoamingwillcontinuetobebilledforeach lineusingthoseservices.

  Finally,ifyouchoosetoaddadditionallinestoyourFamilySharePlan account,theactivationfeeforeachofthoseadditionallineswillbe $35.00.

FormoredetailregardingthesechangesvisitourOnLinedemoat www.vzw.com/newbillandreviewthelastpageofthisbill.

## ExperiencingAProblemWithYourVerizonWireless Device?

Justcontactustoll–freeat1–866–406–5154fromalandlinephone.If wecan'tresolvetheproblemandtheproblemiscausedbya manufacturingdefectwithinthefirstyearyouownthedevice,we'llsend youaCertifiedLike–NewReplacement(eitheralikeunitoroneof comparablequality)righttoyourdoor.

## NoticeOfAdministrativeChargeIncrease

Effective1/1/2012,themonthlyVerizonWirelessAdministrativeCharge forvoiceandemailplanswillincreasefrom$0.83to$0.99perlineforall eligiblecustomers.ThechargeforMobileBroadbandcustomerswill remainat$.06.Forinformationregardingthischarge,call 1–888–684–1888.PleaseconsultyourCustomerAgreementfor informationaboutratechanges.

## AttentionTexasCustomers

BeginningFebruary1,2012,theTexasUniversalServiceChargewill increaseduetoastatutoryratechangefrom3.4percentofassessable chargestoastatutoryrateof4.3percentofassessablecharges.This surchargeappearsinthe"VerizonWireless'Surcharges"portionofyour billlabeledas"TXUniversalServiceCharge".ThisisaVerizonWireless charge,notatax,torecovercostsimposedonusbytheStateofTexasto supportuniversalservice.

SEC-MtGox-E-0000027

This ticket has been rated as [ **Good, I'm satisfied** ]

Tshavers
User profile · merge

English (en-US)

## Question #10518

↑ next »

Tickets
New, Open, or Pending (0)
Solved or Closed (7)
Assigned to you (4)

User notes ~

---

Tshavers ↓  August 26, 2011 10:55

## Deposit

Assigned to Natalie 1 – Service Desk
Closed August 30, 2011 15:11 with priority normal

**Inquiry Type**
-

**Transfer Type**
-

**Funds were**
-

**Bank/Institution Name**
-

**Reference No.**
-

**Currency**
-

**Amount**
-

**Transfer Date**
-

**Bitcoin Address**
-

**Dwolla Account No.**
-

**LR Account No.**
-

**MTGOX Account No.**
-

**First Name**
-

**Last Name**
-

**Tags**
[ deposit ]

---

## Events



Tshavers

A deposit made over 2 hours ago and over 30 confirmations and still nothing.

Tags set to "deposit"
Subject set to "Deposit"
Status set to New
Requester set to Tshavers
Notification emailed to Tshavers (#1604078567)
(By trigger "Notify requester of received request")

August 26, 2011 10:55
Client: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; ADR6400L 4G Build/FRG83D) AppleWebKit/533.1 (KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
IP address: 108.89.10.213
Location: , , United States

---



Natalie
Support Desk

Hello,

Could you please provide the details of the transaction such as the address you sent your bitcoins to and the amount?

Thanks,

MtGox.com Team

*Make this comment private*

SEC-MtGox-E-0000031

Assignee changed from ~ to Natalie
Group changed from ~ to 1 – Service Desk
Status changed from New to Pending
Notification emailed to Tshavers (# ████████)
(By trigger "Notify requester of comment update")

August 26, 2011 11:15
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/534.30 (KHTML, like Gecko)
Chrome/12.0.742.122 Safari/534.30
IP address: 110.50.70.24
Location: , , Japan


Tshavers

Sent Address: 1Bu7tV7SCAKaDnDY4vJWkxSNgM6MzV8xGZ
Amount: 33.4885

Trendon
--------------------------------------
*Make this comment private*

Status changed from Pending to Open
Notification emailed to Natalie (█████████)
(By trigger "Notify assignee of comment update")

August 26, 2011 11:28
Message ID ██████████████████████████


Natalie
Support Desk

Hello,

The transfer in question is confirmed as having already been processed and credited to your
account.

We apologize for any inconvenience this delay caused. If you have any further enquiries, please
do not hesitate to contact MtGox Support either by responding to this email (should the enquiry
relate to this ticket) or by using the following support request form:

████████████ nries ████████ contact us

Thanks,

MtGox.com Team
--------------------------------------
*Make this comment private*

Priority changed from ~ to Normal
Type changed from ~ to Question
Status changed from Open to Solved
Notification emailed to Tshavers (██████████)
(By trigger "Notify requester of solved request")

August 26, 2011 14:05
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.1 (KHTML, like Gecko)
Chrome/13.0.782.215 Safari/535.1
IP address: 110.50.70.24
Location: , , Japan


Zendesk
System Account

Notification emailed to Tshavers (██████████)
Customer satisfaction changed from Unoffered to Offered

August 27, 2011 15:11 (By automation "Request customer satisfaction rating (System Automation)")


Tshavers

Satisfaction comment:
Customer satisfaction changed from Offered to Good

August 27, 2011 23:59


Zendesk
System Account

Status changed from Solved to Closed

August 30, 2011 16:11 (By automation "Close ticket 4 days after status is set to solved")

SEC-MtGox-E-0000032

## Incident #19546

| next »

**Tshavers**



**Withdraw**

Assigned to Natalie 1 - Service Desk
Closed Feb 05 11:14 with priority normal

**Inquiry Type**
-

**Transfer Type**
Dwolla

**Funds were**
Withdrawn

**Bank/Institution Name**
-

**Reference No.**
-

**Currency**
-

**Amount**
-

**Transfer Date**
-

**Bitcoin Address**
-

**Dwolla Account No.**
-

**LR Account No.**
-

**MTGOX Account No.**
-

**First Name**
-

**Last Name**
-

**Tags**
dwolla  withdraw  withdrawn

**Tshavers**
User profile · merge

English (en-US)

**Tickets**
New, Open, or Pending (0)
Solved or Closed (7)
Assigned to you (4)

User notes ~

## Events



I did a withdraw for $3000 via Dwolla and have not seen it hit my account
yet. Is everything ok?

Thanks,

Trendon

Tags set to "dwolla withdraw"
Subject set to "Withdraw"
Status set to New
Requester set to Tshavers
Notification emailed to Tshavers (
(By trigger "Notify requester of received request")

February 01, 2012 02:45 (
Message ID: <CACi.xWuyi 7UW-AJXrnmMeh_mw+8Fa_yttzwg_vRMqtVbM+o6oO@mail.gmail.com>

Hello Trendon,

The funds in question have been confirmed as processed and should now appear in your
account.

We apologize for any inconvenience this may have caused. If you have any further enquiries,
please do not hesitate to contact MtGox Support either by responding to this email (should the
enquiry relate to this ticket) or by using the following support request form:

Thanks,

SEC-MtGox-E-0000033

MtGox.com Team

*Make link contact private*

Assignee changed from - to Natalie
Priority changed from - to Normal
Tags changed from "dwolla withdraw" to "dwolla withdraw withdrawn"
Type changed from - to Incident
Group changed from - to 1 – Service Desk
Status changed from New to Solved
Notification emailed to Tshavers (# ▮▮▮▮▮▮▮▮▮▮▮▮)
(By trigger "Notify requester of solved request")

February 01, 2012 10:03
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.1 (KHTML, like Gecko)
Chrome/13.0.782.220 Safari/535.1
[P address: ▮ 10.50.70.24
Location : , Japan

---

Notification emailed to Tshavers (# ▮▮▮▮▮▮▮▮▮▮▮▮)
Customer satisfaction changed from Unoffered to Offered

February 02, 2012 11:18 (By automation "Request customer satisfaction rating (System Automation)")

Zendesk
System Account

---

Status changed from Solved to Closed

February 05, 2012 11:1 (By automation "Close ticket 4 days after status is set to solved")

Zendesk
System Account

SEC-MtGox-E-0000034

## Incident #20015

↓ next s

**Tshavers** ⌄   Feb 06 23:18 ⌄   ▓▓▓▓▓▓▓▓

# Dwolla

Assigned to Charlie 1 - Service Desk
Closed Feb 11 14:15 with priority normal

**Inquiry Type**
-

**Transfer Type**
Dwolla

**Funds were**
-

**Bank/Institution Name**
-

**Reference No.**
-

**Currency**
-

**Amount**
-

**Transfer Date**
-

**Bitcoin Address**
-

**Dwolla Account No.**
-

**LR Account No.**
-

**MTGOX Account No.**
-

**First Name**
-

**Last Name**
-

**Tags**
[dwolla] [transaction]

## Tshavers

User profile · merge
▓▓▓▓▓▓▓▓

English (en-US)

Tickets
  View, Open, or Pending [0]
  Solved or Closed [7]
  Assigned to you [4]

User notes ▾

## Events



**Tshavers**
Completed a transaction yesterday for $2500 which has yet to sent to my Dwolla account. Are there issues with Dwolla?

Thanks,
Trendon Shavers.

- Tags set to "dwolla transaction"
- Subject set to "Dwolla"
- Status set to New
- Requester set to Tshavers
- Notification emailed to Tshavers (▓▓▓▓▓▓▓)
- (By trigger "Notify requester of received request")

February 06, 2012 23:18 (▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Message-ID: <CAClxWuhw2eIi3Fwam-vxuDu2OaM-cKRB/d4zPHO8CrfkdTXG9jg@mail.gmail.com>

**Natalie**
**:Support Desk**

- Assignee changed from - to Charlie
- Group changed from - to 1 - Service Desk
- Status changed from New to Open
- Notification emailed to Charlie (#▓▓▓▓▓▓▓▓▓▓)
- (By trigger "Notify assignee of assignment")

February 07, 2012 10:46 (By web service)
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.1 (KHTML, like Gecko) Chrome/13.0.782.220 Safari/535.1
IP address: 110.50.70.24
Location: , , Japan

1/2

SEC-MtGox-E-0000035



Charle
MtGox

Hello,

The funds in question have been confirmed as processed and should now appear in your account.

We apologize for any inconvenience this may have caused. If you have any further enquiries, please do not hesitate to contact MtGox Support either by responding to this email (should the enquiry relate to this ticket) or by using the following support request form:

███████████████████████

Amount: $2,800.00000
Label: MtGox.com withdrawal
Requested: 2012-02-05 23:05:13
Confirmed:
Processed: 2012-02-06 19:34:23
Stamp: 2012-02-06 19:34:30
Status: processed

Thanks,

MtGox.com Team

*Make this comment private*

Priority changed from - to Normal
Type changed from - to Incident
Status changed from Open to Solved
Notification emailed to Tshavers (█████████████)
(By trigger "Notify requester of solved request")

February 07, 2012 13:28
Client: Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/535.2 (KHTML, like Gecko) Ubuntu/10.04
Chromium/15.0.874.106 Chrome/15.0.874.106 Safari/535.2
IP address: 10.80.70.24
Location: , , Japan



Zendesk
System Account

Notification emailed to Tshavers (#████████████)
Customer satisfaction changed from Unoffered to Offered.

February 08, 2012 14:15 (By automation "Request customer satisfaction rating (System Automation)")



Zendesk
System Account

Status changed from Solved to Closed

February 11, 2012 14:15 (By automation "Close ticket 4 days after status is set to solved")

SEC-MtGox-E-0000036

# Incident #22718

|_ next »



Tshavers |   Mar 21 04:38 |   �the▬▬▬▬▬

## Withdraw

Assigned to Natalie 1 – Service Desk
Closed Mar 25 12:20 with priority normal

**Inquiry Type**
-

**Transfer Type**
Dwolla

**Funds were**
Withdrawn

**Bank/Institution Name**
-

**Reference No.**
-

**Currency**
-

**Amount**
-

**Transfer Date**
-

**Bitcoin Address**
-

**Dwolla Account No.**
-

**LR Account No.**
-

**MTGOX Account No.**
-

**First Name**
-

**Last Name**
-

**Tags**
[dwolla] [withdraw] [withdrawn]

---

**Tshavers**

User profile · merge

English (en-US)

**Tickets**
New, Open, or Pending (0)
Solved or Closed (7)
Assigned to you (4)

User notes –

---

## Events



**Tshavers**

I have not received my most recent Dwolla withdraw.

Please advise.

—
Trendon Shavers.

Tags set to "dwolla withdraw"
Subject set to "Withdraw"
Status set to New
Requester set to Tshavers
Notification emailed to Tshavers (▬▬▬▬▬)
(By trigger "Notify requester of received request")

March 21, 2012 04:38 By email to: ▬▬▬▬▬▬▬▬▬)
Message-ID: x▬▬▬▬▬▬▬▬▬▬▬▬·

**Natalie**
**Support Desk**

Hello Trendon,

The funds in question have been confirmed as processed and should now appear in your account.

We apologize for any inconvenience this may have caused. If you have any further enquiries, please do not hesitate to contact MtGox Support either by responding to this email (should the enquiry relate to this ticket) or by using the following support request form:

▬▬▬▬▬▬▬▬▬▬

Thanks,

---

https://support.mtgox.com/tickets/22718

1/2

SEC-MtGox-E-0000037

MtGox.com Team

*Make link compact plxvjg*

Priority changed from - to Normal

Assignee changed from - to Natalie

Tags changed from "dwolla withdraw" to "dwolla withdraw withdrawn"

Type changed from - to Incident

Group changed from - to 1 – Service Desk

Status changed from New to Solved

Notification emailed to Tshavers (████████████)

(By trigger "Notify requester of solved request")

March 21, 2012 11:55
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.11 (KHTML, like Gecko)
Chrome/17.0.963.79 Safari/535.11
IP address: 110.50.70.24
Location: , Japan



Zendesk
System Account

Notification emailed to Tshavers (#4352551732)

Customer satisfaction changed from Unoffered to Offered

March 22, 2012 12:17 (By automation "Request customer satisfaction rating (System Automation)")



Zendesk
System Account

Status changed from Solved to Closed

March 25, 2012 12:20 (By automation "Close ticket 4 days after status is set to solved")

SEC-MtGox-E-0000030

# Incident #24132

↓ next s

Tshavers ⁞  Apr 17 05:20 ⁞

## Dwolla withdraws?

Assigned to Jasmine 1 - Service Desk
Closed Apr 23 17:22 with priority normal

**Inquiry Type**
Suspended

**Transfer Type**
Dwolla

**Funds were**
-

**Bank/institution Name**
-

**Reference No.**
-

**Currency**
-

**Amount**
-

**Transfer Date**
-

**Bitcoin Address**
-

**Dwolla Account No.**
-

**LR Account No.**
-

**MTGOX Account No.**
-

**First Name**
-

**Last Name**
-

**Tags**
[dwolla] [suspended]

### Tshavers

User profile  merge

English (en-US)

**Tickets**
View, Open, or Pending [0]
Solved or Closed [7]
Assigned to you [4]

User notes ~

---

## Events



Is there a problem with Dwolla withdraws?

Thanks,
—
Trendon Shavers.

Tags set to "dwolla"
Subject set to "Dwolla withdraws?"
Status set to New
Requester set to Tshavers
Notification emailed to Tshavers (█████████)
(By trigger "Notify requester of received request")

'd287eef9-f972-f035-a456-77f25f082139
;32a609b1-3c21-4788-8944-ba6c2a767d6a

April 17, 2012 13:55
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.11 (KHTML, like Gecko) Chrome/17.0.963.83 Safari/535.11
IP address: 110.50.70.24
Location: , , Japan

Hello,

1/2

SEC-MtGox-E-0000039



**Jasmine**
Support Desk

Unfortunately, your transfer is still pending within the system. It should be completed shortly, and we will notify you as soon as it is credited on your account. Please be aware that due to the large amount, it is taking longer than usual to process. We apologize for any inconvenience caused and appreciate your patience through this matter.

Priority changed from - to Normal
Assignee changed from - to Jasmine
Tags changed from "dwolla" to "dwolla suspended"
Type changed from - to Question
Group changed from - to 1 - Service Desk
Status changed from New to Open

April 17, 2012 13:58
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_6) AppleWebKit/535.11 (KHTML, like Gecko)
Chrome/17.0.963.83 Safari/535.11
IP address: 110.50.70.24
Location: , , Japan



**Jasmine**
Support Desk

Hello,

Unfortunately, your transfer is still pending within the system. It should be completed shortly, and we will notify you as soon as it is credited on your account. We apologize for any inconvenience caused and appreciate your patience through this matter.

Thanks,

MtGox.com Team
_____
*Make this comment private*

Notification emailed to Tshavers ( ▓▓▓▓▓▓▓ )
(By trigger "Notify requester of comment update")

April 18, 2012 14:05
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_6) AppleWebKit/535.11 (KHTML, like Gecko)
Chrome/17.0.963.83 Safari/535.11
IP address: 110.50.70.24
Location: , , Japan



**Jasmine**
Support Desk

Hello,

The funds in question have been confirmed as processed and should now appear in your account.

We apologize for any inconvenience this may have caused. If you have any further enquiries, please do not hesitate to contact MtGox Support either by responding to this email (should the enquiry relate to this ticket) or by using the following support request form:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks,

MtGox.com Team
_____
*Make this comment private*

Type changed from Question to Incident
Status changed from Open to Solved
Notification emailed to Tshavers (# ▓▓▓▓▓▓ )
(By trigger "Notify requester of solved request")

April 18, 2012 16:07
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_6) AppleWebKit/535.11 (KHTML, like Gecko)
Chrome/17.0.963.83 Safari/535.11
IP address: 110.50.70.24
Location: , Japan



**Zendesk**
System Account

Notification emailed to Tshavers ( ▓▓▓▓▓▓ )
Customer satisfaction changed from Unoffered to Offered

April 20, 2012 17:21 (By automation "Request customer satisfaction rating (System Automation)")



**Zendesk**
System Account

Status changed from Solved to Closed

April 23, 2012 17:22 (By automation "Close ticket 4 days after status is set to solved")

SEC-MtGox-E-0000040

# Incident #26296

| next »

**Tshavers**

User profile · merge

English (en-US)

Tickets
New, Open, or Pending [0]
Solved or Closed (7)
Assigned to you (4)

User notes →

Tshavers    May 18 01:28    ▮▮▮▮▮▮▮▮

## Withdrawal

Assigned to Natalie 1 - Service Desk
Closed May 21 12:13 with priority normal

**Inquiry Type**
-

**Transfer Type**
Dwolla

**Funds were**
Withdrawn

**Bank/Institution Name**
-

**Reference No.**
-

**Currency**
-

**Amount**
-

**Transfer Date**
-

**Bitcoin Address**
-

**Dwolla Account No.**
-

**LR Account No.**
-

**MTGOX Account No.**
-

**First Name**
-

**Last Name**
-

**Tags**
[dwolla] [withdrawal] [withdrawn]

## Events



Tshavers

It's been a week since my withdrawal via Dwolla. Can you give me an idea of when I should expect it?

Account: pirateat40

Thanks,

Trendon

Tags set to "dwolla withdrawal"
Subject set to "Withdrawal"
Status set to New
Requester set to Tshavers
Notification emailed to Tshavers (#▮▮▮▮▮▮▮)
(By trigger "Notify requester of received request")

Natalie
Support Desk

Hello Trendon,

Unfortunately, due to huge volumes of Dwolla withdrawals, we are unable to complete your withdrawal at the moment and it would take up to 8 business days for the transfer to be processed. However, if you would like to cancel this transfer and have funds return to your MtGox account, you may request that. Please let us know how you wish to proceed. Our apologies for the delay and inconvenience caused.

Thanks,

MtGox.com Team

SEC-MtGox-E-0000041

*Make this comment private*

Priority changed from - to Normal
Assignee changed from - to Natalie
Tags changed from "dwolla withdrawal" to "dwolla suspended withdrawal withdrawn"
Type changed from - to Incident
Group changed from - to 1 - Service Desk
Status changed from New to Open
Notification emailed to Tshavers ( █████████ )
(By trigger "Notify requester of comment update")

May 16, 2012 09:40
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.11 (KHTML, like Gecko)
Chrome/17.0.963.79 Safari/535.11
IP address: 110.50.70.24
Location: Japan



Natalie
Support Desk

Hello Trendon,

Could you please provide us the reference number of the withdrawal that you received in the
withdrawal email as well so that we can check the status for you?

Thanks,

MtGox.com Team

*Make this comment private*

Tags changed from "dwolla suspended withdrawal withdrawn" to "dwolla withdrawal withdrawn"
Status changed from Open to Pending
Notification emailed to Tshavers (# █████████ )
(By trigger "Notify requester of comment update")

May 16, 2012 12:32
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.11 (KHTML, like Gecko)
Chrome/17.0.963.79 Safari/535.11
IP address: 110.50.70.24
Location: Japan



Natalie
Support Desk

Hello Trendon,

Could you please tell us which Dwolla withdrawal you are referring to?

Thanks,

MtGox.com Team

*Make this comment private*

Notification emailed to Tshavers ( █████████ )
(By trigger "Notify requester of comment update")

May 17, 2012 10:45
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/535.11 (KHTML, like Gecko)
Chrome/17.0.963.79 Safari/535.11
IP address: 110.50.70.24
Location: Japan



Tshavers

It hit my Dwolla account shortly after I sent in the message, so everything
is good to go.

Thanks again.

Trendon

*Make this comment private*

Status changed from Pending to Open
Notification emailed to Natalie (# █████████ )
(By trigger "Notify assignee of comment update")

████████████████████████████████████



Natalie
Support Desk

Hello Trendon,

We are happy to hear that things have worked out for you. If you require any further assistance,
please feel free to contact us again.

Thanks,

MtGox.com Team

*Make this comment private*

Status changed from Open to Solved
Notification emailed to Tshavers ( █████████ )
(By trigger "Notify requester of solved request")

SEC-MtGox-E-0000042

May 17, 2012 11:24
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_8_0) AppleWebKit/535.11 (KHTML, like Gecko) Chrome/17.0.963.79 Safari/535.11
IP address: 110.3C.70.24
Location: Japan



Zendesk
System Account

Notification emailed to Tshavers (#520703303)

· Customer satisfaction changed from Unoffered to Offered.

May 18, 2012 12:14 (By automation "Request customer satisfaction rating (System Automation)")
Location: San Antonio, TX, United States



Zendesk
System Account

· Status changed from Solved to Closed

May 21, 2012 12:13 (By automation "Close ticket 4 days after status is set to solved")
Location: San Antonio, TX, United States

SEC-MtGox-E-0000043

## Incident #33461

↓ next s

**Tshavers**

User profile   merge

English (en-US)

Tickets
New, Open, or Pending [0]
Solved or Closed [7]
Assigned to you [4]

User notes ~

Tshavers ↓    Jul 26 03:27

### Limit change

Assigned to Danny 1 ~ Service Desk
Closed Aug 05 15:11 with priority normal

**Inquiry Type**
-

**Transfer Type**
-

**Funds were**
-

**Bank/Institution Name**
-

**Reference No.**
-

**Currency**
-

**Amount**
-

**Transfer Date**
-

**Bitcoin Address**
-

**Dwolla Account No.**
-

**LR Account No.**
-

**MTGOX Account No.**
-

**First Name**
-

**Last Name**
-

**Tags**
`btc`  `withdraw`

## Events



**Tshavers**

Can you please increase my BTC withdraw limit to the max.

Thanks

--
Trendon Shavers.

Tags set to "btc withdraw"
Subject set to "Limit change"
Status set to New
Requester set to Tshavers
Notification emailed to Tshavers (                  )
(By trigger "Notify requester of received request")

**Danny**
**Support Desk**

Hello,

Thank you for the email. On checking we can see that the account is on AML 1 status and we have provided maximum BTC daily withdrawals for the account status. If you wish to increase further you need to get trusted status for the account. Please mail us the notarised identification and residential proof that you already provided us. It has to be sent to

MtGox AML
Cerulean Tower 15F,
Sakuragaoka-cho 26-1, Shibuya-ku
Tokyo, Japan

SEC-MtGox-E-0000044

150-8512

Once after we provide trusted status the BTC limits, USD limits can be increased.

Thanks,

MtGox.com Team
_____
Make this comment private

Status changed from New to Open
Type changed from - to Incident
Priority changed from - to Normal
Group changed from - to 1 - Service Desk
Assignee changed from - to Danny
Tags changed from "btc-withdraw" to "btc suspended withdraw"
Notification emailed to Tshavers (███████████)
(By trigger "Notify requester of comment update")

July 26, 2012 09:08
Client: Mozilla/5.0 (Windows NT 5.1) AppleWebKit/536.11 (KHTML, like Gecko) Chrome/20.0.1132.57
Safari/536.11
IP address: 122.183.241.126
Location: Coimbatore, 25, India


Natski
Support Desk

Hello,

Would you require any further assistance regarding this matter?

Thanks,

MtGox.com Team
_____
Make this comment private

Status changed from Open to Pending
Tags changed from "btc suspended withdraw" to "btc withdraw"
Notification emailed to Tshavers (███████████)
(By trigger "Notify requester of comment update")
Notification emailed to Danny (
(By trigger "Notify assignee of comment update")

July 27, 2012 14:04
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/536.5 (KHTML, like Gecko)
Chrome/19.0.1084.56 Safari/536.5
IP address: 183.77.248.138
Location: Tokyo, 40, Japan


Natski
Support Desk

Hello,

We have attempted to contact you a number of times without success in relation to this issue. We apologize for any inconvenience caused, and should you still be experiencing the issues outlined in this support request, it would be greatly appreciated if you could contact us at your convenience.

If you have any further enquiries, please do not hesitate to contact MtGox Support either by responding to this email (should the enquiry relate to this ticket) or by using the following support request form:

██████████████████████████████

Thanks,

MtGox.com Team
_____
Make this comment private

Status changed from Pending to Solved
Notification emailed to Tshavers (███████████)
(By trigger "Notify requester of solved request")
Notification emailed to Danny (███████████)
(By trigger "Notify assignee of comment update")

August 01, 2012 14:09
Client: Mozilla/5.0 (Macintosh; Intel Mac OS X 10_6_8) AppleWebKit/536.5 (KHTML, like Gecko)
Chrome/19.0.1084.56 Safari/536.5
IP address: 183.77.248.138
Location: Tokyo, 40, Japan


Zendesk
System Account

Notification emailed to Tshavers (███████████)
Customer satisfaction changed from Unoffered to Offered

August 02, 2012 15:12 (By automation "Request customer satisfaction rating (System Automation)")
Location: San Antonio, TX, United States

Status changed from Solved to Closed

August 05, 2012 15:11 (By automation "Close ticket 4 days after status is set to solved")

SEC-MtGox-E-0000045

Location: San Antonio, TX, United States



Zendesk
System Account

SEC-MtGox-E-0000046



# Tshavers unverified

**Satisfaction Statistics (historical)**

| 7 | 1 | 0 |
|---|---|---|
| Tickets | Good | Bad |

**Contact Information**
tshavers@bustog.com

Send verification email again
or verify now

**Profile Information**
- Access to Tickets requested by user
- Language English
- (GMT+09:00) Tokyo
- Created August 26, 2011 10:55
- Last login never

**End-user**

Tickets
- New, Open, or Pending (0)
- Solved or Closed (7)
- Assigned to you (7)
- New ticket

User notes →

| ID | Subject | Requester | Requested | Status | Group | Assignee | |
|----|---------|-----------|-----------|--------|-------|----------|---|
| **Status Closed** | | | | | | | |
| 20015 | Dwolla | Tshavers | Feb 05 | Closed | 1 - Service... | Charlie | |
| 26295 | Withdrawal | Tshavers | May 16 | Closed | 1 - Service... | Natalie | |
| 33451 | Limit change | Tshavers | Jul 26 | Closed | 1 - Service... | Danny | |
| 19545 | Withdraw | Tshavers | Feb 01 | Closed | 1 - Service... | Natalie | |
| 24132 | Dwolla withdrawa? | Tshavers | Apr 17 | Closed | 1 - Service... | Jasmine | |
| 10518 | Deposit | Tshavers | August 28, 2011 | Closed | 1 - Service... | Natalie | |
| 22718 | Withdraw | Tshavers | Mar 21 | Closed | 1 - Service... | Natalie | |

SEC-MtGox-E-0000047

```
* 0e<-----------------------------------
  - label: WOODFOREST NATIONAL BANK
  - aba: 113008465
  - account_number: ██████2815
  - address: ███████████████████
  - city: ████
  - country: USA
  - name: TRENDON SHAVERS
  - postalcode: ██████
  - region: Texas
  - transfer_type: US (intl to ABA)
* 233a2d2d-de65-47e1-f30f-717d011ee228
  - label: dwolla
  - account_number: █████████-5107
* 51681ffa-a8d8-4357-6275-e19eca4dac2f
  - label: Dwolla - Main Account
  - account_number: █████████-5107
```

SEC-MtGox-E-0000050