# EXHIBIT I

Open Accounts: Accounts- Transactions.xls
Closed Accounts: Not Available (Deleted)

SEC-SHAVERS-E0000005