# EXHIBIT 5

A day in the life of a pirate. Page 1 of 198

Case 4:13-cv-00416-ALM   Document 7-3   Filed 07/23/13   Page 2 of 17 PageID #: 498

# Bitcoin Forum

September 25, 2012, 12:03:01 AM

Welcome, **Guest**. Please login or register.

Forever [Login]

Login with username, password and session length

**News**: Version 0.7.0 is now available.

[Search]

HOME   HELP   SEARCH   DONATE   LOGIN   REGISTER

Bitcoin Forum > Bitcoin > Bitcoin Discussion (Moderator: hazek) > A day in the life of a pirate.

« previous topic next topic »

Pages: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 **All**      print

Author   Topic: A day in the life of a pirate.  (Read 12422 times)

**pirateat40**
Avast Ye!
SCAMMER
Hero Member
✕✕✕✕✕

Posts: 1146

"Yes I am a pirate, 200 years too late."

Ignore

**A day in the life of a pirate.**
May 21, 2012, 06:55:10 PM                                      #1

Mods, please move this post if its in the wrong section.  Thanks

Howdy Y'all

So there seems to be an ever-growing list of topics and links regarding information about what exactly I do to pay my lenders.  Most of the information seems to be fabricated by people wearing pointy foil hats.  On the other hand there are a few respected members of the community that seem to have fallen into the FUD world which has become... this forum.  As you can imagine, knowing what I know about what I do, it's been pretty entertaining to watch.  I must admit, I do enjoy the thrill of getting a reaction from some of these nuts, but there does come a time when you have to stop throwing fuel on the fire.

What do I do?  Lots, and you couldn't pay me enough to tell how I do it.  Why?  Cause, as most of you know I've made a lot of money doing this and I'm simply not going to kill a good thing for now.  Currently I don't have to fund any portion of BTCS&T due to my extensive list of lenders and like any professional would tell you... Don't tie up your cash unless you have to.  So if there was enough time-consuming BS going around that drove me to either disclose what I do exactly (and thus kill my profit margins) or fund the operation myself and increase my profit margin, you can imagine which one I'd choose.

At this time, I don't need to make that decision.  I know what I do and have every right to what I disclose about my process.  So, now lets get to the good stuff.

Q - **Are you running a drug ring and laundering money for Silk Road?**
A - Are you kidding me? I live in the US.  If anything I was doing was illegal, my CPA, attorneys, and scariest... my wife would have my head.  So to

Case 4:13-cv-00416-ALM   Document 7-3   Filed 07/23/13   Page 3 of 17 PageID #: 499

A day in the life of a pirate.                                              Page 2 of 198

make it clear, nothing I'm associated with is illegal.

Q - **Are you the mystery Bitcoinica investor?**
A - No, although I thought about it early on when I was looking into the different sectors, but coming from forex trading there would be so much I would change that it would be much easier to build it from scratch.

Q - **Did you hack Bitcoinica or help to launder the coins?**
A - No, as some of you know I have an extensive list of certifications but all of them are networking and datacenter related. I have business partners that handle all of the coding work and a few friends that fill in the gaps when needed. Honestly I wouldn't know if stolen coins are being moved in and out of BTCS&T or GPUMAX. We don't have systems in place to check for them nor would I add them, due to the simple fact that I'm not here to police the market, nor do I condone the practice. If someone steals your cash out of your wallet and you have the serial numbers, do you think anyone would care?

Q - **Is BTCS&T a Ponzi?**
A - Although, theoretically I could have run a Ponzi scheme for a while early on, it just wasn't something I would ever want to be a part of. If I wanted it to be one, it would have been at much lower rates and I'd be asking for everyone to join.

Q - **What's up with the check warrant?**
A - Those of you that have contacted me about this knew really early on about it. The check is for a tiny amount at a Lowe's hardware store in a city I lived in for two years back in 2002-2003. The check is for some company I have never heard of and haven't been able to find any information about. My drivers license number was written on the top of the check so it was associated with me. I didn't hear about this till years later when I was Googling myself and called to find out what it was and attempt to get it fixed. I just wanted to pay it to clear my record but they required me to confirm some information on the check which I couldn't do and would have to file a police report as well as setup a court date to deal with it. It just wasn't worth my time and could really care less about it. If I'm ever out in the desert again and get pulled over, maybe then they'll let me pay it.

I hope this information helps, but I know its not what some of you wanted. In the end, the only people I care about are my lenders and even then, they don't have to invest with me if they're worried about what I'm doing.

**A big thanks to all of my lenders and those that support my projects. I do sleep sometimes and can't always see everything that is said about me on the forums but I can tell you that it's a breath of fresh air to wake up and see how many of you have my back when I'm not around. It doesn't go unnoticed and want you to know I'm here and plan to be for a while.**

Now, on with the show.

**EDIT:** *There are a couple of people that I know doing the exact same thing I do. One in the states and one in the UK. Early on they both contacted me*

Case 4:13-cv-00416-ALM   Document 7-3   Filed 07/23/13   Page 4 of 17 PageID #: 500

A day in the life of a pirate.                                                                 Page 3 of 198

*within days of each other asking for some tips on how I handled the process. Now this was after a very detailed description of what they thought I was doing. Considering they're not in my area and we'd end up helping each other out, I decided I'd lend a hand in getting them off the ground. We've keep in contact and to-date (based on how many of you have no idea what's going on) they've kept the information I've told them secret and I can't tell you what that means to me.*

*Now, I never expect anything in return and this is not a call for them to come forward in the least (they know that). I simply wanted to mention it and say thanks.*

Logged

GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings

**Advertisement:** **bASIC 27Gh/s 4th Gen Bitcoin Mining Device @ BitcoinASIC.com**

**terrytibbs**
Hero Member

Posts: 1400



Ignore

Re: A day in the life of a pirate.
May 21, 2012, 07:03:13 PM

#2

> Quote from: pirateat40 on May 21, 2012, 06:55:10 PM
> Now, on with the show.

You know we can't do that, pirate.

Logged

**pirateat40**
Avast Ye!
SCAMMER
Hero Member
XXXXX

Posts: 1146

"Yes I am a pirate, 200 years too late."



Re: A day in the life of a pirate.
May 21, 2012, 07:12:45 PM

#3

> Quote from: terrytibbs on May 21, 2012, 07:03:13 PM
> > Quote from: pirateat40 on May 21, 2012, 06:55:10 PM
> > Now, on with the show.
> 
> You know we can't do that, pirate.

It depends on what **show** you're referring to.

The "Pirate Show" or the "Ninja Show". I just wanted to clear up a few things and felt it was time to release a statement. Believe it or not, either way I couldn't care less. 😊

Logged

GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings

Case 4:13-cv-00416-ALM   Document 7-3   Filed 07/23/13   Page 5 of 17 PageID #: 501

A day in the life of a pirate.                                                                                                Page 4 of 198

Ignore

**Scott J**
Sr. Member

Posts: 430

Ignore

**Re: A day in the life of a pirate.**
May 21, 2012, 07:14:46 PM                                                                                                #4

It's good to see you finally deny some of the more serious allegations.

I'll give the PPTs more thought now.

Logged

BTC: 1ScottJJpqTCBbTqnPa7Dyak5cfBPhtdh
Browser based Vanity Address Generator: http://nyhm.net/bitcoin/vanityaddr/

**Matthew N. Wright**
SCAMMER
Hero Member
XXXXX

Posts: 6016

Remember, remember, the 9th of September

Ignore

**Re: A day in the life of a pirate.**
May 21, 2012, 07:15:10 PM                                                                                                #5

> Quote from: pirateat40 on May 21, 2012, 07:12:45 PM
>> Quote from: terrytibbs on May 21, 2012, 07:03:13 PM
>>> Quote from: pirateat40 on May 21, 2012, 06:55:10 PM
>>>> Now, on with the show.
>>>
>>> You know we can't do that, pirate.
>>
>> It depends on what **show** you're referring to.
>>
>> The "Pirate Show" or the "Ninja Show". I just wanted to clear up a few things and felt it was time to release a statement. Believe it or not, either way I couldn't care less. 😊

I like Pirate for one, even if he is running a highly illegal and undercover operation for three reasons:

- He makes bank
- He pisses everyone else off in how he does it
- No one can stop him because people follow the money
- He doesn't constantly defend himself on a bullshit unrelated forum

What do they call this in the real world again? Oh yea, *professionalism*.

Logged

**Blitz**
Donator
Hero Member

**Re: A day in the life of a pirate.**
May 21, 2012, 07:29:19 PM                                                                                                #6

> Quote from: Blitz on May 21, 2012, 03:29:47 AM
>> Quote from: jgarzik on May 20, 2012, 05:50:14 AM

Posts: 1523



Ignore

> It is shocking, shocking that an outsized return from an investment with zero transparency is related to major illegal operations. Who would have thought?
>
> Where is your evidence? You state it like it is a truth.
>
> It shocks me how prone people I would have thought better of are to slander. I don't have anything against speculation and discussion, but saying someone is a criminal or (knowingly) connected to criminals is a serious accusation you better be able to back up.
>
> So let me ask you, **where is your evidence for GPUMAX and/or Bitcoin Savings & Trust being related to "major illegal operations"?**

> Quote from: Blitz on May 21, 2012, 06:04:51 AM
>> Quote from: MarketNeutral on May 21, 2012, 05:57:43 AM
>>> I'm sure I'm not the only one who is withholding revealing and damaging information out of respect to all the members of this forum, especially Pirateat40. You think we all rely on google? Woof, woof.
>>
>> Put up or shut up.

Speak up now, slanderers. Go and prove him wrong.

Or have the decency to apologize if you cannot.

Logged

Matthew N. Wright
SCAMMER
Hero Member
XXXXX

Posts: 6016



Remember, remember, the 9th of September



Ignore

**Re: A day in the life of a pirate.**
May 21, 2012, 07:31:20 PM                                                                                        #7

> Quote from: Blitz on May 21, 2012, 07:29:19 PM
>> Quote from: Blitz on May 21, 2012, 03:29:47 AM
>>> Quote from: jgarzik on May 20, 2012, 05:50:14 AM
>>>> It is shocking, shocking that an outsized return from an investment with zero transparency is related to major illegal operations. Who would have thought?
>>>
>>> Where is your evidence? You state it like it is a truth.
>>>
>>> It shocks me how prone people I would have thought better of are to slander. I don't have anything against speculation and discussion, but saying someone is a criminal or (knowingly) connected to criminals is a serious accusation you better be able to back up.
>>>
>>> So let me ask you, **where is your evidence for GPUMAX and/or Bitcoin Savings & Trust being related to "major illegal operations"?**
>>
>> Quote from: Blitz on May 21, 2012, 06:04:51 AM
>>> Quote from: MarketNeutral on May 21, 2012, 05:57:43 AM
>>>> I'm sure I'm not the only one who is withholding revealing and damaging information out of respect to all the members of this forum, especially Pirateat40. You think we all rely on google? Woof, woof.
>>>
>>> Put up or shut up.
>
> Speak up now, slanderers. Go and prove him wrong.

> Or have the decency to apologize if you cannot.

Wait, aren't you the same person who on IRC was saying that the Bitcoinica hack was an inside job and that Zhou Tong was supposedly a mastermind behind all the hacks/stolen money in Bitcoinica and demanding proof otherwise and yet you're defending pirate without providing anything either?

You are a very talented mental acrobat.

(And if this is not the same person, my apologies).

Logged

**Blitz**
Donator
Hero Member

Posts: 1523



**Re: A day in the life of a pirate.**
May 21, 2012, 07:33:02 PM

#8

> Quote from: Matthew N. Wright on May 21, 2012, 07:31:20 PM
> Wait, aren't you the same person who on IRC was saying that the Bitcoinica hack was an inside job and that Zhou Tong was supposedly a mastermind behind all the hacks/stolen money in Bitcoinica and demanding proof otherwise and yet you're defending pirate without providing anything either?

I have never claimed any of these things.

Also, the burden of proof is on the ones making criminal accusations.

Ignore

Logged

**rjk**
Hero Member

Posts: 5794



1ngldh

**Re: A day in the life of a pirate.**
May 21, 2012, 07:34:04 PM

#9

Pirateat40 is awesome as usual, also sub.

Logged

Ignore

Mining Rig Extraordinaire - the Trenton BPX6806 18-slot PCIe backplane [PICS] Dead project is dead, all hail the coming of the mighty ASIC!

**teflone**
Hero Member

**Re: A day in the life of a pirate.**
May 21, 2012, 07:36:54 PM

#10

Just get to making rum already... 

Posts: 2030



Logged

Suuuuuuure
Pirate will pay back...
LMAO!!!!

Interest Free Banking in your Interest
- 0% Fees
- 0% Interest
- No Late Charges

What more do you want? IBB - Islamic Bank of Bitcoin

Ignore

Weasel Weedout - Sept 2012 !!

**bitdragon**
Sr. Member

 Re: A day in the life of a pirate.
May 21, 2012, 07:48:00 PM

#11

Posts: 451



fascinating.
Something legal in the US, or something that is not clearly illegal, that produces massive returns with lenders spread around the world and traded on an exchange managed by someone in China, using bitcoin as an intermediary.
He goes by the name of a pirate and has a personality too.
You just can't make this stuff up and few dare to believe it is actually possible.

peace

Logged



Whatever you can do, or dream you can do, begin it.
Boldness has genius, power, and magic in it. Begin it now. JWG

Ignore

Trade Bitcoins for Swiss francs on www.bitcoinmarket.ch
1GoFUE1vj1ZZuUJTT9eSkAgP6FjpZ1x3Ki

**MrTeal**
Hero Member

Re: A day in the life of a pirate.
May 21, 2012, 08:05:41 PM

#12

I'd buy a bottle or two of a nice dark rum.

Posts: 983

Logged

Ignore

Will the BFL SC Single deliver? http://betsofbitco.in/item?id=447
Will the BFL SC Products be here this year? http://betsofbitco.in/item?id=446

**Realpra**
Sr. Member

Re: A day in the life of a pirate.
May 21, 2012, 08:08:40 PM

#13

Earning 30% a week or what ever?

Posts: 427

Yeah its possible in some instances for a short time, but HIGHLY unlikely to be rooted in the real world.

Ignore

Investing in something not transparent is just stupid; its worse than gambling as you don't even know what game you are playing or the odds.

Even if pirate is not doing a ponzi scheme the kind of people he attracts are quite likely to fall for other ponzi schemes.

Bitcoin is completely revolutionary and super needed yet its value is only climbing with some 30% a YEAR, that should give you a hint.

To do even that on a regular basis you usually have to be facebook or asset strip companies.

Not revealing his secret formula? There's people on the internet earning money on fruit porn, unless he discovered alchemy I don't buy it.
Sounds SOO much like lehman brothers and the lot "we are so brilliant - two days later - your money is gone, bye!".

Logged

**ThomasV**
Hero Member

Posts: 988



Ignore

Re: A day in the life of a pirate.
May 21, 2012, 08:12:14 PM                                  #14



Logged

Still downloading the blockchain? try Electrum, the lightweight Bitcoin client

**Sukrim**
Hero Member

Posts: 2217

Ignore

Re: A day in the life of a pirate.
May 21, 2012, 08:24:24 PM                                  #15

He doesn't have to run a Ponzi on his own - my guess is still that he "invests" in some Ponzi/pyramid game like MMM. If you read carefully, he never denied that, only that he doesn't Ponzi himself.

Logged

There will be a faithless elector (again) - Really?
http://betsofbitco.in/item?id=340 (Deadline: November 5th)

Proudly trading on GLBSE since 2011

**No need to post "sub" any more! Please use the new "watch" and "watchlist" feature instead!**
https://bitcointalk.org/index.php?topic=90182.0

Re: A day in the life of a pirate.                                   #16

**Chaang Noi (Goat)** ช้าง น้อย
I'm a Goat!
VIP
Hero Member

Posts: 5409



I'm Goat on a boat!


Ignore

May 21, 2012, 08:30:41 PM

+1 to rum!

Logged

"If you're not attracting some haters, you're not trying hard enough." Exahash

---

**bitdragon**
Sr. Member

Posts: 451



peace


Ignore

**Re: A day in the life of a pirate.**
May 21, 2012, 08:32:44 PM     #17

> Quote from: Realpra on May 21, 2012, 08:08:40 PM
> Bitcoin is completely revolutionary and super needed yet its value is only climbing with some 30% a YEAR, that should give you a hint.

What on earth are you talking about? It's been way more than 30% in my world. it's even more than 1000%

Logged

Whatever you can do, or dream you can do, begin it.
Boldness has genius, power, and magic in it. Begin it now. JWG

Trade Bitcoins for Swiss francs on www.bitcoinmarket.ch
1GoFUE1vj1ZZuUJTT9eSkAgP6FjpZ1x3Ki

---

**PatrickHarne**
Donator
Hero Member

☐ Online

Posts: 1887



**Re: A day in the life of a pirate.**
May 21, 2012, 08:44:31 PM     #18

Thank you Mr P for a nicely considered reply to some of the other threads.

It still amazes me that there are basically two groups of people, people who believe stuff can not be done (normally stupid), and those who go out and do it (a mix of smart and stupid people). Mr P is in the second category and probably smart - and I have a friend in the second category who is stupid and has $2M in the bank.

Ha ha ha (arrrgh - subbed)



Logged

Case 4:13-cv-00416-ALM   Document 7-3   Filed 07/23/13   Page 11 of 17 PageID #: 507

A day in the life of a pirate.                                                Page 10 of 198

Ignore

**Timbo925**
Full Member

Posts: 247

**Re: A day in the life of a pirate.**
May 21, 2012, 09:13:16 PM

#19

subbing. Good to see some kind of statement 😊

Logged

Ignore

Graphic Designer for hire (Adds/Logos/Banners...)   4 BTC -->
http://bit.ly/IopI7a
BTC address: 1**Timbo**jaydbZs1x5ptPVovsb9rATH3JSU

**grubles**
Full Member

Posts: 105

**Re: A day in the life of a pirate.**
May 21, 2012, 09:30:00 PM

#20

+1 pirateat40

I'm not gribble!

Logged

Ignore

Contact sales@bitvps.com, grubles@bitvps.com or simply head over to the Freenode IRC Network and contact 'grubles' or 'rg', we will be glad to help you! www.bitvps.com

**imsaguy**
VIP
Hero Member

Posts: 2030

Don't send me a pm unless you gpg encrypt it.

**Re: A day in the life of a pirate.**
May 21, 2012, 09:37:13 PM

#21

Scammer and I have proof. I'm reporting you to the RIAA

Logged

My wot ratings: http://bitcoin-otc.com/viewratingdetail.php?nick=imsaguy

bitcoin: 1Mpeev7rM4CDRPHEAbKnfeBywDGhUyisV9

EIEIO:
https://bitcointalk.org/index.php?topic=60117.0

Shades Minoco Collection Thread: https://bitcointalk.org/index.php?topic=65989
Payment Address: http://btc.to/5r6

Ignore

Coming Soon!™ © imsaguy 2012, All rights reserved.

**pirateat40**
Avast Ye!
SCAMMER
Hero Member
XXXXX

**Re: A day in the life of a pirate.**
May 21, 2012, 09:37:40 PM

#22

*Oh, one thing I forgot.  Just more thanks, no more info.* 😊

Posts: 1146



"Yes I am a pirate, 200 years too late."

Ignore

There are a couple of people that I know doing the exact same thing I do. One in the states and one in the UK. Early on they both contacted me within days of each other asking for some tips on how I handled the process. Now this was after a very detailed description of what they thought I was doing. Considering they're not in my area and we'd end up helping each other out, I decided I'd lend a hand in getting them off the ground. We've keep in contact and to-date (based on how many of you have no idea what's going on) they've kept the information I've told them secret and I can't tell you what that means to me.

Now, I never expect anything in return and this is not a call for them to come forward in the least (they know that). I simply wanted to mention it and say thanks.

Thanks,

Logged

GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings

**wachtwoord**  Re: A day in the life of a pirate.  #23
Hero Member       May 21, 2012, 09:47:44 PM

Posts: 803

Would you be willing to disclose anything about your actual profit margins over the 7% weekly you pay for the use of funds?

The only good thing about this ever ending is that I'll find out what the hell it is. I might be able to replicate it in a different context ....  ☺

Logged

"Instead of trying to change governments with a useless vote, or pathetic pleading, we merely abandon the government's powerbase - the power derived from control of exchange and currency." - Erik Voorhees

Ignore

Cam 4 BTC  The worlds first Bitcoin Cam site!
Donation address: 1Cam4BTC

**pirateat40**  Re: A day in the life of a pirate.  #24
Avast Ye!         May 21, 2012, 09:54:23 PM
SCAMMER
Hero Member
XXXXX

> Quote from: wachtwoord on May 21, 2012, 09:47:44 PM
>
> Would you be willing to disclose anything about your actual profit margins over the 7% weekly you pay for the use of funds?

Posts: 1146

> The only good thing about this ever ending is that I'll find out what the hell it is. I might be able to replicate it in a different context ....  ☺



"Yes I am a pirate, 200 years too late."

Sure, I ~~net~~ gross 10.65% per week and payout 5.98% on average and it really depends on how much I want to work. The process has become pretty automated lately which is nice because I can spend more time on my other projects and with the family.  ☺

Thanks for your polite and non-divulging question.  ☺



Logged

Ignore GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings

**BTC_Bear**
VIP
Hero Member


Posts: 697



Best Offense is a Good Defense

**Re: A day in the life of a pirate.**
May 21, 2012, 09:56:32 PM                              #25

> Quote from: wachtwoord on May 21, 2012, 09:47:44 PM
> Would you be willing to disclose anything about your actual profit margins over the 7% weekly you pay for the use of funds?
>
> The only good thing about this ever ending is that I'll find out what the hell it is. I might be able to replicate it in a different context .... 😊

And that is the whole Frigging Point of why you don't disclose Business Models if others can't figure them out.

NOW, ask very nicely and he might sell Franchises... lol

5 Million Up front, 7.1% royalties.  j/k

Ignore                                                                                     Logged

Corporations have been enthroned, An era of corruption in high places will follow and the money power will endeavor to prolong its reign by working on the prejudices of the people until wealth is aggregated in a few hands and the Republic is destroyed. ~Abe Lincoln
1ApJdWUdSWYw8n8HEATYhHXA9EYoRTy7c4

**apetersson**
Sr. Member

Posts: 291



bitcoin-austria.at

**Re: A day in the life of a pirate.**
May 21, 2012, 09:57:19 PM                              #26

i learned a very simple thing: if something guarantees more than 7% per year it is likely not worth looking into it. they all blow up.

that said, i am incredibly eager to learn what your business really is, pirate. i bet it makes a great story..



Ignore                                                                                     Logged

**pirateat40**
Avast Ye!
SCAMMER
Hero Member
XXXXX

Posts: 1146

**Re: A day in the life of a pirate.**
May 21, 2012, 10:02:47 PM                              #27

> Quote from: apetersson on May 21, 2012, 09:57:19 PM
> i learned a very simple thing: if something guarantees more than 7% per year it is likely not worth looking into it. they all blow up.
>
> that said, i am incredibly eager to learn what your business really is, pirate. i bet it makes a great story..

Case 4:13-cv-00416-ALM Document 7-3 Filed 07/23/13 Page 14 of 17 PageID #: 510

A day in the life of a pirate. Page 13 of 198



When I can't make money doing it or just get tired of it, i'll let everyone know. I promise you there will be a lot of people going "WTF, Damn, why didn't I think of that."

"Yes I am a pirate, 200 years too late."

You can't tell me you haven't thought... If I had a Satoshi for every toothpick sold...

   Logged

Ignore    GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings

**Blazr**  Re: A day in the life of a pirate.    #28
Hero Member  May 21, 2012, 10:04:56 PM

Does both GPUMAX and BCS&T use the same method to make money?

Posts: 719



Logged


        BTC: 1**BLazr**T9v82xvYFTZYn5D5zzra2gaLUQ7s
Ignore  LTC: LTC**BLazr**AGQ3fPqyG2jpYC8GNAUVHvMdxW

**evoorhees**  Re: A day in the life of a pirate.    #29
Hero Member  May 21, 2012, 10:14:44 PM

Quote from: pirateat40 on May 21, 2012, 10:02:47 PM
> Quote from: apetersson on May 21, 2012, 09:57:19 PM
>> i learned a very simple thing: if something guarantees more than 7% per year it is likely not worth looking into it. they all blow up.
>>
>> that said, i am incredibly eager to learn what your business really is, pirate. i bet it makes a great story..
>
> When I can't make money doing it or just get tired of it, i'll let everyone know. I promise you there will be a lot of people going "WTF, Damn, why didn't I think of that."
>
> You can't tell me you haven't thought... If I had a Satoshi for every toothpick sold...

Posts: 2472



Democracy is the original 51% attack

You sell toothpicks???

Ignore

Logged

Buy Bitcoin in US, Brazil, and Russia with BitInstant.com

SatoshiDICE World's most popular Bitcoin game.
Now pays dividends!

**pirateat40**
Avast Ye!
SCAMMER
Hero Member
XXXXX

Posts: 1146



"Yes I am a pirate, 200 years too late."



Ignore

**Re: A day in the life of a pirate.**
May 21, 2012, 10:15:45 PM                                                #30

Quote from: Blazr on May 21, 2012, 10:04:56 PM
> Does both GPUMAX and BCS&T use the same method to make money?

No, GPUMAX has it's own purchases and wallet. Like BTCS&T, there seems to be a lot of people that don't know how you can make money paying much higher rates on GPUMAX, but people are catching on and updates coming soon will make it even more popular.

On that note, the "Hot Wallet" for GPUMAX is emptied after payments come in and deposited into one of my operation wallets for security. In my opinion, coins are coins regardless of where they come from so before each payment batch is run on GPUMAX the coins are sent from an operating wallet to the payment wallet of GPUMAX. Accounting wise its pretty easy to manage but not what I want for the public release. With all the recent hacks of popular sites, I want to make sure everything is perfect before I let "code" manage my wallets.

I hope this answers your question.

Logged

GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings

---

**publio**
Jr. Member

Posts: 57



Ignore

**Re: A day in the life of a pirate.**
May 21, 2012, 10:57:21 PM                                                #31

Lately, there has been an increased amount of pirate passthroughs offered. Will increased capital make it harder for you to generate the same rate of return?

Logged

---

**Scott J**
Sr. Member

Posts: 430



**Re: A day in the life of a pirate.**
May 21, 2012, 11:00:22 PM                                                #32

Quote from: publio on May 21, 2012, 10:57:21 PM
> Lately, there has been an increased amount of pirate passthroughs offered. Will increased capital make it harder for you to generate the same rate of return?

Good question.

Logged

Ignore

BTC: 1ScottJJpqTCBbTqnPa7Dyak5cfBPhtdh
Browser based Vanity Address Generator: http://nyhm.net/bitcoin/vanityaddr/

**Maged**

**Re: A day in the life of a pirate.**
May 21, 2012, 11:02:53 PM                                                #33

| | |
|---|---|
| Global Moderator<br>Hero Member<br>●●●●●<br>Posts: 2295<br><br>Ignore | **Quote from: pirateat40 on May 21, 2012, 09:54:23 PM**<br>> **Quote from: wachtwoord on May 21, 2012, 09:47:44 PM**<br>> > Would you be willing to disclose anything about your actual profit margins over the 7% weekly you pay for the use of funds?<br>> ><br>> > The only good thing about this ever ending is that I'll find out what the hell it is. I might be able to replicate it in a different context .... 😊<br>><br>> Sure, I net 10.65% per week and payout 5.98% on average and it really depends on how much I want to work.  The process has become pretty automated lately which is nice because I can spend more time on my other projects and with the family. 😊<br>><br>> Thanks for your polite and non-divulging question. 😊<br><br>Thanks for that. It's the first piece of useful information I've heard from you for weeks. I still have my doubts, but I'll refrain from expressing them any further... for awhile, anyway.<br><br>Logged<br><br>Like my posts? Donate!<br>**1Maged**VeZqDtU4Jh5BdgvHpcWk9dXFzZY8 |
| **pirateat40**<br>Avast Ye!<br>SCAMMER<br>Hero Member<br>✕✕✕✕✕<br>Posts: 1146<br><br>"Yes I am a pirate, 200 years too late."<br><br>Ignore | **Re: A day in the life of a pirate.**  #34<br>May 21, 2012, 11:08:32 PM<br><br>**Quote from: publio on May 21, 2012, 10:57:21 PM**<br>> Lately, there has been an increased amount of pirate passthroughs offered.  Will increased capital make it harder for you to generate the same rate of return?<br><br>No, the system in place makes it pretty easy to for me to adapt to large deposits (going back to how much time I want to spend working).  From day one, it has been much easier to manage accounts that rarely move coins than accounts that are constantly moving coins in an out. So before, my limits were adjusted based on the accounts all making the same rate.  Now, the calculations are based on average balances, so those that never move and hold more coins are rewarded with higher returns.  There's also some changes coming soon that will give the approved bond issuers an additional incentive to manage the smaller and more active accounts.<br><br>Logged<br><br>GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings |
| **rjk**<br>Hero Member<br>●●●●●<br>Posts: 5794<br> | **Re: A day in the life of a pirate.**  #35<br>May 21, 2012, 11:17:19 PM<br><br>I have a good question. Could whatever you are doing bring increased awareness to Bitcoin, or is it somewhat confined within the existing community?<br><br>Logged<br><br>Mining Rig Extraordinaire - the Trenton BPX6806 18-slot PCIe backplane [PICS] Dead project is dead, all hail the coming of the mighty ASIC! |

※

Case 4:13-cv-00416-ALM   Document 7-3   Filed 07/23/13   Page 17 of 17 PageID #: 513

A day in the life of a pirate.  Page 16 of 198

1ngldh



Ignore

**pirateat40**
Avast Ye!
SCAMMER
Hero Member
XXXXX

Posts: 1146

**Re: A day in the life of a pirate.**
May 21, 2012, 11:18:53 PM

#36

Quote from: Maged on May 21, 2012, 11:02:53 PM
> Thanks for that. It's the first piece of useful information I've heard from you for weeks. I still have my doubts, but I'll refrain from expressing them any further... for awhile, anyway.



"Yes I am a pirate, 200 years too late."

I'm a firm believer in "See it before you believe it." and don't expect anyone, regardless of who they are or what their status is to think any differently. All I ask is that when you finally understand what I stand for and what I'm trying to accomplish you honestly feel good about what you said and how you responded.

Only time will tell and until then find a comfortable spot on the fence. 



Logged

Ignore    GPUMAX - The Bitcoin Mining Marketplace | Bitcoin Savings & Trust | OTC Ratings

**splatster**
Full Member
●●●

Posts: 175

**Re: A day in the life of a pirate.**
May 21, 2012, 11:21:36 PM

#37

Quote from: Sukrim on May 21, 2012, 08:24:24 PM
> He doesn't have to run a Ponzi on his own - my guess is still that he "invests" in some Ponzi/pyramid game like MMM. If you read carefully, he never denied that, only that he doesn't Ponzi himself.



You also never denied to being full of, well you get the idea. A guess is not evidence, nor is it right for people to go running around saying things based on hunches.



Logged

Ignore    S² Capital Management | #bitcoin-otc ratings |
1M5j2g4iz4mSwkngrYkqtcmKNGmyDAQzk2

**organofcorti**
Donator
Hero Member
●●●●●

Posts: 2494

**Re: A day in the life of a pirate.**
May 21, 2012, 11:24:29 PM

#38

Can you tell us if your business venture is converting the bitcoin you borrow to fiat or not? I'd like to invest in a PPT type thing but I wouldn't like to invest in a business that uses btc only as a transport mechanism for fiat. I'll understand if you think this would give away to much about your business model.

Logged