IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION NO.: |
| -- against – | 4:13-CV-416 |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST, | |
| Defendants. | |

**ORDER GRANTING EMERGENCY MOTION BY PLAINTIFF FOR LEAVE TO EXCEED PAGE LIMITATION UNDER LOCAL RULE CV-7 AND FILING PLAINTIFF'S EMERGENCY MOTION**

Before the Court is the Emergency Motion by Plaintiff for Leave to Exceed Page Limitation Under Rule CV-7 (the "Motion"). Having considered the motion, the brief in support, the record in this case, and the arguments of counsel, the Court is of the opinion that the Motion should be GRANTED. Therefore:

IT IS ORDERED that the Emergency Motion by Plaintiff for Leave to Exceed Page Limitation Under Local Rule CV-7 is hereby granted, and further ordered that, without delay, the Clerk of the Court shall file in this case the Plaintiff's Emergency Motion for an Order to Show Cause, Asset Freeze, and Other ancillary Relief.

IT IS SO ORDERED.
SIGNED this 23rd day of July, 2013.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE