# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § | CASE NO. 4:13-CV-416 |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | § § § | |

## ORDER SETTING HEARING

On July 23, 2013, the Court entered an order directing Defendants Trendon T. Shavers and Bitcoin Savings and Trust to show cause why an order should not be entered pending final disposition of this action: (1) freezing Defendants' assets; (2) directing Defendants to provide verified accountings to the Commission; (3) authorizing expedited discovery concerning the location and extent of Defendants' assets; (4) directing Defendants to repatriate any ill-gotten gains; and (5) requiring Defendants to preserve evidence. The Order also allowed the freezing of Defendants' assets and required Defendants to preserve evidence pending the adjudication of the foregoing.

The Court hereby sets this matter for hearing on August 5, 2013, at 9:00 a.m. in the United States Courthouse Annex, 200 N. Travis Street, Sherman, Texas.

**IT IS ORDERED** that the Securities and Exchange Commission shall serve counsel for Defendants Trendon T. Shavers and Bitcoin Savings and Trust or Defendants with notice of this Order.

**IT IS SO ORDERED.**

**SIGNED this 24th day of July, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE