AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

Securities and Exchange Commission )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 4:13cv416
Trendon T. Shavers and Bitcoin Savings and Trust )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bitcoin Savings and Trust
c/o Trendon T. Shavers
2305 South Custer Road
McKinney, TX 75070
me@pirateat40.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jessica B. Magee
Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Ste. 1900
801 Cherry Street, Unit 18
Forth Worth, TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/23/13

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:13cv416

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Bitcoin Savings and Trust**
was received by me on *(date)* **07/23/2013**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Trendon T. Shavers**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Bitcoin Savings and Trust**
**2305 S Custer Rd Apt 1507, Collin County, Plano, TX 75070** on *(date)* **07/23/2013** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **37.50** for services, for a total of $ **37.50**.

I declare under penalty of perjury that this information is true.

Date: **07/24/2013**

*Server's signature*

**Kyle Bowers**
*Printed name and title*

All Texas Couriers & Process Servers
3308 Preston Rd Ste 350-116
Plano TX 75093-7471
*Server's address*

Additional information regarding attempted service, etc: