IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    **Plaintiff,**<br><br>-- against --<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                    **Defendants.** | CIVIL ACTION NO.:<br><br>4:13-CV-0416 |

## ACKNOWLEDGEMENT OF SERVICE

On behalf of Bitcoin Savings and Trust, Trendon T. Shavers, hereby acknowledges service of the following:

1.  Civil Cover Sheet (Docket 1.1);

2.  Complaint (Docket 1);

3.  Emergency Motion by Plaintiff for Leave to Exceed Page Limitation Under Local Civil Rule CV-7 with Proposed Order Thereto (Dockets 2 and 2.1);

4.  Plaintiff's Emergency Motion for An Order to Show Cause, Asset Freeze, and Other Ancillary Relief with Proposed Order Thereto (Dockets 3 and 3.1)

5.  Appendix in Support of Plaintiff's Memorandum in Support of Preliminary Injunction and Other Emergency Relief (Dockets 4-7.3);

6.  Magistrate Referral (Docket 8);

7.  Summons; and,

8.  Notice of a Lawsuit and Request to Waiver Service of a Summons with Waiver of Service of Summons.

_____
Bitcoin Savings and Trust c/o Trendon T. Shavers

7-23-2013
_____
Date Received