# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § | CASE NO. 4:13-CV-416 |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | § § | |

**Defendant's preliminary response to show cause**

The court does not have jurisdiction because it is not within the securities law.

**1) freezing Defendants' assets;**
It's ridiculous for the court to freeze my assets that are required to pay rent, utilities, food, etc and be able to pay for an attorney.  My wife does not work and cares for our two children.

**2) directing Defendants to provide verified accountings to the Commission;**
The court has no authority to order this because it is not within the jurisdiction and does not show a need for it.

**3) authorizing expedited discovery concerning the location and extent of Defendants' assets;**
Three days is too short and there is no reason for it based on other orders. This should be revised based and agreed to.

I did not have time needed to make a complete response and request more time to respond.  I reserve the right to amend and/or supplement this response.


Trendon T Shavers