# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § | CASE NO. 4:13-CV-416 |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | § § § | |

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. Section 636(c), you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's trial jurisdiction from being exercised by a magistrate judge.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## NOTICE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties in this case hereby voluntarily consent to have a United States magistrate judge hear and decide **Plaintiff's Emergency Motion for An Order To Show Cause, Asset Freeze, and Other Ancilliary Relief (Dkt. #3) and matters relating to the issuance of a preliminary injunction** in this case.

| Signatures | Party Represented | Date |
|---|---|---|
| *[signature]* | SECURITIES AND EXCHANGE COMMISSION | Aug. 5, 2013 |
| *[signature]* | SEC | Aug 5.2013 |

Dated: 8-5-13