IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | CIVIL ACTION NO. 4:13cv416 (Judge Clark/Judge Mazzant) |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | § § § | |

## ORDER REFERRING MOTION

Now before the Court is **Plaintiff's Emergency Motion for an Order to Show Cause, Asset Freeze, and Other Ancillary Relief [Doc. #3] and matters relating to the issuance of a preliminary injunction.** Pursuant to 28 U.S.C. § 636 and the consent of the parties through their execution of the Consent to Proceed Before United States Magistrate Judge entered on this date, the court hereby refers the above-referenced motion to United States Magistrate Judge Amos Mazzant for consideration and final disposition.

So **ORDERED** and **SIGNED** this **5** day of **August, 2013.**

_____
Ron Clark, United States District Judge