**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                              **Plaintiff,**<br><br>-- against –<br><br>**TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,**<br><br>                              **Defendants.** | CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM) |

### AFFIDAVIT IN SUPPORT OF CLERK'S ENTRY OF DEFAULT

I hereby certify that I am the attorney of record for the plaintiff in the above cause, and that defendant Bitcoin Savings and Trust was served by the following method: service on individual designated to accept service of process on behalf of said defendant.

I further certify that the defendant has failed to serve an answer or other responsive pleading; no extension has been granted or any extension has expired; the defendant is neither an infant (under age 21) nor an incompetent person; the defendant is not in the active military service of the United States of America or its officers or agents or was not six months prior to the filing of the case.

The Clerk is requested to enter a default against said defendant.

Dated:  August 22, 2013
New York, NY

By:  */s/ Philip Moustakis*
PHILIP MOUSTAKIS (PM-1748)
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 World Financial Center, Ste. 400
New York, NY 10281-1022
(212) 336-0542
MoustakisP@sec.gov

Of Counsel:

Andrew M. Calamari* (CalamariA@sec.gov)

Valerie A. Szczepanik* (SzczepanikV@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGONAL OFFICE

Jessica B. Magee (MageeJ@sec.gov)
Matthew Gulde (GuldeM@sec.gov)
SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX 76102
(817) 978-3821

**not admitted in the E.D. Tex.*