UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.    Civil No. 4:13-CV-416 (RC) (ALM)

TRENDON T. SHAVERS AND
BITCOIN SAVINGS AND TRUST,

    Defendants.

## CLERK'S ENTRY OF DEFAULT

On this 22 day of August, 20 13, it appearing from the affidavit(s) in support of default of Philip Moustakis, attorney for plaintiff, that each of the defendants named below has failed to plead or otherwise defend herein as provided by the Federal Rules of Civil Procedure;

Now, therefore, the DEFAULT of each of the following named defendants is hereby entered:
Trendon T. Shavers
Bitcoin Savings and Trust

DAVID J. MALAND, CLERK

By: _____
Deputy Clerk

p:\DFLT.ord