# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § | CASE NO. 4:13-CV-416 |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | § § § | |

### ORDER SETTING STATUS CONFERENCE

At the request of the parties, the Court sets this matter for a telephonic conference on *Thursday, August 29, 2013, at 10:00 a.m.* The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number: 888-363-4749**
**Access Code: 1588844, followed by #**

Participants are directed to call this number no later than 9:55 a.m.

**IT IS SO ORDERED.**

**SIGNED this 28th day of August, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE