# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § | CASE NO. 4:13-CV-416 |
| TRENDON T. SHAVERS and BITCOIN SAVINGS AND TRUST | § § § | |

## ORDER

The Court held a telephonic status conference in the above-captioned case on August 29, 2013, at 10:00 a.m., at which Philip Moustakis, Valerie Szczepankik, Daphne Downs, and Matthew Gulde appeared for the Securities and Exchange Commission, and Trendon T. Shavers appeared *pro se*.

It is **ORDERED** that Trendon T. Shavers provide his financial accounting to the Securities and Exchange Commission no later than August 30, 2013, at 12:00 p.m.

It is further **ORDERED** that the deposition of Trendon T. Shavers will proceed on September 5, 2013, at United States Courthouse, 7940 Preston Road, Plano, Texas 75024, Conference Room located outside of Courtroom 108.

**SIGNED this 29th day of August, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE