# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** August 29, 2013

| **JUDGE**<br>**AMOS L. MAZZANT** | **COURT REPORTER:** Digitally Recorded<br>**COURTROOM DEPUTY:** Terri Scott |
|---|---|
| **SEC**<br>**v.**<br>**TRENDON T. SHAVERS, ET AL.** | **CAUSE NO: 4:13cv416** |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Philip Moustakis, Matthew Gulde | Trendon T. Shavers, appearing *pro se* |
| | |

On this day, the following Status Conference was held **via telephone**:

**OPEN:** 10:00 a.m.          **ADJOURN:** 10:19 a.m.

| TIME: | MINUTES: |
|---|---|
| 10:00 a.m. | Court hears announcements from Counsel for the SEC and from Defendant Shavers, appearing *pro se*. Court inquires concerning the purpose of the conference. |
| 10:00 a.m. | Mr. Moustakis informs the Court that Mr. Shavers' deposition has been noticed for September 5, 2013, however Mr. Shavers has indicated he cannot appear without access to his frozen funds. Counsel also informs the Court concerning the status of the verified accounting, which has not been provided to date. SEC requests Court to direct Mr. Shavers to appear for the deposition and to provide the accounting. |
| 10:04 a.m. | Mr. Shavers responds. During his response, his call was disconnected. |
| 10:08 a.m. | Mr. Shavers re-joins the conference and continues response. |
| 10:09 a.m. | Court seeks to confirm Mr. Shavers is planning to appear for the September 5th deposition. Mr. Shavers indicates that he doesn't believe that is possible, in light of his lack of funds. Discussion ensues concerning location for deposition. |

CASE NO.  4:13cv416  DATE:  August 29, 2013
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: |
|---|---|
| 10:14 a.m. | Court advises Mr. Shavers he needs to complete the verified financial disclosure. Mr. Shavers indicates he now has access to his computer and can have financial accounting completed by 12:00 noon on August 30, 2013.  Court indicates the deposition will remain scheduled for September 5, 2013.  The Court will inquire as to the availability of a room at the U. S. Courthouse in Plano, and will so notify the SEC, who will then notify Mr. Shavers of the deposition location. |
| 10:16 a.m. | The Court reiterates to Mr. Shavers that the financial disclosure needs to be completed as soon as possible. |
|  |  |

**DAVID J. MALAND, CLERK**

BY:    Terri Scott    
          Courtroom Deputy Clerk