IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                 **Plaintiff,**<br><br>-- against –<br><br>**TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,**<br><br>                                 **Defendants.** | **CIVIL ACTION NO.**<br>**4:13-CV-416 (RC) (ALM)** |

### [PROPOSED] ORDER TO SHOW CAUSE

Plaintiff Securities and Exchange Commission ("Commission") has moved for an Order directing Defendant Trendon T. Shavers ("Shavers") to show cause why an order should not be entered: (a) precluding Shavers from introducing evidence in this action concerning his use of Bitcoin Savings and Trust ("BTCST") investors' funds; and (b) directing that facts proffered by the Commission concerning Shavers' use of BTCST investors' funds be taken as established for purposes of this action.

The Court has considered Plaintiff's Motion for an Order to Show Cause, Rule 37 Sanctions, and other Relief, the materials submitted in support thereof, and the entire record herein. Based on the foregoing, the Court finds the Commission has made a proper showing for the relief granted herein, for the following reasons: It appears that Shavers has willfully refused to comply with: (a) the Court's August 5, 2013 Order Freezing Assets and Granting other Ancillary Relief; (b) the Court's August 29, 2013 Order; and (c) his discovery obligations in this litigation.

**NOW, THEREFORE:**

**I.**

**IT IS HEREBY ORDERED** that Shavers show cause why this Court should not enter an Order (a) precluding Shavers from introducing evidence in this action concerning his use of BTCST investors' funds, and (b) directing that facts proffered by the Commission concerning Shavers' use of BTCST investors' funds be taken as established for purposes of this action.

**II.**

**IT IS FURTHER ORDERED** that Shavers shall deliver any opposing papers in response to the Order to Show Cause above no later than _____, ___, 2014, at ____ p.m. Service shall be made by delivering the papers using the most expeditious means available, including the electronic mail address of any of the Commission's attorneys appearing in this action, or to the Commission's Fort Worth Regional Office, Burnett Plaza, Suite 1900, 801 Cherry Street, Unit 18, Fort Worth, TX 76102, Attn: Philip Moustakis, or to such other place as counsel for the Commission may direct in writing. The Commission shall have until _____, ___, 2014, at ____ p.m. to serve by the most expeditious means available, including electronic mail or otherwise, any reply papers upon Shavers, or upon his respective counsel, if counsel shall have made an appearance in this action.