# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | CIVIL ACTION NO. |
| -- against – | 4:13-CV-416 (RC) (ALM) |
| **TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,** | |
| **Defendants.** | |

## [PROPOSED] ORDER MODIFYING DEADLINES IN THE SCHEDULING ORDER

The Court has considered Plaintiff Securities and Exchange Commission's Motion to Modify Deadlines in the Scheduling Order, the materials submitted in support thereof, and the entire record herein. Based on the foregoing, the Court **GRANTS** the relief requested. Now, therefore, it is hereby **ORDERED** that the following pre-trial deadlines are set as follows:

| | **DEADLINES** |
|---|---|
| 60 days after the Court's decision on Plaintiff's Motion for Summary Judgment or, in the Alternative, for Default Judgment | Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |
| 90 days after the Court's decision on Plaintiff's Motion for Summary Judgment or, in the Alternative, for Default Judgment | Defendants' disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |

SIGNED this ____ day of _____, 2014

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE