IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>-- against –<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                                        Defendants. | CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM) |

ORDER MODIFYING DEADLINES
IN THE SCHEDULING ORDER

The Court has considered Plaintiff Securities and Exchange Commission's Motion to Modify Deadlines in the Scheduling Order, the materials submitted in support thereof, and the entire record herein.  Based on the foregoing, the Court **GRANTS** the relief requested.  Now, therefore, it is hereby **ORDERED** that the following pre-trial deadlines are set as follows:

| | **DEADLINES** |
|---|---|
| 60 days after the Court's decision on Plaintiff's Motion for Summary Judgment or, in the Alternative, for Default Judgment | Plaintiff's disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |
| 90 days after the Court's decision on Plaintiff's Motion for Summary Judgment or, in the Alternative, for Default Judgment | Defendants' disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) |

**SIGNED this 23rd day of April, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE