# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | CIVIL ACTION NO. 4:13cv416<br>(Judge Clark/Judge Mazzant)<br><br>**EMERGENCY MOTION** |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO DELIVER OPPOSING PAPERS IN RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 6(b)(1), Defendants present this unopposed motion for extension of time to file opposing papers in response to the Court's Order to Show Cause (DOC-37). The parties have agreed to the new deadline date of May 30, 2014, at 5pm (Central Time) to allow Defendants' new counsel to prepare and file the relevant documents.

### ARGUMENT

The Court has discretion to extend the time when an act must be done upon motion, or on its own motion, prior to the expiration of the time to perform the act, when good cause is shown. Federal Rule of Civil Procedure Rule 6(b)(1)(A).

On April 24, 2014, the Court granted Plaintiff's Motion for Order to Show Cause why the Court should not impose sanctions under FRCP Rule 37. The Court set May 21, 2014 at 5pm as the deadline for Defendants to file opposing papers. Defendants obtained counsel on May 20, 2014. See DOC-39. Counsel for Defendants and Counsel for Plaintiff immediately conferred and stipulated to the extension of time until May 30, 2014 at 5pm (Central Time).

## CONCLUSION

The Court should grant this unopposed motion for extension of time and allow Defendants until May 30, 2014 at 5pm (Central Time) to file opposing papers to the Order to Show Cause (DOC-37).

Respectfully submitted this 21st day of May, 2014.

/s/ *Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that, on this 21st day of May, 2014, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system, on all parties registered to receive service on the date of the filing.

/s/*Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants
*Admitted Pro Hac Vice*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE CV-7 (i)
## CERTIFICATE OF CONFERENCE

The forgoing document, DEFENDANTS' MOTION FOR EXTENSION OF TIME, did require conferral prior to filing pursuant to Local Rule CV-7(h). The forgoing document is unopposed.

On May 20, 2014, counsel for Defendants, F. Jason Seibert, and counsel for Plaintiff, Phillip Moustakis, communicated by electronic mail and by telephone on several issues. The relevant issue to this motion, the extension of time to file responsive papers, was specifically addressed and agreed to that May 30, 2014, at 5pm (Central Time) would not be opposed by Plaintiff. Defendant followed-up with email to confirm. On May 21, 2014, counsel for Plaintiff confirmed the unopposed extension via email response.

/s/*Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants
*Admitted Pro Hac Vice*