# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

SECURITIES AND EXCHANGE
COMMISSION

v.

TRENDON T. SHAVERS AND
BITCOIN SAVINGS AND TRUST

CIVIL ACTION NO. 4:13cv416
(Judge Clark/Judge Mazzant)

## ORDER EXTENDING TIME

Defendants Trendon T. Shavers and Bitcoin Savings and Trust ("Defendants")

have presented an unopposed motion for an Order extending time for Defendants to

provide opposing papers to the Order to Show Cause why an order should not be entered:

(a) precluding Defendants from introducing evidence in this action concerning use of

Bitcoin Savings and Trust ("BTCST") Bitcoin; and (b) directing that facts proffered by

the commission concerning Defendants use of Bitcoin be taken as established for

purposes of this action. See DOC-37.

The Court has considered Defendants' unopposed motion and grants Defendants

the requested extension of time and shall have until May 30, 2014 at 5pm (Central Time)

to file and serve opposing papers in response to the Order to Show Cause (DOC-37).

Service shall be made by delivering the papers using the most expeditious means

available, including the electronic mail address of any of the Commission's attorneys

appearing in this action, or to the Commission's Forth Worth Regional Office, Burnett

Plaza, Suite 1900, 801 Cherry Street, Unit 18, Fort Worth, TX 76102, Attn: Philip

Moustakis, or to such other place as counsel for the Commission may direct in writing.

The commission shall have until June 13, 2014 at 5pm (Central Time) to serve by the

most expeditious means available, including electronic mail or otherwise, any reply

papers upon Defendants' counsel.

**IT IS SO ORDERED**