# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | CIVIL ACTION NO. 4:13cv416<br>(Judge Clark/Judge Mazzant) |

### ORDER EXTENDING TIME

Defendants Trendon T. Shavers and Bitcoin Savings and Trust ("Defendants") have presented an unopposed motion for an Order extending time for Defendants to provide opposing papers to the Order to Show Cause why an order should not be entered: (a) precluding Defendants from introducing evidence in this action concerning use of Bitcoin Savings and Trust ("BTCST") Bitcoin; and (b) directing that facts proffered by the commission concerning Defendants use of Bitcoin be taken as established for purposes of this action. (See Dkt. #37).

The Court has considered Defendants' unopposed motion and grants Defendants the requested extension of time. Defendants shall have until May 30, 2014, at 5pm (Central Time) to file a response to the Order to Show Case (Dkt. #37). The Eommission shall have until June 13, 2014 at 5pm (Central Time) to hkg"cp{"tgr n{0

**SIGNED this 21st day of May, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE