# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | CIVIL ACTION NO. 4:13cv416<br>(Judge Clark/Judge Mazzant) |

**[PROPOSED] ORDER DENYING RULE 37 SANCTIONS**

Defendants Trendon T. Shavers and Bitcoin Savings and Trust ("Defendants") have presented a Response to Order to Show Cause why an order should not be entered: (a) precluding Defendants from introducing evidence in this action concerning use of Bitcoin Savings and Trust ("BTCST") Bitcoin; and (b) directing that facts proffered by the commission concerning Defendants use of Bitcoin be taken as established for purposes of this action. See DOC-37.

The Court, having been fully briefed, by all parties, finds Defendants have shown good cause why the sanctions sought by Plaintiffs should not be entered.

**IT IS SO ORDERED**