AO 436 (Rev. 04/13)
*Read Instructions.*

## ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## AUDIO RECORDING ORDER

| | |
|---|---|
| 1. NAME: Jessica B. Magee | 2. PHONE NUMBER: 817-978-6465 |
| | 3. EMAIL ADDRESS: mageej@sec.gov |
| 4. MAILING ADDRESS: 801 Cherry Street, 19th Floor | 5. CITY: Fort Worth |
| | 6. STATE: Texas |
| | 7. ZIP CODE: 76102 |
| 8. CASE NUMBER: 4:13-cv-00416-RC-ALM | 9. CASE NAME: SEC v. Shavers, et al |
| | 10. FROM: 8/5/2013 |
| | 11. TO: 8/5/13 |
| 12. PRESIDING JUDGE: Amos L. Mazzant | 13. CITY: Sherman |
| | 14. STATE: Texas |

**15. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. AUDIO RECORDING REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Specify) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Hearing re Motion for Order to Show Cause | 8/5/13 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | |
| | ESTIMATE TOTAL | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE: *[signed] J. Magee*
19. DATE: 6/5/14

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 0.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY  ORDER RECEIPT  ORDER COPY