# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | CIVIL ACTION NO. 4:13cv416<br>(Judge Clark/Judge Mazzant) |

### DECLARATION OF FRANKLIN JASON SEIBERT IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY RULE 37 SANCTIONS SHOULD NOT BE IMPOSED

1. I, Franklin Jason Seibert, am the attorney of record for defendants in this case.

2. Attached as Exhibit 1 (EXH 1) is a true and correct copy of the Securities and Exchange Commission website containing its press release dated on or about May 7, 2014, in which the Commission affirmatively states that Bitcoin is not legal tender. The release also contains information related to the above captioned action, which the Commission assumes facts not established and left to be considered by this court.

3. Attached as Exhibit 2 (EXH 2) is a true and correct copy of Internal Revenue Service Guidance 2014-21 related to Bitcoin which states that Bitcoin is property, not money.

4. Attached as Exhibit 3 (EXH 3) is a true and correct copy of the United States Department of Treasury Financial Crimes Enforcement Network guidance FIN-2013-G001 related to Bitcoin which states that Bitcoin is not money.

5.  Attached as Exhibit 4 (EXH 4) is a true and correct copy of the State of Texas Banking Memorandum 1037 which states that exchanges of virtual currency for virtual currency are not exchanges of money, and that no claim in involving virtual currency is a claim with standing in court.

6.  Attached as Exhibit 5 (EXH 5) is a true and correct copy of the Commission's press release on Bitcoin Ponzi scheme's referencing this case.

7.  Attached as Exhibit 6 (EXH 6) is a true and correct copy of the Financial Industy Regulatory Authority (FINRA) guidance on Bitcoin stating that Bitcoin is not legal tender.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 5, 2014.

/s/ *Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants
*Admitted Pro Hac Vice*