IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                        **Plaintiff,**<br><br>-- against –<br><br>**TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,**<br><br>                                        **Defendants.** | **CIVIL ACTION NO.**<br>**4:13-CV-416 (RC) (ALM)** |

**[PROPOSED] ORDER**

Pending before the court is Plaintiff's Emergency Motion to Strike or, in the Alternative, For Stay.  After considering the Motion and the applicable law, the Court finds that the motion should be granted and that Defendants' Motion for Reconsideration of Court Opinion Doc 23 Regarding Subject-Matter Jurisdiction and Renewed Rule 12(b)(1) Motion should be stricken and unfiled from the Court's docket.

IT IS THEREFORE ORDERED that Defendants' Motion for Reconsideration for Court Opinion Doc 23 Regarding Subject Matter Jurisdiction and Renewed Rule 12(b)(1) Motion is STRICKEN and shall immediately be UNFILED from the Court's docket.

SIGNED this _____ day of _____, 2014.

_____
HON. AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE