# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | CIVIL ACTION NO. 4:13cv416<br>(Judge Clark/Judge Mazzant) |

### DECLARATION OF FRANKLIN JASON SEIBERT IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE WHY RULE 37 SANCTIONS SHOULD NOT BE IMPOSED

1. I, Franklin Jason Seibert, am the attorney of record for defendants in this case.

2. On Friday, June 6, 2014, at approximately 11:45am, I received a phone call from Ms. Jessica McGee of the Securities and Exchange Commission. She inquired how I was, and I informed her that I was tired. She then informed me that she was calling to confer on a motion she was going to file the afternoon of June 6, 2014 (same day). She did not provide me with a copy of the motion, or inform me of its contents or its merits. She simply asked if I was opposed to a motion to strike the subject matter jurisdiction motion I had filed based on defendants still being in default? I responded, "I'm opposed." She quickly ended the call. The phone call lasted approximately less than one minute. Ms. McGee did not request an extension of time. Such a request would have been stipulated upon a reasonable schedule.

/ / /

/ / /

3.  Attached as Exhibit 1 (EXH 1) is a true and correct copy of an email correspondence between myself and Mr. Moustakis of the Securities and Exchange Commission where I informed Mr. Moustakis that extensions of time would be freely given on filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on June 8, 2014.

/s/ *Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants
*Admitted Pro Hac Vice*
