# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>-- against --<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                      Defendants. | CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM) |

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS UNDER LOCAL RULE CV-7

Pursuant to Local Rule CV-7(2) of the Eastern District of Texas, Plaintiff Securities and Exchange Commission ("Commission") files its Unopposed Motion for Leave to file its reply to non-dispositive motion in excess of the 5-page limit. The Commission respectfully requests permission to file its Reply Memorandum of Law in Support of its Motion to Show Cause, and Rule 37 Sanctions and Other Relief ("Reply") exceeding the 5-page limitation under Local Rule CV-7(2). In support of this motion, the Commission states the following:

    1. The Local Rules for the Eastern District of Texas, specifically, Local Rule CV-7(2), states that replies to non-dispositive motions be limited to five (5) pages in length, unless otherwise authorized by the Court.

    2. The Commission seeks leave from the Court to exceed the page limitation set forth in Local Rule CV-7(2) in order to file its Reply, which is 8 pages. This requested extension of page limitations includes the caption and signature page, but does not include a declaration and exhibits concurrently filed by the Commission.

3. Despite best efforts, the Commission's Reply to the arguments raised in Defendants' Response exceeds the 5-page limit. This motion is not being filed to harass the Defendants. Rather, the Commission believes that good cause exists to grant this motion. The Defendants raised numerous arguments challenging the bases for the relief the Commission seeks, and the Commission believes the additional pages are necessary to fully and properly reply to these arguments and responses.

4. Counsel for the Commission conferred with opposing counsel, who stated that he was not opposed to the relief requested here.

**WHEREFORE**, the Commission respectfully requests that it be permitted to exceed the 5-page limit for reply briefs, and that Court permit the Commission to file its Reply Memorandum of Law in Support of its Motion to Show Cause, and Rule 37 Sanctions and Other Relief, and grant the Commission such other and further relief to which it may be entitled.

Dated:  June 13, 2014                                         Respectfully Submitted,

*/s/ Jessica B. Magee*

Of Counsel:                                                   JESSICA B. MAGEE
Valerie A. Szczepanik*                                        Texas Bar No. 24037757
Securities and Exchange Commission                            Securities and Exchange Commission
Brookfield Place                                              Burnett Plaza, Suite 1900
200 Vesey Street, Ste. 400                                    801 Cherry Street, Unit 18
New York, NY 10281-1022                                       Fort Worth, TX 76102
(212) 336-0175                                                (817) 978-6465
szczepanikv@sec.gov                                           mageej@sec.gov

*Not admitted in E.D. Tex.*                                   PHILIP MOUSTAKIS (PM-1748)
                                                              Securities and Exchange Commission
                                                              Brookfield Place
                                                              200 Vesey Street, Ste. 400
                                                              New York, NY 10281-1022
                                                              (212) 336-0542
                                                              moustakisp@sec.gov
                                                              *Admitted Pro Hac Vice*
                                                              ATTORNEYS FOR PLAINTIFF
                                                              SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 10, 2014, I conferred with counsel for defendants regarding the content of this motion and they do not oppose.

*/s/ Philip Moustakis*
Philip Moustakis

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel who have registered with the Court.  All others were served a copy by U.S. mail.

*/s/ Jessica B. Magee*
Jessica B. Magee