**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　　　　　　　　　**Plaintiff,**<br><br>　　-- against –<br><br>**TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,**<br><br>　　　　　　　　　　　　　　**Defendants.** | **CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM)** |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION UNDER LOCAL RULE CV-7**

　　Plaintiff Securities and Exchange Commission has filed its Unopposed Motion for Leave to Exceed Page Limitation in accordance with Local Rule CV-7.  Having considered the Motion, the Court is of the opinion that it should be GRANTED.

　　IT IS THEREFORE ORDERED that Plaintiff is granted leave to file its Reply Memorandum of Law In Support of its Motion to Show Cause, and Rule 37 Sanctions and Other Relief.