EXHIBIT F





HOME | DONATE | BLOG | DOCUMENTS

CONTACT US

## SHARE SO YOUR FRIENDS CAN DONATE TOO!

 DONATE BITCOIN

We are accepting bitcoin, litecoin, and dogecoin.
(the wallets and private keys are controlled by the law office):
BTC: 1FFUtD3qRMJYzrkWPC8Gq1M5gpRtwbHjc5
DOGE: DNWrU81Rn6y7XfBjZPotqdhVpXDGxtZqhC
LTC: LaDzpczMp3j4Ly2bDqfQiURKLZCeK8j142

GIVE A BIT. SAVE THE BYTES.
POWERED BY F.J. SEIBERT, LLC.



HOME   DONATE   BLOG   DOCUMENTS

CONTACT US



## Read the SEC Complaint Against Trendon Shavers

Support the fight against the SEC. If the SEC is successful in this case it will set a dangerous precedent of allowing the SEC to regulate Bitcoin Exchanges.

READ MORE

## Read the Defendants' Response To the SEC's Motion for Sanctions

The SEC has filed a motion for sanctions in an attempt to win this case without giving Trendon Shavers a fair day in court. This is the defenses motion against the SEC's motion for sanctions. A ruling is expected soon.



GIVE A BIT. SAVE THE BYTES.
POWERED BY F.J. SEIBERT, LLC.

HOME    DONATE    BLOG    DOCUMENTS

CONTACT US

## GET IN TOUCH!

Name: *

Email: *

Subject: *

Message: *

SUBMIT

BROUGHT TO YOU BY: THE LAW OFFICE OF
FRANKLIN JASON SEIBERT, LLC



### F. J. SEIBERT

Our office works with several legal professionals in the Willamette Valley to provide you with the best advocacy and advice possible. Our office is small with minimal overhead and that enables us to keep your costs manageable.



960 Liberty St SE
View on Google Maps

GIVE A BIT. SAVE THE BYTES.
POWERED BY F.J. SEIBERT, LLC



HOME    DONATE    BLOG    DOCUMENTS

CONTACT US

# TOP STORIES

Posted Sunday, May 25, 2014

# SEC v. SHAVERS
SUNDAY MAY 25, 2014

This week an extremely important legal event is happening in bitcoin in Texas. The SEC v Shavers case-filing deadline is on Friday May 30th.

The Securities and Exchange Commission is charging Trendon Shavers with operating an alleged ponzi scheme. There are many people in the bitcoin community that are upset with Shavers for losing their funds at the Bitcoin Savings and Trust ("BTCST"), formerly known as First Pirate Savings & Trust. Regardless if you're upset with Shavers over this, you should be concerned about this case because it will have FAR reaching consequences for the bitcoin community outside of Shavers.

The case the SEC is bringing forward -- if won- would establish a very dangerous precedent that says anyone exchanging bitcoin could be SELLING SECURITIES, thus subject to SEC regulation, SEC scrutiny, SEC investigation, and SEC legal action. 

This would include peer-to-peer bitcoin exchanging, all trades at Shotoshi Square in NYC, miners selling bitcoin, basically anyone that touches bitcoin and later trades or sells it would be under the scrutiny of the SEC. If you're not registered with the SEC – or if you have engaged in these types of activities in the past without being registered - you could be fined tens of thousands of dollars per transaction, or worse, jail.

The SEC moved the court to impose sanctions against Schavers for effectively failing to provide information the SEC already has. If sanctions are granted by the court, he won't get the chance to present a defense to this case – which means Shavers would automatically be found liable – unless he meets this Friday's filing deadline, presents an argument against sanctions, and convinces the court to hear this issue on the merits.

To make matters worse, the SEC and the court froze all of Shavers' assets so Shavers has no way to hire an attorney to help file the paperwork due on Friday.

After recognizing the importance of this case, Jason Seibert of FJ Seibert Law stepped in on May 20, 2014, and agreed to take the case on a donations basis.

I cannot emphasize enough the importance of this case. To make a donation to pay for legal fees were accepting bitcoin, litecoin, and dogecoin.

Addresses below (the wallets and private keys are controlled by the law office):
BTC: 1FFUtD3qRMJYzrkWPC8Gq1M5gpRtwbHjc5
DOGE: DNWrU81Rn6y7XfBjZPotqdhVpXDGxtZqhC
LTC: LaDzpczMp3j4Ly2bDqfQiURKLZCeK8j142

GIVE A BIT. SAVE THE BYTES.
POWERED BY F.J. SEIBERT, LLC.