# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION § § § | |
| v. § § | CIVIL ACTION NO. 4:13cv416 (Judge Clark/Judge Mazzant) |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST § § | |

## ORDER

The Court hereby sets Plaintiff's Motion for an Order to Show Cause, Rule 37 Sanctions, and Other Relief (Dkt. #33) for hearing on *Monday, July 14, at 2:00 p.m.* at the *U. S. Courthouse Annex, 200 N. Travis Street, Chase Bank Building, Mezzanine Level, Sherman, Texas 75090.*

**IT IS SO ORDERED**.

**SIGNED** this 16th day of June, 2014.

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE