TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
1—4

**Page 1**

1          UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF TEXAS
2               SHERMAN DIVISION

3  SECURITIES AND EXCHANGE    )
   COMMISSION                 )
4                             )
   VS                        )  CASE NO. 4:13-CV-416
5                            )
   TRENDON T SHAVERS AND      )
6  BITCOIN SAVINGS AND TRUST  )
         Defendant. )
7

8  _____

9

10           ORAL DEPOSITION OF

11           TRENDON T SHAVERS

12           SEPTEMBER 5, 2013

13  _____

14

15       ORAL DEPOSITION OF TRENDON T SHAVERS,

16  produced as a witness duly sworn by me at the

17  instance of the Plaintiff, was taken in the above

18  styled and numbered cause on the 5th day of

19  September, A.D., 2013 from 9:20 a.m. to 5:10 p.m.,

20  before Kellie L. Rowbotham, CSR in and for the State

21  of Texas, reported by stenographic means, at the

22  offices of the U.S. Courthouse, located at 7940

23  Preston Road, Plano, Texas  75024, pursuant to the

24  Federal Rules of Civil Procedure and the provisions

25  stated on the record or attached hereto.

**Page 2**

1          A P P E A R A N C E S

2

3  FOR THE PLAINTIFF:

4     Mr. Philip R. Moustakis
      Ms. Daphne Downes
5     UNITED STATES SECURITIES And EXCHANGE COMMISSION
      New York Regional Office
6     3 World Financial Center
      Suite 400
7     New York, NY  10281-1022
      (212) 336-0542
8     moustakisp@sec.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Page 3**

1                   INDEX

2                                          PAGE
3  Appearances.........................2

   Stipulations.........................--
4
   TRENDON T SHAVERS
5      Examination by Mr. Philip R. Moustakis........5

6  Signature and Changes............................325

7  Reporter's Certificate...........................326

8

9              EXHIBITS

10  NUMBER    DESCRIPTION                          PAGE

11    1       Woodforest National Bank Records       26
              Woodforest 000002 - 68

12    2       Printout of the Bitcoin Forum          40
              Page 1 - 283
13
      3       Accounts-Transactions.xls             64
14
      4       Bitcoin Forum printout of "A Day in    97
15            the Life of a Pirate" Pages 1 - 198

16    5       Bitcoin Transactions.xls              166

17    6       9/21/12 Subpoena to Trendon Shavers   209

18    7       10/16/12 Letter to Trendon Shavers    210
              from Philip R. Moustakis
19
      8       10/18/12 E-mail from Trendon Shavers  210
20            to Philip Moustakis

21    9       SEC-Shavers-E0000005                  214

22    10      "pirateat40.freenode" Pages 1 - 6     215

23    11      Case History Number 01-EV-10-00725    314
              from the collincountytx.gov website
24
      12      Case History Number 429-00521-2011    315
25            from the collincountytx.gov website

**Page 4**

1              EXHIBITS CONTINUED

2  NUMBER    DESCRIPTION                          PAGE

3    13      Case History Number 01-JC-11-00093    316
             from the collincountytx.gov website
4
     14      Case History Number 04-EV-11-00637    317
5            from the collincountytx.gov website

6    15      Case History Number 429-04263-2011    320
             from the collincountytx.gov website
7



App. 7                                    EXHIBIT 2

Page 5

1        P R O C E E D I N G S
2        (On the record at 9:20 a.m.)
3        TRENDON SHAVERS,
4  having been first duly sworn, testified as follows:
5        EXAMINATION
6  BY MR. MOUSTAKIS:
7    Q  Mr. Shavers, would you please state and
8  spell your complete name for the record?
9    A  Trendon T Shavers.  It's T-r-e-n-d-o-n T
10  Shavers, S-h-a-v-e-r-s.
11    Q  What's your middle name?
12    A  T.
13    Q  T is the entire middle name?
14    A  No dot.
15    Q  No dot?
16    A  No dot.
17    Q  Okay.  I'm sure there's a story behind that
18  I'd like to learn later.  And, Mr. Shavers, you are
19  not represented by counsel today; is that correct?
20    A  Correct.
21    Q  Now, I'm going to ask you questions, and I
22  may speak more slowly than seems natural.  I may seem
23  kind of like the crazy guy on the subway that you
24  don't want to talk to but is talking to you, and
25  that's because I need to make sure that Ms. Rowbotham

Page 6

1  can get everything down.  And because we're making a
2  record, I ask that you bear that in mind as well and
3  answer the questions orally, not by nodding or
4  shaking the head or making other gestures.  Is that
5  clear?
6    A  Yes.
7    Q  If I ask any questions that are unclear, you
8  can say so, and I'll attempt to rephrase.  But
9  ultimately you're here to answer the questions that
10  we put to you.
11        If at any time you need a bathroom
12  break, please speak up.  It's not intended to be, you
13  know, some sort of torture.  It's a just a
14  deposition.  Can you give your date of birth, please?
15    A  09/21/82.
16    Q  And your home address?
17    A  2305 South Custer, McKinney, Texas  75070.
18    Q  Any apartment number?
19    A  Yes.  1507.
20    Q  And how long have you been at that address?
21    A  It will be four years in August.
22    Q  And have you lived there continually for
23  four years come August?
24    A  I'm sorry?
25    Q  Have you lived there continually for the

Page 7

1  last four years?
2    A  Yes.
3    Q  I'm sorry.  I'm unclear on something.  It's
4  September now.
5    A  Okay.  So it was four years August.
6    Q  Okay.  So you moved into your South Custer
7  Road address in or about August of 2009?
8    A  It was in August.  So without checking, that
9  would have to be correct because we signed an initial
10  lease, another lease, and this is August.  So it's
11  been four years.
12    Q  Okay.  And have you lived anywhere else part
13  time or on any sort of part-time basis during those
14  four years?
15    A  Lived, no.  I stayed with my parents during
16  the time I was -- had to be away from my wife, but
17  yeah.
18    Q  But otherwise your home address has been the
19  South Custer Road address?
20    A  Correct.
21    Q  And where did you live prior to South Custer
22  Road?
23    A  2812 Glen Hollow Drive.  And that's
24  McKinney, Texas 75070.
25    Q  And for how long were you at the 2812 Glen

Page 8

1  Hollow Drive address?
2    A  Two-and-a-half years.
3    Q  So approximately two-and-a-half years?
4    A  Yes.
5    Q  With whom, if anybody, do you reside at the
6  South Custer Road address?
7    A  My wife and two boys.
8    Q  And what's your wife's name?
9    A  Ashley Shavers.
10    Q  And the ages of the boys?
11    A  Ten.
12    Q  They're twins?
13    A  Or eleven.  Yeah, twins.
14    Q  Twins, eleven-year-olds?
15    A  Yes.
16    Q  How long have you been married?
17    A  Oh, man, seven years.
18    Q  Has your wife used your last name all seven
19  years?
20    A  Yes.
21    Q  And what's her maiden name?
22    A  Snyder.
23    Q  Can you spell that for us?
24    A  Her maiden -- yeah.  Her maiden name would
25  be Snyder, S-n-y-d-e-r.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
9–12

Page 9

1    Q   Did you live with your wife and the two boys
2  at the 2812 Glen Hollow Drive address?
3    A   Yes.
4    Q   Does anyone else other than your wife and
5  the two boys reside with you at the South Custer Road
6  address?
7    A   No.
8    Q   Did anyone other than your wife and the two
9  boys reside with you at the Glen Hollow Drive
10  address?
11    A   No.
12    Q   Are you familiar with an address 209 Falling
13  Water Drive, McKinney?
14    A   Not that I'm aware of.
15    Q   Have you ever lived at 209 Falling Water
16  Drive, McKinney, Texas?
17    A   No.
18    Q   Do you know anyone who has?
19    A   I don't know that address.
20    Q   You have no familiarity with that address?
21    A   No.
22    Q   Have you ever used that address for any
23  purpose?
24    A   Not that I recall.  I mean, no, not that I
25  recall.

Page 10

1    Q   What's the highest level of education you've
2  attained?
3    A   High school.
4    Q   Did you do any college work?
5    A   Certification work.  But nothing with a
6  four-year college.
7    Q   What kind of certification work?
8    A   Computers.
9    Q   Can you give us some more detail?  Where did
10  you go?  What was the certification for?  How long
11  was the program?  What did you study?
12    A   I started network engineering.  Basically
13  network engineering.  And I got just different
14  certifications required for doing server
15  administration, server build-outs, that kind of
16  stuff.  That's what I did as soon as I left high
17  school.
18    Q   How many certifications do you have?
19    A   Five.
20    Q   Okay.  Tell us what they are.
21    A   A+, CNE, CCNA, CCIE and MCSC.
22    Q   So for somebody who's not computer literate,
23  what is an A+ certification?
24    A   It's working on the hardware of computers.
25    Q   And where did you get the certification?

Page 11

1    A   It's a course you take.  CompTIA is the
2  company that handles the certifications for any techs
3  that work on computers.
4    Q   Can you spell the company's name?
5    A   C-o-m-p-T-I-A.
6    Q   Is this an educational institution CompTIA?
7    A   No.  It's just a certification company that
8  you have to take the tests through to become
9  certified.
10    Q   And does CompTIA administer the tests
11  online?
12    A   I took it inside.  They hadn't gone online
13  at the time.  This was many years ago.
14    Q   So where was the facility?
15    A   It was in Midland, Texas.
16    Q   Does CompTIA still exist?
17    A   Oh, yeah.
18    Q   Do you remember the year you got your A+
19  certification?
20    A   Huh-uh.
21    Q   Was it in the last five years?
22    A   No.
23    Q   Last ten years?
24    A   Last fifteen years.
25    Q   And to those of us who aren't computer

Page 12

1  literate, what's a CNE certification?
2    A   It's Certified Novell Expert.  So Novell is
3  a platform that runs for database in schools.  It's
4  run through Novell, and it was used a long time ago.
5  But every once in a while it comes to -- you need it
6  for certain database work.
7    Q   And did you get that certification also from
8  CompTIA?
9    A   No.  That was done through -- that was done
10  through a school program in high school.
11    Q   So you received the CNE certification when
12  you were still matriculated in high school?
13    A   Yes.
14    Q   What high school did you go to?
15    A   It was Robert E. Lee in Plano -- I mean in
16  Midland, Texas.
17    Q   And what year did you graduate?
18    A   2001.
19    Q   And so you took some sort of computer course
20  at Robert E. Lee High School, and it resulted in a
21  CNE certification?
22    A   Right, as well as Cisco's.
23    Q   The CCNA?
24    A   CCNA and CCIE.
25    Q   Okay.  Those are additional certifications



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
13–16

Page 13

1 that you got while in high school?
2    A  Yes.
3    Q  At Robert E. Lee?
4    A  Yes.
5    Q  And, again, for those of us who aren't
6 computer literate, what's a CCNA certification?
7    A  I finished those when I was here, when I
8 came back here.  I was only in Midland for two years.
9 When I came back, that's when I finished those.  So I
10 actually got those here.
11    Q  What do you mean "here"?
12    A  When I was in McKinney.
13    Q  Okay.  So let's back up.  What is a CCNA
14 certification?
15    A  It's a Cisco Certified Network Engineer.
16    Q  And a CCIE certification?
17    A  Cisco Certified Equipment Engineer?  I'm not
18 for sure on that.
19    Q  And when did you finally get those
20 certifications?
21    A  My senior year in McKinney.
22    Q  Senior year of high school?
23    A  Yes.
24    Q  Where did you graduate from?
25    A  McKinney High.

Page 14

1    Q  So you started high school at Robert E. Lee
2 in Midland, Texas?
3    A  No.  I started in McKinney.  I went a year,
4 moved to Midland, two years there, and then came back
5 and finished in McKinney.
6    Q  Gotcha.  So you received the CNE
7 certification freshman year of high school in
8 Midland -- I mean, sophomore or junior year of high
9 school in Midland?
10    A  Say that again.
11    Q  Let's back up.  You started high school in
12 McKinney.
13    A  Correct.
14    Q  Did you do the entire first year in
15 McKinney?
16    A  Yes.
17    Q  And then you did your second and third years
18 of high school at Robert E. Lee in Midland, correct?
19    A  Correct.
20    Q  The entire second and third years?
21    A  I believe so.  If it wasn't, it was like
22 months in my junior year.
23    Q  So either for senior year or for senior year
24 plus the latter months of your junior year of high
25 school you went back to McKinney High School?

Page 15

1    A  Correct.
2    Q  In McKinney, Texas?
3    A  Correct.
4    Q  You received your CNE certification from
5 Robert E. Lee High School in Midland?
6    A  Yes.
7    Q  And you received your CCNA and your CCIE
8 certifications from McKinney High School?
9    A  Correct.
10    Q  And what is the MCSE certification?
11    A  It's Microsoft Systems -- Microsoft
12 Certified Systems Engineer.
13    Q  And where and when did you receive that
14 certification?
15    A  In my sophomore year in Midland, Texas.
16    Q  Your sophomore year of high school?
17    A  Yes.
18    Q  What is your current employment, if any?
19    A  None.
20    Q  Do you have a job you'll be starting soon?
21    A  Yes.
22    Q  And where is that?
23    A  It's with Support.com.
24    Q  Is the name of the company Support.com?
25    A  Yes.

Page 16

1    Q  And when is it you're starting the job?
2    A  The 18th.
3    Q  The 18th of September?
4    A  Yes.
5    Q  And what is your position title going to be?
6    A  Remote services technician.
7    Q  Is this a full-time position?
8    A  Yes.
9    Q  And where are Support.com's offices located?
10    A  I don't know.
11    Q  How did you interview for the position?
12    A  Online.
13    Q  Where did you find the -- did you apply in
14 response to a job posting?
15    A  No.
16    Q  So you knew of the company and applied to
17 them directly?
18    A  Yes.
19    Q  How long have you been without work?
20    A  Without working with a company?
21    Q  Without working for somebody else.
22    A  Four years.
23    Q  Are you currently self employed?
24    A  Yes.
25    Q  And what is your self employment?



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
17–20

Page 17

1    A   Currency trading.
2    Q   And for how long have you been self employed
3    doing currency trading?
4    A   Two years.
5    Q   And what platforms do you trade currency?
6    A   "Platforms" meaning?
7    Q   Do you have an online account with a
8    currency trading exchange or forex exchange?
9    A   I deal in virtual currencies.
10   Q   Which virtual currencies?
11   A   Bitcoin.
12   Q   Any others?
13   A   No.
14   Q   So for two years you've been self employed
15   as a currency trader trading bitcoin?
16   A   Correct.
17   Q   And what currencies are you trading bitcoin
18   for?
19   A   U.S. dollar.
20   Q   Any other currencies?
21   A   No.
22   Q   Never traded bitcoin in the last two years
23   for yen?
24   A   No.
25   Q   Or yuan?

Page 18

1    A   No.
2    Q   Or euros?
3    A   No.
4    Q   Or rubles?
5    A   No.
6    Q   Only U.S. dollars?
7    A   Only U.S. dollars.
8    Q   Are you currently employed in your bitcoin
9    currency trading?
10   A   No.
11   Q   No?
12   A   No.
13   Q   When did you stop trading bitcoin?
14   A   When the SEC freezed my assets.
15   Q   How did you trade bitcoin?
16   A   Locally.
17   Q   What do you mean when you say "locally"?
18   A   There's a website called LocalBitcoins.com
19   that you can find local people willing to trade cash
20   for coins or coins for cash.
21   Q   Meaning U.S. dollars for bitcoins and
22   bitcoins for U.S. dollars?
23   A   Correct.
24   Q   And so do you use the website
25   LocalBitcoins.com to arrange in-person meetings with

Page 19

1    people for purposes of trading bitcoins for U.S.
2    dollars and U.S. dollars for bitcoin, or are you
3    meeting people online?
4    A   Both.
5    Q   And when did you first start your
6    bitcoin-for-U.-S.-dollars currency trading?
7    A   Around February 2011.
8    Q   And when did you stop your bitcoin currency
9    trading?
10   A   When the SEC froze my assets.
11   Q   So was that the last week of July, 2013?
12   A   If that's when it happened, yes.
13   Q   And you haven't traded any bitcoins for U.S.
14   dollars or U.S. dollars for bitcoin since the Court's
15   Asset Freeze Order in this case?
16   A   Correct.
17   Q   The currency trading activity that you
18   engaged in from February, 2011 through July, 2013,
19   was that with your own assets, your own bitcoin and
20   your own U.S. dollars?
21   A   Through the entire time?
22   Q   Yes.
23   A   No.
24   Q   Were any of the bitcoins or U.S. dollars
25   your own?

Page 20

1    A   Yes.
2    Q   Did you trade on behalf of others?
3    A   Yes.
4    Q   For whom did you trade?
5    A   A collection of friends that wanted to make
6    money with me borrowing their coins.
7    Q   You say, "a collection." How many friends?
8    A   Approximately thirty.
9    Q   Are these individuals that you knew
10   personally?
11   A   Some.
12   Q   Are these individuals that you met online?
13   A   Yes.
14   Q   Did you meet all thirty something online?
15   A   Yes.
16   Q   Did you know all of them by online user
17   names?
18   A   Yes.
19   Q   Did you know all of them by their real
20   names?
21   A   No.
22   Q   Did you know any of them by their real
23   names?
24   A   Yes.
25   Q   Who did you know by their real names?



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
21—24

Page 21

1   A   Daniel Peebles.
2   Q   Can you spell the last name for the
3   reporter?
4   A   P-e-e-b-l-e-s.
5   Q   Anyone else?
6   A   Burt Wagner.
7   Q   Burt?
8   A   Burt Wagner.
9   Q   W-a-g-n-e-r?
10  A   Yes.
11  Q   Any others?
12  A   The rest of them were just by first name.
13  Q   And Daniel Peebles, what was his online user
14  name?
15  A   Copumpkin.
16  Q   And Burt Wagner, his online user name?
17  A   Bwagner.
18  Q   Where does Mr. Peebles live?
19  A   I believe Seattle.
20  Q   Have you ever met Mr. Peebles?
21  A   Yes.
22  Q   Where did you meet him?
23  A   Las Vegas.
24  Q   When?
25  A   It was during last year's DEF CON.  I'd have

Page 22

1   to look at my calendar to know.
2   Q   So during 2012?
3   A   Yes.
4   Q   A DEF CON meeting in 2012?
5   A   Correct.
6   Q   In Las Vegas?
7   A   Yes.
8   Q   You were also in Las Vegas?
9   A   Yes.
10  Q   And so was Daniel Peebles?
11  A   Yes.
12  Q   And you met them?
13  A   Yes.
14  Q   Were you there for the DEF CON conference?
15  A   No.
16  Q   Were you there for some other purpose?
17  A   Just to meet -- meet the core friends.  We
18  all got together and decided to meet each other.
19  Q   When you say, "the core friends," you mean
20  individuals who lent you bitcoin for the purposes of
21  currency trading?
22  A   Correct.
23  Q   And Mr. Peebles was there?
24  A   Correct.
25  Q   And that was the first time you met him?

Page 23

1   A   Yes.
2   Q   And was Mr. Wagner there?
3   A   Yes.
4   Q   And was that the first time you met him?
5   A   Yes.
6   Q   And where does Mr. Wagner live?
7   A   I couldn't tell you.
8   Q   Who else did you meet in Las Vegas during
9   DEF CON in 2012?
10  A   Gigavps.
11  Q   Can you spell that for the reporter?
12  A   G-i-g-a-v-p-s.
13  Q   That's this individual's online user name?
14  A   Correct.
15  Q   And the name he used for you when lending
16  bitcoin for the purposes of currency trading?
17  A   Correct.
18  Q   Do you know his real name?
19  A   James is all I know.
20  Q   Do you know where he lives?
21  A   Florida.
22  Q   Do you know where in Florida?
23  A   No.
24  Q   Did you meet any of your other lenders,
25  currency trading lenders, when you were in Las Vegas

Page 24

1   in 2012?
2   A   Yes.
3   Q   Who?
4   A   Reeses.
5   Q   R-e-e-s-e-s?
6   A   Correct.
7   Q   Anyone else?
8   A   Goat.
9   Q   G-o-a-t?
10  A   Yes.
11  Q   Anyone else?
12  A   There were others.  I just don't have that
13  information with me.
14  Q   And "Reeses" is an online user name?
15  A   Yes.
16  Q   And the user name that this individual used
17  with you when lending you bitcoin for the purposes of
18  currency trading?
19  A   Yes.
20  Q   Did you know Reeses' real name?
21  A   I believe it was Art, A-r-t.
22  Q   Last name?
23  A   No idea.
24  Q   And Goat -- Goat was an online user name
25  that the individual used with you?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
25–28

Page 25

1    A   Yes.
2    Q   And did you know Goat's real name?
3    A   Chaang.
4    Q   Can you spell that?
5    A   C-h-a-a-n-g.
6    Q   Uh-huh.  And his last name?  Was it Noi,
7    N-o-i?
8    A   Yes.
9    Q   And where does Reeses live, or where did he
10   live when you met him in 2012?
11   A   I think Flor -- I believe it was Florida.
12   Q   Where in Florida?
13   A   I don't know.
14   Q   And Chaang Noi, or Goat, where does he live?
15   A   South Korea or -- let me see.  Thailand.
16   Q   Chaang Noi lives in Thailand?
17   A   I believe so.
18   Q   Is Reeses' real name Art Taylor?
19   A   That sounds familiar, yes.
20   Q   Is that his real name?
21   A   To the best of my knowledge.
22   Q   And G-i-g-a-v-p-s, Gigavps, is his real name
23   James Gibson?
24   A   Yes.
25   Q   I'm going to ask the reporter to mark an

Page 26

1    exhibit as Exhibit 1, a series of records from
2    Woodforest Bank with the Bates numbers Woodforest
3    000001 through 000068.
4        (Exhibit 1 marked.)
5    Q   Mr. Shavers, why don't you take a quick look
6    through it, familiarize yourself with it.  I'm going
7    to find the page I'm looking for.  These are in
8    chronological order and not reverse.  Sorry.
9        Okay.  Mr. Shavers, turning your
10   attention to Woodforest 000044 through 45, would you
11   take a look at some of the transactions there and let
12   me know if that refreshes your recollection as to
13   when you were in Las Vegas in 2012.
14   A   So it was the 25th through the 28th of July.
15   Q   Turning your attention to 000045 --
16   A   Okay.  Then it's the 28th through the --
17   because it's... Oh, yeah.  The 26th -- 28th through
18   the 31st.
19   Q   Okay.  Mr. Shavers, directing your attention
20   to the page ending in 44, there's a line item for
21   July 25th that appears to be a point of sale debit
22   charge at the New York Hotel & Casino in Las Vegas,
23   Nevada.  Does that refresh your recollection as to
24   whether you were in Las Vegas, Nevada on July 25th,
25   2012?

Page 27

1    A   I think that was just booking a room because
2    the Spirit Airlines Onboard, that's whenever I paid
3    my baggage to get on board.
4    Q   I see.  So then on July 28th there's an ATM
5    withdraw at the New York-New York Las Vegas, Nevada
6    Hotel.
7    A   Correct?
8    Q   Do you see that?
9    A   Yes.
10   Q   So you were in Las Vegas at least by July
11   28th, 2012?
12   A   Correct.
13   Q   And you're saying you were there at least
14   through July 31st?
15   A   Correct.
16   Q   Do you remember staying only about three
17   days?
18   A   Yeah.  It was -- no.  The 31st.
19   Q   Okay.  And do you remember staying only
20   about three days?
21   A   Yes.  It was only supposed to be two, but I
22   missed my flight.
23   Q   So it was when you were in Las Vegas -- so
24   just to -- sorry.  Backing up.  Just to be clear, you
25   were in Las Vegas the last week of July -- the last

Page 28

1    few days of July of 2012?
2    A   Correct.
3    Q   And it was when you were in Las Vegas in the
4    last few days of July of 2012 that you met Daniel
5    Peebles, Burt Wagner --
6    A   James Gibson and Art Taylor.
7    Q   -- James Gibson and Art Taylor?
8    A   Correct.
9    Q   And Daniel Peebles you also know as
10   Copumpkin?
11   A   Correct.
12   Q   And Mr. Wagner you also known as Bwagner?
13   A   Correct.
14   Q   And Art Taylor you also know as Reeses?
15   A   Correct.
16   Q   And James Gibson you also know as Gigavps?
17   A   Correct.
18   Q   Did you meet Goat when you were in Las Vegas
19   in July of 2012?
20   A   Yes.
21   Q   Is there anyone else that you met among your
22   thirty lenders for your bitcoin currency trading?
23   A   Smickles.
24   Q   You can you spell that, please?
25   A   S-m-i-c-k-l-e-s.



ESQUIRE

800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                              29–32

Page 29

1   Q   And was Smickles one of your bitcoin
2   currency trading investors?
3   A   Yes.
4   Q   And do you know of Smickles' real name?
5   A   No.
6   Q   That was his online name?
7   A   Yeah.
8   Q   And do you know where Smickles lived?
9   A   No.
10  Q   Anyone else?
11  A   There were others at the table.  I'm just
12  trying to think of the night we all had dinner
13  together.
14  Q   Where did you-all have dinner together?
15  A   At Gallagher's?
16  Q   It's a steakhouse?
17  A   Yes.
18  Q   And so you were at the same table with all
19  the individuals we've discussed so far; Daniel
20  Peebles, Burt Wagner, Art Taylor, James Gibson and
21  Chaang Noi?
22  A   Yes.
23  Q   And also Smickles?
24  A   Smickles.
25  Q   But Smickles' real name you don't know?

Page 30

1   A   No.
2   Q   Anyone else at that table?
3   A   There were others.  I just don't recall the
4   names.
5   Q   How many people were at the table?
6   A   Approximately eleven.
7   Q   Any other bitcoin currency trading investors
8   of yours?
9   A   Yes.
10  Q   But you don't remember their names?
11  A   No.
12  Q   And all of these individuals that we've
13  discussed so far invested bitcoin with you on or
14  between February, 2011 and July, 2013?
15  A   Correct.
16  Q   Do you currently hold any professional
17  licenses?
18  A   No.
19  Q   Have you ever?
20  A   No.
21  Q   Have you ever been registered with the
22  Securities and Exchange Commission in any capacity?
23  A   No.
24  Q   Have you ever worked for an employer that,
25  to your knowledge, was registered with the Securities

Page 31

1   and Exchange Commission in any capacity?
2   A   Not to my knowledge.
3   Q   So going back to this July, 2012 dinner at
4   Gallagher's restaurant, were your bitcoin currency
5   trading activities discussed at that dinner?
6   A   No.
7   Q   Not at all?
8   A   No.
9   Q   The individuals that we've discussed so far;
10  Daniel Peebles, Burt Wagner, James Gibson, Art
11  Taylor, Smickles, Chaang Noi, what form did their
12  investments take?
13  A   Bitcoin.
14  Q   Strictly bitcoin?
15  A   Yes.
16  Q   Did any of them ever invest U.S. dollars?
17  A   No.
18  Q   Or any other currency?
19  A   No.
20  Q   And did you promise returns to them based on
21  their investments?
22  A   (No response.)
23  Q   Let me rephrase.  Did you promise returns to
24  these individuals based on your bitcoin currency
25  trading activities?

Page 32

1   A   Yes.
2   Q   Meaning you promised to give them their
3   money back and then some more, right?
4   A   Yes.
5   Q   And in what form did you promise these
6   returns?  Bitcoin or U.S. dollars or both?
7   A   Bitcoin.
8   Q   Bitcoin?
9   A   Bitcoin.
10  Q   Solely bitcoin?
11  A   Correct.
12  Q   For all of the investors that we've
13  discussed so far?
14  A   Yes.
15  Q   Did you ever pay any of them returns in U.S.
16  dollars?
17  A   No.
18  Q   So none of the individuals we've discussed
19  so far invested with you with U.S. dollars, and none
20  of them received any funds from you in U.S. dollars
21  as returns, right?
22  A   Correct.
23  Q   Everything was bitcoin?
24  A   Correct.
25  Q   The currency trading activities we've

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
33—36

Page 33

1  discussed so far, Mr. Shavers, are we talking about
2  the activity of First Pirate Savings & Trust?
3     A  We're talking about me.  That's a website.
4     Q  Well, let me try another way.  Have you ever
5  been known by any name other than Trinity Shavers?
6     A  Yes.
7     Q  What names?
8     A  Pirateat40.
9     Q  Can you spell that for the reporter?
10    A  P-i-r-a-t-e-a-t-4-0.
11    Q  Four-zero?
12    A  Four-zero.
13    Q  And is that an online name?
14    A  Yes.
15    Q  And for how long have you used that online
16  name?
17    A  Ten years.
18    Q  Perhaps as early as 2003?
19    A  Yes.
20    Q  Have you ever used any other online name in
21  that period?
22    A  Yes.
23    Q  What names?
24    A  Tshavers.
25    Q  Any others?

Page 34

1     A  Not that I recall.
2     Q  Have you ever used the name Don Shrents?
3     A  Yes.
4     Q  For what purpose?
5     A  It's an anagram for my name.
6     Q  Okay.  For what purposes did you use the
7  name Don Shrents?
8     A  Registrations, anonymous e-mails.
9     Q  What do you mean when you say
10  "registrations"?
11    A  When I'm registering for a website or doing
12  anything that requires -- it asks for a name but it's
13  more spam, I'd use that name instead of my name so
14  they can't look up my name and spam me.
15    Q  And what do you mean when you say,
16  "anonymous e-mail"?
17    A  When you send an e-mail, your name -- or
18  whatever you give your name -- shows up on the
19  incoming e-mail, and I would use "Don Shrents" if I
20  didn't want somebody to know my name.
21    Q  And in what circumstances might you not want
22  somebody to know your name?
23    A  Craigslist.
24    Q  Any others?
25    A  Lots of places online.  I mean, it's mostly

Page 35

1  an online deal.
2     Q  Did you do any bitcoin-related activity on
3  Craigslist?
4     A  Yes.
5     Q  What?
6     A  Bought and sold bitcoins.
7     Q  How?
8     A  You make a posting about bitcoins, that you
9  have bitcoins or looking for bitcoins, and people
10  send you e-mails, and you meet up, and they buy them
11  for cash, and you switch back and forth.
12    Q  And when you say, "meet up," you mean meet
13  up online?
14    A  No.  Meet up in person.
15    Q  But you can't hand somebody a bitcoin.
16    A  Oh, yeah.
17    Q  What do you mean, "oh, yeah"?
18    A  I've got tons of little coins I can hand out
19  to different people.  Plus everything is done
20  normally with a phone.  You just take a picture of a
21  bar code and transfer it back and forth.
22    Q  Explain that process to us.
23    A  I meet you at a Wal-mart parking lot.  You
24  hand me $1,000 in cash, and I pay you using my phone
25  to scan a QR code on your phone that sends coins to

Page 36

1  your wallet.  I transfer them, however much -- we
2  worked out a price on how much, ten coins, twenty
3  coins.  I hit send.  It's sent to you.  You verify
4  you received it, and I leave with the money.  You
5  leave with the coins.
6     Q  So when you say handing somebody bitcoin,
7  you mean doing it through that process?
8     A  Yeah.  Or you could have the physical
9  bitcoins.
10    Q  What's a physical bitcoin?
11    A  Casascius creates physical bitcoins that
12  have the private key written on them that are worth a
13  bitcoin, ten bitcoins, a hundred bitcoins, a thousand
14  bitcoins, and you can actually hand them to somebody.
15  They can check the code on the front that -- to make
16  sure that that address has the coins.  But until you
17  peel off the sticker and put in the private key, the
18  coins are held on the blockchain but on that coin.
19    Q  They're really held at the address that's on
20  that coin.
21    A  Correct.
22    Q  The coin is doing nothing but conveying the
23  address and the private key?
24    A  It's basically the same thing as a security
25  number on a bill.



TRENDON T SHAVERS                                   September 05, 2013
SEC vs. SHAVERS                                              37–40

Page 37

1    Q   And what websites have you used the name
2   Pirateat40?
3    A   eBay, Craigslist, LocalBitcoins.com.,
4   Bitcointalkforum.
5    Q   Is that Bitcointalk.org?
6    A   -- forum.org, yes.
7    Q   Also known as the Bitcoin Forum?
8    A   Yes.
9    Q   Did you use Pirateat40 for internet relay
10   chat or IRC?
11   A   Yes.
12   Q   Anything else?
13   A   A domain, Pirateat40.com.
14   Q   You registered the domain "Pirateat40.com"?
15   A   Correct.  I mean, there's a bunch of
16  websites that I use it on, but I don't know the names
17  of all of them.
18   Q   Did you ever do anything with the domain
19  Pirateat40.com?
20   A   No.  I just use it for e-mail.
21   Q   When did you register it?
22   A   I don't know an exact date.
23   Q   Was it at least as early as February, 2011?
24   A   No.
25   Q   It was after February, 2011?

Page 38

1    A   Yeah.  I don't know.  It's easy to look up.
2   I just don't have that information.
3    Q   Do you still control the domain name
4   Pirateat40.com?
5    A   Yes.
6    Q   Now, you first used the name "Pirateat40" on
7   the internet as early as 2003, and you continue to
8   use it to this day?
9    A   Yes.  For login basically, yeah.  Yes.
10   Q   And your user name on the bitcoin forum was
11  "Pirateat40"?
12   A   Yes.
13   Q   When did you first begin going to the
14  website Bitcoin Forum?
15   A   In -- the first time I ever went was in the
16  early part of 2010, but bitcoin wasn't real big then.
17  So I didn't do much on it.
18   Q   Did you create a user name and password for
19  the Bitcoin Forum in early 2010?
20   A   No.  It wasn't until later.
21   Q   When?
22   A   I don't have that information.
23   Q   At least as early as February of 2011?
24   A   I don't know for sure.
25   Q   Does Bitcoin Forum require a user name and

Page 39

1   password to post messages?
2    A   Yes.
3    Q   And at some point in time did you create a
4   user name and password for the Bitcoin Forum?
5    A   Yes.
6    Q   And your user name was "Pirateat40,"
7   Correct?
8    A   Yes.
9    Q   Did you ever share your password for the
10  Bitcoin Forum with anyone?
11   A   Yes.
12   Q   Whom?
13   A   Multiple servers had access to it to post
14  messages.
15   Q   What does that mean?
16   A   Just automated systems that can post
17  messages.  And then two of my larger investors had
18  access to it.
19   Q   Who were the investors to whom you gave the
20  bitcoin -- your password for the Bitcoin Forum?
21   A   There's no names.  Just online identities.
22   Q   What are their online identities?
23   A   I'd have to look through -- I'd have to look
24  through documents, if I could even find them.  All of
25  our talk and work was done over the Tor network,

Page 40

1   which is not recoverable.
2    Q   You just said two of your larger investors.
3    A   Largest.
4    Q   Largest investors.
5    A   Yeah.
6    Q   Had your Bitcoin Forum password?
7    A   I'm sorry.  Not investors.  Buyers.  Not
8   investors.  Clients.  My clients that were actually
9   buying and selling coins.
10   Q   Did anyone else ever have your password for
11  the Bitcoin Forum?
12   A   No.
13       (Exhibit 2 marked.)
14   Q   I've asked the reporter to mark as Exhibit
15  Number 2 a printout from the Bitcoin Forum.  It
16  doesn't have a Bates number, but a header on the
17  upper left-hand side of every page says, "Print
18  Page - Bitcoin Savings and Trust|Home|Closed" and the
19  header on the upper right-hand page shows the page
20  numbers Pages 1 through 283.  Mr. Shavers, do you
21  recognize this document?
22   A   Yes.
23   Q   What do you recognize it to be?
24   A   The final message after I wasn't able to
25  repay my investors and then every other posts that



ESQUIRE
S O L U T I O N S

800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
41–44

Page 41

1  could be altered or changed or within my thread that
2  I had.
3      Q   So this is a thread on the Bitcoin Forum?
4      A   Yes.
5      Q   Meaning a conversation?
6      A   Yes.
7      Q   And the Bitcoin Forum was broken down into
8  what we might call certain subfora, right?
9      A   Yes.
10     Q   And one of those subfora was called the
11 Economy?
12     A   (Witness nods head up and down.)
13     Q   Is that correct?
14     A   Correct.
15     Q   And went the Economy session of the Bitcoin
16 Forum, there were other subsection, correct?
17     A   Correct.
18     Q   And one of them was entitled "Long-Term
19 Offerings," correct?
20     A   At the time this was taken, yes.
21     Q   And this thread that is now marked as
22 Exhibit Number 2 was a thread that you created in the
23 Long-Term Offer section of the Economy section of the
24 Bitcoin Forum; is that correct?
25     A   No.

Page 42

1      Q   You did not create this thread?  You did not
2  start this thread?
3      A   Yes, I did start this thread, but it wasn't
4  in the Economy/Long-Term Offers.
5      Q   What was it in?
6      A   Bitcoin Marketplace Lending.  It wasn't
7  until around this time when they moved my thread to a
8  different location.
9      Q   When did you create the thread?
10     A   It says here November 3rd, 2011.
11     Q   And is that when you created it?
12     A   Unless it was altered, yes.  Yes.  That's
13 correct.
14     Q   What was the purpose of the thread that you
15 created on the Bitcoin Forum that is now marked as
16 Exhibit Number 2?
17     A   Initially to borrow coins every three days
18 from lenders that were willing to lend, and I would
19 return the coins with interest.
20     Q   So it was a solicitation?
21     A   Correct.
22     Q   You mentioned you gave your password to the
23 Bitcoin Forum to two other individuals, correct?
24     A   Correct.
25     Q   But you don't know the identity of it these

Page 43

1  individuals; is that right?
2      A   Correct.
3      Q   How do you know there were two?
4      A   Two completely different people.
5      Q   How do you know?
6      A   Because they would have no way of knowing
7  each other.  I met them completely different ways.
8  They're not the same person.
9      Q   You met them online in different ways?
10     A   Yes.
11     Q   And you communicated with them only through
12 Tor mail; is that correct?
13     A   Tor mail, the Tor network.
14     Q   And are these individuals that approached
15 you or that you approached?
16     A   I approached.
17     Q   And how did you find them?
18     A   On different -- it's kind of like IRC, but
19 it's the Tor version of it.  I'll just say an
20 internet relay chat.
21     Q   So you found them in a chat room?
22     A   Yes.
23     Q   And you found them in the same chat room or
24 different chat rooms?
25     A   Different.

Page 44

1      Q   And did the chat rooms have titles or names?
2  Were different chat rooms devoted to different
3  subjects?
4      A   No.  It doesn't really work like that on
5  Tor.
6      Q   Okay.  So you found one of these anonymous
7  individuals in a chat room on the Tor network; is
8  that right?
9      A   Correct.
10     Q   And you found the other in a chat room on
11 the Tor network?
12     A   Correct.
13     Q   Did they have user names that they used on
14 the Tor Network?
15     A   Kind of.
16     Q   What do you mean by "kind of"?
17     A   It's not a traditional system.  It's
18 designed so nobody knows who's who.  You can only
19 contact them again if they send you a request back
20 with -- it's got a different name.  So it's
21 constantly changing.
22         So the only way I know that the person
23 that I contacted before was the same person was
24 because they have the same GPG key to talk back to
25 me.  So I send you a message.  The only way I can



TRENDON T SHAVERS                                      September 05, 2013
SEC vs. SHAVERS                                                    45–48

Page 45

1  send you another message is if you send me a message
2  saying it's okay to send you a message.  But when I
3  get your message back, it comes from a completely
4  different person.  It looks like it comes from a
5  completely different person.  And the only way I know
6  it's you is because you have the original signature
7  that I sent you to talk.  So I can send you another
8  message, and I have to wait for -- I can send you
9  another message for you to respond.
10     Q   Where is the anonymity, if you know, from
11  the GPG key who's communicating with you?
12     A   There's no way of knowing whose GPG -- you
13  would have no idea if it was my GPG key or anybody
14  else's GPG key.  Just I know that a specific person
15  is associated with this key.
16     Q   But each time that person communicates with
17  you, they have a different user name?
18     A   A different respond -- a different reply
19  address.  Kind of like an e-mail address but -- the
20  same thing, the way Tor mail works.  It's a different
21  address every time.
22     Q   Okay.  I'm just a little bit of a loss
23  why the network would bother changing the e-mails
24  addresses if there's a key telling you exactly who's
25  communicating with you.

Page 46

1     A   Because you only want to communicate with
2  one person, and as soon as that e-mail is gone, it's
3  not the same person anymore.  So if somebody is
4  copying the information, it looks like you're getting
5  e-mails from a bunch of different people, and nobody
6  can decode what the GPG code is unless you sent it to
7  them.  So there's no way of knowing if you're
8  communicating with the same person or with tons of
9  different people about different things.
10     Q   Except the GPG code tells you that it's the
11  same person.
12     A   Yeah, but it's my code.  You wouldn't be
13  able to know what it is or what it says.
14     Q   Okay then.  What shall we call the first
15  person?  Did their e-mail addresses or user names or
16  identifying features on Tor mail have a certain
17  consistency or pattern?
18     A   He's just the Big One.
19     Q   Okay.  So there was a "Big One."  And big in
20  what respect?  How is this person big to you?
21     A   This person could take 100,000 coins and
22  return 115,000 coins in less than a week.
23     Q   Meaning bitcoins.
24     A   Correct.
25     Q   And so was the Big One somebody with whom

Page 47

1  you traded bitcoins or somebody to whom you lent
2  bitcoins?
3     A   I lent bitcoins to them.
4     Q   And what shall we call the second one?
5     A   Whatever you'd like.
6     Q   Number Two?
7     A   Number Two.
8     Q   And is Number Two someone to whom you lent
9  bitcoin or somebody with whom you traded bitcoin?
10     A   Lent.
11     Q   And so with the Big One, all your lending
12  was in bitcoin, and all of the returns were in
13  bitcoin; is that correct?
14     A   Correct.
15     Q   Did you ever exchange U.S. dollars or any
16  other currency for any purpose with the Big One?
17     A   No.
18     Q   And with Number Two, you lent Number Two
19  bitcoin.  He paid you your bitcoin back and interest
20  in bitcoin, and there were no U.S. dollars involved,
21  correct?
22     A   Correct.
23     Q   And any other currency involved?
24     A   No.
25     Q   So you never exchanged U.S. dollars or any

Page 48

1  currency other than bitcoin either with Big One or
2  Number Two?
3     A   Correct.
4     Q   And with both Big One and Number Two, the
5  business at hand was you lending them bitcoin and
6  them returning the bitcoin to you with interest; is
7  that correct?
8     A   Correct.
9     Q   When did you first start lending bitcoin to
10  Big One?
11     A   It was around the end of December of 2011.
12     Q   And when did you first start lending bitcoin
13  to Number Two?
14     A   The second quarter of 2012.
15     Q   And what makes you think they're different
16  people?
17     A   I just know.
18     Q   How do you know?  What's the basis of your
19  knowledge or your belief?
20     A   I met them at different times.
21     Q   Meaning in the Tor chat room?
22     A   Correct.  In different -- one of them spoke
23  very broken English.
24     Q   Which one?
25     A   Number Two.  And the first one had very



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
49–52

Page 49

1  direct -- very good grammar.  And then some of the
2  transactions that I had found -- one of the first or
3  second transactions that we did, they were direct
4  transactions.
5      Q   With Big One or Number Two?
6      A   Yeah, with Big One.  And the relay IP was in
7  New York.  Then they started moving through the
8  mixers.  So with the other guy, Number Two, first
9  week or so transactions were coming from over -- in
10  the Germany area.
11          So they obviously know how the bitcoin
12  network works.  And until we started using mixers,
13  you could kind of get a geographical area of where
14  the person was at and that, you know, their
15  transactions happened at different times.
16     Q   What piece of information is relayed to you
17  in the direct bitcoin transaction that gives you a
18  location?
19     A   The blockchain stores the relay IP where the
20  first -- when you send coins from somewhere, that
21  initial transaction that happens is -- it relays the
22  IP of the person -- there's -- the relay IP.  Yeah.
23     Q   And where is the relay IP recorded?
24     A   In the blockchain.
25     Q   You said the first couple of transactions

Page 50

1  with the Big One were direct, correct?
2      A   Yes.
3      Q   How big were those transactions?
4      A   Six, eight hundred bitcoins, something like
5  that.
6      Q   Each?
7      A   It moved up pretty quickly.
8      Q   Well, I'm asking about the first couple of
9  transactions that were direct.
10     A   Yeah, between six and eight hundred.
11     Q   Each?
12     A   Yes.
13     Q   And what did -- and you were lending the six
14  to eight hundred bitcoins to the Big One, correct?
15     A   Correct.
16     Q   And what was he promising in return?
17     A   We would set -- we would set a price based
18  on the U.S. dollar price of Mt.Gox.
19     Q   So Mt.Cox, the bitcoin currency exchange?
20     A   Correct.  And the return was based on where
21  the price ended on a Friday and when the coins were
22  returned on a Sunday or however the plan worked out.
23          So sometimes it was ten percent.
24  Sometimes it was fifteen percent.  It just depended
25  on how much the market moved during that time.

Page 51

1      Q   Okay.  So you give six to eight hundred
2  bitcoins to Big One.  How do you measure what you're
3  getting back?
4      A   We set the price on Friday or whatever day.
5  As soon as I send the coins, the price is set.
6      Q   How do you set the price?
7      A   Based on what -- we negotiate what the price
8  is going to be come the end of the week.  So on the
9  following Sunday whenever the transaction happens, I
10  would set -- I say the price is going to be $35, and
11  he says, okay, I'm okay with that and would return
12  coins based on every bitcoin being $35.  So I would
13  get how ever many bitcoins back.  But if --
14     Q   I'm still not following.  So you give Big
15  One bitcoins.
16     A   Uh-huh.
17     Q   And on the day that you gave Big One 600
18  bitcoins the price of bitcoin on Mt.Gox -- were you
19  using the bid or the ask price?
20     A   The ask.
21     Q   The ask price was, say, $20 a coin.
22     A   Uh-huh.
23     Q   Now, how do you set the price based on
24  that?
25     A   If the market hasn't moved much, we would

Page 52

1  say let's just average it at $20.
2      Q   So you'd get back exactly what you gave to
3  Big One?
4      A   No.  Plus ten percent.
5      Q   So he was promising you a rate of return in
6  bitcoin --
7      A   Correct.
8      Q   -- adjusted based on the movement of the
9  price of bitcoin for U.S. dollars on Mt.Gox?
10     A   Correct.
11     Q   What form did that adjustment take?  Meaning
12  if bitcoin -- the price of bitcoin went up, what
13  happened to your return?  If it went down, what
14  happened to your return?  Is it something more
15  complicated than that?  Tell us.
16     A   If the price went down, then I would get the
17  coins at the same price, you know, $20 because that's
18  what was the amount on.  I would have them
19  returned.  We'd set the price at $20.  I'd have them
20  returned ten percent of whatever I got, and I could
21  immediately sell them at whatever price it is and buy
22  them back on the market on a different market and
23  make the difference.
24          So I could make -- if the price went
25  down -- if it was $20 and it went down to $16 and I



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
53—56

Page 53

1  got them back at $20, then I could sell them --
2      Q   To whom?
3      A   I don't know.  Mt.Gox or sell them locally
4  or --
5      Q   But if the price on Mt.Gox is $16 when you
6  get them back, how could you possibly sell them at
7  $20?
8      A   Mt.Gox is spot.  So everybody pays higher
9  than that.  Almost every exchange that's out there is
10 higher than Gox.  So anybody local, anybody on the
11 Bitcointalk Forum that wanted to buy coins always had
12 to pay more for them.  And it was either sold, or I
13 learned that if I controlled the market with all the
14 coins I was holding, I could make money without
15 having to sell them and do all the transactions.
16     If he has to return them based on them
17 being $20 a piece and I raise the price to $25, then
18 I make $5.
19     Q   But there's no dollars involved in your
20 transaction with Big One.
21     A   But when we do the numbers, I can tell him
22 what I think the price is going to be, and normally
23 he would settle on it.
24     Q   What does it matter what the price is going
25 to be?  If you're giving him 600 bitcoin and he's

Page 54

1  giving you back 600 bitcoin plus interest in bitcoin,
2  what does it matter what the U.S. dollar value of
3  bitcoin is either when you give it to him, the
4  bitcoin, or when it comes back?
5      A   Because I can adjust how much those bitcoins
6  are worth after I get them back.
7      Q   But what does that have to do with Big One?
8  If you can adjust the price of bitcoin on your own
9  through some market manipulation after you get them
10 back from Big One, what do Big One's promises about
11 what the price of bitcoin is on Mt.Gox matter?
12     A   Because that's the price he had to return
13 them at.
14     Q   No.  He's returning you bitcoin.  He's not
15 returning U.S. dollars.  And the amount of bitcoin he
16 is returning is not adjusted for the price of bitcoin
17 on Mt.Gox, correct?
18     A   It's based on the price that we set at the
19 end, right?  So I can actually make him have to pay
20 more per bitcoin to get them to me, then relax the
21 market.  And now I can purchase bitcoins at a cheaper
22 rate because I can let the market fall, purchase them
23 at a lower rate after he's paid me back the ten
24 percent, fifteen percent, whatever we've worked out,
25 and buy them back in the market when it's dropped.

Page 55

1      Q   You just said you could make Big One pay you
2  more for the bitcoin.
3      A   Yeah.
4      Q   But Big One is not buying bitcoin.
5      A   He's lending them, but he's having to pay
6  the interest.  He can't just make those out of
7  nothing.  He's having to buy those or get them
8  however he gets them.
9      So if the price we set on is twenty and
10 I move the price to twenty-five, he's having to buy
11 them at $25 versus $20.  When I get those coins back,
12 I can sell them at twenty-five, let the market drop
13 down to whatever it does and buy them back and make
14 more on it.  It's very simple.  If we had a computer,
15 I could show you.
16     Q   Why did you share your password for the
17 Bitcoin Forum with Big One?
18     A   There's numerous times where he had to post
19 something, and I said, well, why don't you just write
20 it.  And that was kind of the thing we had.  We had a
21 central server.  It was run on one of the machines
22 that was at my house that made it look like -- it
23 doesn't matter if he logged in or anybody logged
24 in -- it looked like it came from the same location.
25 So it looked like me.

Page 56

1      But there were lots of deals that were
2  posted, and I got heat for it sometimes when they
3  would post something and I didn't know it was being
4  posted, and saying that they're looking for an
5  additional amount of coins, looking to fill in this
6  amount, fill in that amount.  I couldn't keep up with
7  all of that with everything else going on.  So they
8  had access to be able to post changes and different
9  things that --
10     Q   "They" meaning Big One and Number Two?
11     A   Yeah.  Number Two took a little longer
12 before I'd give him access because I couldn't
13 understand his English that well.
14     Q   When did you give Big One access -- when did
15 you give Big One your password for the Bitcoin
16 Forum?
17     A   I could probably tell you.
18     MR. MOUSTAKIS:  Let the record reflect
19 that Mr. Shavers is looking at Exhibit Number 2.
20     A   It was around February.  February of 2012.
21     Q   And what are you seeing in Exhibit Number 2
22 that's refreshing your recollection as to when you
23 gave Big One your Bitcoin Forum password?
24     A   Well, a lot of these messages have been
25 altered.  The first -- the first posting alone,



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
57–60

Page 57

1 that's the last message, and you can change your
2 messages. You can delete your messages. You can do
3 whatever you went within the thread.
4        So this was the main message where it
5 asked for how many coins I needed during the time,
6 and that was always being updated, always change
7 would.
8    Q   When you say, "this," you mean the message
9 at the top of the thread?
10   A   Yeah. This one.
11   Q   And the message that currently appears at
12 the top of the thread in Exhibit Number 2 was the
13 last message you posted in this thread on the Bitcoin
14 Forum; is that correct?
15   A   Correct.
16   Q   And it was explaining why you closed down
17 Bitcoin Savings & Trust?
18   A   Correct.
19   Q   Bitcoin Savings & Trust being your bitcoin
20 currency trading business, correct?
21   A   Correct.
22   Q   Formally known as First Pirate Savings &
23 Trust?
24   A   Yeah.
25   Q   So when I asked you earlier if we were

Page 58

1 discussing the First Pirate Savings & Trust
2 activities when we were discussing your bitcoin
3 currency trading activities and you said, no, it was
4 just me, that's not quite right. We were discussing
5 your First Pirate Savings & Trust activities; is that
6 right?
7    A   That was just the name of a thread. I was
8 Pirateat40. The name of the thread was First Pirate
9 Savings & Trust.
10   Q   And later you changed the name to Bitcoin
11 Savings & Trust?
12   A   Yes.
13   Q   And the purpose of the thread was to
14 communicate with the individuals that invested
15 bitcoin with you for your bitcoin currency trading
16 activity, correct?
17   A   Correct.
18   Q   Okay. So for purposes of today, can we just
19 refer to both First Pirate Savings & Trust and
20 Bitcoin Savings & Trust as Bitcoin Savings & Trust?
21   A   Sure.
22   Q   And if you need to break it out, you can
23 break it out for us?
24   A   Yes.
25   Q   All right. So the first posting at the top

Page 59

1 of Page 1 of Exhibit Number 2 was the last post that
2 you put on the Bitcoin Forum; is that correct?
3    A   Correct.
4    Q   And that was to shut down -- to announce you
5 were shutting down Bitcoin Savings & Trust, correct?
6    A   Correct.
7    Q   Now, here that message is dated November 3,
8 2011, but that's not correct, right?
9    A   Correct.
10   Q   The November 3, 2011 date is actually the
11 date you started this thread, correct?
12   A   Correct.
13   Q   It was a much later date that you posted the
14 message that you were shutting down the Bitcoin
15 Savings & Trust, correct?
16   A   Correct.
17   Q   And when was that?
18   A   I can give you -- I can tell you. Hold on.
19   Q   Was it before or after you went to Las
20 Vegas?
21   A   After.
22   Q   Was it in August of 2012?
23   A   Hold on. This is very difficult to go
24 through because a lot of these messages have changed.
25 It was the end of August.

Page 60

1    Q   Of 2012?
2    A   Correct.
3    Q   That you posted this message on the Bitcoin
4 Forum saying you were closing Bitcoin Savings &
5 Trust, correct?
6    A   Correct. To the best of my knowledge.
7    Q   I'd like to direct your attention to Page 4
8 of Exhibit 2.
9    A   Uh-huh.
10   Q   Actually the bottom of Page 3 to the top of
11 Page 4. There's a post by somebody named Cory dated
12 November 5, 2011 that says, "Quote from: Pirateat40
13 on November 03 of 2011." Do you see that?
14   A   You said Page 3?
15   Q   The bottom of Page 3 to the top of Page 4.
16 Do you see at the bottom of Page 3 --
17   A   Oh, okay. I gotcha.
18   Q   -- there's a post by Cory dated November 05,
19 2011. Do you see that?
20   A   Yeah.
21   Q   And it quotes -- it purports to quote a post
22 from Pirateat40 on November 03, 2011. Do you see
23 that?
24   A   Yes.
25   Q   The posting that's quoted, is that the post



TRENDON T SHAVERS                                          September 05, 2013
SEC vs. SHAVERS                                                      61–64

Page 61

1    with which you started this thread?
2        A    Yes.
3        Q    And you started this thread with that quote
4    on November 3, 2011?
5        A    Yes.
6        Q    Okay.  And it says 11:14 p.m.  Is that Texas
7    time?
8        A    No.  That's your time.
9        Q    Eastern Standard time?
10       A    Whoever was logged in or on at the time.
11   Whoever pulled this information, if they're logged
12   in.  If not, then I don't know what time it uses.
13       Q    Okay.  So going back to the initial purposes
14   of this exhibit, you were looking through it to tell
15   us when you first gave access to Big One to your
16   password for the Bitcoin Forum.  When was that?
17       A    Didn't I say February?
18       Q    You said it might have been around February,
19   2012.  Is there something in this document that
20   indicates that to you?
21       A    Yeah.  It was the last week in January.
22       Q    Of 2011 or '12?  I mean 2012.  Correct?
23       A    That was Copumpkin.  Copumpkin had my
24   password at one point.
25       Q    Just a few minutes ago you testified that

Page 62

1    nobody else had your password.
2        A    I know.  It wasn't -- to the best of my
3    knowledge, I guess, I don't...  I have no way of
4    knowing for sure.  It had to be around February.
5        Q    Of 2012 --
6        A    Yeah.
7        Q    -- that Big One first had your password for
8    the Bitcoin Forum?
9        A    Correct.
10       Q    And what indicates that to you?
11       A    Just when we really started -- from the
12   messages that haven't been altered, that's when we
13   really started needing additional coins, and he had
14   access to change this main -- main post and post
15   things.  I mean, I could go through here and look
16   forever and find ones that I didn't say.
17       Q    When you say the "main post," you mean the
18   post at the top of the thread that was ever changing
19   indicating how much bitcoin you needed for Bitcoin
20   Savings & Trust?
21       A    Correct.
22       Q    Did Big One continue to have your password
23   until you closed Bitcoin Savings & Trust in August of
24   2012?
25       A    No.  Once I created Bitcoin Savings &

Page 63

1    Trust's website, the website to track everything, I
2    changed my password after a hack that happened on the
3    forums.  And you no longer needed it because it could
4    all be -- the amounts and everything could be handled
5    by the website instead of by the individual clients.
6        Q    And you launched the bitcoins -- withdrawn.
7    By the "Bitcoin Savings & Trust" website you mean
8    BTC --
9        A    -- S-T.  The first one was BTClending.com.
10       Q    But you were just referring to BCT --
11       A    BTCST.
12       Q    BTCST.com.
13       A    Right.  April 10th.
14       Q    So on April 10, 2012 you launched BTCST.com?
15       A    No.  I launched BTClending.com, which is the
16   same -- I didn't get the BTCST domain until later.
17   So I was using BTClending.com with First Pirate
18   Savings & Trust's name being changed to Bitcoin
19   Savings & Trust.  So BTClending.com was the initial
20   website.
21       Q    When did you launch BTCST.com?
22       A    Uh...
23       Q    Mr. Shavers, I'm going to put in front of
24   you what I'm asking the reporter to mark as Exhibit
25   Number 3.  It's a document you produced to the

Page 64

1    Securities and Exchange Commission, a spreadsheet
2    entitled "Accounts-Transactions.xls."
3            (Exhibit 3 marked.)
4        Q    We've put control numbers on it, Bates stamp
5    numbers to keep track of it.  And the control number
6    is SEC-Shavers-E0000004.  Do you recognize this
7    document?
8        A    Yes.
9        Q    What is this document?
10       A    This is the raw transaction data for the
11   back end of Bitcoin Savings & Trust's website.
12       Q    And so this is data that you pulled off of
13   the Bitcoin Savings & Trust website?
14       A    This is just the raw data.
15       Q    That you pulled off of the Bitcoin Savings &
16   Trust website; is that correct?
17       A    Bitcoin Savings & Trust server.
18       Q    And we're talking about BTCST.com now,
19   right?
20       A    Correct.
21       Q    Does this document refresh your recollection
22   as to when you launched the BTCST.com website?
23       A    No, not at all.  I mean, I could just look
24   at the domain name and find out when it was launched.
25   That's fairly easy to do.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
65–68

Page 65

1    Q   Mr. Shavers, I'd like to direct your
2  attention to Page -- to Exhibit Number 2, Page 125.
3    A   Okay.
4.   Q   There is a posting from Pirateat40 on April
5  10, 2012.  Did you post this message?
6    A   April 10th?
7    Q   Yes.  2012.
8    A   Yes.  This is the first day it was launched.
9    Q   This is the first day --
10   A   April 10th.
11   Q   So the BTCST.com website was up and running
12  as of April 10th, 2012; is that correct?
13   A   Correct.
14   Q   And you posted this message dated April 10,
15  2012 on the Bitcoin Forum to announce to your
16  investors that it was up and running, correct?
17   A   Correct.
18   Q   And you testified earlier that the Big One
19  had your password for the Bitcoin Forum from February
20  20 -- sometime in February, 2012 through the launch
21  of the BTCST.com website; is that correct?
22   A   Correct.
23   Q   And that would be April 10th, 2012, correct?
24   A   Correct.
25   Q   What about Number Two?  When did he have

Page 66

1  your password for the Bitcoin Forum?
2    A   He had it until the hack happened.
3    Q   Is that before or after you launched the
4  BTCST.com website?
5    A   I don't know.
6    Q   What hack?
7    A   The Bitcointalkforum website was hacked.  It
8  became Bill Cosby coins, and there was no -- a bunch
9  of stuff got messed up, and everything went haywire.
10  So they had everybody reset their passwords.  I just
11  don't know exactly what time it happened.  You can
12  Google it.
13   Q   When did you first give Number Two your
14  Bitcoin Forum password?
15   A   He had it after the Big One.  Maybe a month
16  after.
17   Q   So maybe March of 2012.
18   A   Yeah.  Estimated.
19   Q   You said you didn't start working with
20  Number Two until the second quarter of 2012.
21   A   March.  Yeah.  It had to be right -- right
22  around there because he had it after we had the
23  website because we used it for posting things to some
24  people who couldn't speak English correctly.  So it's
25  probably -- I want to say like the March/April time.

Page 67

1  Again, without any information, I can't accurately
2  tell a specific date and time.
3    Q   What do you mean, "without any information"?
4    A   Without access to being able to look up
5  things in here.  I mean, a simple search-and-find I
6  could find other things, but it's very difficult.
7    Q   Referring to Exhibit Number 2?
8    A   Yes.
9    Q   All right.  So what did Big One --
10   A   And there's so many -- so much of this has
11  been changed from the original -- what it was
12  originally.  After it shut down people got mad and
13  just changed their posts.
14   Q   But people can only change their own posts.
15   A   Right.
16   Q   Because you need a password to change your
17  posts.
18   A   Right.
19   Q   Now, you believe you first gave your Bitcoin
20  Forum password to Number Two in or about March of
21  2012; is that correct?
22   A   Towards the end of March, my best estimate.
23   Q   And you changed your password for the
24  Bitcoin Forum in April of 2012, correct?
25   A   No.  Wait.  I only changed it after the

Page 68

1  hack.  I didn't change it to keep them out.  I
2  changed it because of the hack.
3    Q   And when did you first give your Bitcoin
4  Forum password to Copumpkin?
5    A   That was a long time ago.  That was... Oh,
6  where is that one?  It was in or around November.
7    Q   Of 2012?
8    A   Of 2011.
9    Q   2011.
10   A   Yeah.
11   Q   And you did not change your password until
12  the hack as you say, correct?
13   A   Correct.
14   Q   And when did the hack occur?
15   A   I don't know.
16   Q   Before or after you launched the website?
17   A   Before -- uh -- I don't know.  I'd have to
18  look it up.
19   Q   Before or after Bitcoin Savings & Trust
20  closed down in August of 2012?
21   A   Before.  Much before.
22   Q   "Much before" you said?
23   A   Yeah.
24   Q   Did you give Big One more than one
25  password?



TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                                    69–72

Page 69

1     A   No.
2     Q   Did you give Number Two more than one
3  password?
4     A   They had passwords to a web proxy, proxy to
5  communicate through my computer; but other than that,
6  no.
7     Q   I'm asking about your password to the
8  Bitcoin Forum.
9     A   No.
10    Q   Did you ever give Number Two more than
11  one?
12    A   No.
13    Q   So at some point you changed it after the
14  hack, and neither Big One nor Number Two had the
15  password after the hack; is that correct?
16    A   Correct.
17    Q   And Copumpkin had your password for the
18  Bitcoin Forum as early as November of 2011; is that
19  correct?
20    A   Correct.
21    Q   And did you ever give him a second password
22  for your --
23    A   No.
24    Q   Your second password for the Bitcoin Forum.
25    A   No.

Page 70

1     Q   And what did Big One need your password
2  for?
3     A   To post changes to the main -- the main
4  thread, the top, and to post special requests.
5     Q   What do you mean by "special requests"?
6     A   If he was needing an additional hundred
7  coins to meet an order or something, he would log in
8  and post it.
9     Q   And so throughout the life of the Bitcoin
10  Savings & Trust thread on the Bitcoin Forum, the top
11  posting on the thread was ever changing to show the
12  amounts of bitcoin that you needed from investors; is
13  that correct?
14    A   Correct.  Constantly.
15    Q   So on a daily basis perhaps?
16    A   Oh, yeah.
17    Q   Okay.  And you gave Big One your password
18  for the Bitcoin Forum for the purpose of changing
19  those numbers since he was your biggest demand for
20  bitcoin; is that right?
21    A   Correct.
22    Q   And at times he also posted additional posts
23  under your name in the Bitcoin Savings & Trust thread
24  on the Bitcoin Forum seeking additional bitcoin.
25    A   Correct.

Page 71

1     Q   Outside of that top post.
2     A   Correct.
3     Q   Other than that, did the Big One ever use
4  your password to communicate on the Bitcoin Savings &
5  Trust thread on the Bitcoin Forum for any other
6  purpose?
7     A   Private messages just between two different
8  people he was getting coins from.  But that's it.
9     Q   And Number Two.  For what purposes did he
10  use your log-in for the Bitcoin Forum?
11    A   The same thing, but he helped with some of
12  my lenders that spoke real broken English.  He would
13  PM them, and they would talk their way.
14    Q   Let me get this straight.  Number Two didn't
15  speak very good English you say, correct?
16    A   Yeah.  It's broken English.
17    Q   So the idea here was that he would speak to
18  your Bitcoin Savings & Trust investors who also
19  didn't speak very good English?
20    A   From a different country.  Normally it was
21  like Germany or -- where was he from?
22    Q   "He" meaning Number Two?
23    A   Yeah.  He had to be -- it had to be Germany
24  because that was the one thing -- one of the messages
25  that was sent, and that's why I think he was in

Page 72

1  Germany, because of his relay IP on the early
2  transactions.  It had to be Germany.  I had a
3  decoder.  I could decode German if anybody posted
4  German on any of the forum posts or whatever.  But
5  responding -- my response sounded very broken because
6  I was using a translator to translate word where he
7  could handle that kind of stuff.
8     Q   Did you have some cluster of investors in
9  Germany?
10    A   I don't know where all of them are from.
11    Q   But anybody who presented with broken
12  English you had Number Two communicate with?
13    A   If he could.
14    Q   What if they spoke Portuguese?
15    A   I don't think I've had anybody speak
16  Portuguese.
17    Q   I mean, I just don't understand -- well,
18  never mind.
19    A   He could obviously speak multiple languages
20  because he spoke English.  Not so well, but one of
21  the -- one of the talks we had was about that, about
22  that I was having to use Google Translator to
23  translate some of the things that went on, and he
24  goes, well, I can probably help you with that.  So...
25    Q   So Big One used your user name and password



TRENDON T SHAVERS                                        September 05, 2013
SEC vs. SHAVERS                                                      73—76

Page 73

1   on the Bigcoin Forum with your authorization?
2      A   Yes.
3      Q   And Number Two used your user name and
4   password on the Bitcoin Forum with your
5   authorization?
6      A   Yes.
7      Q   And that was throughout the time that each
8   of them had your password for the Bitcoin Forum,
9   correct?
10     A   Correct.
11     Q   And did Copumpkin use your user name and
12  password on the Bitcoin Forum with your
13  authorization?
14     A   Yeah.
15     Q   And that was throughout the time he had your
16  user name and password for the Bitcoin Forum,
17  correct?
18     A   Yes.
19     Q   And for what purposes did Copumpkin use your
20  Bitcoin Forum password and user name or the Bitcoin
21  Forum?
22     A   It was a joke.  It was like a joke.  He was
23  responding to himself as me through a thread, kind of
24  talking himself up.  It was kind of a funny joke.
25     Q   And for what purpose was he talking himself

Page 74

1   up to your knowledge?
2      A   Who knows.  He always had some weird thing.
3   I think all of those posts were deleted.  There's one
4   left.  But...
5      Q   Okay.
6      A   It's labeled Copirate.
7      Q   All right.  Mr. Shavers, I'm going to direct
8   your attention to Page 3 of Exhibit Number 2.
9      A   Uh-huh.
10     Q   There's a post by Pirateat40 on November 4,
11  2011 at 3:35 p.m.  Do you see that?
12     A   Yes.
13     Q   And it says, "Currently I've got one order
14  scheduled for tomorrow (1750BTC) and have it covered,
15  but I'll know the next purchase when I meet with
16  them.  In the past they've asked for transactions as
17  large as 3000BTC but have not been able to give them
18  an estimate of timing until now.  So far with the
19  people I've picked up it looks like this is going to
20  work out perfectly."
21         Then it says, "Edit:  Just ran some
22  quick numbers and looks like I'm trading around
23  4900BTC a week."  Do you see that?
24     A   Yes.
25     Q   Did you write that post?

Page 75

1      A   Yes.
2      Q   And then directing your attention to Page 7
3   of Exhibit 2, there's a post in the middle of the
4   page by Pirateat40 on November 11, 2011 at 4:42 p.m.
5   Do you see that?
6      A   Yes.
7      Q   Somebody named Finway is quoted as asking
8   "Just curious:  What business makes this high
9   profits?"  And Pirateat40 responds, "Groups of people
10  that want to be off the radar, buy large quantities
11  and instant availability.  I would say it's the Hard
12  Money sector of Bitcoin."
13     A   Yes.
14     Q   Did you write that post?
15     A   Yes.
16     Q   Turning to the next page, Page 8 of
17  Exhibit 2, at the bottom of the page there is a post
18  by Pirateat40 on November 13, 2011 at 6:46 p.m.
19     A   Uh-huh.
20     Q   It says, "Hey all, I have some big orders
21  coming this week.  I wanted to thank all of my
22  investors as I am able to fulfill them without the
23  risk of them going elsewhere.  Still looking for
24  about 1000BTC total in lenders based on negotiations
25  with my buyers in the coming weeks.  It's growing.

Page 76

1   it's growing!  Thanks again, pirate."  Did you post
2   that message?
3      A   Yes.
4      Q   And you posted that message on or about
5   November 13, 2011?
6      A   Yes.
7      Q   And the prior message we discussed on Page
8   7, you posted that message on November 11, 2011?
9      A   Yes.
10     Q   Then on page 9 of Exhibit 2 there's a post
11  by Pirateat40 on November 22, 2011 at 1:21 a.m.  Do
12  you see that?
13     A   Yes.
14     Q   It begins, "As with any movements in the
15  market up or down, I have enough order activity going
16  on that my risk is very limited," and it continues
17  from there."  I'll ask that you finish reviewing it.
18     A   Uh-huh.
19     Q   Did you post this message?
20     A   Yes.
21     Q   Did you post this message on or about
22  November 22, 2011?
23     A   Yes.
24     Q   On Page 23 of Exhibit 2, towards the bottom
25  of the page there's a post by Pirateat40 dated



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
77–80

Page 77

1  December 19, 2011 at 10:04 p.m.  And Pirateat40
2  writes, "My clients deal in cash only, and I don't
3  move a single coin until the cash is in hand and I'm
4  out of harm's way just in case.  So risk is almost
5  0."  Did you post that message?
6  A  Yes.
7  Q  And did you post that message on or about
8  December 19th, 2011?
9  A  Yes.
10  Q  On the following page, Page 24 of Exhibit 2,
11  there's a post by Pirateat40 on December 19, 2011 at
12  10:41 p.m.  Pirateat40 writes, "The prices for
13  picking up coins from my clients selling coins is set
14  prior to the purchase most of the time.  Anything not
15  covered is hedged, or I take the risk personally."
16  Do you see that?
17  A  Yes.
18  Q  Did you post that message on the Bitcoin
19  Forum?
20  A  Yes.
21  Q  Did you post it on or about December 19,
22  2011?
23  A  Yes.
24  Q  Turning your attention to Page 63 of
25  Number 2.  Page 63.  Are you with me?

Page 78

1  A  Uh-huh.
2  Q  Towards the bottom there's a post by
3  Pirateat40 dated January 19, 2011 at 6:52 p.m.  Do
4  you see that?
5  A  Yes.
6  Q  There's a quote from somebody named Bulanula
7  that ends in a parenthetical thought.  "I doubt
8  pirate's business is 100% legal."  And Pirateat40
9  responds, "If my business is illegal then anyone
10  trading coins for cash and back to coins is doing
11  something illegal."  And there's a smiley face
12  emoticon.  Do you see that?
13  A  Yes.
14  Q  And did you post that message?
15  A  Yes.
16  Q  And did you post that message on or about
17  January 19th, 2012?
18  A  Yes.
19  MR. MOUSTAKIS:  Ms. Court Reporter,
20  just to be clear, both of those dates I just said
21  were January 19, 2012.  I may have misspoke on the
22  2011.
23  Q  Turning your attention to Page 98 of
24  Exhibit 2, towards the top of the page there's a post
25  by Pirateat40 on at 2:54 a.m.  Do you see that?

Page 79

1  A  Yes.
2  Q  It says, "Update, I've removed the On-Demand
3  service and the now named Savings account has a
4  minimum of 100 BTC to start.  The new account minimum
5  is only for new accounts.  Thanks."  Did you post
6  that message?
7  A  No.
8  Q  Who posted it?
9  A  It had to be Big One.
10  Q  How do you know?
11  A  Because I don't use italics like that, and I
12  remember not being able to change that when -- I
13  wasn't at my computer, and I got a flood of new
14  accounts that they wanted to do like real small
15  amounts, and I said, hey, will you do a quick post?
16  So it had to been.  He had access to it.  Around that
17  time is when it started.  As I was going -- well, we
18  skipped a bunch, but this post wasn't done by me.
19  Q  It was done at your direction and with your
20  authorization?
21  A  Yeah.
22  Q  By the Big One?
23  A  Yes.
24  Q  On or about February 9, 2012?
25  A  Correct.

Page 80

1  Q  And you, in fact, imposed a minimum on new
2  Bitcoin Savings & Trust's savings accounts of 100
3  bitcoin going forward from February 9, 2012?
4  A  Yes.
5  Q  Directing your attention to Page 100 of
6  Exhibit 2, towards the middle of the page there's a
7  post by Pirateat40 dated February 10, 2012 at 9:06
8  p.m.  Do you see that?
9  A  Yes.
10  Q  Pirateat40 appears to be responding to the
11  question, "It's possible to have an account that
12  automatically reinvests and does not pay out?"  And
13  Pirateat40 says, "Yes.  Instead of my paying out to
14  your address, it gets deposited into your account.
15  Send me a PM to enable it."  Do you see that?
16  A  Yes.
17  Q  Did you post that message?
18  A  No.
19  Q  Who posted that message?
20  A  From the looks of it, it was the Big One.
21  Q  What do you mean, "from the looks of it"?
22  A  He handled the PM stuff.  So when a PM came,
23  my server would scrape the PMs so I knew what was
24  going on; but for the most part, he would answer them
25  except for new-account setups and any problems that

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
81–84

Page 81

1  were happening.  But just enabling something like
2  that, I wouldn't have handled that.
3      Q   Were you aware that this message was posted
4  on or about February 10, 2012?
5      A   Maybe.  I'd have to -- it was such a basic
6  thing.  It was just enabling a re-depositing of his
7  funds.
8      Q   Well, it sounds like from the face of the
9  messages here that what was being enabled was an
10  automatic reinvestment of investor for funds, not
11  Mr. Big's funds.
12      A   Correct.
13      Q   And so was it true that Bitcoin Savings &
14  Trust investors, at least as early as February 10,
15  2012, could set up their accounts with you in such a
16  way that there would simply be an interest accrual
17  for each payout rather than an actual paying out of
18  the interest to the investor?
19      A   Yes.
20      Q   When was that first enabled by you?  When
21  did you first allow that?
22      A   I'm not sure.
23      Q   Okay.  But this would not have been news to
24  you on February 10, 2012?
25      A   No.

Page 82

1      Q   And the BTCST.com website, was that set up
2  in such a way that it allowed for Bitcoin Savings &
3  Trust investors to have their returns automatically
4  reinvested rather than paid out?
5      A   Yes, for certain accounts.  Yeah.
6      Q   What do you mean, "for certain accounts"?
7      A   Large accounts -- large accounts would put
8  me over my total that I could make money on.  So I
9  wouldn't allow some of them to do it.  I would allow
10  them to reinvest part of it, but then I'd kick back
11  out the rest of the coins.
12          So for the small accounts, it was fine.
13  But for the larger accounts, I was getting in more
14  coins I could use.  So I was making them take
15  them back.
16      Q   Turning your attention to Page 101 of
17  Exhibit 2, there's a message posted by Pirateat40 on
18  February 12th, 2012 at 9:18:05 p.m.  Do you see that?
19      A   Yes.
20      Q   Somebody named Otoh appears to be asking
21  about new account availability?
22      A   Uh-huh.
23      Q   And Pirateat40 writes, "They are available
24  now by referral only."  Do you see that?
25      A   Yes.

Page 83

1      Q   Did you post this message?
2      A   Yes.
3      Q   You posted it on or about February 12,
4  2012?
5      A   That's when I got back because the site's
6  availability updated.  That was done by the Big One.
7  I must have got back around 9:00.
8      Q   P.m. you mean?
9      A   Yeah.
10      Q   You posted this message?
11      A   Yeah.  Because I posted that they're
12  available by referral only.  I handled all of the
13  account creations.
14      Q   And you posted it on or about February 12,
15  2012?
16      A   Yes.
17      Q   Turning your attention to Page 123.  There's
18  a message that begins in the middle of the page
19  posted by Pirateat40 dated April 8, 2012 at 1:30 a.m.
20  Do you see that?
21      A   Yes.
22      Q   Did you post this message?
23      A   Yes.
24      Q   Did you post it on or about April 8th, 2012?
25      A   Yes.

Page 84

1      Q   The third sentence of the post says as,
2  "FPS&T has grown" -- meaning First Pirate
3  Savings & Trust, correct?
4      A   Correct.
5      Q   "As First Pirate Savings & Trust has grown,
6  it has become much easier to handle large investors
7  managing smaller accounts than me handling them
8  directly.  So I've allowed established lenders to
9  grow their own market with the following in mind."
10  Do you see that?
11      A   Yes.
12      Q   What are you discussing with your investors
13  here?
14      A   That I don't want to deal with the small
15  investors anymore.  So larger investors can take
16  their investments and have one line coming to me
17  instead of having to deal with all the little guys,
18  ten coins, fifteen coins, fifty coins.
19          So -- and I had been asked a lot about
20  if they could take other people that aren't real
21  savvy with bitcoin, if they could put their bitcoin
22  in their account, and I said, you know, bitcoins are
23  bitcoins.  I said, I don't care whose they are.  I
24  just need to borrow them.
25          So this was -- earlier if I found out



TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                                 85–88

Page 85

1   about somebody else using an account that -- in this
2   way, I would suspend their account and send their
3   coins back because it made it really hard to control
4   how many coins I was getting in and forcing them out.
5   But as it grew, I needed more coins.  I just didn't
6   have the time to manage it all.  So I had them -- I
7   gave them the ability to do that.
8       Q   So you authorized your larger account
9   holders to take deposits and make payments out to
10  smaller account holders?
11      A   Correct.
12      Q   And did you call these larger account
13  holders trust accounts?
14      A   Not until much later.
15      Q   But you did at some point --
16      A   Yes.
17      Q   -- call them trust accounts?
18      A   Yes.
19      Q   Was there another name for these accounts?
20  Pirate pass-thrus?
21      A   Somebody else made that up.  I didn't make
22  that up.
23      Q   You were aware of the term?
24      A   Yes.
25      Q   And it was a term being used on the Bitcoin

Page 86

1   Forum for individuals that were investing with your
2   larger investors for the purpose of reinvesting with
3   you?
4       A   No.  They were -- their purpose was to take
5   a bunch of investors that didn't have a hundred
6   bitcoins and allow them all to invest as one person.
7   That's originally what they were designed for.
8       Q   And so the Pirate pass-thru was one of your
9   larger account holders?
10      A   Yeah.
11      Q   And they were taking deposits and making
12  payments out to smaller investors; is that right?
13      A   Yes.
14      Q   Those smaller investors didn't hold accounts
15  directly with you, correct?
16      A   Correct.
17      Q   But you knew your larger account holders
18  were doing this.
19      A   Correct.
20      Q   And at some point in time towards the end of
21  Bitcoins Savings & Trust they became known as trust
22  accounts, correct?
23      A   Yeah.  I hadn't moved it over to that point
24  yet.  I called them that at the very end.
25      Q   But that's what you were referring to --

Page 87

1       A   Yeah.
2       Q   Your larger investors who were taking
3   deposits and making payments out to smaller
4   investors?
5       A   Trust accounts were accounts that had a cap
6   max, had to keep a minimum balance and had to have
7   their funds -- couldn't have them reinvested.  They
8   were large accounts that just sat there, and I pushed
9   the accounts back.
10          Savings ones were more of the
11  reinvesting ones.  They were smaller accounts.  But I
12  hadn't moved everything over until everything kind of
13  blew up.
14      Q   And the informal name on the Bitcoin Forum
15  for your larger investors who were taking deposits
16  and making payments out to smaller investors were
17  Pirate pass-thrus; is that right?
18      A   That's what they were referred to.
19      Q   And you were aware of that activity?
20      A   Yeah.  From this point on I allowed it to
21  happen.  I just didn't want to deal with it.
22      Q   So you believed it was happening sort of in
23  an unauthorized fashion prior to April of 2012?
24      A   Yes.
25      Q   But come April 8th, 2012 you explicitly

Page 88

1   authorized the Pirate pass-thru activity?
2       A   Correct.
3       Q   Turning your attention to Page 125 of
4   Exhibit 2.  There's a post we looked at earlier this
5   morning from Pirateat40 on April 10, 2012 at 2:34
6   p.m. that fills the bottom of Page 125 and carries
7   over to Page 126 announcing the launching of the
8   BTCST website.  Do you see that?
9       A   Yes.
10      Q   And you posted that message?
11      A   Yes.  This wasn't the original message.
12      Q   What do you mean?
13      A   It had been altered a bunch.
14      Q   You're saying what appears in Exhibit 2 is
15  not what you wrote on April 10, 2012?
16      A   No.
17      Q   Is that the first message we've discussed
18  today that that's the case with?
19      A   No.  The very first message.
20      Q   Other than the post at the very top of the
21  thread that is now at the top of Page 1 of Exhibit
22  Number 2, are there any other messages we've
23  discussed so far that were altered after you wrote
24  them?
25      A   No.

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
89–92

Page 89

1    Q   Okay.  You're saying this one was altered
2  after you wrote it on April 10, 2012; is that
3  right?
4    A   Yes.
5    Q   In what ways?
6    A   The site features.  I'm pretty sure that
7  that domain name wasn't there until later.  So check
8  out the new site at BTCST.  I think -- I'm pretty
9  sure I was still using BTC Lending at that time, and
10 so that whole sentence wasn't there.  Multiple things
11 on this list were added or adjusted, taken off.
12   Q   Mr. Shavers, the message says, "Since
13 www.btclending.com will be used for a separate
14 service, there's a new URL as well.  For now the old
15 URL will redirect you to the new site but it won't be
16 for long.  Check out the new site at
17 www.BTCST.com"?
18   A   Yeah.
19   Q   You're saying that wasn't true?
20   A   That entire paragraph wasn't there
21 originally on April 10th.
22   Q   You testified earlier today that you
23 launched BTCST.com on or about April of 2012.
24   A   Maybe -- oh, okay.  All right.  This is only
25 one thread.  This is like the main thread and --

Page 90

1    Q   For Bitcoin Savings & Trust?
2    A   Yeah.  There was an alert thread that had
3  Bitcoin Savings & Trust alerts.  That's what I'm
4  thinking of as that being different.  Because I had
5  made a page where nobody could post anything.  I just
6  put news and alerts on this thread about it, and
7  that's the one that I'm thinking of being wrong.  So
8  that's correct.
9    Q   So --
10   A   So April 10th, that one is correct.
11   Q   Okay.  So you, in fact, did launch BTCST.com
12 on or about April 10, 2012?
13   A   Yes.
14   Q   And this April 10, 2012 posting on Page 125
15 of Exhibit 2 is complete and accurate?
16   A   Yes.
17   Q   And it's a posting you created on or about
18 April 10, 2012?
19   A   Yes.  Sorry about that.
20   Q   Directing your attention to Page 206, the
21 bottom of 206 to the top of 207 there's a post by
22 Pirateat40 dated July 2, 2012 at 7:16 p.m.  Do you
23 see that?
24   A   Yes.
25   Q   Did you create this post?

Page 91

1    A   I don't know for sure.
2    Q   Why not?
3    A   Because it's a very simple thing for me to
4  be responding to.
5    Q   The top of the post appears to be a quote
6  from somebody named "OgNasty."
7    A   Yeah.
8    Q   Who in turn was quoting Pirateat40 saying
9  changes effective -- and the Pirateat40 message says,
10 "Changes effective 8/01/2012, Fixed Interest Rate:
11 3.9%"  And OgNasty is asking, "Weekly interest rate,
12 right?"  And Pirateat40 says, "Yes."  Do you see
13 that?
14   A   Yes.
15   Q   Is it true that on or about August 1, 2012
16 that the interest rate you promised BTCST investors
17 would be 3.9 percent weekly going forward?
18   A   Yes.
19   Q   And that's something that you announced
20 ahead of time?
21   A   Yes.
22   Q   And you may have announced it by this post
23 right here, correct?  You're just not certain this
24 was you?
25   A   Yeah, on November 3rd?

Page 92

1    Q   November 3rd, 2011 is when this thread
2  began.
3    A   See, this is one of the posts that showed up
4  on the main page.
5    Q   Right.
6    A   And they're quoting it.  So it shows a quote
7  from November 3rd, but...
8    Q   But really it's just a posting that was put
9  at the top of the thread at some point.
10   A   Yeah.  So the first -- July 2nd, I guess, is
11 the first time somebody quoted it.  Yeah.  It must
12 have been -- yeah, July 2nd.
13   Q   So on or about July 2nd, 2012 you put a
14 message at the top of the thread announcing that come
15 August 1, 2012 the rate of return on Bitcoin
16 Savings & Trust investments would be reduced to 3.9
17 percent, correct?
18   A   Yes.
19   Q   And then this person, OgNasty, was seeking
20 clarification as to whether the 3.9 percent would be
21 weekly, correct?
22   A   Correct.
23   Q   And you said yes, correct?
24   A   Yeah.
25   Q   Yeah?

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
93–96

Page 93

1     A  I believe so.
2     Q  And it was, in fact, true?
3     A  Yeah.
4     Q  That you were lowering the interest rates at
5  that time?
6     A  Uh-huh.
7     Q  So even if it was somebody else with your
8  password, whether Big One, Number Two or Copumpkin --
9     A  Yeah.  I was aware of it.
10     Q  -- this information was accurate, and you
11  were aware of it?
12     A  Yes.
13     Q  Turning your attention to Page 221 of
14  Exhibit Number 2, there is a post by somebody named
15  Tomatocage dated July 3, 2012 at 5:06 a.m. quoting
16  Pirateat40, again dated November 3, 2011 concerning
17  trust accounts.  Do you see that?
18     A  Yes.
19     Q  And did you create the post concerning trust
20  accounts that's being quoted here?
21     A  Yes.
22     Q  And you created it at the top of the thread,
23  correct?
24     A  The first message of the thread, yes.
25     Q  Again, it was that ever changing first

Page 94

1  message at the top of the thread?
2     A  Yes.
3     Q  And every time it was changed, it still bore
4  the date, November 3, 2011?
5     A  Correct.
6     Q  So you posted this message quoted by
7  Tomatocage here that begins "Trust Account" and goes
8  on to explain the detail of trust accounts at the top
9  of the thread?
10     A  Correct.
11     Q  And you did that on or about July 3, 2012 or
12  shortly before?
13     A  Yes.
14     Q  And here you're saying that trust accounts
15  will have rates beginning at five percent, correct?
16     A  Yes.
17     Q  And so what you were promising investors at
18  that point was five percent, or more, for trust
19  accounts and 3.9 percent for everyone else weekly,
20  correct?
21     A  For saving accounts, yes.
22     Q  Okay.  And the trust accounts, again, it was
23  weekly, correct?
24     A  Correct.
25     Q  And the trust accounts here you write,

Page 95

1  "Unlimited Deposits, Create & Manage Sub-Accounts."
2  Do you see that?
3     A  Correct.
4     Q  And so your trust accounts -- you were
5  authorizing the trust account holders here to take on
6  unlimited deposits, correct?
7     A  Unlimited deposit transactions, yes.
8     Q  And you were authorizing them to create and
9  manage sub-accounts here, correct?
10     A  Correct.
11     Q  Were some of those accounts savings
12  accounts, or were they trust accounts sub-accounts
13  for people who didn't have the minimum to meet for a
14  savings account?
15     A  Trust accounts were basically the Pirate
16  pass-thru accounts.
17     Q  So they were also known as PPTs?
18     A  Yes.
19     Q  So you were authorizing the trust accounts
20  to act as pass-thrus to Bitcoin Savings & Trust,
21  correct?
22     A  Correct.
23     Q  Meaning that the trust account holders would
24  take deposits from smaller investors and then
25  reinvest those deposits -- not reinvest really --

Page 96

1  just invest those deposits in Bitcoin
2  Savings & Trust, correct?  Let me start over.
3     A  Say that again.
4     Q  So the trust account holders were authorized
5  by you to take deposits from smaller investors,
6  correct?
7     A  Correct.
8     Q  For the purposes of investing in big Bitcoin
9  Savings & Trust, correct?
10     A  Yes.
11     Q  Then you would pay returns to the trust
12  account holder based on the total amount invested by
13  the trust account holder, correct?
14     A  Correct.
15     Q  And then the trust account holder was
16  authorized by you to pay the returns owed to the
17  smaller investors for whom the trust account holder
18  was managing funds, correct?
19     A  No.
20     Q  What's wrong there?
21     A  The trust account holder would pay people
22  underneath.
23     Q  And you were aware that that was occurring?
24     A  Yes.  But, again, the trust accounts, they
25  were never set up.  So it never got to that point.

ESQUIRE

TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                                  97–100

Page 97

1    Q   Okay.  So beginning in April of 2012 -- we
2  can go back to the thread if you'd like, but
3  beginning in April of 2012 you authorized larger
4  account holders to take deposits from smaller
5  investors for the purpose of investing in Bitcoin
6  Savings & Trust, correct?
7    A   Yes.
8    Q   And you understood also that the larger
9  account holders would then pay out the returns to the
10  smaller investors?
11   A   Correct.
12   Q   And all of this was done with your
13  authorization?
14   A   Yes.
15   Q   Mr. Shavers, I'd like to put before you what
16  I'm asking the reporter to mark as Exhibit Number 4.
17       (Exhibit 4 marked.)
18   Q   Do you recognize what's been marked as
19  Exhibit Number 4?
20   A   Yes.
21   Q   What do you recognize it to be?
22   A   Kind of a tell-all answered questions about
23  things I was asked a lot about.
24   Q   Just to back up to basics, Exhibit Number 4
25  is a printout of a thread from Bitcoin Forum,

Page 98

1  correct?
2    A   Yes.
3    Q   And it's a printout of a thread of Bitcoin
4  Forum that you created?
5    A   Yes.
6    Q   And you started the thread on or about May
7  21, 2012; is that correct?
8    A   Yes.
9    Q   And for the record, Exhibit Number 4 has a
10  header in the upper left-hand corner on each page
11  that says, "A day in the life of a pirate"?
12   A   Yes.
13   Q   And in the upper right-hand corner the
14  header has the page numbers Page 1 of, and it's Page
15  1 of 198 and 198 of 198.
16       Turning your attention to Page 1,
17  Mr. Shavers, there is a thread -- there's a post at
18  the top of the thread by Pirateat40.  Do you see
19  that?
20   A   I'm sorry.  What page again?
21   Q   1.
22   A   Yeah.
23   Q   And it's entitled, "A day in the life of a
24  pirate."  Do you see that?
25   A   Yes.

Page 99

1    Q   Did you post this message?
2    A   Yes.
3    Q   To begin the thread?
4    A   Yes.
5    Q   And did you post it on or about May 21,
6  2012?
7    A   Yes.
8    Q   And has it been altered?
9    A   Maybe for grammar.  But nothing big.
10   Q   By you?
11   A   Yeah.
12   Q   Anyone else?
13   A   No.  I did this one.
14   Q   Turning your attention to Page 11.
15   A   Okay.
16   Q   There's a post in the middle of the page by
17  somebody named Wachtwoord dated May 21, 2012 that
18  asks, "Would you be willing to disclose anything
19  about your actual profit margins over the 7% weekly
20  you pay for the use of funds?"  Do you see that?
21   A   Yes.
22   Q   And then towards the bottom of the page
23  there's a post by Pirateat40 dated May 21, 2012 at
24  9:54 p.m.  Do you see that?
25   A   Yes.

Page 100

1    Q   And here Pirateat40 appears to be answering
2  Wachtwoord's question.  Do you see that?
3    A   Yes.
4    Q   And it says, "Sure I net" -- but "net" is
5  crossed out -- "gross 10.65% per week and pay out
6  5.98% on average and it really depends on how much I
7  want to work.  The process has become pretty
8  automated lately which is nice.  I can spend more
9  time on my other projects and with the family.
10  Thanks for your polite and non-divulging question."
11  Do you see that?
12   A   Yes.
13   Q   Did you post that message?
14   A   Yes.
15   Q   Did you post it on or about May 21, 2012?
16   A   Yes.
17   Q   Has it been altered in any way?
18   A   No.
19   Q   Turning your attention to Page 15, there's a
20  message by Pirateat40 posted on May 21, 2012 at 1:18
21  p.m.  Do you see that?
22   A   Yes.
23   Q   It begins, "No, the system in place makes it
24  pretty easy for me to adapt to large deposits (going
25  back to how much time I want to spend working).  From

ESQUIRE
S O L U T I O N S

800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
101–104

Page 101

1 day one it has been much easier to manage accounts
2 that rarely move coins than accounts that are
3 constantly moving coins in and out. So before, my
4 limits were adjusted based on the accounts all making
5 the same rate. Now the calculations are based on
6 average balances. So those that never move and hold
7 more coins are rewarded with higher returns. There's
8 also some changes coming soon that will give the
9 approved bond issuers an additional incentive to
10 manage the smaller more active accounts." Do you see
11 that?
12    A  Yes.
13    Q  And this was posted by you?
14    A  Yes.
15    Q  On or about May 21, 2012?
16    A  Yes.
17    Q  Has it been changed?
18    A  No.
19    Q  And here you're discussing Pirate
20 pass-thrus; is that correct?
21    A  Yes.
22       MR. MOUSTAKIS:  We'll go off the record
23 for a second.
24       (Off the record at 11:45 a.m.)
25       (Short recess.)

Page 102

1       (Back on the record at 11:52 a.m.)
2    Q  Mr. Shavers, you're still under oath.
3    A  Yes.
4    Q  How did Big One log on to a server at your
5 house?
6    A  It's called a WinProxy that -- it's a proxy
7 server that allows you to connect like a VPN and
8 either connect IRC or connect as me. So as my IP
9 location. So you can look up certain information,
10 especially on IRC, where the person is, and you can
11 tell if it's the same person or not. So we did that
12 so that he and Number Two could communicate as me
13 when they needed to.
14    Q  Why not just tell investors that Big One and
15 Number Two were authorized to communicate with
16 investors for Bitcoin Savings & Trust?
17    A  I didn't need them looking around trying to
18 figure out if it was me talking or not.
19    Q  So the purpose was to deceive the investors
20 as to who was communicating with them?
21    A  No.
22    Q  But that's the practical effect, wasn't
23 it?
24    A  No.
25    Q  Wasn't it to disguise whether or not the

Page 103

1 message was from you or not from you?
2    A  It's to have them not question what's being
3 said, is it from me or not from me. Everything is
4 from me.
5    Q  But everything wasn't from you.
6    A  Right. On my side. As far as the forms
7 went, anything that was said, people I gave accounts
8 to was what I said. I just didn't have time to
9 respond to everything all the time.
10    Q  So anything that Big One posted on the
11 Bitcoin Forum in IRC or elsewhere under the name
12 "Pirateat40" was authorized by you?
13    A  Yes.
14    Q  And anything that Number Two posted in the
15 Bitcoin Forum on IRC or elsewhere as "Pirateat40" was
16 authorized by you?
17    A  Yes.
18    Q  And anything that Copumpkin posted on the
19 Bitcoin Forum on IRC or elsewhere as "Pirateat40" was
20 authorized by you?
21    A  Yes.
22    Q  By logging on to your central server at your
23 house, what did Big One and Number Two and Copumpkin
24 have access to --
25    A  Nothing.

Page 104

1    Q  -- other than being you on the Bitcoin
2 Forum?
3    A  Yeah. They could just use my IP address.
4 They still used their own computers and all that
5 stuff.
6    Q  So they couldn't access, say, your bank
7 accounts if you had a pre-set password or something
8 like that?
9    A  No.
10    Q  And in the case of Big One, why would you
11 give your login to somebody you didn't even know,
12 your Bitcoin Forum login?
13    A  It really wasn't that important. I didn't
14 use IRC very much. I mean, I didn't use the forum
15 very much. I primarily did most of the talking and
16 stuff in IRC.
17    Q  Big One had your IRC login, too, correct?
18    A  Correct. He didn't have my GPG key. Which
19 any time you did a transaction, you verified with the
20 OTC and all that stuff.
21    Q  But the vast majority of your bitcoin
22 currency trading activities, it would be fair to say
23 in terms of talking with investors, occurred through
24 IRC or the Bitcoin Forum, correct?
25    A  Primarily through IRC.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
105–108

Page 105

1    Q   But also through the Bitcoin Forum?
2    A   Some.
3    Q   What protections did you have that this
4   anonymous person, Big One, who had your logins for
5   both the Bitcoin Forum and IRC might not somehow
6   abuse the trust of your Bitcoin Savings & Trust
7   investors?
8    A   I trusted him with a lot of bitcoin. Their
9   responses, their way of acting was -- would directly
10   affect them if they would have said something or
11   deceived something or do something bad.
12        And remember, this is towards the very
13   beginning. After Bitcoin Savings & Trust's website
14   really got going, it was a lot more automated. They
15   never logged in that much. It was rare occurrences
16   that they needed to post something, and then once the
17   password was changed, they had no access to it
18   anymore.
19   Q   When was the password changed?
20   A   I don't know.
21   Q   So in your view it was a prudent business
22   decision to give somebody you did not know by any
23   name at all, not even an online name, your user name
24   and password for the Bitcoin Forum and the IRC for
25   the purposes of communicating with your Bitcoin

Page 106

1   Savings & Trust investors?
2    A   Yes.
3    Q   And that was true of Big One, and that was
4   true of Number Two, correct?
5    A   Correct.
6    Q   Copumpkin you had a name and -- a real name
7   as well as a user name, correct?
8    A   Yeah. He was the most trusted persons I
9   knew. One of the first people I knew.
10   Q   So in February of 2011 when you started your
11   bitcoin currency trading activities, the informal
12   name for it was First Pirate Savings & Trust,
13   correct?
14   A   Correct.
15   Q   And that name was changed to Bitcoin
16   Savings & Trust when you launched the BTCST.com
17   website in or about April of 2012, correct?
18   A   Correct.
19   Q   Okay. And like I said today, we can just
20   refer to everything as Bitcoin Savings & Trust. But
21   if you ever need to break the one out from the other
22   for the purpose of making your response to a question
23   accurate, don't hesitate to let us know, all right?
24   A   Okay.
25   Q   And you founded Bitcoin Savings & Trust from

Page 107

1   your home in McKinney Texas, right?
2    A   Yes.
3    Q   Did you ever travel for your Bitcoin
4   Savings & Trust related work other than that one trip
5   to Las Vegas?
6    A   Traveled around town just to buy and sell
7   coins.
8    Q   Meaning around Texas?
9    A   Correct.
10   Q   McKinney?
11   A   Around Dallas.
12   Q   Dallas. Now, you shut down Bitcoin
13   Savings & Trust in August 2012; is that correct?
14   A   Yes.
15   Q   You stopped taking deposits from investors
16   in August of 2012; is that right?
17   A   Yes.
18   Q   There was still some unwinding to do at that
19   point; is that right?
20   A   Right.
21   Q   When did you finish your unwinding of
22   Bitcoin Savings & Trust?
23   A   It wasn't until the beginning part of this
24   year, March/April, and it's not completely unwound,
25   I mean, there's people I still owe.

Page 108

1    Q   So what activities did you undertake for
2   Bitcoin Savings & Trust between August 2012 when you
3   stopped taking deposits from investors and March or
4   April of 2013?
5    A   I immediately closed out the new accounts
6   that had just recently started, returned all their
7   coins. Then kind of strategically based on how many
8   coins I still had tied up, I worked to move some of
9   the coins out. But, you know, with losing the large
10   sum of coins, it made it very difficult to do that.
11   So I kept some of the coins to be able to trade so I
12   could make coins to pay them back. And it took a
13   long time.
14   Q   And did you return any bitcoin to investors
15   during this time period from August 2012 through
16   March or April of 2013?
17   A   Yes.
18   Q   So you returned the deposits of newer
19   account holders; is that correct?
20   A   That was almost immediately afterward when I
21   shut it down.
22   Q   And did you return bitcoins to others during
23   that time period?
24   A   Yes.
25   Q   Who?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
109–112

Page 109

1   A  Actually hold on.
2        MR. MOUSTAKIS:  For the record, the
3   witness is referring to Exhibit 3.
4   A  Jcpham.
5   Q  Can you spell that?
6   A  J-c-p-h-a-m; Keefe, K-e-e-f-e; Seanbeaupre.
7   Q  Can you spell that for us?
8   A  S-e-a-n-b-e-a-u-p-r-e; Teek, T-e-e-k.
9   Q  What is it that tells you in Exhibit 3 that
10  you returned bitcoin to these investors?
11  A  I'm just pulling them from memory.
12  Q  Oh.  So Exhibit 3 is simply refreshing your
13  recollection for these purposes?
14  A  Yes.  Ognasty, O-g-n-a-s-t-y; A-r-a-s-h-d;
15  Brendio, B-r-e-n-d-i-o; Btc4domains.
16  Q  Can you spell that?
17  A  B-t-c-4-d-o-m-a-i-n-s; Coin_toss,
18  C-o-i-n-_-t-o-s-s; Fred0, F-r-e-d-0; Gigavps some.  I
19  haven't returned all of his.  Same thing with
20  Imsaguy, I-m-s-a-g-u-y.
21  Q  You returned some but not all of his
22  deposits?
23  A  Correct.  And then there's a bunch that
24  aren't listed on there because the accounts were
25  closed.

Page 110

1   Q  And all the other individuals you named you
2   returned their entire principal amount?
3   A  Their entire balance.
4   Q  Entire balance.
5   A  Yeah.
6   Q  At the time of the shutdown in August
7   2012?
8   A  Yes.
9   Q  Whatever that balance may have been.
10  A  Correct.
11  Q  And for Gigavps and Imsaguy you returned
12  some but not all of their balance?
13  A  Right.
14  Q  How did you make the determination as to
15  which investors to return bitcoin to and which not?
16  A  Accounts that I physically knew there was
17  pay VC -- a couple of the other guys that had these
18  Pirate pass-thrus where their people were coming to
19  me asking for coins and I had no way of knowing if
20  they had coins with me or not.  And so like I said,
21  the brand new accounts, I shut those out and closed
22  them out, paid them back initially.  And then I went
23  through and worked out the people that I had long
24  relationships with and knew that they were good.  I
25  paid them a percentage based on how many coins they

Page 111

1   had with me.
2   Q  So you gave priority to your long time
3   investors in returning funds when you shut down
4   Bitcoin Savings & Trust?
5   A  I gave priority to the new accounts.
6   Q  And then after them to the long time
7   investors?
8   A  Some of them.  Some of them hadn't been
9   super long.  I mean, like Copumpkin and Gigavps were
10  the new -- I mean, they had been with me since the
11  very beginning, and to date I haven't paid Copumpkin
12  back much.
13  Q  Did you pay back Hashking?
14  A  No.
15  Q  Why not?
16  A  He just -- it wasn't part of the payout.  I
17  just didn't have the coins at the time.
18  Q  Did you pay out Goat?
19  A  I paid him a percentage.  But it was -- it
20  was -- at the end people were moving coins around.
21  They were buying debt basically.  And he took a
22  percentage to relinquish some of his debt, something
23  like that.  Something along those lines.  I'd have to
24  go through some of my e-mails to look it up.
25  Q  Do you remember you and I had a conversation

Page 112

1   on the telephone on October 3rd of 2012?
2   A  Yes.
3   Q  And we spoke for about two-and-a-half
4   hours?
5   A  Uh-huh.
6   Q  Yes?
7   A  Yes.
8   Q  And at the time I asked you which investors
9   did you return funds to following the August 2012
10  shutdown of Bitcoin Savings & Trust, and you said you
11  chose to return funds to your friends and long time
12  investors, correct?
13  A  Somewhat in those words, yes.
14  Q  And at that time you didn't mention new
15  account holders.
16  A  It wasn't that important.  I really --
17  during our phone call I had a lot more going on than
18  a phone call from you that I really wasn't ready for
19  and I just started coming up with stuff.  But as this
20  process has gone on, I learned how the events
21  unfolded and what happened, and I have to speak
22  truthfully now.
23  Q  When I asked you about Goat on October 3rd,
24  2012 you told me that you weren't paying him back
25  because he threatened legal action; is that right?

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
113–116

Page 113

1   A   Early on, yes.
2   Q   And is that why you didn't pay him back?
3   A   No.
4   Q   So that wasn't true when you said that on
5   October 3rd?
6   A   No.  He was threatening me, and I felt that
7   if he was going to threaten me about how much was
8   owed, that I would sit and wait and see what happens.
9   But at the time he had more coins held with me than I
10  could pay him back.  So I couldn't pay him back
11  anyway.
12  Q   Did Bitcoin Savings & Trust ever have any
13  employees?
14  A   I wouldn't say employees.  I would say
15  contractors.
16  Q   Who?
17  A   Multiple people that did work for web
18  design, development of, you know, graphic design,
19  different things.  And my two biggest clients were
20  kind of assistants.
21  Q   Your two biggest anonymous borrowers were
22  assistants?
23  A   Yeah, basically.
24  Q   In what way did they assist you?
25  A   Answered private messages, answered

Page 114

1   responses on the forum.  I stuck most of my time on
2   IRC and not on the forums.
3   Q   And who were your outside contractors for
4   web design?
5   A   Zach Nakaska did most of the web
6   development.
7   Q   For the BTCST.com website?
8   A   Yes.
9   Q   Anything else?
10  A   There was a couple of other people that did
11  stuff.  I don't have that information with me.
12  Q   Who?
13  A   I don't know.
14  Q   You can't remember whom you hired or what
15  for?
16  A   No.
17  Q   Was Bitcoin Savings & Trust ever
18  incorporated in any state?
19  A   No.
20  Q   Ever incorporated in any other country?
21  A   No.
22  Q   Was First Pirate Savings & Trust ever
23  incorporated in any other state?
24  A   No.
25  Q   Or any other country?

Page 115

1   A   No.
2   Q   So what was it?
3   A   It was a website.
4   Q   Bitcoin Savings & Trust was?
5   A   Right.
6   Q   So Bitcoin Savings & Trust was in the
7   business of lending bitcoin, correct?
8   A   Lending bitcoin from people to lend bitcoins
9   to very large investors.
10  Q   Right.  So Bitcoin Savings & Trust took in
11  bitcoin from its investors, which it then lent out to
12  others.
13  A   Right.  So they were lenders, and then I
14  lent out coins.
15  Q   Who were lenders?  Your investors?
16  A   They're not investors.  They were lenders.
17  They lent me coins.  I lent them to somebody else.
18  Q   Well, you use the word "investors" yourself
19  on the Bitcoin Forum.  We looked at one of the posts
20  today.  And we've been using the word "investors"
21  today.
22  A   I actually used -- there's multiple times
23  where I said I'd like to think of my -- think of
24  people as lenders.  And that's what they were.  They
25  lent me the coins, and they could have them right

Page 116

1   back.
2   Q   With the expectation of a return.
3   A   Right.
4   Q   And then you in turn under the name of
5   "Bitcoin Savings & Trust" lent the same coins out to
6   generate a return.
7   A   Correct.
8   Q   So you were taking coins from all of Bitcoin
9   Savings & Trust's various lenders or investors,
10  pooling them together for the purposes of lending
11  them out to generate more returns, correct?
12  A   As well as my coins, yes.
13  Q   So you were pooling bitcoins from Bitcoin
14  Savings & Trust's lenders or investors with your own
15  coins and lending all of those coins out for the
16  purpose of generating returns both for yourself and
17  Bitcoin Savings & Trust's lenders?
18  A   Correct.
19  Q   And you promised the individuals who lent
20  you bitcoin returns in bitcoin, correct?
21  A   I wouldn't say I promised them anything.  I
22  told them I would pay them a certain percentage.  But
23  there was no contract.
24  Q   In bitcoin.
25  A   In bitcoin.

ESQUIRE

800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                            117–120

Page 117

1    Q   Right.  What do you mean there was no
2   contract?
3    A   There was no contract between me or anybody
4   else.
5    Q   You told individuals on the Bitcoin Forum
6   and through IRC, lend me your bitcoin, I'll return
7   your bitcoin with a certain percentage return,
8   correct?
9    A   Correct.
10   Q   And the return would be paid in bitcoin,
11   correct?
12   A   Correct.
13   Q   Did you ever pay returns to any of your
14   investors in U.S. dollars?
15   A   No.
16   Q   In any other currency other than bitcoin?
17   A   No.
18   Q   And the business of Bitcoin Savings & Trust
19   was generating returns through lending bitcoin,
20   correct?
21   A   Primarily.  Ninety percent.
22   Q   And what was the other ten percent?
23   A   Buying and selling bitcoins locally.
24   Q   And when you say, "locally," what do you
25   mean by "locally"?

Page 118

1    A   The Dallas area.
2    Q   Ninety percent of the returns -- of the
3   activity I should say -- of big Bitcoin
4   Savings & Trust was lending bitcoin?
5    A   Yes.
6    Q   Not the buying and selling of bitcoin?
7    A   Correct.
8    Q   Now, the Bitcoin Forum thread for Bitcoin
9   Savings & Trust, you created or started on or about
10   November 3rd, 2011, right?
11   A   Yes.
12   Q   But you first solicited bitcoins from others
13   for the purpose -- but you first solicited bitcoins
14   from others for Bitcoin Savings & Trust beginning in
15   February of 2011.  But it wasn't on the bitcoin
16   forum.
17   A   Right.
18   Q   And you continued to solicit bitcoin from
19   others for Bitcoin Savings & Trust both on the
20   Bitcoin Forum and IRC and elsewhere through August of
21   2012?
22   A   Yes.
23   Q   How did you find your early investors before
24   the Bitcoin Forum thread?
25   A   At a vapor -- wait.  My early investors?

Page 119

1    Q   Yeah, your early lenders for Bitcoin
2   Savings & Trust.
3    A   IRC.
4    Q   How did you find them?
5    A   IRC.
6    Q   And were there chat rooms on IRC dedicated
7   to bitcoin?
8    A   Yes.
9    Q   And so in those chat rooms you solicited
10   investments?
11   A   No.  They were just friends that I met up
12   with, and I asked -- I asked -- I either mined the
13   coins or borrowed somebody's mining to mine coins,
14   paying them in either dollars or in bitcoin.  And if
15   they had extra coins sitting around, I would say,
16   hey, can I borrow your coins for a week?  I'll pay
17   you one percent a day.  And that's how that all kind
18   of started.
19   Q   And this was to individuals on the IRC?
20   A   Yeah.
21   Q   And that began in February of 2011?
22   A   Correct.
23   Q   And so you would suggest to individuals that
24   if they lent you their bitcoin, you'd pay them one
25   percent a day?

Page 120

1    A   Correct.
2    Q   You didn't meet the Big One until December
3   of 2011, correct?
4    A   Correct.
5    Q   How were you generating the returns for
6   Bitcoin Savings & Trust prior to December of 2011?
7    A   It was either done through Bitcoinica in the
8   early parts or local transactions and the mining.  I
9   could rent huge amounts of mining power and mine
10   them, return more bitcoins than I'd pay them or pay
11   them in dollars and get bitcoins and the bitcoin
12   price was moving up and work out -- I mean, there's
13   tons of ways to make money.
14       I just came from a different way of
15   thinking of bitcoin and decided let me see if it
16   works.  I just need to have coins.  And that's why I
17   started borrowing them.
18   Q   And what do you mean when you say you did it
19   through Bitcoinica?
20   A   Bitcoinica was a website that worked like
21   Mt.Gox that allowed you to leverage your coins.  So
22   you could use as much as ten to one leverage, and you
23   could trade on the major exchanges.  And in the
24   beginning it was just Mt.Gox.  But you could trade
25   and make money watching the market move.  There were

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
121–124

Page 121

1    trades where you made fifty, $60,000 overnight.
2        Q   You mean bitcoin or dollars?
3        A   Dollars, but they didn't allow you to
4    transfer out dollars.  So you had to purchase
5    bitcoins at a specific price afterward with that
6    money to cash them out.
7        Q   So Bitcoinica operated as a currency
8    exchange, bitcoin for U.S. dollars and back?
9        A   I really wouldn't consider it an exchange.
10   It was really more of a bucket shop.
11       Q   Meaning?
12       A   That they were doing transactions, showing
13   you the total amounts of dollars and coins, but you
14   couldn't get cash out.  You couldn't -- you could
15   only get bitcoins back out, and you could only trade
16   with the coins that were in the system on Mt.Gox.
17       Q   You generated returns?
18       A   Yes.
19       Q   For the early Bitcoin Savings & Trust
20   investors on Bitcoinica.
21       A   Yes.
22       Q   You did it by depositing bitcoin with
23   Bitcoinica; is that right?
24       A   Yes.
25       Q   And then Bitcoinica allowed you to trade

Page 122

1    against the U.S. dollar.
2        A   Yes.
3        Q   There weren't actual dollars involved.  It
4    was synthetic trading?
5        A   Right.
6        Q   You were trading against the price of the
7    U.S. dollar.
8        A   Right.
9        Q   Versus the bitcoin.
10       A   Yes.
11       Q   As determined by the prices on Mt.Gox at the
12   time of your trading.
13       A   Plus their PIPS or add-in over the price of
14   Mt.Gox.
15       Q   Plus whatever little bit Bitcoinica was
16   taking?
17       A   Right.
18       Q   And did Bitcoinica allow you to trade with
19   leverage?
20       A   Yes.
21       Q   How much leverage?
22       A   Ten to one.
23       Q   And so if you had on deposit a hundred
24   bitcoin with Bitcoinica, you could engage in
25   synthetic bitcoin trading up to a thousand bitcoin?

Page 123

1        A   Right.
2        Q   And that would be your exposure on
3    Bitcoinica?
4        A   Right.
5        Q   And that's how you were generating returns
6    in the early days of Bitcoin Savings & Trust before
7    you met the Big One?
8        A   Yes.
9        Q   And you met the Big One in December of 2011?
10       A   Yes.
11       Q   And prior to December of 2011, you generated
12   returns for the Bitcoin Savings & Trust investors by
13   trading, meaning buying and selling, bitcoin locally;
14   is that correct?
15       A   Right.
16       Q   Prior to December of 2011, did you generate
17   any returns for Bitcoin Savings & Trust by lending
18   bitcoin?
19       A   Very little.  It wasn't -- I mean, there was
20   some -- somebody that I knew that I would lend coins,
21   and I would get them back, but it was very little.
22   Less than one percent.
23       Q   Did you generate returns prior to December
24   2011 through Bitcoinica in any way other than this
25   synthetic trading we've discussed?

Page 124

1        A   No.
2        Q   Now, when you and I spoke in October -- on
3    October 3rd, 2011, you told me that Bitcoinica paid
4    you four percent per day on the amount of bitcoin you
5    had deposited with them.
6        A   Correct.
7        Q   Was that true?
8        A   Yeah, at a later date when they dropped
9    their -- their leverage amount down.  It was
10   basically a percentage that they needed coins to be
11   able to trade, and just having them sit there you
12   could make money.
13       Q   And when did that start?
14       A   I'm not for sure of the exact date.  It was
15   towards the end right before the big hack.
16       Q   And when was the big hack?
17       A   I don't know.
18       Q   Was it before or after you began lending
19   bitcoin to the Big One?
20       A   Oh, after.  It was after that.
21       Q   What percentage of the returns you were
22   generating for Bitcoin Savings & Trust's investors
23   prior to December of 2011 was generated through the
24   synthetic trading activities on Bitcoinica?  Roughly.
25       A   Sixty, seventy percent.

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
125–128

Page 125

1    Q   And the remainder?
2    A   Trading locally.
3    Q   Meaning buying and selling?
4    A   Correct.
5    Q   Why did you go to the Bitcoin Forum in
6 November 2011 and create the post for Bitcoin
7 Savings & Trust, create the thread?
8    A   There were certain people that didn't
9 understand IRC, and they would try to get on and try
10 to talk to me about it, and I tried to get them to
11 set up an OTC, GPG encryption so I knew it was them,
12 and they just couldn't figure it out. So when I
13 talked with Theymos on the forum, I asked him would
14 it be okay if I made a post and kind of managed it on
15 the forum, and he said -- I was kind of the first as
16 far as real lending got in and wanted to make sure it
17 was okay with the admin first, and he said, yeah.
18 And so I jumped on, posted the same thing that I
19 posted as the welcome message from the IRC channel
20 and got all kinds of activity.
21    Q   Theymos is T-h-e-y-m-o-s?
22    A   That's correct.
23    Q   And that is the administrator of the Bitcoin
24 Forum?
25    A   Yes.

Page 126

1    Q   Do you have any record of your
2 communications with him about starting the Bitcoin
3 Savings & Trust thread?
4    A   No. That's all IRC.
5    Q   Now, your trading activities, your
6 investment activities, for Bitcoin Savings & Trust
7 changed after you met Big One, correct?
8    A   Very much so.
9    Q   And I think we've discussed this, but once
10 Big One was in the picture, and thereafter with Big
11 One and Number Two, you generated ninety or more
12 percent of your returns for Bitcoin Savings & Trust's
13 investors through lending, not through the buying and
14 selling of bitcoin, correct?
15    A   Correct.
16    Q   And you stopped your activities on
17 Bitcoinica for the most part because you could
18 generate more with lending activities or for some
19 other reason?
20    A   Both. I'd like -- I'd liked to have multi
21 strands in case anything was to happen, but
22 Bitcoinica was having some security problems with
23 their system, and I got spooked and pulled out most
24 of the coins before they were hacked and taken down.
25    Q   Did Bitcoin Savings & Trust have any

Page 127

1 operating expenses?
2    A   Not really. I had a server.
3    Q   In your home?
4    A   No. Those are hosted outside.
5    Q   Where?
6    A   Amazon.
7    Q   Through Amazon.com?
8    A   Yeah, Amazon's cloud network.
9    Q   But you operated Bitcoin Savings & Trust
10 from your home in McKinney.
11    A   Yes.
12    Q   Were there any offices for Bitcoin
13 Savings & Trust?
14    A   No.
15    Q   Did you have any rent expenses for Bitcoin
16 Savings & Trust?
17    A   No.
18    Q   Any equipment other than your home computer?
19    A   No.
20    Q   Did you ever have to hire any professionals
21 for Bitcoin Savings & Trust, other than Zach Nakaska
22 to design your website?
23    A   Not have to hire, no.
24    Q   Did you hire an accountant for Bitcoin
25 Savings & Trust?

Page 128

1    A   Not have to hire, no.
2    Q   Did you ever have an accountant do the books
3 for Bitcoin Savings & Trust?
4    A   No.
5    Q   Did you ever hire a lawyer for Bitcoin
6 Savings & Trust?
7    A   No.
8    Q   Did you ever have a lawyer help you in any
9 way with Bitcoin Savings & Trust's operations?
10    A   Yes.
11    Q   Who?
12    A   I don't have that information.
13    Q   You the don't remember the name of your
14 lawyer?
15    A   Yes.
16    Q   Yes, you don't remember; or, yes, you
17 don't --
18    A   Yes, I don't remember.
19    Q   And when did you engage a lawyer for Bitcoin
20 Savings & Trust?
21    A   When there was -- let's see -- it was the
22 week before July 4th.
23    Q   Of?
24    A   2012.
25    Q   But never prior?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
129–132

Page 129

1    A  No.
2    Q  Did you ever solicit U.S. dollars from
3  anyone for Bitcoin Savings & Trust?
4    A  No.
5    Q  Did you ever solicit currency other than
6  bitcoin from anyone for Bitcoin Savings & Trust?
7    A  No.
8    Q  How much did you promise individuals from
9  whom you solicited bitcoin for Bitcoin
10  Savings & Trust in returns on their bitcoin?
11    A  It varied depending on how much -- how many
12  coins they had.
13    Q  Explain.
14    A  I don't have that information in front of
15  me.
16    Q  Well, earlier you mentioned one percent a
17  day.
18    A  Yeah.
19    Q  At first.
20    A  It was three percent every three days.  That
21  was the very beginning.  And then I don't want to
22  misspeak and say the wrong number.  There was
23  multiple tiers, and then it went to simple amounts,
24  and then it went to a flat amount across the board.
25  Again, that's -- the very first post on the thread

Page 130

1  was constantly changing.
2    Q  But your initial post on the Bitcoin
3  Forum -- well, withdrawn.  Prior to the November 2011
4  Bitcoin Forum post for Bitcoin Savings & Trust, I
5  believe you said you were paying individuals one
6  percent a day when you met through IRC.
7    A  Correct.  Paid out every three days.
8    Q  Paid out every three days?
9    A  Correct.
10    Q  And with the first post on the Bitcoin Forum
11  on November 3, 2011, what did you promise investors?
12    A  I don't remember that.
13    Q  I would direct your attention to Exhibit
14  Number 2.  Why don't you take a look at Page
15  Number 4.  Does that refresh your recollection as to
16  what you promised Bitcoin Savings & Trust investors
17  when you created the November 3, 2011 post on the
18  Bitcoin Forum?
19    A  One percent per day.
20    Q  To be paid every three days?
21    A  Yes.
22    Q  And did there come a time when you changed
23  the amount of interest you were promising Bitcoin
24  Savings & Trust's investors?
25    A  Yes.

Page 131

1    Q  And when was that?  Was it with the
2  launching of the new website in April of 2012 or
3  prior?
4    A  I don't -- I'll have to go through all this
5  information.
6    Q  At some point in time did it change from one
7  percent a day every three days to one percent per day
8  weekly?
9    A  Yes.  Yes.  There were different rates for
10  different people.  There were people that were a pain
11  in the butt to work with.  So I dropped their rate.
12  There was people that were fantastic to work with,
13  and I made little adjustments to their rate to give
14  them more.  But, yes, it moved to weekly because I
15  was tired of having to do it every three days.
16    Q  Now, directing your attention to Exhibit 3.
17    A  Uh-huh.
18    Q  If you go to the first page, in the bottom
19  left-hand corner it seems to say -- it does say
20  "Ovidiusoft."  That's the Bitcoin Savings & Trust
21  account holder, right?
22    A  Correct.
23    Q  And here the payments appear to be weekly;
24  is that right?
25    A  Correct.

Page 132

1    Q  So is it fair to say that by April 9th of
2  2012 when this account information begins that you
3  had moved to weekly payments to your account holders?
4    A  Yes.
5    Q  And then there came a time when you reduced
6  interest rates, as we discussed earlier, to 3.9
7  percent weekly for savings account holders, correct?
8    A  Yes.
9    Q  And five percent or more weekly for trust
10  account holders, correct?
11    A  Yes.
12    Q  And that was in August of 2012, correct?
13  August 1 of 2012.
14    A  Yes.
15    Q  Yes?
16    A  Yes.
17    Q  Directing your attention to Exhibit 2, pages
18  206 to 207.
19    A  Okay.
20    Q  There's a post that begins at the bottom of
21  206 and continues to the top of 207 that we reviewed
22  earlier today concerning the change of interest rates
23  for Bitcoin Savings & Trust.  Do you see that?
24    A  Yes.
25    Q  Does that refresh your recollection as to



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
133–136

Page 133

1  when you reduced interest rates for savings account
2  holders to 3.9 percent?
3      A  Yes.
4      Q  And when was that?
5      A  8/1/2012.
6      Q  Why did you lower the returns promised to
7  Bitcoin Savings & Trust investors on August 1st,
8  2012?
9      A  That rate change never happened.  So I
10  originally changed it because I couldn't make as much
11  money --
12      Q  Did it happen or didn't it happen?
13      A  The 3.9 percent for savings accounts?
14      Q  That never happened?
15      A  That was a starting-at number.
16      Q  Okay.
17      A  And most people -- that's when everybody
18  went through the Pirate pass-thru, and that all took
19  off.  So it changed for people that had like a
20  hundred coins.  But everybody else got seven percent.
21  So -- I'm sorry.  What did you ask?
22      Q  You were about to say the initial change
23  from one percent every three days to seven percent
24  weekly occurred because why?
25      A  No.  No.  You asked about --

Page 134

1      Q  I asked why the rates went down to 3.9
2  percent.
3      A  And it was originally because I wanted to
4  get rid of the small accounts, and that's -- the 3.9
5  was -- ultimately ended up being anybody under a
6  hundred coins at 3.9 percent.  So it forced them to
7  move into one of the big Pirate pass-thrus so I
8  didn't have to deal with the small accounts.
9      Q  Do you still control the BTCST.com domain?
10      A  Yes.
11      Q  Do you still control the BTClending.com
12  domain?
13      A  Actually as of recently, I think I gave that
14  one up.
15      Q  So from April of 2012 to today, was there
16  any content on the BTCST.com website that could be
17  viewed by the public?
18      A  No.
19      Q  So the website required a user name and
20  password?
21      A  Correct.
22      Q  And you provided a user name and password
23  for each of Bitcoin Savings & Trust's investors?
24      A  Correct.
25      Q  And what information was available to

Page 135

1  Bitcoin Savings & Trust's investors on the website?
2      A  Their balance, transactions -- it wasn't a
3  lot.  There was just settings for logging in and
4  security settings, that kind of stuff.
5      Q  But they could see their account balance?
6      A  Uh-huh.
7      Q  And their account transaction history?
8      A  Correct.
9      Q  And that's what you've produced to the
10  Commission that's now marked as the Exhibit Number 3,
11  the accounts transaction spreadsheet?
12      A  No.  This is the raw server output.  A lot
13  of these transactions weren't part of their balance.
14      Q  We'll return to that later.  What do you
15  mean when you say the "raw server output"?
16      A  That was just an export of every transaction
17  that was linked to an account.  And when bitcoins
18  were moved into my wallets, they were moved in using
19  accounts, my back-end system to determine the
20  transactions that were coming in to that address,
21  which is what this was tracking.  But only the ones
22  that were marked as -- I don't know why it didn't
23  mark -- oh, that was in that other database.  So
24  there was transactions in here that were deposits.
25  They were coming from my clients.  They were coming

Page 136

1  spread out through a mixer into the different
2  accounts, and what this shows is a lot of these
3  transactions that happened.  Yeah, like
4  Ineedausername, he's been here for a long time and
5  tons of transactions that were marked in the system
6  on a different database, and that information -- that
7  should have been attached with this actually.
8      Q  You produced --
9      A  Is this Excel or a .csv file?  Do you
10  remember?
11      Q  You produced it to us, Mr. Shavers.  It's an
12  .xls file.  So it's your testimony that if I were a
13  Bitcoin Savings & Trust investor --
14      A  Yes.
15      Q  -- and I logged in to BTCST.com and looked
16  at my transaction history, what I would be looking at
17  is something different than what you produced the
18  Commission in response to our subpoena to you?
19      A  It really depends on whose account you are.
20      Q  Why?
21      A  Well, I'm not going to do transactions for
22  somebody that has a hundred coins.  It doesn't
23  look -- it doesn't look legit.  They're going to look
24  at their blockchain address and see a bunch of
25  transactions that they never did that are much larger



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
137–140

Page 137

1 than what their account has.
2         When you talk about Ineedausername who
3 is moving coins constantly, it's very easy to hide
4 transactions that were happening. Teek and --
5     Q  Are you saying that --
6     A  You only have --
7     Q  -- information in Exhibit Number 3 is not
8 the account histories for the dates shown for the
9 investors shown?
10     A  No.  Yes.  I'm saying they're not.
11     Q  Let's go off the record.
12         (Off the record at 12:46 p.m.)
13         (Short recess.)
14         (Back on the record at 12:47 p.m.)
15     Q  Back on the record, Mr. Shavers.  What
16 information was available to Bitcoin Savings & Trust
17 investors when they logged on to BTCST.com?
18     A  Their balance and their transaction list.
19     Q  Would they see their record of deposits?
20     A  Yes, up to a certain point.
21     Q  What do you mean, "up to a certain point"?
22     A  I didn't import the transactions that
23 happened prior to when it all started, when the
24 website started.
25     Q  You mean imported to the website?

Page 138

1     A  Correct.
2     Q  The same place where you got what's now been
3 marked as Exhibit 3?
4     A  This is the raw export from the database,
5 not from the website.
6     Q  So it's simply coincidental that it happens
7 to correspond with the date that you started the
8 website, that that's the date that the data in
9 Exhibit 3 begins?
10     A  For which user?  Somebody that I started or
11 created that day that it was released?
12     Q  I'll invite you to look through the entirety
13 of Exhibit 3 if you'd like, but the data for the
14 investors consistently begins in April of 2012 when
15 you started the Bitcoin Savings & Trust website,
16 BTCST.com.
17     A  Right.  But BTC Lending -- it doesn't
18 include the information from BTC Lending --
19     Q  Which pre-dated April of 2012, correct?
20     A  Correct.
21     Q  So this data that is now Exhibit 3, this
22 spreadsheet, was pulled off of the BTCST.com website,
23 correct?
24     A  No.  It was pulled from a database.
25     Q  That supports the website?

Page 139

1     A  Correct.  The website is the system that
2 looks at the database and pulls what needs to be
3 shown for each user.
4     Q  All right.  And so for Bitcoin
5 Savings & Trust activity post-dating April 2012, an
6 investor logging on to BTCST.com could see their
7 deposits?
8     A  Yes.
9     Q  They could see their interest accruals?
10     A  Yes.
11     Q  They could see the payments made to them if
12 they took a payment instead of an interest accrual,
13 correct?
14     A  No.  The payments showed up regardless.
15 There was no interest accrual.  It was just shown as
16 a payment.  It didn't show if it was reinvested or
17 not.
18     Q  If I were a Bitcoin Savings & Trust investor
19 who in August of 2012 logged on to BTCST.com, I could
20 see my deposits, correct?
21     A  Correct.
22     Q  I could see payments?
23     A  Correct.
24     Q  And interest accruals where there wasn't an
25 actual payment made back to me would also be

Page 140

1 represented as a payment on the website?
2     A  Correct.
3     Q  Just the balance would reflect that it was
4 an accrual, not an actual payment, right?
5     A  Correct.
6     Q  Just like it's represented in Exhibit 3?
7     A  No.
8     Q  What do you mean "no"?
9     A  This is raw data.
10     Q  I know.  But in terms of payments and
11 accruals.
12     A  Right.  You're saying that it's like this.
13 It's not like this at all.
14     Q  Did any of your investors have access to
15 your raw database, your raw data, this raw data that
16 you say Exhibit 3 is?
17     A  No.
18     Q  So if the Commission received this exact
19 data from an investor, where would the investor have
20 gotten that from?
21     A  The list that I gave you.
22     Q  What do you mean the list that you gave
23 me?
24     A  This actual accounting that I gave you.  If
25 it's an exact copy, it's an exact coy of what I gave



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
141–144

Page 141

1  you.
2  Q  Exhibit Number 3 you say is raw data?
3  A  Correct.
4  Q  That supported the BTCST.com website?
5  A  Correct.
6  Q  It did not appear in this form for investors
7  who logged into their BTCST.com account, correct?
8  A  Correct.
9  Q  But the BTCST.com website would show the
10  Bitcoin Savings & Trust investors a history of their
11  payments?
12  A  Yes.
13  Q  From Bitcoin Savings & Trust?
14  A  Yes.
15  Q  Whether those payments were an interest
16  accrual or an actual payment?
17  A  Yes.
18  Q  It would show their history of deposits?
19  A  Yes.
20  Q  And it would show their balances?
21  A  Correct.
22  Q  For the period beginning in early April
23  2012 --
24  A  Right.
25  Q  -- through August of 2012 when Bitcoin

Page 142

1  Savings & Trust shut down, correct?
2  A  Correct.
3  Q  And if I were to say to you that the
4  Commission received from an investor an account
5  history that appears identical to what you produced
6  and is now contained in Exhibit Number 3, you would
7  have no explanation for where that investor got
8  that?
9  A  Oh, depending on what investor it is, I
10  could have not used his account for anything.
11  Q  I don't follow.
12  A  If you say Goat gave you a list of
13  everything that went on, okay?
14  Q  Uh-huh.
15  A  Depending upon his account, what he had in
16  his account, it would depend on if I got -- I used
17  his account for coins coming in, okay?  So his
18  picture of the website, his exact numbers, could
19  match up perfectly with this.  That means he has raw
20  data.  I mean, there's no transactions that I have in
21  there.
22       But if you get somebody like Paybc
23  or -- Ineedausername did a bunch of them early on --
24  and then there's a bunch of accounts that aren't
25  listed in here.  Then you have them print out what

Page 143

1  they have on their page and see this page, you'll see
2  the discrepancy that I'm talking about.
3  Q  Are you saying that at times there were
4  transactions that you engaged in that were associated
5  with a Bitcoin Savings & Trust account holder's
6  account that would not be shown in the account
7  history they could see when they logged on to the
8  BTCST.com website?  Is that right?
9  A  Correct.
10  Q  But the results of those transactions
11  presumably would be -- meaning if the transactions
12  you engaged in that were not viewable by the Bitcoin
13  Savings & Trust investors -- a Bitcoin
14  Savings & Trust investor when they logged on to their
15  account, if those transactions changed, say, their
16  balance, they would see that when they logged on,
17  right?
18  A  No.
19  Q  So you were publishing to investors
20  inaccurate information concerning their account
21  balances?
22  A  This tracked the -- this monitored addresses
23  on the blockchain.
24  Q  Because each investor had a dedicated
25  deposit address, correct?

Page 144

1  A  Right.  Or they changed it every once in a
2  while.
3  Q  But when an investor signed up, it gave them
4  a dedicated deposit address?
5  A  Right.
6  Q  And a dedicated withdrawal address, right?
7  A  Sometimes.  But -- so when a deposit was
8  taken, this detected it.  But if it was one I was
9  looking for, it logged it under that name but marked
10  it as not visible, and it doesn't affect the balance.
11  It doesn't do anything.  When they're looking at the
12  website, they're looking at a view, an HTML view,
13  that I have it build based on them logged in versus
14  when I'm logged in.  And when I'm logged in, I get
15  all the raw data, and I can see all the transactions
16  that happened, if something messed up.
17       There was a couple of times where I had
18  to do accounting fixes because the amount sent to me
19  was off by a little bit -- Satoshis.
20  Q  Meaning a subpart of a bitcoin?
21  A  Yeah.  And I had to make little accounting
22  fixes.  But for the most part, that's how it worked.
23  Transactions for, you know, a thousand dollars, a
24  thousand and one dollars, a thousand and two dollars.
25  I mean bitcoins.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
145–148

Page 145

1   Q  So you had the BTCST.com website programmed
2   to follow the addresses of the Bitcoin
3   Savings & Trust account holders on the blockchain?
4   A  Yes.
5   Q  And it would pull the data concerning those
6   addresses from the blockchain periodically?
7   A  Instantly.
8   Q  Instantly.
9   A  Yeah.
10   Q  And so you would have raw data showing all
11   the transactions in and out of the addresses from the
12   blockchain for your Bitcoin Savings & Trust account
13   holders?
14   A  Yes.
15   Q  But the Bitcoin Savings & Trust account
16   holders, when they logged on to BTCST.com, would only
17   see those transactions relevant to Bitcoin
18   Savings & Trust?
19   A  Relevant to them.  Just them.
20   Q  To them --
21   A  Their accounts.
22   Q  -- and their Bitcoin Savings & Trust
23   accounts.
24   A  Right.
25   Q  And so if your website picked up activity

Page 146

1   for an investor's address off of the blockchain that
2   had something to do with something other than Bitcoin
3   Savings & Trust, it was filtered out and wouldn't be
4   reflected in what the investor saw when they logged
5   in to the BTCST.com website.
6   A  If my system knew of a transaction coming
7   in, knew the amount at a specific address, the odds
8   that that person sends the exact same amount on that
9   exact same day is very slim.
10       So when it's looking for a transaction,
11   it knows that it's not part of an investor adding
12   their funds, that it's part of me receiving back
13   coins and marks it in the database as this is a core
14   transaction instead of a user transaction.
15   Q  "User" meaning investor, the Bitcoin
16   Savings & Trust investor?
17   A  Correct.
18   Q  But when Bitcoin Savings & Trust investors
19   logged onto their accounts on BTCST.com, they could
20   see their account histories?
21   A  Yes.
22   Q  And you're saying that what is now marked as
23   Exhibit 3 is the account histories plus some data --
24   A  Yes.
25   Q  -- for each of the investors identified on

Page 147

1   the lower left-hand corner of the pages of the
2   exhibit?
3   A  Yes.
4   Q  And there are some investors for whom there
5   was no additional activity.
6   A  Correct.  And there's some that aren't in
7   this.
8   Q  So what they would see when they logged on
9   would be identical to what you've produced to the
10   Commission here?
11   A  Yes.  There would be some.
12   Q  Same columns, same numbers, same content,
13   right?
14   A  Yeah.  I'm pretty sure the list that I have
15   that I sent you has hidden columns in it that has the
16   marking of which transactions are right because this
17   is the raw output, and it should have -- it should
18   have the -- it was listed right here.  So I would
19   check that -- when I get back home, I'm going to
20   check it.
21   Q  So we have the data here, Mr. Shavers.
22   There are no hidden columns.
23   A  I must have taken them out.
24   Q  So you took out information relevant to
25   Bitcoin Savings & Trust before producing this

Page 148

1   spreadsheet to the Commission?
2   A  It would have to be that way because that's
3   just one -- one export --
4   Q  And what column is missing?
5   A  The source.
6   Q  Source of what?
7   A  Just it was source, and it would mark them
8   one or zero, meaning one is a core, and -- no.  Zero
9   is a core, and one is a user.
10   Q  Are you sure you didn't filter it so that it
11   just showed us the account histories for the
12   investors?
13   A  If I was going to filter this data, I would
14   have filtered out a lot more.  I just don't think --
15   there was no reason for filtering it.
16   Q  What do you mean by that?
17   A  I would have filtered out all the crazy
18   times.  You could have done so many things to filter
19   it, but I just must have missed pulling it out or
20   deleted that column somehow thinking it wasn't
21   relevant.  See, accounting fix...
22   Q  So looking at Exhibit Number 3 today, can
23   you, if we went through it, show us what information
24   the investors could see and what they couldn't see?
25   A  For some of them.  I remember setting

**ESQUIRE**
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
149–152

Page 149

1  specific amounts for the incoming transactions.  But
2  not for all of it.  And, again --
3      Q  All right.  Let's start on Page 1.
4      A  This isn't all of it.
5      Q  Can you go through the pages -- all of what?
6  It's not all of what?
7      A  This isn't all the accounts.  This is just
8  the accounts that hadn't been closed when I gave it
9  to you.
10      Q  Correct.  And where is the data for all the
11  accounts that had been closed when you produced this
12  to us?
13      A  Gone.  Deleted.
14      Q  So beginning at Page 1, I ask you to go
15  through Exhibit 3 until you hit upon an instance of
16  information that's included in Exhibit 3 that an
17  investor logging into their account on BTCST.com
18  could not see.
19      A  The first one is Payb.tc.
20      Q  Okay.  Hang on.  Just for the record --
21      A  Number 4.
22      Q  One, two, three -- Page 4, the first page of
23  Payb.tc.  What on this page could Payb.tc not see
24  when logging in?
25      A  I really -- I don't want to misspeak and say

Page 150

1  one that I don't know for sure.
2      Q  Let's start from Page 1 of the exhibit.  The
3  first page of the exhibit in the lower left-hand
4  corner says "Ovidiusoft," correct?
5      A  Correct.
6      Q  And if Ovidiusoft logged into his BTCST.com
7  account on or about August 13th, 2012 --
8      A  Yes.
9      Q  -- would he see all the information on this
10  page?
11      A  Definitely.
12      Q  And is this information a true and accurate
13  reflection of Ovidiusoft's transaction history from
14  April 9th, 2012 through August 13, 2012?
15      A  Definitely.
16      Q  The next page -- the next two pages in the
17  lower left-hand corner it says, "Patrick Harnett."
18  That's the Bitcoin Savings & Trust account holder,
19  correct?
20      A  Yes.
21      Q  And this shows a true and correct account
22  history for Patrick Harnett from April 9th, 2012
23  through August 15th, 2012, correct?
24      A  Correct.
25      Q  And if Patrick Harnett logged into BTCST.com

Page 151

1  on August 15th, 2012, this is what he would have
2  seen?
3      A  This is one of the questionable ones.
4      Q  What on these two pages raises a question
5  for you?
6      A  The thousands right before the payment went
7  out.
8      Q  Be more specific.
9      A  On 6/26/2012, those two transactions that
10  happened at 5:07 and 5:09 for a thousand each right
11  before a payment was issued, it looked like incoming
12  transactions from me.
13      Q  What do you mean incoming transactions for
14  you?
15      A  The incoming transactions to the -- those
16  are core transactions instead of user transactions.
17      Q  What do you mean by "core transactions"?
18      A  Transactions that were sent from me through
19  a mixer to a specific address and tracked.
20      Q  And why would an unrelated transaction be
21  attributed to a specific investor in this case these
22  two transactions on June 26, 2012 for a thousand
23  bitcoin each to Patrick Harnett?
24      A  I don't understand the question.
25      Q  Why would a transaction, which you're

Page 152

1  calling a "core transaction," be attributed to
2  Mr. Harnett, to Patrick Harnett?
3      A  To hide the identity of where the coins were
4  coming from, which specific address they're going to.
5  If I was getting all my coins back from my lenders
6  back to one address or multiple addresses, you could
7  track all those transactions to one address, and
8  that's not how it worked.
9      Q  So you used your investors' addresses to
10  cloak your investing activity?
11      A  I used my investors' addresses -- they're my
12  addresses -- to move the coins within -- between
13  wallets.
14      Q  What do you mean they're your addresses?
15      A  I have the private key to them.  They're my
16  addresses.
17      Q  I see.  But they're dedicated deposit
18  addresses for each investor, but they're addresses
19  you control because they're deposit addresses.
20      A  Correct.
21      Q  So why Patrick Harnett's account?
22      A  Just because he had large balances.  It's
23  easier to hide.
24      Q  And why is his account credited with those
25  2000 bitcoin?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
153–156

Page 153

1    A  What do you mean?
2    Q  Well, he's got 6500 bitcoin on June 25th,
3  2012.  On June 26th, 2012 at 5:07, 1000 bitcoin comes
4  in as a deposit and now his balance is 7500 bitcoin.
5  On June 26th, 2012 at 5:09, 1000 bitcoin comes in as
6  a deposit, and his balance is not 8500.
7    A  Right.
8    Q  So you're crediting his account with these
9  deposits, and the account balance grows from there.
10  There's never any adjustment to say these weren't
11  Patrick Harnett's 2000 bitcoin.  They were part of my
12  core transactions.
13    A  I don't know how to explain it any
14  differently to you, Philip.  This is raw data.  This
15  is an export from a database from all the
16  transactions that happened within a deal.
17      Everything that the investor saw on the
18  website, the lender saw on their website, saw a view
19  that could calculate everything that is assigned to
20  them.
21    Q  So if Patrick Harnett logged in on or about
22  April 15th, 2012 to look at his account balance, it
23  would not have said 29140 bitcoin; is that correct?
24    A  Yeah.  I highly doubt it.  I bet it will
25  be --

Page 154

1    Q  It would be 27140, correct?
2    A  I really think there's other transactions in
3  here.  And this is his second account.  So...
4    Q  Why is it showing interest payments on the
5  amounts of bitcoin that are not his?
6    A  Because when I did a raw dump from the --
7  doing the command to have everything calculated --
8  otherwise it would just show a bunch of
9  transactions -- there would be no balance --
10    Q  You still control the BTCST.com domain name,
11  right?
12    A  Yes.
13    Q  You can produce to us the account balances
14  that the investors saw.
15    A  No.  See, the website, the domain, you
16  can --
17    Q  Why not?
18    A  I can move the domain anywhere I want.  The
19  server that had all the documents is long gone.  That
20  had the database on it.
21    Q  The top of the first page for Patrick
22  Harnett's account says, "Vegas Bonus Credit Deposit
23  40."  What was that?
24    A  That was people that I met up in Vegas --
25  no, no, no.  This was during -- during the times I

Page 155

1  was in Vegas I didn't have access to a computer to be
2  able to connect.  Vegas's network was horrible.  So I
3  told anybody that made deposits that I couldn't
4  verify on the server that I would pay them additional
5  percentage for those coins that they added.  So he --
6  I guess he added the 4000 from Zefir, which I should
7  have caught.  He's kind of tricky.  But added the
8  4100, and I gave him 40 coins for that deposit.
9      But now looking at this, he was being
10  sneaky and figured out how to make the system think
11  that he added it, and it really didn't.  He just
12  moved them from another account.
13    Q  The comment "transfer from account Zefir,"
14  which is on the second line of the same page, what
15  does that indicate?
16    A  It's a transfer -- he -- Zefir either sold
17  to him or wanted to transfer 4100 coins to him, and
18  he sent him the authorization.  Patrick approved it,
19  and the 4100 coins got moved.
20    Q  And the comment's yours though.  You
21  controlled this data, right?
22    A  For most transfers, unless I edited them,
23  the website does it whenever a transfer happens.  So
24  you send a transfer to somebody else, it's just a
25  comments area that it writes just so I can look back

Page 156

1  at it now and say what was that 4100 for?  Because it
2  didn't show up on the blockchain.
3    Q  So there was no bitcoin movement.  Only a
4  book entry movement?
5    A  Correct.
6    Q  So returning to two 1000 bitcoin deposits on
7  June 26, 2012 in the middle of the page, neither of
8  those came from Patrick Harnett's deposit address?
9    A  They just look suspicious.  Again, I don't
10  want to say exactly that those are them.  But those
11  two transactions, even amounts, right before a --
12  within minutes of each other right before a payment
13  seems not right.
14    Q  But if they're not Patrick Harnett's
15  deposits --
16    A  They're my deposits.
17    Q  They're not coming from Patrick Harnett's
18  deposit address.
19    A  They would be.  They would show up on his
20  address on the blockchain, a thousand and a thousand,
21  but they wouldn't be tracked -- when he looked at the
22  website, it wouldn't show the thousand/thousand on
23  his page.  This is just what I see for everything
24  that happened with that account.
25    Q  But looking at it today, you can't tell



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
157–160

Page 157

1  what's yours and what's Patrick Harnett's?
2    A  No.
3    Q  How could you tell then?
4    A  Because it's set up in my system to be able
5  to do that.
6    Q  And what is it in your system that allowed
7  you to do that?
8    A  The administrative console that I had was
9  able to -- when I had a transaction coming through
10  the mixer, I set the amount.  And then when I ran it
11  through the mixer, it would give me the exact amounts
12  of each one of them, but it would take time for the
13  process to go through.  So I would export the data,
14  import the data to all those addresses, and when that
15  transaction hit, sometimes it was off a little bit
16  because of a fee or something; but for the most part,
17  when this transaction hit, I knew exactly what it was
18  for.
19        When a transaction happens within five
20  minutes -- a bunch of them hit at once, you kind of
21  get an idea of what...  It would have to be the exact
22  same amount.
23    Q  So if you were using the Bitcoin
24  Savings & Trust investor deposit address for a
25  transaction -- what you call a core transaction --

Page 158

1  other than that investor's deposit, wouldn't it be
2  prudent to make it in a more unique amount than a
3  round number like a thousand so you can trace it?
4    A  Oh, if I know the amount that's coming into
5  that address -- like I said, the odds that they're
6  going to send the exact same amount would be pretty
7  high.
8    Q  Where did you keep track of what was
9  actually yours and what was actually your investor's?
10    A  My accounts?
11    Q  Where did you keep track of the accurate
12  account information of your investors?
13    A  With the wallets.
14    Q  With what wallets?
15    A  I had an operating wallet, my personal
16  wallet, multiple wallets for the transaction coming
17  in and out of what I was managing.  They were
18  constantly being deleted and renewed or keys moving
19  from point to point.
20    Q  When you say, "operating wallet," you mean
21  your Bitcoin Savings & Trust operating wallet?
22    A  Yes.
23    Q  And how did your wallet keep track of what
24  belonged to investors and what belonged to you?
25    A  Because the website told me with the raw

Page 159

1  data.
2    Q  I'm sorry.  You just told me that the
3  website didn't tell you.  Which is it?
4    A  I didn't tell you what?
5    Q  We're looking at a download of the data that
6  supported your website in Exhibit Number 3,
7  correct?
8    A  Correct.
9    Q  And you're looking at this data, and you
10  cannot tell me in Patrick Harnett's records what
11  belongs to Patrick Harnett and what does not.
12    A  Not from this information, no.
13    Q  So how could you figure out what belongs to
14  Patrick Harnett and what does not?
15    A  I had a website that could tell me that.
16    Q  This is the data from the website.
17    A  That is raw data.  That's no views, no HTML,
18  no nothing.  That is just raw data for each account.
19  When you called and asked for or subpoenaed me for
20  this information, I asked you what kind of
21  format you wanted it in, and I just dumped a bunch of
22  the data from a database into a somewhat easy-to-read
23  format and sent it to you.
24    Q  And why can't you go to the website and send
25  me correct account information?

Page 160

1    A  Because it was run on a server, and that
2  server has been gone for many, many months.
3    Q  When did that server go missing?
4    A  It's a cloud server.  So it's not really a
5  physical server.  But around -- I didn't renew it for
6  the end of the year.  So it was around Christmas
7  time.
8    Q  Of 2012?
9    A  Yes.
10    Q  And who hosted the cloud server?
11    A  Amazon.
12    Q  So we could subpoena Amazon and get the
13  correct records; is that right?
14    A  No.
15    Q  Why not?
16    A  Because their entire website is encrypted to
17  keep people from hacking it.  So when it was up, when
18  the website was up, all you'd get is a huge encrypted
19  hash of data with no front end, no keys left, no way
20  to get access to it.
21    Q  You can't get access to it?
22    A  No way.
23    Q  So you had Bitcoin Savings & Trust investor
24  account information in your possession after you
25  received our subpoena?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
161–164

Page 161

1   A  Yes.
2   Q  That you then allowed to be destroyed?
3   A  I wasn't asked to hold on to it.
4   Q  You did read the subpoena?
5   A  No.  I didn't.  You're the one that told me
6  on the phone what I needed to send you.  I didn't
7  read it.
8   Q  Okay.  Why would you need to use investor
9  deposit addresses for cloaking your core
10  transactions, as you called them, when you can create
11  unlimited bitcoin addresses?
12   A  One, the more addresses you create, the
13  larger your wallet.dat file is.  And that was my
14  operating wallet.  So I didn't want it cluttered with
15  a ton of addresses that were used for nothing except
16  for one transaction.
17       So when I -- it actually wasn't my
18  idea.  It was my programmer's idea to do it, but if I
19  could reuse the accounts and just have the system
20  smart enough to know which transactions are which,
21  I'd do it.  And that's why I did it.  It worked out
22  fantastic actually.
23   Q  Do you remember we spoke after the court
24  hearing on August 5th in Sherman?
25   A  Yes.

Page 162

1   Q  And we discussed your wallets?
2   A  Yes.
3   Q  And the wallets you used for Bitcoin
4  Savings & Trust?
5   A  Yes.
6   Q  And you said you had one main operating
7  wallet that you used for getting bitcoin from
8  investors and sending it out to investors?
9   A  Yes.
10   Q  And you said you had a second wallet that
11  you used for Bitcoin Savings & Trust lending
12  activities.
13   A  Right.
14   Q  Today they're the same wallet.
15   A  What?
16   Q  Can you explain?
17   A  They're not the same wallet at all.  When
18  coins come through a mixer -- as I send coins out,
19  they go through a mixer into a wallet that I can
20  control and easily send right to somebody from an
21  address that I want them to come from.  So I send
22  them to somebody.  They're then sent me back to me
23  through a mixer into a wallet that I then send the
24  transactions through a mixer into my users' accounts.
25  They're mixed multiple times both ways and through

Page 163

1  multiple wallets sometimes.  And it was to keep
2  people from knowing exactly which large -- I held
3  most of the large account -- large bitcoin address --
4  addresses on the internet.  If you look up largest
5  bitcoin addresses, that's how I was going to kind of
6  look through some of the information if you want it,
7  but I held most of them because they figured out a
8  way to look through the blockchain to find out who
9  has the most bitcoins.  Well, for me, I needed a way
10  to hide that.  So that's why I used mixing with
11  multiple wallets and multiple addresses.
12   Q  You had a main operating wallet for Bitcoin
13  Savings & Trust?
14   A  The operating wallet, yeah.
15   Q  And what was the operating wallet used for?
16   A  For sending trans -- or sending out
17  payments.
18   Q  To?
19   A  Receiving deposits.
20   Q  Sending out payments to whom?
21   A  To my lenders.
22   Q  And receiving payments from whom?
23   A  My lenders.
24   Q  Any other purpose?
25   A  Mining.  Some transactions that I did

Page 164

1  myself.
2   Q  Did you use it for any of Bitcoin
3  Savings & Trust's lending activities, its investment
4  activities?
5   A  Maybe a few, but those went through the
6  mixer and hit a different wallet.
7   Q  Was it your custom and practice to use this
8  operating wallet for Bitcoin Savings & Trust's
9  investment activities for its lending activities?
10   A  Yes.
11   Q  Yes?  Or maybe a few?  Or not at all?  Which
12  is it?
13   A  I don't know what you're asking.  Is it used
14  for lending activities?
15   Q  You're shaking your head.  Do you not know
16  what I mean when I refer to "lending activities"?
17   A  Well your idea of lending activities is very
18  different than mine.
19   Q  What's yours?
20   A  My lending activity from the people I lend
21  coins from -- my lenders versus my clients that I
22  lend coins to.
23   Q  Why don't we choose terms that will keep it
24  clear for you.  You have people who you call your
25  lenders --



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
165–168

Page 165

1    A  Uh-huh.
2    Q  -- who are lending Bitcoin Savings & Trust
3  bitcoins with the expectation of a return on those
4  bitcoins, correct?
5    A  Correct.
6    Q  Okay.  And then you have individuals -- two
7  anonymous individuals -- to whom Bitcoin
8  Savings & Trust lends bitcoin, correct?
9    A  Yes.
10    Q  Okay.  So on the one hand we have your
11  investors, and on the other hand we have Bitcoin
12  Savings & Trust investment activities.
13    A  Okay.
14    Q  What did you use Bitcoin Savings & Trust's
15  operating wallet for?
16    A  Mining, day-to-day activities and moving
17  coins from my investors to my investors.  Withdrawals
18  and deposits.
19    Q  Okay.
20    A  Payments.
21    Q  You used the operating wallet for receiving
22  deposits and paying withdrawals to Bitcoin
23  Savings & Trust investors.
24    A  Correct.
25    Q  You also used the operating wallet for

Page 166

1  receiving the bitcoins you were rewarded for mining
2  activity.
3    A  Correct.
4    Q  Anything else?
5    A  No.
6    Q  So you used a separate wallet for Bitcoin
7  Savings & Trust's investment activities?
8    A  Yes.
9    Q  Okay.  Mr. Shavers, I'm going to hand you a
10  document that's a printout of a spreadsheet you
11  produced to the Commission in response to the
12  subpoena in the underlying investigation called
13  Bitcoin Transactions.xls.  It's Bates stamped
14  SEC-Shavers-E0000001, and it's marked Page 1 of 174
15  through 174 of 174.  We're going to mark it as
16  Exhibit Number 5.
17         (Exhibit 5 marked.)
18    Q  Do you recognize this document?
19    A  Yes.
20    Q  What do you recognize it to be?
21    A  This is, again, the raw output of every
22  transaction for the addresses that I had the private
23  keys to during the time I was subpoenaed by the SEC.
24    Q  And these are transactions from your
25  operating log, correct?

Page 167

1    A  Yes.
2    Q  So these are transactions from a wallet you
3  used for transactions with Bitcoin Savings & Trust's
4  investors?
5    A  Yes.
6    Q  This wallet was not used for -- back up a
7  second.  What's GPUMAX Technologies, LLC,
8  Mr. Shavers?
9    A  It's a mining -- a distributed mining
10  company.
11    Q  So it's a bitcoin mining company?
12    A  A bitcoin mining company.
13    Q  And was it a mining company you founded with
14  others?
15    A  Yes.
16    Q  And is it still a going concern?
17    A  No.
18    Q  Was it a going concern at any time while you
19  were operating Bitcoin Savings & Trust?
20    A  A concern?
21    Q  Was it an ongoing business?
22    A  Yes.
23    Q  And you were operating together with others,
24  GPUMAX Technologies, LLC, while at the same time
25  doing Bitcoin Savings & Trust?

Page 168

1    A  Yes.
2    Q  Are any of the transactions in what's been
3  marked Exhibit Number 5 GPUMAX transactions?
4    A  Yes.
5    Q  Are any of the transactions in what's been
6  marked as Exhibit Number 5 personal transactions --
7    A  Yes.
8    Q  -- through yourself?  Are there any other
9  kinds of transactions that are captured in Exhibit
10  Number 5?
11    A  Personal mining.
12    Q  So personal mining, other personal bitcoin
13  transaction, GPUMAX transactions and transactions to
14  and from Bitcoin Savings & Trust's investors,
15  correct?
16    A  Correct.
17    Q  Anything else?
18    A  Not that I would know.
19    Q  Now, when we spoke in the court room on
20  August 5th, 2012 following the preliminary injection
21  hearing at the direction of the Court when the judge
22  told us to sit down and talk to one another, you
23  mentioned that what's now been marked as Exhibit
24  Number 5 did not contain GPUMAX transactions.  Is
25  there something that refreshed your recollection?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
169–172

Page 169

1   Perhaps just looking at it?
2       A  Yeah.  The 47.5s, those were mined
3   transactions that I was running tests with of GPUMAX.
4   So that second page -- or Page 1 of 174, any time you
5   see that 47.5, those were test transactions using the
6   power of GPUMAX to mine.
7       Q  So that refreshes your recollection?
8       A  Yeah.  And that key was actually moved
9   shortly after that to GPUMAX.  So it wouldn't show up
10  if I had this wallet.
11      Q  What do you mean it wouldn't show up if you
12  had this wallet?
13      A  A wallet is just a holder of keys.
14      Q  Meaning address keys?
15      A  Yeah.
16      Q  And each address key has an an address
17  transaction history associated with it?
18      A  Yes, in the blockchain.
19      Q  And so if you moved the GPUMAX address out
20  of this wallet, the transaction history associated
21  with that address would move with it as well?
22      A  Correct.
23      Q  And you're saying you did move that address
24  out of the operating wallet for Bitcoin
25  Savings & Trust after you produced this document to

Page 170

1   the Commission?
2       A  Right.
3       Q  Is there anything else in Exhibit Number 5
4   other than the mined transactions in quantities of
5   47.5 bitcoin that belong to GPUMAX?
6       A  Yes, there are, but I wouldn't be able to
7   look up which ones.  When we were starting off early,
8   everybody had been hacked.  So I wasn't going to let
9   somebody run a bitcoin wallet on a server that we
10  hadn't tested.
11          So I took all the transactions that
12  were happening with it, ran their purchase on GPUMAX,
13  and then it would pay out to them directly.  So
14  whatever the purchase was, it pays them out with
15  whatever pool they use.
16          So I took in the transactions and would
17  transfer into the wallet for GPUMAX.  I just
18  didn't know which ones.
19      Q  The time period of the transactions covered
20  in what is now Exhibit Number 5 appears to be
21  7/23/2011 through 8/26/2012.  Do you see that?
22      A  Yes.
23      Q  And so these are the transactions for that
24  operating wallet for that time period, correct?
25      A  No.

Page 171

1       Q  Please explain.
2       A  Because they could be completely different
3   keys.  I mean, these transactions -- these addresses
4   could have been moved from a different wallet.  They
5   could have been --
6       Q  When an address is moved from one wallet to
7   another --
8       A  Yeah.
9       Q  -- the transaction history associated with
10  that address moves with it, correct?
11      A  Right.
12      Q  And so when you produced this to the
13  Commission, what you were producing were transaction
14  histories for all the keys currently in this
15  operating log at the time of production, correct?
16      A  Right.
17      Q  Okay.  There may have been addresses that
18  you moved out of this operating wallet between July
19  of 2011 and August of 2012, and with them their
20  transaction histories would have been lost from this
21  wallet?
22      A  Correct.
23      Q  But any address that was currently -- that
24  was in the wallet at the time that you produced this
25  material to the Commission, the transaction history

Page 172

1   associated with that address, that is represented
2   here?
3       A  Correct.
4       Q  Okay.  Throughout the life of Bitcoin
5   Savings & Trust, how many wallets did you use for
6   your Bitcoin Savings & Trust transactions?
7       A  Over twenty-five.
8       Q  Are you sure?
9       A  If you're using the term "wallet" as a term
10  that I'm saying.
11      Q  What do you mean by "wallet"?
12      A  A wallet is a container.
13      Q  Uh-huh.  Produced by bitcoin client
14  software, correct?
15      A  Yeah, the wallet.dat file.  Okay.
16      Q  And that contains addresses?
17      A  That contains all of the private keys for
18  the public address for each address.
19      Q  Uh-huh.  And with those private keys a
20  transaction history for each address, correct?
21      A  When I cleared the wallet.dat file, that is
22  a wallet gone.  Those keys are removed from the
23  wallet.  Those keys are gone, and I create new keys.
24  They're not part of that wallet anymore like the
25  sense you're talking about a wallet.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
173–176

Page 173

1    So there's been a ton of wallets, but
2 in the sense of that you're thinking of them, I
3 really only had three wallets.
4    Q    What do you mean in the sense that I'm
5 thinking of?
6    A    Actual locations, wallet.dat files,
7 containing keys.
8    Q    So you had three wallets created by bitcoin
9 client software.
10   A    Correct.
11   Q    Each of which contains keys --
12   A    Correct.
13   Q    -- for bitcoin addresses associated with
14 Bitcoin Savings & Trust transactions?
15   A    Correct.
16   Q    Whether those be transactions with your
17 investors or Bitcoin Savings & Trust's investment
18 activities, correct?
19   A    Correct.
20   Q    And over the life of Bitcoin
21 Savings & Trust, you used these three wallets?
22   A    Correct.
23   Q    You have another sense of what a wallet is.
24 What do you mean when you say the way I think of
25 wallets?

Page 174

1    A    Well, when you start a new wallet, you
2 generate a bunch of keys to begin with.  The
3 addresses don't show up in there yet, but they're
4 there.  They're just not really there yet.  And they
5 found a way to be able to link keys within a wallet
6 together using an algorithm.  And so I would delete
7 the entire wallet.dat file, you know, take everything
8 out of it -- all of the keys out of it -- and then
9 create a brand new package of keys.
10   Q    But the wallet would still exist.
11   A    Right.  So I'm saying I'm burning through --
12 the actual of what a wallet.dat file consists of, I'm
13 burning through those.  I'm just using the containing
14 file, wallet.dat file.
15   Q    So in plain English, a wallet -- a bitcoin
16 wallet -- is something that holds bitcoin address
17 keys.
18   A    Correct.
19   Q    The private keys for bitcoin addresses?
20   A    Correct.
21   Q    And you can also see in the bitcoin wallet
22 the public addresses associated with each of the
23 private keys.
24   A    Yes.
25   Q    Okay.  And throughout the life of Bitcoin

Page 175

1 Savings & Trust, there were times you emptied your
2 wallets and started with fresh addresses.
3    A    Correct.
4    Q    But you used the same three wallets.
5    A    Yes.
6    Q    Including the operating wallet, the data
7 from which has been produced as Exhibit Number 5?
8    A    Correct.
9    Q    And any time a key for a bitcoin address was
10 moved from one wallet to another, with it goes the
11 transaction history associated with that key and the
12 address, correct?
13   A    Correct.
14   Q    And you said at times you would clear out
15 the addresses in a wallet.
16   A    Yes.
17   Q    But that would just mean the transaction
18 history was going to another wallet.
19   A    Or I was just deleting the key altogether.
20   Q    But if you deleted a key, you would lose the
21 bitcoin if there was still any bitcoin associated
22 with the key and address, correct?
23   A    Right.
24   Q    So you would only delete a key and an
25 address after you've emptied out that address, right?

Page 176

1    A    Right, or you're give it to somebody.
2    Q    Right.
3    A    Yeah.
4    Q    You weren't just in the business of deleting
5 bitcoin.
6    A    Right.
7    Q    Okay.  Mr. Shavers, returning to Exhibit
8 Number 3, the fourth page in, the first page of the
9 account data, the Payb.tc, do you see that?
10   A    What -- what was that?  I'm sorry.
11   Q    Let's start from the beginning.  So Exhibit
12 Number 3 is the raw data associated with each of the
13 Bitcoin Savings & Trust accounts at the time you
14 produced what is now marked as Exhibit number 3 to
15 the Commission, correct?
16   A    Right.
17   Q    And that includes their account histories as
18 well as what you've referred to as core transactions,
19 correct?
20   A    Right.
21   Q    Meaning transactions you undertook to
22 generate returns for Bitcoin Savings & Trust's
23 investors, correct?
24   A    Yes.
25   Q    The first page of Exhibit Number 3 has a



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
177–180

Page 177

1  name on the lower left-hand corner, "Ovidiusoft."
2      A   Right.
3      Q   That's the name of the account holder,
4  correct?
5      A   Yes.
6      Q   And throughout Exhibit Number 3 the name
7  that appears in the lower left-hand corner of the
8  page is the name of the account holder associated
9  with the data on that page, correct?
10     A   Yes.
11     Q   In some instances the data shown in Exhibit
12 Number 3 is a true and accurate account history for
13 the Bitcoin Savings & Trust account holder named in
14 the lower left-hand corner, correct?
15     A   Sometimes, yes.
16     Q   And in other instances the data here not
17 only includes the Bitcoin Savings & Trust investor's
18 account history but also some transactions you
19 undertook to generate returns for Bitcoin
20 Savings & Trust, correct?
21     A   Correct.
22     Q   And as we discussed earlier, the data shown
23 for Ovidiusoft is a true and accurate reflection of
24 Ovidiusoft's account history on or between April 9th,
25 2012 and August 13th, 2012, correct?

Page 178

1      A   Correct.
2      Q   Whereas the data shown for the next
3  investor, Patrick Harnett, is only in part a true and
4  accurate reflection of his account history from April
5  9th, 2012 through August 15th, 2012, correct?
6      A   That's my -- that's what I believe.
7      Q   Okay.  And you believe that based on the two
8  transactions dated June 26, 2012, 5:07 and 5:09 a.m.,
9  correct?
10     A   Correct.
11     Q   You're using a 24-hour clock on this
12 website, right?  So 5:07 is 5:07 a.m.
13     A   Correct.
14     Q   And there's something about those
15 transactions that jumps out at you today that says
16 those might have been Bitcoin Savings & Trust's
17 investment activities, not Patrick Harnett's
18 investments, correct?
19     A   Right.
20     Q   But you can't say what it is about them
21 except that they're sort of round numbers coming
22 right before the payment?
23     A   Round numbers within a minute of each
24 other -- two minutes of each over, and they happen
25 right before a payment.

Page 179

1      Q   Now, the two transfers represented on the
2  first page of Patrick Barnett's account histories are
3  transfers from other Bitcoin Savings & Trust account
4  investors, correct?  Line Number 2, Patrick Harnett's
5  history here --
6      A   Oh, yes, yes.
7      Q   -- it says, "Transfer from account Zefir."
8  Zefir was a Bitcoin Savings & Trust investor; is that
9  right?
10     A   Correct.
11     Q   And this transfer was affected by Patrick
12 Harnett you say, not you?
13     A   Correct.
14     Q   And the July 31, 2012 transfer from account
15 Bwagner, do you see that?
16     A   Yes.
17     Q   And Bwagner was a Bitcoin Savings & Trust
18 investor, correct?
19     A   Correct.
20     Q   And this transfer, did you affect this
21 transfer?
22     A   No.  That worked out between them two.
23     Q   Okay.  Did you ever transfer one Bitcoin
24 Savings & Trust's account holders bitcoin into other
25 Bitcoin Savings & Trust account holders accounts?

Page 180

1      A   Is it bitcoins?  I mean, are you talking
2  about actual bitcoins?  Moving them?
3      Q   Is this simply a book entry?  The transfer
4  from Zefir to Patrick Harnett is a book entry?
5      A   Right.  No coins actually moved.
6      Q   And the transfer from Bwagner to Patrick
7  Harnett is a book entry?
8      A   Correct.
9      Q   So you did those.
10     A   This is just an accounting.
11     Q   Yes.  But you controlled the books.
12     A   I didn't type in all of this stuff.
13     Q   Who did?
14     A   If they had worked out some kind of deal
15 between each other -- I wanted to send a certain
16 amount of coins, not do a withdraw, just send the
17 coins to somebody, they want to send it to a
18 different account, and I just hit "approve" on all
19 the transactions, and it gets popped in there.
20     Q   But you just said no coins moved here.
21 These are book entries.
22     A   If it's moving between accounts, it's moving
23 between two addresses that I control, why should I
24 physically move the coins and wait six transactions.
25     Q   But it didn't move between addresses.

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
181–184

Page 181

1     A  It doesn't.  This is just an accounting of
2  what is going on.
3     Q  So it's a book entry.
4     A  Okay.  Yeah.  It's a book entry.
5     Q  Is it a book entry, or is bitcoin actually
6  moving here?
7     A  It's a book entry.
8     Q  And they're your books.
9     A  Sure.
10    Q  Who else could create book entries in your
11  books?
12    A  The programmer.  Anybody else.
13    Q  So do you have any reason to believe --
14    A  But these are mine.  I mean, I have no
15  reason to believe that any of this is incorrect.
16    Q  Okay.  Returning to the August -- to the
17  July 31, 2012 transfer from account Bwagner to
18  Patrick Harnett, do you see that?
19    A  Yeah.
20    Q  What's the purpose of increasing Patrick
21  Harnett's account balance if it's simply an internal
22  record?
23    A  This information is raw information.  I
24  created the output to show you what each transaction
25  was for.  That account balance would not be shown on

Page 182

1  raw data.  I told it to output that information so
2  you could calculate the numbers.
3     Q  Well, actually the account balance change
4  here would be shown, right?  If Bwagner has agreed to
5  a transfer of funds --
6     A  Right.
7     Q  -- even only as a book entry to Patrick
8  Harnett --
9     A  Correct.
10    Q  -- when Patrick Harnett logged on, on or
11  about July 31, 2012 after the transfer from Bwagner,
12  his account balance would reflect that book entry,
13  right?
14    A  Yes.
15    Q  And their your books.
16    A  But that's not one of my transactions.
17  That's all his.
18    Q  Right.  But you caused the book entry to be
19  made.
20    A  I would approve it, yes.
21    Q  But going back to the June 26, 2012 deposits
22  of 1000 each that you say stand out to you as
23  possible core transactions for Bitcoin Savings &
24  Trust investment activities, do you see those?
25    A  Right.

Page 183

1     Q  What's the purpose of increasing Patrick
2  Harnett's account balance to reflect those core
3  transactions if they have nothing to do with his
4  accounts?
5     A  Because this is raw information.  The
6  balance information is not stored in my database.
7  You're seeing this information because of it.
8         The same thing happens with any
9  payments.  When payments calculated, it calculated
10  based on the balances.  If I just would have given
11  you straight information, you would have had a date
12  and an amount.  You wouldn't have had anything
13  knowing if it was a deposit or withdrawal or
14  happened.  I created this so you could get some idea
15  of what is happening.
16    Q  Wait.  You're saying you created the
17  "Comments" column and the "Type" column in response
18  to our subpoena?
19    A  No.  The "Comments" column is part of it,
20  but the "Comments" column for payments, when the type
21  of transaction is payment, that's created based on
22  what was said in the database for that user, the
23  amount, and the balance, which I had to export the
24  balance.
25    Q  Let's move to the next account.  Payb.tc

Page 184

1  following Patrick Harnett.  It's the next five pages
2  of Exhibit 3.
3     A  Yes.
4     Q  Are these five pages a true and accurate
5  reflection of Payb.tc's account history from on or
6  about April 8th, 2012 through August 16th, 2012?
7     A  No.
8     Q  And what tells you that?
9     A  Because I remember specifically.  I used
10  this account for a lot of things.
11    Q  What do you mean you used this account for a
12  lot of things?
13    A  Well, I mean, he had over 150,000 coins with
14  me.  So it was very easy to move transactions around
15  with his account.
16    Q  You mean you used his coins, his bitcoins,
17  for purposes other than generating returns through
18  lending activities?
19    A  No, no, no.  I'm telling you his
20  transactions -- the transaction list of his, a ton of
21  those are my transactions.  I just don't know which
22  ones.  You saw how he's making 7.7 percent because
23  I'm using his account.
24    Q  That's a reward for using his account to
25  engage in what you call core transactions?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
185–188

Page 185

1    A   Yeah.  And holding a balance.
2    Q   And did you use his account for any other
3  purpose?
4    A   No.
5    Q   So if we got an account history from
6  Payb.tc, that he pulled off of the BTCST.com website,
7  it would look different than this?
8    A   Yes.
9    Q   And it would be the accurate accounting of
10  his account activity?
11   A   Correct.  Yes.
12   Q   And this is not accurate?
13   A   Correct.
14   Q   Turning to the next account,
15  Ineededausername in Exhibit Number 3 that is the six
16  pages that follow the Payb.tc data, is this a true
17  and accurate reflection of Ineededausername's Bitcoin
18  Savings & Trust account history from on or about
19  April 1, 2012 through August 23, 2012?
20   A   I couldn't tell you.
21   Q   Is there anything on these pages that
22  indicates to you that it is not?
23   A   I couldn't tell you.  I mean, 100, 101,
24  three, four, 800 altogether, who knows.
25   Q   The answer is you don't know?

Page 186

1    A   No.
2    Q   Next account, Jcpham, the two pages
3  following Ineededausername, is this a true and
4  accurate account history for Jcpham's account history
5  with Bitcoin Savings & Trust on or about April
6  23rd, 2012 through August 16, 2012?
7    A   Yes.
8    Q   Going to the next account, Keefe, is this a
9  true and accurate reflection of Keefe's account
10  history with Bitcoin Savings & Trust on or about
11  April 9th, 2012 through on or about August 26,
12  2012?
13   A   Yes.
14   Q   Going to the next investor, PxJem7Cj, is
15  this a true and accurate reflection of PxJem7Cj's
16  account history with Bitcoin Savings & Trust from on
17  or about April 9th, 2012 through on or about August
18  13th, 2012?
19   A   Yes.
20   Q   Going to the next account, Reeses, is this a
21  true and accurate reflection of Reeses' account
22  history with Bitcoin Savings & Trust from on or about
23  April 9th, 2012 through on or about August 26th,
24  2012?
25   A   Yes.

Page 187

1    Q   Going to the next account, Rix2000, is this
2  a true and accurate reflection of Rix2000's account
3  history with Bitcoin Savings & Trust from on or about
4  July 23rd, 2012 through on or about August 14th,
5  2012?
6    A   No.
7    Q   What's not right?
8    A   The 8/2 -- 8/2/2012, the 1000, I remember
9  that transaction, and then there was another one.
10   Q   So there's an August 2, 2012 deposit for
11  1000 bitcoin you're saying was a core transaction?
12   A   Yeah.
13   Q   So what would that be?  That would be a 1000
14  bitcoin coming back from one of your borrowers?
15   A   It's coming back from the mixer.
16   Q   The mixer via one of your borrowers.  It's a
17  return on the bitcoin you're lending to the anonymous
18  borrowers?
19   A   Ultimately, yes.
20   Q   Okay.
21   A   It's coming from another wallet.
22   Q   Anything else in this -- on this sheet that
23  you believe was not part of Rix2000's account
24  history?
25   A   No.  He had a different account that he

Page 188

1  moved with.
2    Q   No.  I mean, for these dates.
3    A   Yeah, yeah.  No.
4    Q   Nothing else?  So that August 2, 2012
5  deposit of 1000 bitcoin reflected on this page would
6  not appear for Rix2000 if he logged into his Bitcoin
7  Savings & Trust account on or about August 14th,
8  2012?  That wouldn't be here?  He wouldn't see
9  that?
10   A   Again, I'm pretty sure that transaction -- I
11  remember that transaction because he was upset about
12  it.  He tracks his withdrawal address like really
13  closely, and I think I had to tell him, I'm sorry, it
14  won't happen again.
15   Q   So he confronted you for using his
16  withdrawal address?
17   A   Yeah.
18   Q   But it's a deposit.
19   A   Huh?
20   Q   It's a deposit.
21   A   Not a withdrawal address.  His deposit
22  address.  Sorry.
23   Q   Okay.  And he got angry for you giving him
24  too much bitcoin?
25   A   Yeah.  He kind of -- I remember that.  I



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
189–192

Page 189

1 actually think I might have an e-mail about that.
2 Anyway, I'm pretty sure.
3      Q   Moving to the next investor, Rpac_internet,
4 the next two pages after Rix2000 account data, is
5 this a true and accurate reflection of the account
6 transaction history for --
7      A   Yes.
8      Q   -- Rpac_internet Bitcoin Savings & Trust
9 account from on or about April 9th, 2012 through on
10 or about August 13th, 2012?
11      A   Yes.
12      Q   Moving to the next account, Seanbeaupre, is
13 this a true and accurate reflection of Seanbeaupre's
14 account history with Bitcoin Savings & Trust from on
15 or about April 1, 2012 through on or about August 13,
16 2012?
17      A   Yes.
18      Q   Next account, Shockdiode, is this a true and
19 accurate reflection of Shockdiode's account history
20 with Bitcoin Savings & Trust from on or about April
21 9th, 2012 through on or about August 13, 2012?
22      A   Yes.
23      Q   Next account, Somega, is this a true and
24 accurate reflection of Somega's account history with
25 Bitcoin Savings & Trust from on or about April 1,

Page 190

1 2012 through on or about August 14th, 2012?
2      A   Yes.
3      Q   The next account, Teek, is reflected over
4 nine pages. Is this a true and accurate reflection
5 of Teek's Bitcoin Savings & Trust account activity
6 from on or about April 5th, 2012 through on or about
7 August 13, 2012?
8      A   I don't think so.
9      Q   Any transactions in particular?
10      A   Yeah. I mean, all of the large
11 transactions. He just mined with his account. So at
12 the 1.2981, little small amounts...
13      Q   What do you mean he mined with his
14 account?
15      A   He set up his pool, his mining pool, to send
16 out mining points into his deposit accounts. So it's
17 just -- although one -- those are just his mining
18 over the period. So you see all these --
19      Q   But for your purposes, they were deposits,
20 right?
21      A   Oh, yeah. They were deposits. But I'm
22 talking about the part --
23      Q   So they're part of his account history,
24 right? It doesn't matter if it's coming in one
25 bitcoin at a time or a hundred at a time, does it?

Page 191

1      A   I'm going to go over what I said to begin
2 with. The transactions, the large ones, the 100, the
3 350, the 228, 480, 80, 1, 257, 1389...
4      Q   Uh-huh. What about them?
5      A   I don't think those are part of his
6 transactions. I think I used those. He was with me
7 for a long time and rarely ever withdrew anything or
8 even checked in on me.
9      Q   Okay. The next account, Tonikt, very small
10 account.
11      A   Yeah. That's accurate.
12      Q   Is this a true and accurate reflection of
13 the account history for Tonikt with Bitcoin Savings &
14 Trust from on or about August 3rd, 2012 through on or
15 about August 13, 2012?
16      A   Yes.
17      Q   The next account, Kevenajohnson, is this a
18 true and accurate account history for Kevenajohnson's
19 Bitcoin Savings & Trust account from on or about
20 April 2nd, 2012 through on or about August 28th,
21 2012?
22      A   Yes.
23      Q   Next account, Mb300sd, is this a true and
24 accurate reflection of Mb300sd's account history with
25 Bitcoin Savings & Trust from on or about April 3rd,

Page 192

1 2012 through on or about August 13, 2012?
2      A   Yes.
3      Q   The next account, Nmat, is this a true and
4 accurate reflection of Nmat's account history with
5 Bitcoin Savings & Trust from on or about April 9th,
6 2012 through on or about August 13th, 2012?
7      A   I would say that one is subject because I
8 made an accounting fix on the 4/17 for something that
9 my system didn't pick up. So...
10      Q   The accounting fix appears to be a
11 millionths of a bitcoin?
12      A   Yes. A rounding issue. The 106 and 302s,
13 any time you see those kind of transactions coming
14 in, that's what's giving me -- making me think that's
15 what's happening. He didn't do any other deposits
16 except for those. Account closeout? That's too
17 small of an account. It doesn't really matter. I'll
18 say, yes, it's accurate.
19      Q   Next account, Notme, this is a true and
20 accurate reflection of Notme's account history of
21 Bitcoin Savings & Trust from on or about April 6,
22 2012 through on or about August 13, 2012?
23      A   Yes.
24      Q   Next account, OgNasty, is this a true and
25 accurate reflection of OgNasty's account history with

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
193–196

Page 193

1  Bitcoin Savings & Trust from on or about April 7,
2  2012 through on or about August 16, 2012?
3     A  Yes.
4     Q  Next account, Oinsane1, is this a true and
5  accurate reflection of Oinsane1's account history of
6  Bitcoin Savings & Trust from on or about May 20th,
7  2012 through on or about August 13, 2012?
8     A  Yes.
9     Q  Next account, Onefixt, is this a true and
10  accurate reflection of Onefixt's account history with
11  Bitcoin Savings & Trust from on or about July 3rd,
12  2012 through on or about August 28th, 2012?
13     A  Yes.
14     Q  Next account, Arashd, is this a true and
15  accurate reflection of Arashd's account history with
16  Bitcoin Savings & Trust from on or about July 24,
17  2012 through on or about August 13, 2012?
18     A  Yes.
19     Q  Next account, Bitcoinbaltar, is this a true
20  and accurate reflection of Bitcoinbaltar's account
21  history with Bitcoin Savings & Trust from on or about
22  June 27, 2012 through on or about August 13, 2012?
23     A  Yes.
24     Q  Next account, Bitlane, is this a true and
25  accurate reflection of Bitlane's account history with

Page 194

1  Bitcoin Savings & Trust for on or about April 4, 2012
2  through on or about August 13, 2012?
3     A  Yes.
4     Q  Next account, Blitzboom, is this a true and
5  accurate reflection of Blitzboom's account history
6  with Bitcoin Savings & Trust from on or about April
7  9th, 2012 through on or about August 13, 2012?
8     A  Yes.
9     Q  Next account, Brendio, is this a true and
10  accurate reflection of Brendio's account history with
11  Bitcoin Savings & Trust from on or about April 9,
12  2012 through on or about August 13, 2012?
13     A  No.
14     Q  What jumps out?
15     A  Tons -- I used his account for everything.
16  A bunch of stuff.
17     Q  Anything other than core investment
18  activities?
19     A  No.  Actually I don't even think this is his
20  account.  I think this is an account that I -- yeah.
21  It's definitely not right.
22     Q  Next account -- well, no, what's not right
23  about it?
24     A  I mean, it's scattered with this stuff.
25  There's accounting fixes.  There's ton of deposits

Page 195

1  for just random amounts.
2     Q  Sitting here today, you can look at Bitcoin
3  Savings & Trust's account holders' histories and know
4  which deposits were theirs and which were a result of
5  your core activities?
6     A  I mean, that's all I did  So yeah.  Glitch
7  credit.
8     Q  What's a glitch credit?
9     A  Just -- just when I messed up -- he was with
10  me like early, early on and never really checked in,
11  never heard from him.  So I could use his account for
12  all kinds of things.  There were some people that
13  watched the blockchain and would see transactions and
14  ask me about them, and those people I had to move
15  away from or tell them, hey, there's other things
16  going on with the wallets that I work on, but some of
17  them were like, well, I don't want that to happen,
18  here's a brand new address.  Give me a new address.
19        So when there's people that -- I mean,
20  I don't even know if that guy is still alive because
21  he just never contacted me.  And so -- but there was
22  coins -- you know, little coin payments and stuff, I
23  could use his account for all kinds of things.
24     Q  So your investors who watched their accounts
25  closely, you couldn't really use their addresses for

Page 196

1  activities other than deposits and withdrawals?
2     A  Some of them you could, but other times they
3  would get all -- they wanted to keep their system
4  clean or they had something scraping the blockchain
5  to monitor their stuff.
6     Q  So you discouraged those investors?
7     A  No.  It was fine.  I just told them -- I
8  mean, I had plenty of other addresses and other
9  accounts.  So...
10     Q  So on Brendio's account history, there's a
11  July 31, 2012 transfer from an account called Bitfoo.
12  How did that happen?
13     A  That was -- Bitfoo wanted to send the
14  transaction to Brendio.  Brendio approved it, and it
15  got put in.
16     Q  I thought you never heard from Brendio, for
17  all you know, he's not alive.
18     A  I wouldn't -- to get that deposit, I
19  wouldn't have heard from him.
20     Q  You just said he approved it.
21     A  If he withdrew them, I would hear from him.
22  I approved them.  This is a deposit into his account.
23     Q  Right.  And you said Bitfoo wanted to send
24  it and Brendio approved it.
25     A  What?  This is a transfer from Bitfoo into



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
197–200

Page 197

1 Brendio's account.  I approved the transactions.
2 They work out however they want to send -- how many
3 they want to send.
4    Q  All right.  It's a book entry, right?  It's
5 your book entry.
6    A  It's a label so that they know what the
7 transaction was for.
8    Q  A label you applied to the transaction?
9    A  No.  It's just -- the server does it.
10    Q  You're saying this is not a manual book
11 entry?
12    A  Not a what?
13    Q  Manual book entry.  That transfer from
14 account to Bitfoo, that's not a manual entry?  That's
15 what you're saying?
16    A  I didn't physically type in "Transfer from
17 account:" and their name, no.
18    Q  But there's no bitcoin movement.
19    A  If you have a Chase account and I have a
20 Chase account, okay, and I want to send you funds, do
21 you think the bank physically moves cash from out of
22 their account into another account?  They don't.
23 They just reallocate the funds where they need to go.
24 That's what happens.  But on your statement it shows
25 a payment from Trendon.

Page 198

1    Q  Next account, Brightanarchist, is this a
2 true and accurate reflection of Brightanarchist's
3 account history with Bitcoin Savings & Trust from on
4 or about April 3rd, 2012 through on or about August
5 9, 2012?
6    A  Yes.  Sure.
7    Q  Next account, BTC4domains, is this a true
8 and accurate reflection of BTC4domains' account
9 history with Bitcoin Savings & Trust from on or about
10 July 24, 2012 through August 13, 2012?
11    A  Yes.
12    Q  Next account, Bufferoverflow, is this a true
13 and accurate reflection of Bufferoverflow's account
14 history with Bitcoin Savings & Trust from on or about
15 July 23rd, 2012 through on or about August 13,
16 2012?
17    A  Yes.
18    Q  Next account, Bushing, is this a true and
19 accurate reflection Bushing's account history with
20 Bitcoin Savings & Trust from on or about April 9th,
21 2012 through on or about August 13, 2012?
22    A  Yes.
23    Q  Next account, Bwagner, is this a true and
24 accurate reflection of Bwagner's account history with
25 Bitcoin Savings & Trust from on or about April 2nd,

Page 199

1 2012 through on or about August 13, 2012?
2    A  Yes.
3    Q  Next account, Coin_toss, is this a true and
4 accurate reflection of Coin_toss' account history
5 with Bitcoin Savings & Trust from on or about April
6 9th, 2012 through on or about August 13, 2012?
7    A  Yes.
8    Q  Next account, Copumpkin, is this a true and
9 accurate reflection of Copumpkin's account history
10 with Bitcoin Savings & Trust from on or about April
11 2nd, 2012 through on or about August 13, 2012?
12    A  I know I used his account for different
13 things, but I think for the most part, it's accurate.
14    Q  For this time period this is accurate?
15    A  Yeah.
16    Q  Next account, Cory, is this a true and
17 accurate reflection of Cory's account history with
18 Bitcoin Savings & Trust from on or about April 9th,
19 2012 to on or about August 13, 2012?
20    A  Yes.
21    Q  Next account, Eveofwar, is this a true and
22 accurate reflection of Eveofwar's account history
23 with Bitcoin Savings & Trust from on or about April
24 4, 2012 through on or about August 13, 2012?
25    A  Yes.

Page 200

1    Q  Next account, Exahash, is this a true and
2 accurately reflection of Exahash's account history
3 with Bitcoin Savings & Trust from on or about May 18,
4 2012 to on or about August 13, 2012?
5    A  Yes.
6    Q  Next account, Foggyb, is this a true and
7 accurate reflection of Foggyb's account history with
8 Bitcoin Savings & Trust from on or about April 9,
9 2012 to on or about August 22, 2012?
10    A  Yes.
11    Q  Next account, Fred0, is this a true and
12 accurate reflection of Fred0's account history with
13 Bitcoin Savings & Trust from on or about April 2nd,
14 2012 through on or about August 13, 2012?
15    A  Yes.
16    Q  Next account, FredericBastiat, is this a
17 true and accurate reflection of FredericBastiat's
18 account history with Bitcoin Savings & Trust from on
19 or about April 5th, 2012 on August 13, 2012?
20    A  Yes.
21    Q  Next account, Gigavps, is this a true and
22 accurate reflection of Gigavps' account history with
23 Bitcoin Savings & Trust from on or about April 3rd,
24 2012 through on or about August 22, 2012?
25    A  No.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
201–204

Page 201

1    Q   What stands out at you as being incorrect?
2    A   I'll just know I used it a lot.
3    Q   For what?
4    A   For moving transactions.
5    Q   Meaning for Bitcoin Savings & Trust
6    investment transactions?
7    A   Yes.  And he had a separate account that was
8    a hidden account.
9    Q   A hidden account?
10   A   Yes.
11   Q   What do you mean by that?
12   A   Just an account used for basically his own
13   lending account.  They borrow coins real quickly to
14   make cash transactions and stuff.
15   Q   From you?
16   A   Correct.
17   Q   What was his user name on that account?
18   A   I guess Gigavps, but it wasn't on Bitcoin
19   Savings & Trust.
20   Q   Why doesn't it appear in this raw data?
21   A   Because it wasn't on here.  It wasn't on
22   this database or on this website.  It was tracked
23   through a -- what was that -- not Sales Force.  I
24   can't remember the name of the website.  It was
25   something we just worked out together.  And it has a

Page 202

1    lot of his transactions.  This account looks mostly
2    like my stuff.
3    Q   Meaning --
4    A   2002 --
5    Q   What do you mean by "my stuff"?
6    A   And then $500 deposit from Imsaguy?
7    Q   What do you mean "my stuff"?
8    A   Core stuff.  This isn't all --
9    Q   You mean Bitcoin Savings & Trust investment
10   activity?
11   A   This isn't all of the transactions there.
12   Q   Next account, Goat.
13   A   One of those people that care a lot.
14   Q   Is this a true and accurate reflection of
15   Goat's account history with Bitcoin Savings & Trust
16   from on or about April 5th, 2012 to on or about
17   August 16, 2012?
18   A   Yes.
19   Q   Next account, Hashking, is this a true and
20   accurate reflection of Hashking's account history
21   with Bitcoin Savings & Trust from on or about April
22   6th, 2012 through on or about August 15, 2012?
23   A   Probably, yes.
24   Q   Is there something that causes you doubt?
25   A   He was just with me for a while.  But that's

Page 203

1    fine.  Yes.
2    Q   Next account, Imsaguy, is this a true and
3    accurate reflection of Imsaguy's account history with
4    Bitcoin Savings & Trust from on or about June 11,
5    2012 through on or about August 15, 2012?
6    A   No.  It couldn't.
7    Q   Why not?
8    A   Because he didn't have that many points.
9    Q   You're saying this looks like Imsaguy has
10   more coins than he actually has?
11   A   Oh, yeah.
12   Q   So it reflects your core transactions as you
13   say?
14   A   It has core transactions in it.
15   Q   Directing your attention to the August 6th,
16   2012 entry at 10:50 a.m., "Transfer from account:
17   Jimbit," do you see that?
18   A   Yes.
19   Q   As I understand you, Jimbit would have to
20   have authorized that transfer, correct?
21   A   Correct.
22   Q   So how did this transfer come about?
23   A   Jimbit would have purchased the bitcoins
24   or -- no, I'm sorry.  Imsaguy would have purchased
25   the bitcoins from Jimbit and transferred them over.

Page 204

1    Q   And then a message would have been sent to
2    you by Jimbit or Imsaguy saying we've done this
3    transaction?  How does that work?
4    A   Yeah.  I just get a pop-up that has all the
5    transaction that need to be approved.  If I see any
6    weird transactions or something happening -- so
7    nothing can touch the database until I approve it,
8    and it's a completely different system than what the
9    website database is.
10       So when I get those confirmations, they
11   worked it out between them on who's transferring what
12   to what, and I just approve them.
13   Q   So this could only have happened if Jimbit
14   sent you a message saying I've sent 3000 bitcoin to
15   Imsaguy or if Imsaguy sent you a message saying --
16   A   No.  It's created by the website.  So Jimbit
17   would have contacted Imsaguy, and they worked out a
18   deal on how much they're going to pay for the coins.
19   Imsaguy would have paid him for the coins, and this
20   transaction would have shown up because Jimbit put to
21   send 3000 coins to other user.  In the notes it's --
22   Imsaguy hits it.  It's okay'd or submitted.  And then
23   it shows up on my list, and I hit "accept."
24   Q   So there was a functionality on the
25   BTCST.com website that permitted one Bitcoin



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
205–208

Page 205

1  Savings & Trust investor to transfer bitcoin to
2  another Bitcoin Savings & Trust investor?
3      A   Correct.
4      Q   And the only way that the transaction
5  reflected here, the transfer from the account of
6  Jimbit of 3000 bitcoin to the account of Imsaguy
7  could have occurred is if Jimbit logged on, entered
8  that transfer in the website's functionality saying
9  send 3000 bitcoin to Imsaguy, and then you approved
10  it?
11     A   Correct.
12     Q   And that approval -- when you approved it,
13  you would then create the book entry showing the
14  transfer?
15     A   No.  It creates that.  As soon as I hit
16  "approve," it's created.
17     Q   Well, the system is set up.
18     A   Yeah.  When you say I do it, I don't do it.
19     Q   But you created the system, right?
20     A   No.  Zach did.
21     Q   At your direction.
22     A   Yes.
23     Q   He worked for you.
24     A   Correct.
25     Q   Okay.  And one of the functionalities in the

Page 206

1  system that you created was that when one Bitcoin
2  Savings & Trust account holder transferred bitcoin to
3  another, they would have a way of expressing that
4  desire to you, transfer the 3000 bitcoin to
5  Imsaguy?
6      A   Correct.
7      Q   And then you would get a notification saying
8  that Jimbit wants to transfer the 3000 bitcoin to
9  Imsaguy, correct?
10     A   Correct.
11     Q   And then you would hit a button that said
12  "approve."
13     A   Uh-huh.
14     Q   Correct?
15     A   Correct.
16     Q   And then the program that Zach Nakaska
17  created at your direction would automatically
18  generate a book entry that says transfer from account
19  Jimbit, deposit 3000 in Imsaguy's account.
20     A   Correct.
21     Q   And in no instances did you, without the
22  approval of Bitcoin Savings & Trust account holders,
23  just transfer funds from one account to another?
24     A   I mean, I could if I wanted to.
25     Q   But did you?

Page 207

1      A   Who knows.  I could have put manual entries
2  in before that feature was even available.  I could
3  have put it in there.  I mean...
4      Q   But did you?
5      A   Seriously, I would say, yes, I did at some
6  point.  But for the most part, no.  It's just a
7  database of numbers.  I can change it at will if I
8  needed to.  This isn't Bank of America.
9      Q   But I'm asking what your custom and practice
10  was.
11     A   This was an accounting for me and for my
12  lenders to see their account.  That's the whole
13  reason Bitcoin Savings & Trust was around, so they
14  could see this stuff that was going on.
15     Q   Did you transfer Jimbit's 3000 bitcoin into
16  Imsaguy's account on your own initiative or because
17  Jimbit asked you to?
18     A   The ledger -- I mean, the actual -- no
19  bitcoins moved.  But, yes, that transaction would
20  have happened -- no, it would have happened past the
21  time when they could do it themselves.  So all those
22  transactions -- those are all done between the two.
23  I just approved them.
24     Q   So on August 6th, 2012 you received a
25  message that Jimbit wants to transfer 3000 bitcoin to

Page 208

1  Imsaguy, and you approved it; is that right?
2      A   Yes.
3      Q   You didn't do it on your own initiative for
4  the sake of consolidating accounts or for any other
5  reason?
6      A   No.  That's what they were doing.
7      Q   Okay.
8      A   Imsaguy wanted to get a trust account.  So
9  that's why he started doing this crazy stuff.
10     Q   And you put posts on the Bitcoin Forum,
11  right, encouraging larger account holders to manage
12  smaller accounts, right?
13     A   Yes.
14     Q   And you incentivized them by promising them
15  higher returns, right?
16     A   That they could receive higher returns, yes.
17     Q   Right.
18         MR. MOUSTAKIS:  We can go off the
19  record for a second.
20         (Off the record at 2:28 p.m.)
21         (Short recess.)
22         (Back on the record at 2:41 p.m.)
23     Q   Mr. Shavers, I'm going to ask the Court
24  Reporter to mark as Exhibit Number 6 a copy of the
25  September 21, 2012 Subpoena that we sent to you



TRENDON T SHAVERS                                          September 05, 2013
SEC vs. SHAVERS                                                      209–212

Page 209

1  during the course of the Commission's investigation.
2  Do you recognize this document?
3        (Exhibit 6 marked.)
4     A  Yes.
5     Q  Did you do your best to comply fully with
6  this subpoena?
7     A  Yeah, that I could understand.  It's really
8  after talking with you that I knew what information
9  you were needing.
10    Q  Now, turning to Page 3, the first item under
11  "Documents subpoenaed" says, "All documents and
12  communications concerning Bitcoin Savings & Trust."
13  Do you see that?
14    A  Yes.
15    Q  Did you provide to us all documents and
16  communications in your possession, custody or control
17  concerning Bitcoin Savings & Trust?
18    A  At the time, yes.
19    Q  Are there any documents or communications
20  concerning Bitcoin Savings & Trust currently in your
21  possession, custody or control that you have not yet
22  produced to the Commission?
23    A  Not that I'm aware of.
24    Q  Have you made a diligent search for all
25  documents and communications concerning Bitcoin

Page 210

1  Savings & Trust for the purposes of responding to
2  this subpoena?
3     A  To the best of my ability.
4     Q  So to your knowledge, there are no documents
5  or communications concerning Bitcoin Savings & Trust
6  still in your possession that you've not yet
7  produced?
8     A  Not that -- not that I'm aware of.
9     Q  I'm going to ask the reporter to mark as
10  Exhibit Number 7 an October 16, 2012 letter from me
11  to you and as Exhibit Number 8 an October 18, 2012
12  e-mail from you to me.  Mr. Shavers, do you recognize
13  what's been marked as Exhibit Number 7?
14        (Exhibits 7 and 8 marked.)
15    A  Yes.
16    Q  Do you recognize it as a letter that you
17  received from the Securities and Exchange Commission,
18  namely me, on or about October 16, 2012?
19    A  Yes.
20    Q  And do you recognize what's been marked as
21  Exhibit Number 8?
22    A  Yes.
23    Q  What do you recognize it to be?
24    A  My response to providing -- providing the
25  information about the partners of GPUMAX, which was

Page 211

1  part of your initial subpoena and saying I don't have
2  any other further information.
3     Q  Okay.  So you recognize it as an e-mail you
4  sent to me on or about October 18, 2012?
5     A  Yes.
6     Q  In response to my October 16, 2012 letter?
7     A  Yes.
8     Q  And you see in the third full paragraph of
9  my October 16, 2012 letter to you I say that the
10  Accounts-Transactions spreadsheet you produced
11  includes information for fewer than fifty Bitcoin
12  Savings and Trust accounts.  When we spoke on October
13  3rd, 2012, you said there were 446 Bitcoin Savings
14  and Trust accounts.  Moreover, the account
15  information provided, it appears, dates back only to
16  April 2012.  The time period covered by the subpoena
17  is May 1, 2011 to the date of the subpoena.  Provide
18  information concerning remaining accounts and for the
19  entire relevant period."  Do you see that?
20    A  Yes.
21    Q  And in your October 18, 2012 response to
22  this letter by e-mail you say, "Regarding the other
23  information, I have no further information."
24    A  Correct.
25    Q  And when you wrote regarding the other

Page 212

1  information, you meant the account transaction
2  information I was looking for, among other things?
3     A  Correct.
4     Q  And so is it fair to say that you made a
5  diligent search following the October 16, 2012
6  letter, now marked as Exhibit 7, to make sure you had
7  no further account transaction information for the
8  Bitcoin Savings & Trust accounts before responding to
9  us on October 18th and saying I have nothing further?
10    A  Yes.
11    Q  And to your knowledge, as of today, you have
12  nothing further?
13    A  Correct.
14    Q  How many Bitcoin Savings & Trust accounts
15  were there in total throughout the life of Bitcoin
16  Savings & Trust?
17    A  I have no way of knowing.
18    Q  Was it thirty?
19    A  Core accounts, you know, between twenty and
20  fifty.
21    Q  What's a core account?
22    A  The accounts I physically had, not the
23  Pirate pass-thru accounts.
24    Q  Right.  I'm asking for the accounts that
25  were with you.



TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                                213–216

Page 213

1    A  I don't know.  No way of knowing.
2    Q  You produced account transaction data for 46
3  accounts?
4    A  Correct.
5    Q  Were there at least 46 accounts?
6    A  Yes.
7    Q  Were there more than 46 accounts during the
8  life of Bitcoin Savings & Trust?
9    A  Yes.
10    Q  Were there more than a hundred?
11    A  I don't know.
12    Q  Is it possible?
13    A  No.
14    Q  What?
15    A  No.
16    Q  It's not possible there were more than a
17  hundred?
18    A  No.
19    Q  So you know there weren't more than a
20  hundred?
21    A  Correct.
22    Q  All right.  So let's just answer the
23  questions.  Were there more than 75?
24    A  I don't know.  I really -- I'm not going
25  to --

Page 214

1    Q  But it was something north of 40 and south
2  of a hundred?
3    A  Yes.
4    Q  Okay.  I'll ask the reporter to mark as
5  Exhibit Number 9 a one-page document with the control
6  number SEC-Shavers-E0000005.  Do you recognize this
7  document?
8        (Exhibit 9 marked.)
9    A  Yes.
10    Q  What do you recognize it to be?
11    A  The accounts -- I guess the index of the
12  account transactions of Exhibit 4.  So the raw
13  information from Bitcoin Savings & Trust.
14    Q  As Exhibit 4, right?
15    A  Exhibit 4 and does not include the closed
16  accounts.
17    Q  So this is a document you provided to the
18  Commission in response to our September 21, 2012
19  subpoena?
20    A  Correct.
21    Q  And by this document you were telling us
22  that all the information you had for Bitcoin
23  Savings & Trust accounts that were open at the time
24  of our subpoena was included in the
25  Accounts-Transactions.xls file, correct?

Page 215

1    A  Correct.
2    Q  And all data for accounts that had been
3  closed at the time of your response to the subpoena
4  had been deleted?
5    A  Correct.
6    Q  And that's what you were saying in this
7  document?
8    A  Correct.
9    Q  I'd like to mark as Exhibit Number 10 a
10  six-page document, a header along the top says
11  "Pirateat40.freenode"?
12        (Exhibit 10 marked.)
13    A  Uh-huh.
14    Q  And along the bottom it says Page 1, Page 2,
15  Page 3, et cetera, until you get to Page 6.
16    A  Yes.
17    Q  What is Pirateat40.freenode?
18    A  I don't know.
19    Q  Well, do you recognize what this document
20  is?
21    A  It looks like an IRC chat.
22    Q  So this is a record of a chat it appears to
23  you between Internet151 and Pirateat40?
24    A  Yes.
25    Q  Okay.  Drawing your attention to the bottom

Page 216

1  third of the first page, it says, "Session Start:
2  Sun Mar 04 12:38:51 2012."  Do you see that?
3    A  Yes.
4    Q  Shortly below that there's a message from
5  Internet151, "Hey, Gigavps told me to contact you
6  regarding opening an account at your First Pirate
7  Savings and Trust."  Do you see that?
8    A  Yes.
9    Q  Then a couple of messages later, Pirateat40
10  replies, "Hey all I need is an e-mail and withdraw
11  address."  Do you see that?
12    A  Yes.
13    Q  Was that your custom and practice to ask
14  individuals seeking new accounts for an e-mail and
15  withdraw address?
16    A  Yeah.
17    Q  A few messages later, Internet151 writes
18  "rpac_internet@hotmail.com is my e-mail."  Do you see
19  that?
20    A  Uh-huh.
21    Q  And you respond "k," meaning okay, correct?
22    A  Correct.
23    Q  And then Internet151 posts the next message.
24  What is that?  It's a bitcoin address, right?
25    A  Yes.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
217–220

Page 217

1  Q  And in the next message Pirateat40 replies,
2  "Your permanent deposit address is" and there's
3  another bitcoin address.  Do you see that?
4  A  Yes.
5  Q  And this is a conversation you had with
6  Internet151, correct?
7  A  This part of it, yes.
8  Q  And so it was your custom and practice to
9  get an e-mail and withdraw address from each new
10  investor, correct?
11  A  Correct.
12  Q  And to give each new investor a deposit
13  address, correct?
14  A  Correct.
15  Q  Okay.  And then you gave Internet151 log in
16  information for the BTClending.com website.  Do you
17  see that?
18  A  Yes.
19  Q  Was that you?
20  A  Yes.
21  Q  Okay.  And what information could an
22  investor see -- a Bitcoin Savings & Trust investor
23  see when they logged on to the BTClending.com
24  address?
25  A  I don't remember.  Just basic information.

Page 218

1  Q  Could you they see their account history?
2  A  Kind of.
3  Q  Their histories of deposits and payments and
4  withdrawals?
5  A  No.  There's no payments.  It was just
6  deposits -- deposits and withdrawals.  It was a very
7  badly designed site.  So, like, payments showed up as
8  withdrawals, and it was a mess.
9  Q  Now, each bitcoin address has a public key
10  and a private key as we've discussed, right?
11  A  Correct.
12  Q  And a public key is a series of numbers and
13  letters that someone else uses to send bitcoin to the
14  address, correct?
15  A  Correct.
16  Q  And the private key is a series of numbers
17  and letters, essentially a password, used by the
18  owner of the address, the holder of the address, to
19  access the bitcoin, correct?
20  A  Correct.
21  Q  How did you keep track of the private keys
22  for the bitcoin addresses you used for Bitcoin
23  Savings & Trust?
24  A  That's what the wallet's for.
25  Q  The wallet stores the private keys?

Page 219

1  A  Correct.  They can't look up transaction
2  information unless it has the private key.
3  Q  And you had -- you had three wallets that
4  you used throughout the life of Bitcoin
5  Savings & Trust?
6  A  Correct.
7  Q  Okay.  What information, if any, did you
8  require of Bitcoin Savings & Trust investors other
9  than their e-mail and a deposit address before they
10  could invest?
11  A  Just user name.
12  Q  Meaning their online internet name?
13  A  Yeah.
14  Q  That's it?
15  A  Yeah.  That's it.
16  Q  Did you require any additional information
17  from Pirate pass-thru operators?
18  A  No.
19  Q  Why did you use a separate deposit address
20  for each investor?
21  A  So that the system could track transactions.
22  Q  And the same reason for using a separate
23  withdrawal address for each investor?
24  A  Yeah.  You have to.
25  Q  Right.

Page 220

1  A  You would send them all to the same person.
2  Q  Right.  Otherwise you have no idea who
3  you're getting bitcoin from or who it's going to,
4  right?
5  A  I don't care who it's going to, but they
6  will.  If I sent all of my lenders coins to just one
7  person, they would be upset.
8  Q  Right.  But the purpose for having one
9  deposit address for each investor is so that you knew
10  where the bitcoin was coming from, right?
11  A  Correct.
12  Q  You had no other information about them
13  other than an online user name and an e-mail, right?
14  A  Correct.  And some of them wanted user names
15  to trace batches of numbers.
16  Q  And the reason for having one withdrawal
17  address is the same, to keep track of the payments
18  made to each investor, correct?
19  A  Correct.
20  Q  Did you require any additional information
21  other than a user name, an e-mail and a deposit
22  address from Pirate pass-thru operators?
23  A  No.
24  Q  Anything concerning their identity?
25  A  No.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
221–224

Page 221

1   Q   Back to Big One.  You didn't know his name,
2   right?
3   A   No.
4   Q   And you didn't know Number Two's name,
5   right?
6   A   No.
7   Q   Were there other individuals to whom you
8   lent Bitcoin Savings & Trust funds, other than
9   Bitcoinica, for the purpose of generating returns?
10   A   Yes.
11   Q   Who?
12   A   Just different groups, different people,
13   different users names.  Lots of different -- those
14   are just the big people.
15   Q   The big two?
16   A   Yeah.  They were making most of the money.
17   Q   Did you have identifying information other
18   than an online user name for any of them?
19   A   No.  I don't...
20   Q   I'm sorry?
21   A   No.  You're fine.
22   Q   You don't...
23   A   No.
24   Q   So you did not have any identifying
25   information for any of Bitcoin Savings & Trust

Page 222

1   borrowers other than their online user names; is that
2   right?
3   A   Unless they were just like Copumpkin needed
4   to borrow some or one of the people that I knew.
5   Q   And were those isolated incidents?
6   A   Yeah.
7   Q   So outside of a few isolated incidences
8   where you were lending bitcoin to somebody like
9   Copumpkin that you knew, the vast majority of Bitcoin
10   Savings & Trust's lending activities was to
11   individuals whom you could identify only by user name
12   online?
13   A   Correct.
14   Q   And in the case of Big One and Number Two,
15   your two biggest borrowers, you didn't even have an
16   online user name.
17   A   I had a GPG key, yeah.
18   Q   Right.
19   A   Yeah.
20   Q   But that's for purposes of communicating
21   with them.
22   A   No.  That's identifying them but not
23   identifying.  Nobody else can have your key.  It's
24   impossible.  So if you send something back to me
25   using the key that I assigned, then I know it's you.

Page 223

1   Q   Unless I gave it to my friend.
2   A   You couldn't.
3   Q   Why not?
4   A   Because it requires a gigantic password to
5   be able to access on your computer.
6   Q   So Big One and Number Two you could identify
7   only by GPG keys?
8   A   Correct.
9   Q   And your other borrowers only by internet
10   user names?
11   A   Yes.
12   Q   How did you know what bitcoin addresses to
13   use for Bitcoin Savings & Trust's borrowers?
14   A   Just by using the operating wallet or
15   storage wallet.  Whenever I just wanted to create a
16   new address -- I mean, there was constantly addresses
17   being created.
18   Q   No, no, no.  Bitcoin Savings & Trust was in
19   the business of generating returns by lending bitcoin
20   primarily over ninety percent of its activity,
21   correct?
22   A   Right.
23   Q   And it did so by lending the bitcoin to
24   borrowers, including Big One and Number Two, right?
25   A   Correct.

Page 224

1   Q   How did you know what addresses -- bitcoin
2   address or addresses to use for Big One to send to.
3   Not from.  To.
4   A   When it was sent in the message of a
5   transaction, they needed 100000 bitcoins, 200000
6   bitcoins, when we negotiated the terms, an address
7   was sent to me, and it was sent out to one of those
8   storage wallets.
9   Q   Would you recognize those addresses today?
10   A   I found one of them the other day.
11   Q   Okay.  Whose?
12   A   It was from one of the big guys.
13   Q   Was it Big One or Number Two?
14   A   Big One.
15   Q   And did Big One use different addresses with
16   you over time?
17   A   Yeah.  Different every time.
18   Q   And which one did you find?
19   A   One of the early ones.  It was 80000
20   bitcoins that some of the techy people stumbled on.
21   Q   What do you mean "techy people"?
22   A   In the forum there's always techy people
23   that try to figure out algorithms to find things, and
24   they found one of them, and I recognized it because I
25   had to do it in two transactions because I screwed it

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
225–228

Page 225

1  up.  And it got picked up on that website, the
2  largest bitcoin transactions.  It was before we used
3  the mixer.  And that address was used again the first
4  time we used the mixer.  So I was able to kind of
5  figure out one of the addresses.
6      Q  Any others?
7      A  No.  Once you're using mixers, it's over.
8      Q  Do you know where any of your Bitcoin
9  Savings & Trust investors lived?
10     A  The ones that I told you.  I don't know
11  where most of them live.
12     Q  You mean earlier today?
13     A  Do what?
14     Q  The ones you told me about earlier today you
15  mean?
16     A  Yeah.
17     Q  You have no location information for any
18  others?
19     A  I mean, I could start guessing.
20     Q  You don't even know what states they're in?
21     A  No.  Or countries.  I know there's a lot of
22  people that didn't live here.
23     Q  You alone were responsible for creating and
24  operating Bitcoin Savings & Trust?
25     A  Yes.

Page 226

1      Q  And you sold Bitcoin Savings & Trust
2  investments to between -- to more than 40 but less
3  than a hundred investors?
4      A  Yes.
5      Q  From a period of approximately February 2011
6  through August 2012?
7      A  Yes.
8      Q  Throughout the life of Bitcoin
9  Savings & Trust, in any week when you didn't earn
10  enough bitcoin from Bitcoin Savings & Trust
11  investment activities, you used a reserve fund to pay
12  withdrawals and interest on outstanding Bitcoin
13  Savings & Trust investments, correct?
14     A  A reserve fund?  I don't understand what you
15  mean.
16     Q  Did you generate enough returns from Bitcoin
17  Savings & Trust investment activity to pay the
18  returns you promised to Bitcoin Savings & Trust
19  investors?
20     A  Weekly?
21     Q  Yes.
22     A  Yes.
23     Q  And that was true throughout the life of
24  Bitcoin Savings & Trust until August of 2012?
25     A  Yes.

Page 227

1      Q  Why did Bitcoin Savings & Trust come to an
2  end in August of 2012?
3      A  I lent 202000 bitcoins to Mr. Big Man and
4  never got them back.
5      Q  It was Mr. Big?
6      A  Yes.
7      Q  The Big One I think we called him.
8      A  The Big One, yes.
9      Q  And you know it was the Big One?
10     A  Yep.
11     Q  When did that happen?
12     A  The week before -- I sent the coins a week
13  before I went to Vegas.
14     Q  So the second week of July?
15     A  Yeah, second week of July.  And then when I
16  was in Vegas, I realized that the coins hadn't come
17  back yet and was beginning to freak out a little bit.
18  If you were to ask the people that were there, they
19  probably knew a little off.  And then when I
20  got back I knew for sure something was up because I
21  couldn't contact -- I couldn't -- nothing really
22  could be done.  I started trying to track where the
23  coins went.  And like I said, once they go through a
24  mixer, it's very difficult to find them.  So that was
25  about it.

Page 228

1      I started working to try to repay the
2  amount, and people caught wind of what was happening
3  and started withdrawing mass amounts of coins, and I
4  couldn't keep up with the demand.  And then when I went
5  into lock-down mode.  I didn't want to lend coins to
6  anybody to make back the money.  So I just wanted,
7  you know, to do transactions myself, and it was
8  slowly working until the SEC froze my accounts.
9      Q  Why didn't you pay back investors with your
10  own funds?
11     A  I did.  I used my coins.
12     Q  But you didn't have enough funds to cover
13  the potential losses.
14     A  What?
15     Q  Have all your investors been made whole?
16     A  No.
17     Q  So you didn't have enough bitcoins to make
18  them whole?
19     A  Correct.
20     Q  Hadn't you promised your Bitcoin Savings &
21  Trust investors that if Bitcoin Savings & Trust ever
22  suffered a loss, you would cover the loss yourself?
23     A  Yeah, which I'm doing now.
24     Q  But you couldn't.
25     A  Correct.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
229–232

Page 229

1    Q   And those are promises you made on the
2  Bitcoin Forum.
3    A   Correct.
4    Q   But you couldn't cover the loss that you
5  were exposed to in August of 2012.
6    A   I could cover the loss.  It just wouldn't be
7  immediate.
8    Q   So some day you can make them whole?
9    A   Oh, yeah.
10    Q   But you didn't have the funds at the time to
11  make them whole?
12    A   Correct.
13    Q   And where are the records of the 200000
14  bitcoin going to the Big One?
15    A   They ran through a mixer.  That's going to
16  be -- they're in the blockchain somewhere.  But
17  knowing where they are, it's going to be --
18    Q   But you should be able to show us
19  transactions in your wallet totaling 200,000 bitcoin
20  going into a mixer presumably, even if they're coming
21  out the other end somewhere else.  Where is that
22  data?
23    A   That transaction happened from what I call
24  storage wallet one, and once those coins are moved
25  off of it, those keys are no longer in existence.  So

Page 230

1  the only way of finding out where that transaction
2  happened is looking through the blockchain, which if
3  you've not looked through the blockchain, it is a
4  huge task to try to find the transaction.  Even in
5  the short period of time that I think it was going to
6  happen, there was hundreds of thousands of
7  transactions.
8    Q   So you still have storage wallet one that
9  you used to send the 200000 bitcoin to Big One in the
10  second week of July 2012, but you don't have the
11  address keys in that wallet anymore --
12    A   Correct.
13    Q   -- to show the 200000 going out?
14    A   To show in my records of them going out.
15    Q   And did all 200,000 come from the same
16  bitcoin address?
17    A   No.  It doesn't really work that way.
18    Q   Well, it does.  Bitcoin travels from address
19  to address, correct?  Whether or not through a mixer,
20  it starts from one address, and it ends up at
21  another, right?
22    A   No.
23    Q   Tell me how I got it wrong.  Where can you
24  hold bitcoin other than in an address?
25    A   You could look it up on the website to find

Page 231

1  out how bitcoins are spent, but sending bitcoins from
2  somebody comes from the collection of addresses that
3  you have in an account and are sent to an address.
4    Q   Only if you cause that to happen.
5    A   No.  It's built into the system
6  automatically.
7    Q   So something in the bitcoin world caused
8  200000 bitcoin to be sucked out of one of your
9  wallets from multiple addresses with no action on
10  your part at all; is that right?
11    A   No.  I chose to send coins to a specific
12  address.
13    Q   You chose to send 200000 bitcoin to a
14  specific address.  202000.  Is that right?
15    A   202000, yeah.
16    Q   Out of what you call storage wallet number
17  one, correct?
18    A   Correct.
19    Q   And those 202000 bitcoin, were they
20  associated with one or multi bitcoin addresses before
21  you sent them out?
22    A   When they come from a mixer, they're from
23  thousands of addresses.
24    Q   No.  They have to go into the mixer first.
25    A   No.  When they come -- before they hit my

Page 232

1  storage wallet one, they go through a mixer.
2    Q   They started at storage wallet one.
3    A   No.
4    Q   Where did they begin?
5    A   How could they come in through my operating
6  wallet, go out through a mixer and end up in a
7  storage wallet so I can send them all to a person.
8    Q   Let me cut to the chase.  You have zero
9  record of lending 202000 bitcoin to the Big One in
10  the second week of July, 2012; is that right?
11    A   I'm going to find it.
12    Q   But as you sit here today, you have no
13  record; is that right?
14    A   No.
15    Q   You have absolutely no proof you ever made
16  this loan?
17    A   No.
18    Q   Okay.  And it was the Big One?
19    A   Yes.  Definitely.
20    Q   Do you remember we spoke on August 5th when
21  we were all in court together in Sherman?
22    A   Uh-huh.
23    Q   You told us you began working with a third
24  large borrower in August of 2011.
25    A   Correct.



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
233–236

Page 233

1    Q    2012. I'm sorry.
2    A    Okay.
3    Q    Other than the Big One and Number Two.
4    A    Correct.
5    Q    And you told us -- me, Ms. Downes, the other
6    SEC employees that were there, that it was this third
7    borrower that walked with your 202000 bitcoin.
8    A    Correct.
9    Q    But today you said it's the Big One.
10    A    It was the Big One.
11    Q    But the Big One you started working with not
12    the August of 2012 but in December of 2011.
13    A    Correct.
14    Q    Which one was it?
15    A    The Big One.
16    Q    So it was not a third borrower?
17    A    No.
18    Q    That is not true what you told us on August
19    5th when we were in court that a third borrower had
20    walked with the 202000 bitcoin?
21    A    When I talked with you then, I looked up --
22    actually have I had left to go to the courtroom, I
23    looked up trying to find the transactions, a list of
24    transactions, and I immediately thought it was him
25    because he was the one that was doing a lot of the

Page 234

1    recent transactions.
2    Q    Him being the third borrower?
3    A    Well, the third big one.
4    Q    Right.
5    A    But even when I was going through all -- kind of
6    the transactions of figuring out how everything
7    unfolded, I -- the -- I first thought I had made a
8    mistake and sent it to the wrong address, and that's
9    why I thought it was Number Three.  But it was Number
10    One who I actually sent the coins to, and that's why
11    I trusted him so much because I had been with him for
12    so long.
13    Q    So when we were in court on August 5th, 2013
14    discussing Bitcoin Savings & Trust, you're saying you
15    told us it was a third borrower who had walked with
16    the 202000 bitcoin, not the Big One and not Number
17    Two, because you forgot -- you forgot who walked with
18    your 202000 bitcoin?
19    A    No.  No.  I said I forgot -- I don't even
20    think I said I forgot.  I thought that I had made a
21    mistake in the address, and that's why I thought it
22    was Number Three.  But it wasn't.  It was Number One,
23    the big guy, the Big One, and I've been looking to
24    try to, you know, find it.
25    Q    So a year after Bitcoin Savings & Trust

Page 235

1    collapsed because you sent 202000 bitcoin to somebody
2    who walked with it --
3    A    Correct.
4    Q    -- and we were in court, when you sat there
5    at that moment, you didn't know which of your
6    borrowers had walked with the 202000 bitcoin.  You
7    had to go look at some records to figure that out?
8    A    At the time I thought I knew.  I really did.
9    And it was based on the address that I sent it to.
10    So when I look at the address and find out it's not
11    linked with him, it's linked with the first one, then
12    it's a whole -- completely different thing.
13    Q    What was the custom and practice with
14    Bitcoin Savings & Trust's borrowers?  It borrowed
15    from you on a weekly basis; is that right?
16    A    Yes.  Seven days.
17    Q    And each week they repaid the full amount
18    they borrowed in principal plus interest or just
19    interest?
20    A    They paid back -- by Sunday they had to pay
21    back the entire amount, and then they had the rest
22    of -- until -- they had Monday morning before they
23    had to pay back the interest.
24    Q    And when did they get the funds that they
25    borrowed from you?

Page 236

1    A    On the Friday before the weekend.  So
2    Friday.  They had basically eight days to return
3    funds.
4    Q    You would lend bitcoin to one of your
5    borrowers on a Friday.
6    A    Correct.
7    Q    When did that bitcoin come back?
8    A    They returned the coins -- I'm just
9    averaging because some of them didn't.
10    Q    Custom and practice.  I know from week to
11    week things may vary a little bit.  But what was the
12    custom and practice?
13    A    From the -- they had an entire -- I didn't
14    do much on the weekends.  So they had an entire week
15    to get them back to me, and then they had to return
16    them -- return the coins within a week, but they
17    didn't have to pay the additional funds until --
18    interest, until Monday morning.
19    Q    So they actually had nine days to return the
20    funds, if I understand you.
21    A    Right.
22    Q    You lent --
23    A    Just nine days on the principal.
24    Q    So you lent bitcoin to the Bitcoin Savings &
25    Trust --

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
237–240

Page 237

1    A  No. Interest.
2    Q  You lent bitcoin to Bitcoin
3  Savings & Trust's larger borrowers each Friday as a
4  general matter, correct?
5    A  Correct.
6    Q  And nine days later, on a Sunday, they were
7  responsible for repaying the principal.
8    A  Correct.
9    Q  And ten days later, each Monday, they were
10  responsible for returning the interest?
11    A  Correct.  And I made my payments on Monday
12  at noon.
13    Q  To your investors?
14    A  To my lenders.
15    Q  And so from each Friday through Sunday you
16  had two loans out with your borrowers because they
17  had not yet returned their principal from the
18  previous loan, and you were making a new loan.
19    A  Correct.
20    Q  Okay.  If your borrowers repaid you the full
21  principal every week, how come we don't see any large
22  transactions in your account's transaction data
23  coming into any of your addresses --
24    A  Because you --
25    Q  -- every Sunday.

Page 238

1    A  Because you have transaction data for
2  whatever went on at that given point and time.  And
3  when a transaction would come in, it would hit the
4  mixer, come into my storage wallet at the time.  Then
5  the storage wallet would send in one transaction all
6  of the coins through the mixer and into the accounts
7  divvying up however the amounts are.  I take that
8  amount, put it into Bitcoin Savings & Trust's
9  website.  It would track all the ones that happened
10  in a five-minute increment or five-minute time period
11  and track it all.
12    Q  So we -- in what's been marked as Exhibit
13  Number 5, we are getting a record of the transactions
14  only as they're coming out of the mixer and into your
15  investor's accounts or out to your investor's
16  accounts.
17    A  Yes.
18    Q  And in what's been marked as Exhibit 5,
19  there's no transaction history between Bitcoin
20  Savings & Trust and it's borrowers?
21    A  No.
22    Q  And you have no proof at all of your lending
23  activities?
24    A  Not at this time.
25    Q  Okay.  What was your custom and practice for

Page 239

1  honoring a request from Bitcoin Savings & Trust
2  investors?  Could they make them at any time?
3    A  Yes.
4    Q  And you would honor them at any time?
5    A  Yes.
6    Q  And how did you maintain enough bitcoin on
7  hand to do that?
8    A  I kept a reserve.
9    Q  So there was a reserve fund?
10    A  Just coins sitting in a wallet.
11    Q  In your main operating wallet?
12    A  Correct.
13    Q  And the transaction history for that wallet
14  to the extent the keys were still present when you
15  produced the transaction history to the Commission is
16  now printed out as Exhibit 5?
17    A  If those keys are still in it.
18    Q  That was the premise of the question.
19    A  If the keys were in it, then they would show
20  up in here.
21    Q  So in Exhibit 5, once again, is your
22  transaction history with Bitcoin Savings & Trust
23  investors so long as the keys and addresses still
24  existed in the wallet at the time you produced that
25  material to the Commission?

Page 240

1    A  Correct.
2    Q  And none of the data for Bitcoin
3  Savings & Trust's lending activities are in there?
4  The money you sent to your Bitcoin Savings & Trust
5  borrowers for the purpose of generating returns,
6  that's not reflected in there?
7    A  There may be a few, but after that point --
8  I mean, very, very early on.  But for the most part,
9  no because the keys would have been removed.
10    Q  So you had this reserve for meeting investor
11  withdrawal requests?
12    A  Correct.
13    Q  And that reserve was essentially the bitcoin
14  that was associated with the addresses in the main
15  operating wallet?
16    A  Correct.
17    Q  And all the bitcoin associated with the
18  addresses in the main operating wallet belonged to
19  yourself or Bitcoin Savings & Trust investors,
20  correct?
21    A  They all belonged to me.
22    Q  How could that be?
23    A  Whoever has the key owns the key.
24    Q  But they were dedicated deposit addresses
25  for the investors.



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
241–244

Page 241

1    A   It doesn't matter.  They're my keys.  If I
2   give you $50 in cash, once you have it, it's yours.
3   I can't say, hey, that's my $50.
4    Q   So in your view, when a Bitcoin
5   Savings & Trust investor gave you 50 bitcoin for the
6   purposes of investing in Bitcoin Savings & Trust,
7   that was now your bitcoin?
8    A   That's why they're lenders.  They're lending
9   me the coins.
10    Q   And you could use it as you liked?
11    A   Yes.
12    Q   Including using it to pay withdrawal
13   requests to other Bitcoin Savings & Trust
14   investors?
15    A   Sure.  That's what --
16    Q   And that's what you did?
17    A   No.
18    Q   But you paid withdrawal requests to Bitcoin
19   Savings & Trust investors out of the bitcoin in the
20   main operating wallet, correct?
21    A   Yes.
22    Q   And the only bitcoin in that operating
23   wallet was the bitcoin that you got from Bitcoin
24   Savings & Trust investors, correct?
25    A   Or my transactions or, you know, little coin

Page 242

1   movements between wallets but that didn't go through
2   the mixer.
3    Q   Okay.  By and large, the bitcoin that was in
4   the main operating wallet for Bitcoin Savings & Trust
5   was the bitcoin you got from the Bitcoin
6   Savings & Trust investors, correct?
7    A   No.
8    Q   There was also bitcoin -- you said a small
9   marginal amount -- from your GPUMAX activity,
10   right?
11    A   Right.
12    Q   And there was a small amount from your own
13   mining activity.
14    A   Right.
15    Q   That is what I understood from your
16   testimony was the universe of bitcoin in the main
17   operating wallet.  What else was in there?
18    A   Any coins that are received from my clients
19   that went through the mixer into the addresses of my
20   people.
21    Q   What do you mean from your clients?
22    A   From my clients that I was lending coins to.
23   Once it hits -- goes through the mixer and hits my
24   storage wallet two and it goes through the mixer into
25   the --

Page 243

1    Q   The main operating wallet.
2    A   Right.
3    Q   Into the accounts of the Bitcoin
4   Savings & Trust investors.
5    A   Exactly.
6    Q   Right.  And so --
7    A   So it's not just their coins.  Those can be
8   my coins as well.
9    Q   You mean it's not just the coins they
10   deposited with you.  It's also the returns that were
11   generated using their coins.
12    A   The core transactions like I talked about.
13    Q   But you said there were only very few core
14   transactions reflected in Exhibit Number 5 early on.
15    A   Exhibit Number -- we're talking about two
16   different things.  This and the Exhibit 3.
17    Q   No.  I'm talking about Exhibit Number 5.
18    A   I know.
19    Q   Forget Exhibit Number 3 for a second.
20    A   This is just a wallet --
21    Q   Yep.
22    A   -- holding keys that all belong to me.
23   That's what this is.
24    Q   And those keys belong to the deposit
25   addresses for Bitcoin Savings & Trust investors,

Page 244

1   correct?
2    A   They could or they could not.
3    Q   Are all --
4    A   I'm not going to say they're addresses.
5   Those are all my addresses.  Every one of them is my
6   address.
7    Q   But they were dedicated to the Bitcoin
8   Savings & Trust investors.
9    A   They could have been.
10    Q   If bitcoin came into one of those addresses
11   from a Bitcoin Savings & Trust investor, you knew
12   which one by the address, right?
13    A   Yes.  I knew who sent it.
14    Q   And so the deposit addresses were in this
15   main operating wallet for your Bitcoin
16   Savings & Trust, investors, right?
17    A   Yes.
18    Q   What else was in the main operating wallets?
19   Some GPUMAX activity, a limited amount you said,
20   right?
21    A   Right.
22    Q   And a very limited amount of mining
23   activity, right?
24    A   Correct.
25    Q   Anything else?

ESQUIRE

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
245–248

Page 245

1    A  Transactions coming from my clients.  That's
2  it.
3    Q  Meaning from the borrowers.
4    A  The people that I was lending coins to.
5    Q  You can't show any of the activity involving
6  Bitcoin Savings & Trust's borrowers, what you're now
7  calling your clients, in Exhibit 5 you say.  You said
8  you have no record of that activity.
9    A  All of these accounts are mine.  So they
10  could be any of them.
11       MR. MOUSTAKIS:  Let's go off the
12  record.  No, let's not.
13    Q  What is the document that you've produce to
14  the Commission in response to our subpoena that's now
15  marked as Exhibit 5?
16    A  A list of transactions of all of my
17  addresses that I currently had at the time of the
18  subpoena.
19    Q  From what we've been calling the main
20  operating wallet for Bitcoin Savings & Trust.
21    A  Correct.
22    Q  And when you say your addresses, you mean
23  addresses for which you had the keys?
24    A  Correct.
25    Q  And some of those addresses were addresses

Page 246

1  that you provided to Bitcoin Savings & Trust
2  investors for the purpose of making deposits,
3  correct?
4    A  Yes.
5    Q  And some of those addresses were addresses
6  associated with your GPUMAX activity, correct?
7    A  Correct.
8    Q  But that's a very limited amount in what's
9  represented in Exhibit 5, correct?
10    A  Correct.
11    Q  And some of those addresses were addresses
12  associated with your bitcoin mining activity,
13  correct?
14    A  Bitcoin mining doesn't have addresses.
15    Q  Okay.  So the only thing represented in
16  Exhibit Number 5 so far is some limited amount of
17  your GPUMAX activity and the activity for addresses
18  provided to Bitcoin Savings & Trust investors for the
19  purposes of making deposits, correct?
20    A  For making deposits and for receiving funds
21  from my clients, yes.
22    Q  Each Bitcoin Savings & Trust investor had at
23  least one address for making deposits for making
24  deposits with Bitcoin Savings & Trust, correct?
25    A  Yes.  At least one.

Page 247

1    Q  And another address for receiving money back
2  from Bitcoin Savings & Trust.
3    A  At least one.
4    Q  Yes.  And that's how you kept track of where
5  your bitcoin was going.
6    A  Correct.
7    Q  And where it came from.
8    A  Correct.
9    Q  When your clients, as you call them, the
10  individuals borrowing your Bitcoin Savings & Trust
11  investors' funds returned bitcoin to you, they
12  returned it to you, correct?
13    A  They returned it to my addresses.
14    Q  Not to your investors' addresses?
15    A  Yes.  To my investors' addresses.
16    Q  They had your investors' addresses?
17    A  No.  I had them.
18    Q  And how would your borrowers know how to
19  allocate the funds among your investors' addresses?
20    A  I did that.
21    Q  And in the process you took your return as
22  well?
23    A  What was left over.
24    Q  So throughout the life of the Bitcoin
25  Savings & Trust, bitcoin came in from investors, you

Page 248

1  then used it to generate returns.  The returns would
2  come to you.  You would allocate it among the
3  investors.  Was anybody else -- is that correct?
4    A  Say that again.
5    Q  Throughout the life of Bitcoin
6  Savings & Trust, bitcoin came in from Bitcoin
7  Savings & Trust investors, correct?
8    A  Okay.
9    Q  You pooled that bitcoin together with your
10  own for the purpose of engaging in investment
11  activities, which you've described today as over
12  ninety percent lending activities, correct?
13    A  Correct.
14    Q  And then you would earn returns on that
15  investment activity, correct?
16    A  Correct.
17    Q  And then you would allocate those returns
18  among yourself and among the various Bitcoin
19  Savings & Trust investors.
20    A  Correct.
21    Q  And you were responsible for that entire
22  process.
23    A  Yes.
24    Q  Nobody else?
25    A  No.



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
249–252

Page 249

1    Q   And you used the main operating wallet that
2  we've been discussing today for the purpose of
3  receiving funds from Bitcoin Savings & Trust
4  investors and for returning funds to them, correct?
5    A   And...
6    Q   Did you use the main operating wallet --
7    A   Yes.
8    Q   -- a printout of data from which is now
9  marked as Exhibit 5 for the purpose of receiving
10  funds from investors?
11    A   Yes.
12    Q   Did you use it for the purpose of sending
13  funds back to investors?
14    A   Yes.
15    Q   And when I say "funds," I mean bitcoin. You
16  understand that?
17    A   Yes.
18    Q   You also used it to a limited degree I
19  believe for GPUMAX activity; is that correct?
20    A   Yes.
21    Q   Did you also use it for any other purpose?
22    A   For receiving bitcoin from my clients from
23  storage wallet to -- through the mixer into --
24    Q   Did you ever receive bitcoin from what
25  you're calling your clients now -- Bitcoin

Page 250

1  Savings & Trust borrowers -- directly into the
2  operating wallet the data from which is now marked as
3  Exhibit 5?
4    A   No.
5    Q   It came through a mixer?
6    A   Multiple mixers.
7    Q   After first stopping in the storage wallet.
8    A   Yes.
9    Q   After first going through another mixer.
10    A   Correct.
11    Q   So there's no way that that activity would
12  be represented in the data that is now marked as
13  Exhibit 5.
14    A   Except that it's -- it would be inaccurate.
15    Q   Except to the extent that at some point
16  bitcoin coming back from your borrowers allocated you
17  to lend bitcoin to your investors.  That's what would
18  be shown in Exhibit 5, right?
19    A   It's the funds received to pay my borrowers,
20  correct.
21    Q   To pay your investors.  Not your borrowers.
22    A   Yeah.  My lenders, yes.
23    Q   So once again, the data that's been marked
24  as Exhibit Number 5 would include all data associated
25  with the deposit addresses for Bitcoin

Page 251

1  Savings & Trust investors that were still in the
2  wallet at the time you produced the data to the
3  Commission, correct?
4    A   Yes.
5    Q   And it would contain all data associated
6  with the withdrawal addresses for Bitcoin
7  Savings & Trust investors that was in -- that were in
8  the wallet at the time you produced the data to the
9  Commission, correct?
10    A   Correct.
11    Q   It would not contain any data directly
12  showing transactions of any of Bitcoin
13  Savings & Trust borrowers, correct?
14    A   I can't give you that.  It does contain it.
15    Q   How?
16    A   Just because it's not direct from it doesn't
17  mean it's not from it.
18    Q   Are there any Bitcoin Savings & Trust
19  borrowers' bitcoin addresses that appear in
20  Exhibit 5?
21    A   Yes.  Probably some early ones.
22    Q   Early?  What do you mean by "early"?
23    A   When it kind of first started.
24    Q   Well, this data begins July 23rd, 2011.
25    A   Yeah.  When I met -- I'd have to look

Page 252

1  through all of this, but when I met the first guys
2  that do -- at The Vapor Bar.
3    Q   At the what?
4    A   The Vapor Bar.
5    Q   What is The Vapor Bar?
6    A   Smoking vapor, electronic cigarettes.
7  That's banned in New York.  Yeah.  When I met them,
8  when I initially started buying and selling coins, I
9  used this one address because...
10    Q   Did that activity stop?
11    A   Well, it never really stopped.  I was always
12  doing local transactions.  But before I had a system
13  down, there's probably keys in here that I just
14  forgot about that are still in there.
15    Q   When did you get the system down?
16    A   Around the time the first big guy came.
17    Q   So big guy arrived on the scene, if I
18  understand you correctly, on December of 2011; is
19  that right?
20    A   Yeah.  That's correct.
21    Q   So the data attained in Exhibit Number 5
22  post-dating December 2011 should not contain any
23  bitcoin addresses for Bitcoin Savings & Trust
24  borrowers, correct, what your calling your clients
25  today; is that right?

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
253–256

Page 253

1    A   No.  There probably is a couple of them.
2    Q   Few one-off transactions?
3    A   Just before I got -- I mean, before I got
4  really going.
5    Q   When did you really get going?
6    A   I don't know.  I don't know.  Seriously, I
7  don't know.
8    Q   Did you really get going by April of 2012
9  when you launched the BTCST.com website?
10    A   No.  By that time I already had my system
11  down.
12    Q   So by April of 2012 you had your system
13  down, right?
14    A   Correct.
15    Q   And so for all transactions represented in
16  Exhibit Number 5 that post date the launch of the
17  BTCST.com website in April of 2012, there should not
18  be any addresses associated with any of Bitcoin
19  Savings & Trust borrowers, right?
20    A   This pre-dates April, 2012.
21    Q   Okay.  Let's try the question again.  Data
22  in Exhibit Number 5 goes from July 23rd, 2011 through
23  August 26, 2012, correct?
24    A   Yes.
25    Q   And you are saying that some of this data

Page 254

1  represented in Exhibit 5 may represent transactions
2  that you had directly with Bitcoin Savings & Trust
3  borrowers?
4    A   Clients, correct.
5    Q   But that would be in the earlier days of
6  Bitcoin Savings & Trust?
7    A   Correct.
8    Q   And by no means as late as April 2012?  By
9  then you had your system down.
10    A   By then I had the system down.
11    Q   And so any transactions represented in
12  Exhibit Number 5 from April 1, 2012 forward it's safe
13  to say do not include transactions with Bitcoin
14  Savings & Trust borrowers or clients as you now call
15  them?
16    A   Not direct; but indirect, yes.
17    Q   Yes.  We've discussed that.  It's after it's
18  been through a couple of mixers and wallets, right?
19    A   Yeah.
20    Q   And you're crediting the accounts of
21  investors, right?  Crediting the addresses of the
22  investors associated with the investors.
23    A   No.  But if that's the way you want to say
24  it, sure.
25    Q   No.  I want to know what the truth is.

Page 255

1    A   Look, these transactions in Exhibit 3
2  contain raw transactions of what my system saw going
3  on with the blockchain, okay?  What I knew was right
4  and what I knew was not right is what I showed the
5  users.  I made it perfectly clear numerous times --
6  and I'm sure it's in this Exhibit 4 -- that my
7  lenders wanted to be protected so that their coins
8  didn't look like they were being sent between Silk
9  Road and any other place that's out there on the
10  internet.  So I told them that they run through
11  multiple mixers before the coins ever come back to
12  you.  They've checked them, and it's legit.  They run
13  through mixers.  The coins come from all kinds of
14  places.
15        So you're trying to get me to say this
16  information is correct, and it's not.  I mean, I gave
17  you this information on a whim thinking that you were
18  just doing some basic information.  If I would have
19  known you needed exact accounting that you could
20  understand -- and I asked you if -- during the
21  subpoena I said, do you need it in a format you can
22  understand.  You said, just give it to us.  We'll let
23  our IT guys figure it out.
24        When I sent it to you, I sent it to you
25  in just the rawest format I could get it in that you

Page 256

1  could at least understand it, and now you're saying
2  that what I'm giving you is completely accurate, and
3  I'm telling you right now it's not.
4    Q   What was in your reserve?
5    A   It depends -- it really depended on how many
6  coins were moving between my -- the lenders moving
7  coins, if they were depositing them and taking them
8  back out, depositing them and taking them back out,
9  I'd have to store them more because multiple people
10  were withdrawing to kind of be a buffer.
11    Q   So in a period of heavy withdrawal requests,
12  you would store more bitcoin as a buffer to honor
13  those requests?
14    A   Yes.
15    Q   And the bitcoin you were storing came from
16  where?
17    A   From the operating wallet.  I just never
18  moved them out.
19    Q   Right.  And -- the operating wallet
20  contained bitcoin from where?
21    A   From lenders, from my clients, from me, from
22  my mining, from GPUMAX.
23    Q   Mining.  And that was all commingled in the
24  operating wallet?
25    A   Definitely.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
257–260

Page 257

1   Q   And did you have any way of distinguishing
2   what in there belonged to Bitcoin Savings & Trust, to
3   you, to GPUMAX or to your mining activities?
4   A   Yes.
5   Q   How?
6   A   I had a website called Bitcoin
7   Savings & Trust that tracked everything.
8   Q   You mean BTCST.com?
9   A   Yes.  I could look at a console and tell
10  them exactly how many coins I owed everybody, how
11  many coins I'm expecting to make this week.
12  Q   Do you remember we had that conversation on
13  October 3rd, 2012?
14  A   Yes.
15  Q   In that conversation you informed me that
16  you maintain a reserve fund in the main operating
17  wallet at any time.
18  A   Correct.
19  Q   And you honored withdrawal requests out of
20  that reserve fund; is that correct?
21  A   Correct.
22  Q   It's correct you told me that; and that was,
23  in fact, the truth?
24  A   Yes.
25  Q   And the reserve is what you had in the main

Page 258

1   operating wallet at the time.  That's what was called
2   your reserve, right?
3   A   Right.
4   Q   Okay.
5   A   Because the bitcoin -- to send bitcoins to
6   somebody, it takes six confirmations or an hour
7   before you can send those coins again.  So I had to
8   keep them in reserve when somebody was requesting
9   something because I didn't want them to wait an hour
10  before I could send them more bitcoins.
11  Q   Now, for a while you held that reserve at
12  Bitcoinica, right?
13  A   Yes.
14  Q   And that was until -- from about February of
15  2011 until about when?
16  A   I'd have to look up when it happened, when
17  the security stuff started happening.  It kind of
18  started freaking me out.
19  Q   You mean security problems at Bitcoinica?
20  A   Yes.
21  Q   Did you maintain your reserve at Bitcoinica
22  as late as January of 2012?
23  A   I don't know.
24  Q   How about April of 2012, once you had the
25  Bitcoin Savings & Trust website up and running?

Page 259

1   A   No.  I was no longer using Bitcoinica.
2   Q   Okay.  So from April of 2012 with the launch
3   of the BTCST.com website through August of 2012, you
4   were holding a reserve fund in your main operating
5   wallet; is that right?
6   A   Yes.
7   Q   And the reserve fund is what you used to
8   honor withdrawal requests, correct?
9   A   Yes.
10  Q   And the reserve fund included your own
11  bitcoin; is that right?
12  A   Correct.
13  Q   Bitcoin from the GPUMAX Technologies
14  activities, correct?
15  A   Correct.
16  Q   And Bitcoin Savings & Trust investor bitcoin
17  that you held in return?
18  A   Correct.
19  Q   Now, when you and I spoke on October 3rd,
20  2012, you said you still had 100000 bitcoin in your
21  possession, correct?
22  A   Correct.
23  Q   Was that true?
24  A   At the time?
25  Q   Yes.

Page 260

1   A   Yes.
2   Q   And what have you done with that bitcoin?
3   A   Sent them back.
4   Q   Sent them back to whom?
5   A   To the list that I gave you plus others that
6   aren't accounted for on that list.
7   Q   You mean a list of investors we discussed
8   earlier?
9   A   Correct.
10  Q   Do you have any record of having done so?
11  A   I could find it.
12  Q   What do you mean you could find it?  Where
13  is it?
14  A   I could find it.
15  Q   You're under subpoena.
16  A   I know.  I can find it somewhere.
17  Q   Where is it?
18  A   You could go through the blockchain line by
19  line and figure out where it's at, where all the
20  transactions happened.
21  Q   How could you find those transactions in the
22  blockchain?
23  A   I could look for them line by line through
24  the blockchain.
25  Q   What are you looking for in the lines?



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
261–264

Page 261

1    A  A transaction to a specific withdrawal
2  address.
3    Q  You recognize your Bitcoin Savings & Trust
4  investors' addresses, withdrawal addresses?  You
5  could recognize them by sight?
6    A  I could look them up from the list you gave
7  me or the list I originally gave you.
8    Q  What list?
9    A  Exhibit 5.
10    Q  But Exhibit 5 doesn't have the word
11  "investor" next to any particular address.
12    A  Right.
13    Q  How do you look at Exhibit 5 and know which
14  addresses belong to investors and which don't?
15    A  Because when I had the coins, I can compare
16  any transaction that happened after that date with
17  every sent address on here and find it.
18    Q  Well, anybody could find bitcoin
19  transactions in the blockchain associated with any of
20  the addresses listed in Exhibit 5, correct?  All they
21  need is the address, and they can look it up on the
22  blockchain, right?
23    A  Correct.
24    Q  But my question is how do you know which
25  ones belong to investors?

Page 262

1    A  Because they're in here.
2    Q  So these are only bitcoin investor deposit
3  and withdrawal addresses?
4    A  They're mostly withdrawal addresses.
5    Q  When you say mostly -- well, wait a minute.
6  Where it says, "received with" --
7    A  Right.
8    Q  -- those are deposit addresses?
9    A  Right.
10    Q  From investors, correct?
11    A  Yes.
12    Q  And where it says, "sent to," those are
13  withdrawal addresses?
14    A  Correct.
15    Q  Now, you said there's some other activity in
16  here besides deposits and withdrawals from Bitcoin
17  Savings & Trust investors, but is that a very limited
18  amount?
19    A  What would you say is "limited"?
20    Q  Is it fair to say that at least ninety
21  percent of the activity represented in Exhibit 5
22  represents bitcoin transactions to and from Bitcoin
23  Savings & Trust investors?
24    A  No.
25    Q  Eighty-five percent?

Page 263

1    A  Forty percent.  The rest of it is
2  transactions from storage wallet two through the
3  mixer.
4    Q  To Bitcoin Savings & Trust investors?
5    A  To my addresses.
6    Q  And what do you mean when you say, "my
7  addresses"?
8    A  I'm not going to do it, Philip.  I'm not
9  going to tell you that these are -- these are all my
10  addresses.  Every one of them.  I owned every one of
11  them, and they're mine.  So if somebody sent me coins
12  to one of my addresses, they're my addresses.
13    Q  You had a withdrawal address for each
14  Bitcoin Savings & Trust investor, correct?
15    A  Correct.
16    Q  And you had a deposit address for each
17  Bitcoin Savings & Trust investor, correct?
18    A  Correct.
19    Q  Looking at Exhibit 5, what percent of the
20  addresses represented here in this data would you say
21  were either a withdrawal or a deposit address for a
22  Bitcoin Savings & Trust investor?
23    A  I couldn't give you that number.  I don't
24  know.
25    Q  Would you say it's less than half?

Page 264

1    A  I'm not going to give you a number.  I don't
2  know.
3    Q  Would you say it is less than ten percent?
4    A  I don't know.
5    Q  Was it more than ninety percent?
6    A  I don't know.
7    Q  How could you look at this then and identify
8  investor addresses?
9    A  Go one by one.
10    Q  Okay.  Let's go.
11    A  Okay.  It would be nice if I had a computer
12  with a blockchain on it.
13    Q  Exhibit 5, SEC-Shavers-E0000001, Page 1 of
14  174.
15    A  This is going backwards.
16    Q  Yes, it is.
17    A  Okay.
18    Q  Line one.
19    A  Line one.
20    Q  Is that an investor address?  Either deposit
21  or withdrawal?
22    A  That is a withdrawal.
23    Q  Address for a Bitcoin Savings & Trust
24  investor?
25    A  Yes.



TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                                265–268

Page 265

1     Q   Which one?
2     A   I don't know.
3     Q   How do you know?
4     A   If I had the blockchain in front of me, I
5  could probably tell you.
6     Q   That's not my question.  You just identified
7  it as a Bitcoin Savings & Trust investor withdrawal
8  address.  How do you know it's that?
9     A   Because I know one of the last transactions
10  I sent you.
11     Q   Sent to me?
12     A   I mean, one of the last transactions that I
13  sent before I sent you the list.
14     Q   Okay.  Line two?
15     A   The same.
16     Q   What's that?
17     A   That is for GPUMAX.
18     Q   Then it's not the same of anything, is it?
19  What do you mean, "the same" when you say, "same"?
20     A   Same way I know.
21     Q   Is line two a Bitcoin Savings & Trust
22  investor deposit or withdrawal address?
23     A   No.
24     Q   How do you know it's a GPUMAX address?
25     A   Because I remember the "hez" at the end,

Page 266

1  h-e-z.
2     Q   Please review Page 1 of Exhibit 5 and tell
3  me if there are any other addresses on Page 1 that
4  were not either a Bitcoin Savings & Trust investor
5  withdrawal address or a Bitcoin Savings & Trust
6  investor deposit address.
7     A   Any of the ones that have h-e-z on them at
8  the end, which is the sent-to line.  25 and --
9     Q   What's 25?
10     A   A payment sent to GPUMAX for paying out
11  GPUMAX --
12     Q   You mean line 25?
13     A   Yeah.  The minus 254, and then further down,
14  the minus 196.
15     Q   Right.  You've already identified that
16  address.
17     A   Well, you asked.
18     Q   I asked you if there are any other addresses
19  on Page 1 that do not belong to Bitcoin
20  Savings & Trust investors, either deposit or
21  withdrawal addresses.
22     A   I'd need the blockchain to be able to check
23  these.
24     Q   What in the blockchain would tell you
25  whether or not something was a Bitcoin Savings &

Page 267

1  Trust investor address?
2     A   Because they go out in batches when I make
3  payments.
4     Q   So patterns in the blockchain?
5     A   Yeah.
6     Q   But these transactions are dated and timed.
7     A   That doesn't matter.
8     Q   So what additional data would be in the
9  blockchain?
10     A   Do you see the transaction ID on the side?
11  You see how some of the transactions have the same --
12     Q   The final column on the right?
13     A   It's just different.  That means all these
14  transactions happened in one transaction.
15     Q   All which ones?
16     A   See, only the final number on the end is
17  changed.  Down at the very last five rows; 02, 03, 04
18  05?
19     Q   Uh-huh.
20     A   That means all those transactions happened
21  in one transaction.
22     Q   So you can see they're batched.
23     A   Right.
24     Q   So what do you mean on the blockchain that's
25  not here?

Page 268

1     A   So that means that I sent .05 bitcoins to
2  all those addresses at one apiece.  That was at blast
3  test system that I was doing testing addresses.
4         So I can use that same formula.  The
5  computer can go through this extremely quickly.  But
6  if you look at Page 3, you'll see batches of numbers.
7  Those are transactions of me paying investors,
8  physically paying them.  Page 3.
9     Q   Which transaction on Page 3?
10     A   The last fifteen, fourteen.
11     Q   The last fourteen --
12     A   All together.
13     Q   So it's a series of ID numbers, transaction
14  ID numbers, that are all the same except for the last
15  two digits?
16     A   Correct.  So I know all of those addresses
17  right there are the withdrawal address for investors.
18     Q   So you can identify investor addresses
19  here?
20     A   Some of them.  I just don't know
21  individually which one is which.
22     Q   So what information is available on the
23  blockchain that's not here?
24     A   I can take these addresses that I know from
25  this document that are real withdrawal addresses,



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
269–272

Page 269

1 then check it against the blockchain, have the system
2 go through the entire blockchain, billions of
3 transactions, find every transaction that happened
4 and then compare it to your information, and I'll
5 show you the difference.
6    Q   You mean your information.
7    A   I'll show you the information you have, and
8 I'll show you the difference.
9    Q   So if you had a computer here now with your
10 computer here --
11    A   My computer here.
12    Q   -- you could tell us which addresses in
13 SEC-Shavers-E0000001 belonged to investors either as
14 deposit or withdrawal addresses and which did not; is
15 that right?
16    A   It would take a serious amount of time, but
17 yes.
18    Q   How much time?
19    A   To go through the blockchains, 60 gigs,
20 compare -- that's two cycles.  Five days with a
21 computer running constantly.
22    Q   And why haven't you done that?
23    A   Like I told you, it's exhaustive.
24    Q   You're under Court order to provide us with
25 an accounting.  Why haven't you provided it if you

Page 270

1 can do it?
2    A   Because it's not available.  I'd have to
3 write a program to do it and then hope the system
4 doesn't go down in the middle of the query.
5    Q   So you can't do it.
6    A   I could did it with the right equipment.
7    Q   So do it.  Why haven't you done it?
8    A   I could do it.
9    Q   Why haven't you done it?  You're under Court
10 order to do it.
11    A   Because whenever I do it, I'm not just going
12 go for this information.  I'm going to go for
13 everything.  And when I find that information, I will
14 give you the updated information and show you that
15 this was not a Ponzi scam.  Just give me time.  I
16 promise you.
17    Q   The process is underway, Mr. Shavers.
18    A   I understand.
19    Q   Why can't you just matched dates and amounts
20 with investor account records?
21    A   Do what now?
22    Q   You have investor accounts records from --
23    A   This?
24    Q   No.  Exhibit Number 3.
25    A   This isn't -- this is raw transactions to an

Page 271

1 address.  This isn't going to have all of these
2 addresses.  And if the addresses do match up, I'd
3 have to match up dollar for dollar.
4    Q   Too much work?
5    A   For a human to do?  Yes.  It's like asking
6 you to go through this list of --
7    Q   Well, we may.  It may be what we're spending
8 our day doing tomorrow.  Mr. Shavers, during the life
9 of Bitcoin Savings & Trust -- so from February of
10 2011 through August of 2012, you raised at least
11 700000 bitcoin in deposits from Bitcoin
12 Savings & Trust investors; isn't that correct?
13    A   No.
14    Q   Approximately how much did you raise in
15 bitcoins?
16    A   About 400.
17    Q   400000?
18    A   Yeah.
19    Q   During the same period you returned at least
20 500000 bitcoin to Bitcoin Savings & Trust investors
21 in withdrawals and purported interest payments; isn't
22 that right?
23    A   Plus or minus some.  It could be just
24 transactions that I owed them for something else or
25 he used the same address.  I don't know for sure.  I

Page 272

1 don't have the exact number.
2    Q   Was it at least 500000 bitcoin that you
3 returned to Bitcoin Savings & Trust investors during
4 the life of Bitcoin Savings & Trust?
5    A   Was it at least...
6    Q   500000.
7    A   Definitely.  Yeah.
8    Q   And throughout the life of Bitcoin
9 Savings & Trust, you at times used new investor
10 bitcoin received from Bitcoin Savings & Trust
11 investors to pay the returns owed on outstanding
12 Bitcoin Savings & Trust investments; isn't that
13 right?
14    A   No.  Not the way you say it.
15    Q   Well, you had bitcoin you received from
16 Bitcoin Savings & Trust investors in a reserve fund,
17 which at times when you needed to you used to honor
18 withdrawal requests, correct?
19    A   Right.  But you're saying that I used their
20 funds to pay other people out, and that's not the way
21 it was accounted for.
22    Q   You saw it more as a reserve fund.
23    A   I just kept the reserve fund at an amount
24 and anything else got moved out or of pushing out
25 people.  I mean, it could have been all kinds of



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
273–276

Page 273

1  different things.
2      Q   And throughout the life of Bitcoin
3  Savings & Trust you would use the reserve fund to pay
4  withdrawal requests or honor or withdrawal requests
5  and pay purported returns to Bitcoin Savings & Trust
6  investors, right?
7      A   Sure.  Yes.
8      Q   And during the life of Bitcoin
9  Savings & Trust, you at times transferred bitcoin to
10  the bitcoin currency exchange Mt.Gox, correct?
11     A   Yes, but from numerous sources.
12     Q   From what sources?
13     A   It could have been from Bitcoinica.  It
14  could have been from storage wallet two.  It could
15  have been from the mixer.  It could have been a code.
16     Q   The mixer isn't a source of bitcoin.  It's a
17  device for disguising bitcoin transactions, right?
18     A   Yes.
19     Q   So when you say from the mixer, what does
20  that mean?
21     A   Usually the storage wallet, too.
22     Q   In any event, throughout the life of Bitcoin
23  Savings & Trust, you at times transferred Bitcoin to
24  Mt.Gox?
25     A   Yes.

Page 274

1      Q   And that including investor bitcoin?
2      A   They were my bitcoins, my coins.
3      Q   Your coins that --
4      A   From my addresses.
5      Q   -- investors have put on deposit with you.
6      A   They could have.  Actually at no point -- at
7  no point did I move any investor's funds into Mt.Gox.
8      Q   How do you know?
9      A   Because I knew how many coins I had
10  personally.  So they weren't the investor's.  They
11  were my coins.
12     Q   And so everything was going fine until the
13  first week of August of 2012 when you realized that
14  the Big One wasn't returning your 202000 bitcoin; is
15  that right?
16     A   Whatever day I was coming back from Vegas.
17     Q   Okay.  And we established you were in Vegas
18  the last week of July.
19     A   Right.
20     Q   And by the time you came back, either the
21  last day of July or the first week of August, you
22  realized that 202000 bitcoin had not come back from
23  the Big One, right?
24     A   Correct.  They hadn't hit the storage
25  wallet.

Page 275

1      Q   And you had sent the 200000 bitcoin to the
2  Big One on a Friday prior to going Las Vegas; is that
3  right?
4      A   Correct.
5      Q   And you were expecting them back nine days
6  later on a Sunday?
7      A   No.  That transaction was different.  I sent
8  them on a Friday.  They were supposed to be back --
9  it was like Thursday or Friday.  By the time I flew
10  back -- whatever day I flew back -- where is that
11  document we have?  Exhibit 1.  On July -- they were
12  supposed to be back in the storage wallet on July
13  30th.
14     Q   Of?
15     A   2012.
16     Q   And they were not?
17     A   They were not.
18     Q   And you learned that when?
19     A   July 30th at Vegas time around midnight.  So
20  by the time I got onboard at 7/31, I was freaking
21  out.  On 7/31.
22     Q   By the time you got onboard your flight
23  home?
24     A   Correct.
25     Q   Now, you didn't know anything about the

Page 276

1  identity of the Big One, right?
2      A   No.
3      Q   You didn't know his real name or anything
4  else about him?
5      A   No.  Sometimes he signed some things with
6  "K," but that's all I had.
7      Q   Did you know what he was going to do with
8  your bitcoin?
9      A   I didn't ask.
10     Q   Did you ever know what any of your
11  borrowers, or as you're calling them now "clients,"
12  did with the bitcoin that you lent to them?
13     A   I think some of them were used for Silk
14  Road.
15     Q   Meaning?
16     A   Were used for selling bitcoins on Silk Road.
17     Q   Is that something you understand now or
18  something you knew at the time?
19     A   I had a pretty good idea at the time that's
20  what they were used for.  I had an account on Silk
21  Road that had the same name Pirateat40, and I had
22  people sending me messages in IRC at bitcoin asking
23  if I was the same Pirateat40 on Silk road, and I said
24  I don't think so just -- it went on because people
25  were buying and selling bitcoin on Silk Road.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
277–280

Page 277

1    So when I started getting people asking
2  about it, I kind of started getting the idea that
3  people were using it for that, especially the large
4  amounts.  And there was one transaction I tracked
5  down that the taint on the transaction was just
6  complete -- completely tainted with Silk Road's
7  mixer.  So I'm pretty sure that's what most of the
8  coins were used for.
9    Q  Do you remember we spoke on October 3rd,
10 2012, and I asked you what Bitcoin Savings & Trust
11 investment activities were?
12   A  Uh-huh.
13   Q  Is that a "yes"?
14   A  Yes.
15   Q  And you said that Bitcoin Savings & Trust
16 investment activities was in the business, I should
17 say, of lending bitcoin to anonymous borrowers you
18 met online; is that right?
19   A  Correct.
20   Q  And that was true?
21   A  Correct.
22   Q  And at the time on October, 2012 you said
23 that your understanding was that these anonymous
24 borrowers wanted the bitcoin for the express purpose
25 of manipulating the price of bitcoin on Mt.Gox and

Page 278

1  other currency exchanges including a dark pool in
2  Asia.  Do you remember that?
3    A  No.  I didn't say that at all.  I said the
4  dark pool in Asia.
5    Q  What did you say about the dark pool in
6  Asia?
7    A  That they were using them to sell them
8  because you'd get higher price for the small
9  exchange.
10   Q  So you did not say on October 3rd, 2012 that
11 you used Bitcoin Savings & Trust's investor's bitcoin
12 for the purpose of lending bitcoin to anonymous
13 borrowers you met online who you knew wanted the
14 bitcoin for the express purpose of manipulating the
15 price of bitcoin on Mt.Gox?
16   A  No.
17   Q  You did not say that?
18   A  I'm pretty sure I didn't.
19   Q  Okay.
20   A  That may be the way that you heard it,
21 but... I know where you're coming from based on what
22 I know.  So...
23   Q  I don't know what that means.  What you do
24 mean?
25   A  I was borrowing the coins so I could

Page 279

1  manipulate the market to adjust the price, and I
2  think you might have picked that up as me saying that
3  my lenders were doing that.  If my lenders could
4  manipulate the market, then I'd be screwed.  My
5  clients.  I'm sorry.
6    Q  Do you recall telling me on October 3rd,
7  2012 that you are unsure if there were two, three or
8  four anonymous borrowers you owed money to?
9    A  Yes.
10   Q  And is that true that you are unsure how
11 many anonymous borrowers you had for Bitcoin
12 Savings & Trust investment activities?
13   A  There was a thought that two of them were
14 the same.  So I didn't know if it was three or four.
15   Q  You mean you had the thought.
16   A  Yeah.
17   Q  But today you've testified there were two
18 principal ones, Big One and Number Two.
19   A  Right.
20   Q  Was there a third large one?
21   A  It wasn't large.  It was the third largest,
22 but it was not large.
23   Q  And do you remember in the October 3rd, 2012
24 conversation you told me that you held in Bitcoin
25 Savings & Trust's main operating wallet all the

Page 280

1  bitcoin from Bitcoin Savings & Trust investors, some
2  bitcoin from GPUMAX activities, your personal bitcoin
3  and the bitcoin from your mining activities.  Do you
4  remember that?
5    A  Yeah.  I remember saying that I received
6  coins from the other transactions.  But yes.
7    Q  And that was true when you told me that?
8    A  Correct.
9    Q  And you refer to this bitcoin that you held
10 from these various sources in your main operating
11 wallet in that October 3rd, 2012 interview as your
12 reserve fund.  Do you recall that?
13   A  I see where you're going.  No, I don't
14 recall that.
15   Q  Now, in the October 3rd, 2012 interview you
16 told me that in any week when you didn't earn enough
17 from your Bitcoin Savings & Trust investment
18 activities to pay the promised returns to your
19 Bitcoin Savings & Trust investors, you would pay them
20 out of your reserve.  Do you remember that?
21   A  That's not what the reserve fund is about.
22   Q  That's not what I asked.  The question is do
23 you remember telling me that on October 3rd, 2012?
24 Do you remember telling me that in any week when you
25 didn't generate enough returns from your Bitcoin



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
281–284

Page 281

1  Savings & Trust investment activities to honor
2  withdrawal requests or to pay the returns on
3  outstanding Bitcoin Savings & Trust investments, you
4  would pay out of a reserve fund?  Do you remember
5  that?
6      A  I don't remember saying it like that.
7      Q  Are you saying you did not say that?
8      A  I'm saying I don't remember saying it like
9  that.
10     Q  What do you remember saying?
11     A  Telling you exactly what a reserve was for
12  and that I wasn't using the reserve to pay my
13  lenders, but when I didn't have enough back in
14  time -- not that I didn't make enough, that I didn't
15  get them back in time, that I would use the coins
16  that are in the operating wallet to make sure all of
17  the payments went out before the coins were received.
18     Q  Put more plainly, at any time throughout the
19  life of Bitcoin Savings & Trust, when you didn't have
20  enough bitcoin on hand at the moment to honor
21  withdrawal requests from a Bitcoin Savings & Trust
22  investor -- withdrawn.  Let me try to put it more
23  plainly again.  Sorry.
24         So throughout the life of Bitcoin
25  Savings & Trust, in any instance when you did not yet

Page 282

1  have the investment returns you were expecting from
2  Bitcoin Savings & Trust investment activities in
3  hand, you would use the bitcoin you had on hand to
4  honor Bitcoin Savings & Trust's investor withdrawal
5  requests?
6      A  Correct.
7      Q  With the expectation that at some point the
8  bitcoin would come from your investment activities,
9  from Bitcoin Savings & Trust investment activities,
10  and you would replenish the funds in the main
11  operating wallet?
12     A  The reserve.
13     Q  Now, in the October 3rd, 2012 interview you
14  told me that in July of 2012 Bitcoin
15  Savings & Trust's borrowers told you they were no
16  longer willing to pay you about ten percent weekly on
17  the bitcoin you lent to them.  Do you remember
18  telling me that?
19     A  Not all of them.
20     Q  In July of 2012 did the Big One tell you he
21  would no longer pay you ten percent weekly on the
22  bitcoin you lent to him?
23     A  No.
24     Q  Did Number Two in July of 2012 tell you he
25  with no longer pay you the ten percent weekly, give

Page 283

1  or take, that he had been paying you on the bitcoin
2  you lent to him?
3      A  Yes.
4      Q  And in the October 3rd, 2012 interview, you
5  told me this is why you lowered the interest that you
6  were offering to Bitcoin Savings & Trust investors;
7  is that right?
8      A  No.
9      Q  You didn't tell me that?  You didn't tell
10  me --
11     A  Not in the same sense you're describing it.
12     Q  Explain.
13     A  The rates were never lowered for one.  I
14  stated that I was going to lower rates anticipating
15  that these guys were going to follow suit together.
16     Q  Anticipating -- what do you mean that they
17  would follow suit together?
18     A  That --
19     Q  Big One would follow Number Two's lead?
20     A  Yeah.  Based on the price.  Bitcoin had
21  started moving up.  And they just weren't going to be
22  able to make that kind of -- we're talking real cash
23  how, right?  So they wouldn't be able to make that --
24  make that up.  So they're going to ask less and less
25  for it.

Page 284

1         So I was anticipating by saying I'm
2  going to reduce rates, while also reducing rates so I
3  didn't have to deal with all the small accounts, and
4  if they wanted to have an account about me, I'd pay
5  them a tiny amount.
6      Q  "Tiny" he meaning 3.9 percent?
7      A  That's correct.
8      Q  So you never actually lowered the rates for
9  Bitcoin Savings & Trust investors?
10     A  No.
11     Q  But you announced, as we reviewed earlier,
12  on the Bitcoin Forum on or about July of 2012 you
13  were going to.
14     A  Right.
15     Q  And did that precipitate a series of
16  withdrawal requests by Bitcoin Savings & Trust
17  investors?
18     A  It caused a lot of movement between
19  accounts.  You'll see it kind of sparks a lot of
20  transactions that happened between accounts.  There
21  was withdrawals and things going on, but it wasn't
22  anything that was out of the ordinary.  I mean, for
23  like some scare or something, the market crashes or
24  something.
25     Q  Now, when we spoke on October 3rd, 2012, you



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
285–288

Page 285

1 told me that after you announced in July of 2012 that
2 you were going to lower the interest rates for
3 Bitcoin Savings & Trust investors, that there were a
4 wave of withdrawal requests from Bitcoin
5 Savings & Trust investors.  Do you remember telling
6 me that?
7      A  Yes.
8      Q  And was that true?
9      A  Yes.
10      Q  And you told me that everything started to
11 snowball then.  Do you remember using that word?
12      A  Maybe.  But just because I ran out of coins
13 in the operating wallet.  I had to start not being
14 able to lend as many.
15      Q  And that's because there were more coins
16 going back to investors in the form of withdrawal
17 requests.
18      A  Right.  That's liquidating the operating
19 account and pulling from the savings accounts.
20      Q  So it was both true that you told me on
21 October 3rd, 2012 that your announcement in July of
22 2012 of a drop in interest rates precipitated the
23 wave of withdrawal requests, and it was true that
24 that actually happened?
25      A  Yeah.  I mean, there was a wave to get rid

Page 286

1 of, you know, 20000 bitcoins out of my reserve,
2 but -- which I had to recover from by not lending out
3 as many.  But by this time in July, I had most all
4 the coins being lent out and then them coming back
5 202000 coins short, that's what really put me under
6 the snowball.
7      Q  Forget what we discussed on October 3, 2012
8 for a moment.  Is it true that in early July, 2012
9 you announced on the Bitcoin Forum that there would
10 be a lowering of the interest rates paid to Bitcoin
11 Savings & Trust investors?  Page 221 of Exhibit 2.
12 July 2nd or July 3rd.  And you posted it at the top
13 of the thread, right?
14      A  Yeah.
15      Q  And so on or about July 3rd, 2012, you
16 posted a message at the top of the Bitcoin Forum
17 thread for Bitcoin Savings & Trust saying that you
18 intended beginning in August, 2012 to lower the
19 interest rates paid to Bitcoin Savings & Trust
20 investors.
21      A  Right.
22      Q  And that it would be 3.9 percent weekly for
23 regular savings account holders, correct?
24      A  That was for starting.
25      Q  Right.  That's what the announcement was.

Page 287

1      A  No.  That was the starting accounts.
2      Q  Okay.  For new accounts.
3      A  Correct.
4      Q  But it may be higher for older accounts or
5 for pass-thru accounts?
6      A  Yeah.
7      Q  But this was merely an announcement.  Your
8 interest rate changes never occurred, right?
9      A  Some of them occurred.  Some accounts just
10 wanted to keep them, and we worked out an amount for
11 their accounts, like 4.2 or whatever it was.
12      Q  All right.  So when you said earlier you
13 never actually instituted the interest rate changes,
14 that wasn't correct?
15      A  No.  I didn't make it global.
16      Q  In any event, the announcement precipitated
17 a wave of withdrawal requests from Bitcoin
18 Savings & Trust investors, correct?
19      A  Correct.
20      Q  And to honor the withdrawal requests, you
21 had to use the reserves in your operating wallet,
22 correct?
23      A  Right.
24      Q  But at some point even that wasn't enough?
25      A  Correct.

Page 288

1      Q  You ran out of reserves?
2      A  (Witness nods head up and down.)
3      Q  And you had to shut down in August of 2012,
4 right?
5      A  No.  I mean, shut down, but not that I
6 didn't have enough.  It was --
7      Q  So you could have paid out your investors in
8 August of 2012 but chose not to?
9      A  No, no.  You skipped a lot.
10      Q  Tell me what I skipped.
11      A  After the wave of withdrawals, I got
12 everything up to -- everybody had got their
13 withdrawals they wanted, and everything kind of
14 balanced out.  Then I went to Vegas.  It was the
15 biggest transaction that I had done, and did the
16 transaction, and it was only then that I wasn't able
17 to pay anybody.  Prior to me going to Vegas, I had
18 everything caught up.
19      Q  On October 3rd, 2012 when you and I spoke
20 and I asked you why you closed down Bitcoin
21 Savings & Trust, why didn't you tell me about the
22 202000 bitcoin that had gone missing?
23      A  I really didn't think you needed to know.
24      Q  You told me instead that the wave of
25 withdrawal requests following the announcement of the



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
289–292

Page 289

1  lowering of interest rates snowballed until you had
2  to shut down in August, 2012, right?
3      A   Correct.
4      Q   And that's because in your view it was none
5  of my business that the 202000 bitcoin had gone
6  missing?
7      A   No.  It was that I was working to get it
8  repaired, and at that time it wasn't two hundred two
9  anymore because I was working to get it back.  So
10  when you asked me these questions, if I could get it
11  fixed, it wasn't -- I could be square again with all
12  the lenders.
13      Q   You had a big bet --
14      A   Big.
15      Q   -- with somebody else.
16      A   Vandroidy.
17      Q   Can you spell that?
18      A   Va --
19      Q   V-a-n-d-r-o-i-d-y.
20      A   Yeah.
21      Q   About whether or not Bitcoin Savings & Trust
22  was a Ponzi scheme, right?
23      A   Right.
24      Q   And you lost that bet, right?
25      A   Yes.

Page 290

1      Q   And you lost that bet because in August,
2  2012 you had to shut down Bitcoin Savings & Trust,
3  right?
4      A   Correct.
5      Q   How much did you loose?
6      A   5000 bitcoins.
7      Q   Why didn't you just prove to Vandroidy that
8  Bitcoin Savings & Trust was not a Ponzi scheme?
9      A   I had a very great plan of ruining
10  Vandroidy's, not only reputation, but allowing me to
11  take the 5000 and make it charitable, which I'm sure
12  you saw.  And it was going to take place during a
13  week that I was going call "spring cleaning," and
14  during the week I was going to return all the funds,
15  take off a week, go on vacation, get away from
16  answering my phone, but I had to have all my coins
17  back from my lenders.  And so I was in negotiations
18  with one of the other people to lend coins to them
19  for the time being, and this was happening right as I
20  was going to Vegas, and I talked with a few of the
21  guys there in Vegas about the plan.  They added a
22  couple of things, you know, what would be great and
23  what would be funny, and it wasn't until that day
24  that I left that I knew something was very wrong bad,
25  and I knew I was going to lose the bet.

Page 291

1      Q   You talked to the guys in Vegas about what
2  plan?
3      A   To mess with Vandroidy.
4      Q   Did you pay the 5000 bitcoin to Vandroidy?
5      A   Oh, yeah.
6      Q   Why?
7      A   Because I had to to secure the bet.
8      Q   But Bitcoin Savings & Trust wasn't a Ponzi
9  scheme.
10      A   No, no, no.
11      Q   You say.
12      A   Nanotube --
13      Q   Okay.
14      A   Nanotube is the one that held the coins.  So
15  I had a specific period of time to prove that it
16  wasn't a Ponzi scheme.  We escrowed the 5000 from
17  each side with Nanotube, and I would get all of them
18  if Nanotube decided that I had won.  I returned
19  everybody's coins for a week.  It's not a Ponzi.  And
20  they can return them back if they want.  And it
21  wasn't until me leaving -- leaving Vegas that I
22  knew -- the 5000 bitcoins wasn't that big of a deal
23  as far as a loss.  It was that I may not see the
24  202000 bitcoins.  And so once I missed the deadline,
25  I gave -- Nanotube gave 10000 bitcoins to Vandroidy.

Page 292

1      Q   So what triggered Vandroidy's win on the bet
2  was your failure to pay out investors?
3      A   Win?
4      Q   Yes.
5      A   By a certain period of time.
6      Q   Right.  So it's your failure to pay them out
7  in August of 2012 --
8      A   Right.
9      Q   -- that triggered the end of the bet, and
10  Vandroidy got the 10000 bitcoins.
11      A   Correct.
12      Q   Now, when I spoke to you on October 3rd,
13  2012 -- you say today you didn't tell me about the
14  202000 missing bitcoin gone missing because you were
15  still working on fixing it.
16      A   Correct.
17      Q   Why didn't you tell that to Nanotube and
18  Vandroidy?
19      A   Why didn't I tell that I was -- that I had
20  lost the 202000 coins?
21      Q   Uh-huh.
22      A   It really was something I felt like I could
23  recover pretty quickly as long as I didn't have a
24  mass hysteria and the SEC wasn't investigating me.
25      Q   So two weeks after you lost the 202000



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
293–296

Page 293

1  bitcoin to the Big One, you destroyed the wallet from
2  which you sent it and all record of having sent it,
3  correct?
4      A  It's gone now, yeah.
5      Q  When did you destroyed it?
6      A  I don't know.  It had to have been -- I
7  mean...
8      Q  When we were in court on August 5th, 2013
9  you said approximately two weeks after the 202000
10  bitcoin went missing you destroyed the wallet and the
11  addresses you used to make the loan.  Was that not
12  true then?
13      A  Actually that was probably true.
14      Q  So approximately two weeks after you lost
15  the 202000 bitcoin to the Big One, you destroyed the
16  wallet and the addresses you used to make the loan,
17  right?
18      A  No.  I deleted that batch out of the
19  wallet.dat file that we talked about before.
20      Q  Right.  So you deleted the addresses?
21      A  Correct.
22      Q  Not the wallet.
23      A  Right.
24      Q  But with those addresses you deleted any
25  record that you made of the 202000 bitcoin loan?

Page 294

1      A  No.  I'm going to find it.
2      Q  But you deleted your record.
3      A  Yes.  I deleted my record.
4      Q  You have nothing in your possession showing
5  that record.
6      A  Correct.
7      Q  Why didn't you show Vandroidy or Nanotube
8  that record?
9      A  They wouldn't have cared.  I lost the bet.
10      Q  Why did you destroy those addresses?
11      A  Because there's no use for them anymore.  I
12  don't physically have coins on addresses.  It's
13  worthless.
14      Q  You were about to have a lot of investors
15  you needed to answer to.
16      A  Yeah.
17      Q  Why would you destroy the record that would
18  give you the answers?
19      A  Because it goes through a mixer.  They
20  wouldn't have believed it anyway.  The same thing
21  about Bitcoinica being hacked or Mt.Gox being  hacked
22  or whatever.  They can show a transaction.  That
23  doesn't mean it didn't get sent to somebody else's
24  address, and they were hacked.  I would then have to
25  prove that the address that it was sent to wasn't

Page 295

1  mine when it was sent to a mixer.
2      Q  So you're saying you had no way of proving
3  what you did with Bitcoin Savings & Trust investor's
4  bitcoin even if you hadn't destroyed the addresses?
5      A  Correct.  That was the point.
6      Q  Where is the Tor e-mail from the Big One
7  with the address he wanted you to send the 200000
8  bitcoin to?
9      A  The Tor e-mail?
10      Q  Yeah.  The Tor mail message.
11      A  On Tor mail.  Yeah.  It would have been on
12  Tor mail.
13      Q  You received it?
14      A  Yeah.  I received it, read it, and it's no
15  longer available.
16      Q  And you kept no record of the address?
17      A  No.
18      Q  You kept no record of that message?
19      Q  How do you keep a record of it?
20      Q  You tell me,
21      A  I tell you what.  I'll give you a very
22  detailed explanation of how the Tor Network works and
23  how Tor mail works, and you can understand what I
24  mean whenever I say it was done on the Tor Network.
25  It's designed to not be trackable, not be traceable

Page 296

1  by any form of government.
2      Q  The Big One provided to you addresses to
3  which you were to send the bitcoin you were lending
4  to him via Tor mail, right?
5      A  Correct.  So I get the transaction.  I copy
6  it.  Once I've read it, I have ten minutes to take
7  the information from it, copy the address, paste it
8  in my deal, send a reply to him and wait for another
9  message so I can send him another reply.  That's it.
10  There's no inbox or sent-to-mail.
11      Q  And then you destroyed your own record of
12  the addresses you used, right?  You deleted the keys?
13      A  For the sent transaction?
14      Q  Right.  For any of the transactions.
15      A  That's how I'm going to find the
16  transaction.  From the sent address that I sent the
17  coins to through the mixer, I think I can track it
18  down.
19      Q  Does Tor mail have an inbox, or do they all
20  self-destruct in ten seconds?
21      A  Does it have an inbox?
22      Q  Yeah.  Do you have an inbox for your Tor
23  mail?
24      A  No.
25      Q  You can't see Tor mail messages in any way?

TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                                297–300

Page 297

1      A   Not any of Tor mail clients that I know of.
2      Q   So in your experience all Tor mail messages
3   self-destructed in how long?
4      A   They don't self-destruct. They -- you read
5   them. You have ten minutes to read them, a message.
6   It's like a form message. It's like a PM message.
7   You see the message. You have ten minutes to receive
8   that and then to respond to it to have that person
9   send you another response back.
10     Q   So you have ten minutes to look at it after
11  you open it?
12     A   Correct. Once you click on it.
13     Q   Right. And ten minutes to respond to it
14  after you open it?
15     A   Correct.
16     Q   Is there any way to save the contents of the
17  message?
18     A   Unless you did a screen shot or something.
19     Q   Yeah, cut and paste or a screen shot.
20     A   Right.
21     Q   You could do that?
22     A   Right.
23     Q   But you chose not to?
24     A   Yeah.
25     Q   You're going to work for a place called

Page 298

1   Support.com soon?
2      A   Yes.
3      Q   Is that Support Space?
4      A   No.
5      Q   So it's not a place you've previously worked
6   before?
7      A   No. They're competitors.
8      Q   Let's go to your Woodforest Bank records.
9      A   Uh-huh.
10     Q   So it's Exhibit 1. Turning your attention
11  to the page marked Woodforest 000030. I'm sorry.
12  000034. This is a wire transfer message. Do you see
13  that?
14     A   Correct.
15     Q   It shows that on June 4th, 2012 you received
16  $25,000 from somebody named Daniel Thomas Williams.
17     A   Yes.
18     Q   Who was Daniel Thomas Williams to you?
19     A   Daniel Williams. That sounds so familiar.
20  I don't know. It was to purchase bitcoins. It was
21  an actual purchase.
22     Q   Somebody you met online?
23     A   Yeah. It had to be somebody -- yeah. It
24  had to be online, being in Florida.
25     Q   What did you say?

Page 299

1      A   Being in Florida.
2      Q   And was this activity undertaken to generate
3   returns for Bitcoin Savings & Trust investors?
4      A   No.
5      Q   This is your own personal transaction?
6      A   Yeah. This is just selling bitcoins.
7      Q   Because the business of Bitcoin
8   Savings & Trust was lending bitcoin, not buying
9   bitcoin. Well, over ninety percent of the business.
10     A   Yeah.
11     Q   Okay. Then on the next page, Woodforest
12  000035 there's a $7,000 wire transfer dated June 5th,
13  2012. So the next day also from Daniel Thomas
14  Williams?
15     A   Yeah.
16     Q   Do you see that? And what was that for?
17     A   It had to be, again, the same thing. It's a
18  transaction. See, I don't get to see this
19  information when I received the wire. So I just got
20  whoever's user name it was at the time or
21  transaction.
22     Q   And who is Daniel Thomas Williams to you?
23     A   It sounds so familiar. Dan Williams or
24  Grubles? I don't know.
25     Q   Did this transaction have anything to do

Page 300

1   with Bitcoin Savings & Trust?
2      A   No. Those are just purchases.
3      Q   Let's go to Woodforest 000052. It's another
4   wire transfer. This one is dated 8/3/2012 --
5      A   Uh-huh.
6      Q   -- from somebody -- from the Law Office of
7   Clifford Lloyd. Who's that?
8      A   I don't know.
9      Q   You don't know?
10     A   I have no idea.
11     Q   It's for $20,000?
12     A   It was for the purchase of coins. That's
13  the only thing I would have done that big.
14     Q   And your address here is listed as 209
15  Falling Water Drive.
16     A   Correct.
17     Q   What is that address?
18     A   I don't know.
19     Q   You never heard of that address before?
20     A   No.
21     Q   Okay.
22     A   "Mckineey" -- spelled wrong.
23     Q   So somebody got that wrong?
24     A   Well, I mean, "McKinney" is spelled wrong,
25  and I've never heard of Falling Water Drive.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
301–304

Page 301

1    Q  All right.  Let's go to Woodforest 000050.
2  It's another wire transfer dated August 2, 2012 for
3  $15,000 from some entity called Synthovation LLC
4  D/B/A Transio to you.  Do you see it that?
5    A  Yes.
6    Q  And what is Synthovation LLC D/B/A Transio?
7    A  I have no idea.
8    Q  You have no idea why they sent you $15,000
9  on or about August 2nd, 2012?
10    A  It was for a bitcoin transaction.
11    Q  Does this have anything to do with Bitcoin
12  Savings & Trust?
13    A  No.
14    Q  So this doesn't reflect any activity you
15  undertook to generate returns for Bitcoin
16  Savings & Trust's investors?
17    A  No.
18    Q  And the same is true with the transactions
19  from Daniel Thomas Williams?
20    A  Correct.
21    Q  And here your address is listed as 209
22  Falling Water Drive, McKinney, spelled correctly,
23  Texas?
24    A  Correct.
25    Q  Why?

Page 302

1    A  I have no idea.
2    Q  Let's go to the next page.  It's a $10,000
3  wire transfer dated August 3, 2012 from somebody
4  named Remy R. Jacobson.  Who's Remy R. Jacobson to
5  you?
6    A  I have no idea.
7    Q  You have no idea why Remy R. Jacobson sent
8  you $10,000 on August 3rd, 2012?
9    A  No.  It's bitcoin.  I think this is the
10  $45,000 one.
11    Q  What do you mean?
12    A  Hold on a second.  Yeah.  $45,000.  It was
13  one transaction.  It just came in multiple payments.
14  This was from user name -- it's like Slither or
15  some --
16    Q  Did it come from a Bitcoin Savings & Trust
17  investor?
18    A  No.
19    Q  Because you took deposits from Bitcoin
20  Savings & Trust investors only in bitcoin?
21    A  Right.
22    Q  So these wire transfers you're saying that
23  are reflected in Woodforest -- which pages?  000048,
24  49, 50, 51 and 52?
25    A  51 and 52.

Page 303

1    Q  So 48, 49, 51 and 52, all of those are
2  coming from the same person?
3    A  Correct.
4    Q  Wait a minute.  Start over.  Sorry.  We're
5  rushing.  Let's begin with Woodforest 000048.  That
6  appears to come from Mt.Gox.
7    A  48, yes.
8    Q  The bitcoin currency exchange.
9    A  Yes.
10    Q  And it's to you at your 23 05 South Custer
11  Road address, correct?
12    A  Correct.
13    Q  So that's a transaction between you and
14  Mt.Gox?
15    A  Yes.
16    Q  And Mt.Gox is wiring you $7,458.76 on July
17  30th, 2012, correct?
18    A  Yes.
19    Q  That's your money?
20    A  Yes.
21    Q  And that's from your activities on Mt.Gox?
22    A  Yes.
23    Q  Now, the next page, Woodforest 000049, it's
24  a wire transfer in the amount of $4,029.50 on July
25  31st, 2012 from something called Tangible

Page 304

1  Cryptography LLC.  What's that?
2    A  It's a website called Fastcash4bitcoins.  I
3  was testing to see how quickly they could move cash.
4    Q  So you sold bitcoin on this website?
5    A  Correct.
6    Q  So, again, this is you selling bitcoin?
7    A  Correct.
8    Q  For your own purposes?
9    A  Correct.
10    Q  It has nothing to do with Bitcoin Savings &
11  Trust?
12    A  Just the price -- no, no.
13    Q  You weren't generating returns for Bitcoin
14  Savings & Trust investors by selling bitcoin on
15  Tangible Cryptography LLC?
16    A  No.
17    Q  Now, is it the next three, Woodforest
18  000050, 51 and 52 what you believe are all part of
19  the same transaction?
20    A  Yes.  That's one person.
21    Q  And who is that person?
22    A  I think his name is "Slither" on IRC.
23    Q  Okay.  And on the Bitcoin Forum?
24    A  He's not on the forum.
25    Q  Okay.  So there's a wire transfer at 000050



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS                                    September 05, 2013
SEC vs. SHAVERS                                                305–308

Page 305
1  from Synthovation LLC D/B/A Transio, another one from
2  Remy R. Jacobson at 000051 and then 000052, there's
3  one from the law office of Clifford Lloyd.
4      A   Correct.
5      Q   You believe all three of these wire
6  transfers were the same transaction?
7      A   Yes.  Because it was a $45,000 transaction.
8      Q   And you sold 45000 bitcoin to somebody named
9  Slither?
10     A   Correct.
11     Q   And did this have anything to do with
12  Bitcoin Savings & Trust?
13     A   No, not at all.
14     Q   And these were not activities you undertook
15  to generate returns for Bitcoin Savings & Trust
16  investors?
17     A   No.  These are just my funds.
18     Q   Who is Mike Snyder?
19     A   My wife's dad.
20     Q   And from time to time you made payments to
21  Mike Snyder?
22     A   Uh-huh.
23     Q   What were those for?
24     A   Just repayments for different things.
25     Q   Money he lent to you?

Page 306
1      A   Yeah.  Kind of like a -- when we were going
2  through a Business Cognition phase --
3      Q   A different business of yours?
4      A   Yeah.  He invested a bunch of money, and we
5  ended up -- it just -- it turned in to be a mess, and
6  I told him I'd start paying him back over time
7  because I was making money doing bitcoins.
8      Q   And Mike Snyder, that's S-n-y-d-e-r?
9      A   Correct.
10     Q   And any payments made by you to him have
11  anything to do with Bitcoin Savings & Trust?
12     A   Just the profits made from it.  But yeah.
13     Q   Meaning you were using money you made in
14  Bitcoin Savings & Trust to pay him back for something
15  else unrelated?
16     A   Correct.
17     Q   And Ted Shavers, who is that?
18     A   My dad.
19     Q   Okay.  Who's Riley Penna?
20     A   That is the guy that I bought the truck
21  from.
22     Q   What truck?
23     A   I have a 2006 F350.
24     Q   Oh, a truck truck.
25     A   Yeah.

Page 307
1      Q   And how much did you pay for the truck?
2      A   $25,500.
3      Q   And Michael Thalasinos, who is that?
4      A   A good friend of mine that started -- that
5  we bought some mining hardware and started mining
6  bitcoin.  It's kind of when I started getting into
7  it, and then he wanted to -- he was the one that
8  pushed us -- me and Zach to partner up to GPUMAX.
9      Q   Did Michael Thalasinos have anything to do
10  with Bitcoin Savings & Trust?
11     A   No, not at all.
12     Q   Any transactions between you and/or Michael
13  Thalasinos at any time have anything to do with
14  Bitcoin Savings & Trust?
15     A   No.
16     Q   How many bitcoin do you currently own
17  personally?
18     A   Zero.
19     Q   How many bitcoin do you hold jointly with
20  others?
21     A   Zero.
22     Q   How mean bitcoin do you currently control --
23     A   Zero.
24     Q   -- even if they're not held in your name?
25     A   Zero.

Page 308
1      Q   Do you have any current bank accounts?
2      A   Yes.
3      Q   Where?
4      A   Woodforest.
5      Q   Anywhere else?
6      A   No.
7      Q   Do you have a current account at PayPal?
8      A   Yes.
9      Q   Is it the frozen account?
10     A   Yes.
11     Q   Any others?
12     A   No.
13     Q   Do you have a current account at Dwolla?
14     A   Yes.
15     Q   The frozen account?
16     A   Yes.
17     Q   Any others?
18     A   No.
19     Q   Do you have any credit cards at the
20  moment?
21     A   Yes.
22     Q   With which banks?
23     A   CapitalOne and Aventium.
24     Q   Spell it, please.
25     A   A-v-e-n-t-i-u-m.  Oh, it's First Premier



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
309–312

Page 309

1 Bank, and the other one is CapitalOne.
2    Q   So just to be clear, you currently hold no
3 bank accounts except accounts at Woodforest?
4    A   Correct.
5    Q   And you hold no credit cards except for
6 credit cards accounts with CapitalOne and First
7 Premier Bank?
8    A   Correct.
9    Q   Do you currently use your CapitalOne card?
10   A   No.
11   Q   And your First Premier Bank card?
12   A   No.
13   Q   Have you used either since the asset freeze
14 was put in place in this case?
15   A   No.
16   Q   What are you living on?  How are you living?
17   A   My parents basically.
18   Q   What's your parents' address?
19   A   608 Broad Leaf Lane, McKinney, Texas.
20   Q   They have nothing to do with the Falling
21 Water Drive address?
22   A   Falling what?
23   Q   209 Falling Water Drive, that address.
24   A   No.
25   Q   That has nothing to do with your parents?

Page 310

1    A   No.  I don't even know where that is.
2    Q   How much are your parents giving you to live
3 on?
4    A   Just enough for food and different things.
5    Q   Are they giving you a weekly amount?
6    A   No.  Just as needed.  As they can supply
7 basically.
8    Q   Approximately how much have they given you
9 since the asset freeze was put in place?
10   A   $300.
11   Q   Do you own your home?
12   A   No.
13   Q   You rent?
14   A   Yes.
15   Q   Did you own any cars?
16   A   I own the truck but have a $10,000 loan on
17 it.  Did.
18   Q   But you bought it outright from Riley Penna.
19   A   Correct.  And when this all happened I went
20 and got a title loan, and they could make more money
21 than they were charging me.  So I had more money to
22 play with, to work with, and then that all died off
23 when...
24   Q   So after the SEC filed suit against you, you
25 got a title loan on your truck?

Page 311

1    A   Correct.
2    Q   For $10,000?
3    A   Correct.
4    Q   How long after?
5    A   It's been --
6    Q   Like did you get it the week after we filed
7 suit?
8    A   No.  It was like -- I've had it for like
9 eight months.
10   Q   Had what for eight months?
11   A   The loan.  The title loan.  It was this year
12 sometime.
13   Q   So you didn't get it after we filed suit?
14   A   Oh, no.  I'm thinking the subpoena.  I'm
15 sorry.  The first subpoena.  That's what I was
16 thinking.
17   Q   So you got the title loan --
18   A   Before that.
19   Q   About eight months ago?
20   A   Correct.
21   Q   And that money is gone?
22   A   Oh, yeah.
23   Q   Is your wife working?
24   A   No.
25   Q   Are her parents helping?

Page 312

1    A   I'm sure her dad would if we asked, but
2 since I still owe him money, I wouldn't want to.
3    Q   Why wouldn't you want him --
4    A   Because I still owe him money.
5    Q   You still owe him money you said?
6    A   Yeah.
7    Q   Do you have any -- so was the truck
8 repossessed?
9    A   Correct.
10   Q   Because you didn't pay back the title
11 loan?
12   A   Correct.
13   Q   Do you still owe money, or does the truck
14 satisfy the loan?
15   A   Oh, it would definitely satisfy the loan.
16   Q   Do you have any other debt?
17   A   Just stuff here and there that's piled up
18 over the years.
19   Q   I don't know --
20   A   This was back when the Business Cognition
21 was going on, and I had maxed out all my cards, and
22 it was a really tough time.
23   Q   Do you currently have any debt?
24   A   Yeah.  Some of that.
25   Q   Your checking account at Woodforest Bank,



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
313–316

Page 313

1  that's in second-chance checking account, right?
2      A  Yes.
3      Q  And that was for people with bad credit?
4      A  People with -- that are on the check systems
5  that owe money to another bank.
6      Q  What do you mean "check systems"?
7      A  Check systems is a system that's assigned
8  for people that have -- they owe money to like Bank
9  of America or have a problem with another bank.  So
10  they set you up another account.  It's basically just
11  the same account.  You just pay a $10 a month fee.
12      Q  Okay.  So your second-chance checking
13  account was designed for individuals with financial
14  difficulties?
15      A  Sure.
16      Q  Have you ever been named as a defendant in
17  any civil suit before this?
18      A  Yes.
19      Q  What kinds of cases?  Well, how many times I
20  should say?
21      A  Just once.
22      Q  Just once?
23      A  Well, I mean, for the eviction and
24  different -- you know, things like that.  Yeah,
25  eviction when we lost the house and then an issue

Page 314

1  with Business Cognition that we sold to an energy
2  contractor company.  They decided they didn't want to
3  pay it, and they backed out with DFA.  DVA?
4  Anyway...
5      Q  I'm going to ask the reporter to mark as
6  Exhibit Number 11 a one-page document.
7          (Exhibit 11 marked.)
8      Q  I'll represent to you this is information I
9  pulled off of a Collin County, Texas government court
10  website --
11      A  Yeah.
12      Q  -- for a case filed on July 30, 2010 dealing
13  with evictions.
14      A  Correct.
15      Q  Can you tell me what this was about?
16      A  Foreclosure.
17      Q  So you lived in a home at the time that was
18  foreclosed upon?
19      A  Correct.
20      Q  And you were evicted from that home?
21      A  Correct.
22      Q  And what was the address?
23      A  2812 Glen Hollow Drive, McKinney, Texas.
24      Q  Where do your parents live again?
25      A  At 608 Broad Leaf Lane.

Page 315

1      Q  Okay.  And was this a home that you owned
2  with your wife?
3      A  Yes.
4      Q  And you basically fell behind in mortgage
5  payments?
6      A  Yes.
7      Q  And is there a judgment against you in this
8  case?
9      A  No.  It was FHA, and we actually got money
10  from the settlement, a big mortgage settlement thing.
11      Q  I'm going to ask the reporter to mark as
12  Exhibit 12 another document that I'll represent to
13  you I pulled off the Collin County court website for
14  what appears to be a case filed --
15          (Exhibit 12 marked.)
16      A  Yeah.  This is DFA.
17      Q  -- against you and StarTex Power on or about
18  February 27, 2011.  Can you tell us what this was
19  about?
20      A  Actually this is a DFA Ltd vs. StarTex Power
21  and myself.
22      Q  Right.
23      A  So StarTex Power is an energy company.  DFA
24  decided they didn't want to pay for -- pay for their
25  power.  They said they felt like we took control of

Page 316

1  their power without them asking, which is called
2  "pirating," and I sent all the e-mails in, all the
3  electronic signatures that we had from him, and as
4  you can see, it was -- they jointly dismissed the
5  case.
6      Q  I'm going to ask the reporter to mark as
7  Exhibit Number 13 another filing I pulled from the
8  Collin County, Texas court website for a case filed
9  on February 18th, 2011.
10          (Exhibit 13 marked.)
11      Q  Styled Capital One Bank (USA), N.A. versus
12  Trendon Shavers.  Can you tell us what this case was
13  about?
14      A  This was for a vehicle.  I can't remember
15  which one.  It must have been for the Mazda RX8.
16      Q  Was it an auto loan that you failed to
17  pay?
18      A  Yeah.  Once we -- we were upside down on it.
19  And so there was a difference of $2,465.
20      Q  What do you mean you were upside down on
21  it?
22      A  After it was sold, that's how much we owed
23  the bank still.
24      Q  And you didn't pay it?
25      A  No.



TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
317–320

Page 317

1    Q   Why not?
2    A   I couldn't.
3    Q   And this was around the time that you
4    started Bitcoin Savings & Trust, February of 2011,
5    right?
6    A   This is when it was filed.
7    Q   Right.
8    A   This happened a long time before that.
9    Q   But February of 2011, that's around the time
10   you started Bitcoin Savings & Trust?
11   A   Correct.
12   Q   And was there ever a judgment against you in
13   this case?
14   A   No.  It was dismissed.
15   Q   You mean the court decided that you didn't
16   owe the $2,500 or you paid it?
17   A   I'd get collection calls.  The judgment
18   never said I had to pay it.
19   Q   And you still get collection calls on that?
20   A   Every once in a while.
21   Q   I'm going to ask the reporter to mark as
22   Exhibit Number 14 a one-page document that I pulled
23   off of the Collin County, Texas website that appears
24   to reflect an April 11, 2011 case filed against you
25   by Regency at Stonebridge Ranch.

Page 318

1    A   Correct.
2        (Exhibit 14 marked.)
3    Q   What was this for?
4    A   Rent.
5    Q   Were you evicted?
6    A   No.
7    Q   But it was an eviction proceeding that was
8    initiated?
9    A   Yeah.  You just paid the $86, and they
10   dismissed it and with the past due rent.
11   Q   So you were past due how much rent?
12   A   I guess the $1,821 with the fees and
13   everything.
14   Q   So you were past due $1,821 in rent and
15   whatever fees applied?
16   A   Correct.
17   Q   You paid that.  You paid the court costs?
18   A   $86.
19   Q   And then this was dismissed?
20   A   Correct.  It says it up at the top.
21   Q   And why were you behind on your rent at this
22   time?
23   A   I think we were -- I don't know.  I don't
24   know.
25   Q   Were you living at the Regency at

Page 319

1    Stonebridge Ranch when this was filed?
2    A   Yeah.  That's where I live now.
3    Q   Oh, this is the same address, the 2305 South
4    Custer address.
5    A   Correct.
6    Q   So it's the same apartment?
7    A   Correct.
8    Q   And you were behind on your rent?
9    A   Correct.
10   Q   They filed suit?
11   A   Correct.
12   Q   You paid it.  The suit was dismissed?
13   A   Correct.
14   Q   Why were you behind on your rent?
15   A   I couldn't tell you.  June 11th?  I mean,
16   they filed, you know, days after -- they gave you
17   until the 4th or whatever, and -- I don't know.
18   Q   So they filed like a week after you were
19   delinquent on your rent you're saying?
20   A   Yeah.
21   Q   So you were delinquent on your rent for
22   April of 2011?
23   A   Correct.
24   Q   Were you also delinquent on your rent for
25   March?

Page 320

1    A   No.
2    Q   What was your rent?
3    A   $1,810.
4    Q   That's your monthly rent?
5    A   Correct.
6    Q   I see.  So this represents a filing because
7    you were late on your rent by about a week?
8    A   Correct.
9    Q   In April of 2011?
10   A   Correct.
11   Q   They immediately filed, and then you
12   immediately made good?
13   A   Correct.
14   Q   And why were you late on your rent?
15   A   I don't know.
16   Q   Okay.  I'm going to ask the reporter to mark
17   as Exhibit Number 15 a one-page document from the
18   Collin County court website.  It reflects a filing on
19   October of 2011 by DFA against Trendon Shavers
20   individually and d/b/a Business Cognition.
21       (Exhibit 15 marked.)
22   A   Yes.
23   Q   What was this about?
24   A   This was the same thing, StarTex part, but
25   I -- they wanted me to show up to the court to do --



800.211.DEPO (3376)
EsquireSolutions.com

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
321–324

Page 321

1  I don't know what it was -- to testify or do
2  whatever, and I wouldn't do it.  I gave them all the
3  information they needed, and so they filed this.  I
4  believe this is the -- to have the disinterested
5  party removed or something.  They subpoenaed me.
6  Anyway, I gave the information, and then they --
7      Q   But they filed suit against you because you
8  refused to testify?
9      A   It's listed in here.  Yes.  Order of
10  severance.  Default judgment signed because I
11  wouldn't show up for the order, and then they did the
12  default or the order for severance, which is this.
13      Q   Why did DFA think you were pirating power?
14      A   I wasn't pirating power.  Because DFA -- his
15  name is Don Day -- he owns most of McKinney, was
16  going to get a better rate from another company.  He
17  wanted to secure his rate during times when the
18  prices were low.  And so when I told him -- I said, I
19  can secure the price for you, but you're going to
20  have to sign it now for a twelve month -- twelve
21  months out for twenty-four months power deal.  So he
22  goes, okay, that's fine.  And he was fine with it.
23          Well, then come the twelve months when
24  it came up, when you own all the buildings in
25  downtown and you're saving a penny per transaction,

Page 322

1  he said, oh, I never did that.  I never did that and
2  switched back to Hudson Energy instead of StarTex,
3  and StarTex sued him for $35,000 and I guess the fees
4  that are associated with backing out of an
5  electricity contract.  And I was the only one that
6  had access to his e-mails and everything that he had
7  said.  Once he saw them, he decided, oops.  They
8  jointly dismissed, and he settled or something.
9      Q   All right, Mr. Shavers.  We're getting
10  kicked out of the building.  It's closing.
11      A   Evicted?
12      Q   This deposition is still open.  I would like
13  to get the rest of it in before you have to start
14  work again.  And since I'm down here already, I'm
15  tempted to do it tomorrow.  I'm going to talk to my
16  supervisor to see what she wants me to do, and then
17  I'll shoot you an e-mail later tonight.
18      A   Okay.
19      Q   If we need you to come back, we'll arrange
20  for a car tomorrow.
21      A   Okay.
22      Q   Your car from Triple A is going to arrive in
23  a few -- by 5:30.  So it should be out front any
24  minute now.
25      A   Okay.

Page 323

1              MR. MOUSTAKIS:  We can go off the
2  record.
3              (End of proceedings at 5:10 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 324

1                  CHANGES AND SIGNATURE
2  NAME: TRENDON T SHAVERS
3  DATE OF DEPOSITION: SEPTEMBER 5, 2013
4  PAGE       LINE        CHANGE              REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____



*800.211.DEPO (3376)*
*EsquireSolutions.com*

TRENDON T SHAVERS
SEC vs. SHAVERS

September 05, 2013
325–327

Page 325

```
1    I, TRENDON T SHAVERS, have read the
     foregoing deposition and hereby affix my signature
2    that same is true and correct, except as noted above.

3

4                        _____
                         TRENDON T SHAVERS
5

6    STATE OF _____  )

7    COUNTY OF _____  )

8         Before me, _____, on this

9    day personally appeared _____, known

10   to me (or proved on the oath of _____

11   or through _____) (description of identity

12   card or other document) to be the person whose name

13   is subscribed to the foregoing instrument and

14   acknowledged to me that he executed the same for

15   purposes and consideration therein expressed.

16

17       Given under my hand and seal of office this

18   _____ day of _____, A.D., 2013.

19

20

21                        _____

22                        NOTARY PUBLIC IN AND FOR
                          THE STATE OF TEXAS
23

24

25
```

Page 326

```
1    STATE OF TEXAS   )

2         I, Kellie L. Rowbotham, Certified Shorthand

3    Reporter in and for the State of Texas, do hereby

4    certify that, pursuant to the agreement hereinbefore

5    set forth, there came before me on the 5th day of

6    September, A.D., 2013 at 9:20 a.m. at the U.S.

7    Courthouse, in the City of Plano, County of Collin,

8    and State of Texas, the following named person

9    to-wit:  Trendon T Shavers, who was by me duly sworn

10   to testify the truth and nothing but the truth of his

11   knowledge touching and concerning the matters in

12   controversy in this cause; and that he was thereupon

13   carefully examined upon his oath and his examination

14   reduced to writing under my supervision; that the

15   deposition is a true record of the testimony given by

16   the witness, same to be sworn to and subscribed by

17   said witness before any Notary Public, pursuant to

18   the agreement of the parties.

19        I further certify that I am neither attorney

20   or counsel for, nor related to or employed by, any of

21   the parties to the action in which this deposition is

22   taken, and further that I am not a relative or

23   employee of any attorney or counsel employed by the

24   parties hereto, or financially interested in the

25   action.
```

Page 327

```
1        In witness whereof, I have hereunto set my

2    hand and affixed my seal this _____ day of

3    _____, A.D., 2013.

4

5

6

7

      Kellie L. Rowbotham
     _____
     KELLIE L. ROWBOTHAM, Texas CSR 4351
8    Expiration Date: 12/31/13

9    ESQUIRE DEPOSITION SERVICES
     Firm Registration No. 286
10   1700 Pacific Avenue
     Suite 1000
11   Dallas, Texas  75201
     214.257.1436
```



800.211.DEPO (3376)
EsquireSolutions.com