IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>-- against –<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                                    Defendants. | CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM) |

**[PROPOSED] ORDER**

Pending before the court is Defendants' Motion to Set Aside Entry of Default as to Defendants Trendon R. Shavers and Bitcoin Savings and Trust [Dkt. 44]. After considering the Motion, the Response and the applicable law, the Court finds that the motion should be denied.

IT IS THEREFORE ORDERED that Defendants' Motion to Set Aside Entry of Default as to Defendants Trendon R. Shavers and Bitcoin Savings and Trust is DENIED.