IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          **Plaintiff,**<br><br>-- against –<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>          **Defendants.** | CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM) |

**[PROPOSED] ORDER**

Pending before the court is Defendants' Motion for Reconsideration of Court Opinion Doc 23 Regarding Subject-Matter Jurisdiction and Renewed Rule 12(b)(1) Motion [Dkt. 46]. After considering the Motion, the Response and the applicable law, the Court finds that the motion should be denied.

IT IS THEREFORE ORDERED that Defendants' Motion for Reconsideration of Court Opinion Doc 23 Regarding Subject-Matter Jurisdiction and Renewed Rule 12(b)(1) Motion is DENIED.