IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>-- against –<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                              Defendants. | CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM) |

### [PROPOSED] ORDER

Pending before the court is Defendants Trendon T. Shavers' and Bitcoin Savings and Trust's Emergency Motion to Dissolve Asset Freeze [Dkt. 61]. After considering the Motion, the Response and the applicable law, the Court finds that the motion should be denied.

IT IS THEREFORE ORDERED that Defendants Trendon T. Shavers' and Bitcoin Savings and Trust's Emergency Motion to Dissolve Asset Freeze is DENIED.