

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
FORT WORTH REGIONAL OFFICE
801 CHERRY STREET
SUITE 1900
FORT WORTH, TEXAS 76102
PHONE: (817) 978-3821    FAX: (817) 978-6465

July 11, 2014

**By CM/ECF and E-mail**

The Honorable Ron Clark, United States District Judge
The Jack Brooks Federal Building and United States Courthouse
300 Willow Street, Suite 221
Beaumont, TX 77701

The Honorable Amos L. Mazzant, United States Magistrate Judge
U.S. Courthouse Annex Chase Bank Building
200 N Travis Street
Sherman, TX 75090

      Re:    Supplemental Authority in Support of Plaintiff's Opposition to Defendants'
              Renewed 12(b)(1) Motion, Set for Hearing July 14, 2014
              *Securities and Exchange Commission v. Trendon T. Shavers and Bitcoin Savings and Trust*
              Case No. 4:13-CV-416 In the United States District Court for the Eastern District of Texas

Your Honors,

      In advance of the hearing scheduled for Monday, July 14 on Defendants' Renewed 12(b)(1) Motion [Doc. 46], enclosed for your consideration is the July 9, 2014 opinion in *United States v. Ulbricht*, 14-CR-68 KBF, 2014 WL 3362059 (S.D.N.Y. 2014) concluding that Bitcoin is money within the context of 18 U.S.C. § 1956, the federal anti-money laundering statute. *See id.* at pp. 47-50 (concluding that "the money laundering statute is broad enough to encompass use of Bitcoins in financial transactions. Any other reading would—in light of Bitcoins' sole raison d'etre—be nonsensical.").

      Plaintiff United States Securities and Exchange Commission submits this opinion as supplemental authority in support of its position that this Court has subject matter jurisdiction over the litigation because (1) Bitcoin is money; and (2) the instruments Defendants offered and sold were investment contracts and, therefore, securities. *See* Plaintiff's Response in Opposition to Defendants' Renewed 12(b)(1) Motion [Doc. 60].

      I certify that on July 11, 2014 I electronically filed the foregoing letter and enclosure using the CM/ECF system and served it by the same means upon counsel for Defendants.

                                                                            Respectfully,

                                                                            Jessica B. Magee
                                                                            Counsel for Plaintiff
                                                                            United States Securities and Exchange Commission

Encl.   Opinion of July 9, 2014 in *United States v. Ulbricht*, 14-CR-68 KBF, 2014 WL 3362059 (S.D.N.Y. 2014)