IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>-- against –<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                          Defendants. | CIVIL ACTION NO.<br>4:13-CV-416 (RC) (ALM) |

NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' RENEWED 12(b)(1) MOTION

      In advance of the hearing scheduled for Monday, July 14 on Defendants' Renewed 12(b)(1) Motion [Doc. 46], enclosed for the Court's consideration is the July 9, 2014 opinion in *United States v. Ulbricht*, 14-CR-68 KBF, 2014 WL 3362059 (S.D.N.Y. 2014) concluding that Bitcoin is money within the context of 18 U.S.C. § 1956, the federal anti-money laundering statute.  *See id.* at pp. 47-50 (concluding that "the money laundering statute is broad enough to encompass use of Bitcoins in financial transactions. Any other reading would—in light of Bitcoins' sole raison d'etre—be nonsensical.").

      Plaintiff United States Securities and Exchange Commission submits this opinion as supplemental authority in support of its position that this Court has subject matter jurisdiction over the litigation because (1) Bitcoin is money; and (2) the instruments Defendants offered and sold were investment contracts and, therefore, securities.  *See* Plaintiff's Response in Opposition to Defendants' Renewed 12(b)(1) Motion [Doc. 60].

Dated: July 11, 2014					Respectfully Submitted,

								/s/ Jessica B. Magee
Of Counsel:						JESSICA B. MAGEE
Valerie A. Szczepanik*					Texas Bar No. 24037757
Securities and Exchange Commission			Securities and Exchange Commission
Brookfield Place					Burnett Plaza, Suite 1900
200 Vesey Street, Ste. 400				801 Cherry Street, Unit 18
New York, NY 10281-1022				Fort Worth, TX 76102
(212) 336-0175						(817) 978-6465
szczepanikv@sec.gov					mageej@sec.gov

*Not admitted in E.D. Tex.				PHILIP MOUSTAKIS (PM-1748)
								Securities and Exchange Commission
								Brookfield Place
								200 Vesey Street, Ste. 400
								New York, NY 10281-1022
								(212) 336-0542
								moustakisp@sec.gov
								*Admitted Pro Hac Vice*
								ATTORNEYS FOR PLAINTIFF
								SECURITIES AND EXCHANGE COMMISSION

## **CERTIFICATE OF SERVICE**

      I certify that on July 11, 2014, I electronically filed the foregoing *Notice of Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendants' Renewed 12(b)(1)Motion* with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to counsel for all parties who have registered with the Court as of the date of this filing.

                                                */s/ Jessica B. Magee*
                                                Jessica B. Magee