IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § |
| V. | §  Case No.: 4:13-CV-416 (RC/ALM) § § |
| TRENDON T. SHAVERS, ET AL | § § § |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case is referred to a United States Magistrate Judge for any and all further proceedings, including trial, entry of final judgment, and all post-judgment hearings, in accordance with 28 U.S.C. § 636(c), and the consent of the parties.

**So ordered and signed on**

**Jul 17, 2014**

_____
Ron Clark, United States District Judge