# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST<br>Defendants | CIVIL ACTION NO. 4:13cv416<br>(Judge Clark/Judge Mazzant) |

## **SUPPLEMENTAL FILING TO MOTION FOR RECONSIDERATION OF COURT OPINION DOC 23 REGARDING SUBJECT-MATTER JURISDICTION AND RENEWED RULE 12(B)(1) MOTION**

Attached as Exhibit 1 to this supplement is a true and correct copy of California Assembly Bill 129 Bill Analysis. Defendants argued AB-129 on July 14, 2014, as part of its arguments against jurisdiction in this action. The supplement provides documentation in support of Defendants' argument: If the Securities and Exchange Commission is going to presume to enforce transactions consisting wholly of Bitcoin, until such time as Bitcoin is defined by federal law as a valid currency, instead of merely property, as the State of California has, the Securities and Exchange Commission lacks jurisdiction. Respectfully submitted and moved this 1st day of August, 2014,

/s/ *Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 1st day of August, 2014, I electronically filed the foregoing SUPPLEMENTAL FILING TO MOTION FOR RECONSIDERATION OF COURT OPINION DOC 23 REGARDING SUBJECT-MATTER JURISDICTION AND RENEWED RULE 12(B)(1) MOTION and supporting declaration and exhibits with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system, on all parties registered to receive service on the date of the filing.

/s/*Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE CV-7 (i)
## CERTIFICATE OF CONFERENCE

The forgoing document, did not require conferral prior to filing pursuant to Local Rule CV-7(i)(1

/s/*Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants