**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | CIVIL ACTION NO.: |
| -- against – | 4:13-CV-416 (RC)(ALM) |
| **TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,** | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' RENEWED 12(b)(1) MOTION**

Before the Court is the Unopposed Motion by Plaintiff for Leave to Submit Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendants' Renewed 12(b)(1) Motion (the "Motion").  Having considered this motion the Court is of the opinion that the Motion should be GRANTED.  Therefore:

IT IS ORDERED that the Unopposed Motion by Plaintiff for Leave to Submit Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendants' Renewed 12(b)(1) Motion is hereby GRANTED.

IT IS SO ORDERED.