IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>          -- against –<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST,<br><br>                              Defendants. | CIVIL ACTION NO.:<br><br>4:13-CV-416 ALM |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' RENEWED 12(b)(1) MOTION**

Before the Court is the Unopposed Motion by Plaintiff for Leave to Submit Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendants' Renewed 12(b)(1) Motion (the "Motion").  Having considered this motion the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Unopposed Motion by Plaintiff for Leave to Submit Supplemental Authority in Support of Plaintiff's Response in Opposition to Defendants' Renewed 12(b)(1) Motion is hereby GRANTED.

**SIGNED this 25th day of August, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE