# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| V. | § § | CASE NO. 4:13-CV-416 |
| | § | Judge Mazzant |
| TRENDON T. SHAVERS and BITCOIN SAVINGS AND TRUST | § § | |

## ORDER

At the hearing on July 14, 2014, the Court orally ordered that the Defendants file the following items by the following dates:

| | |
|---|---|
| July 24, 2014 | Defendants' answer due. |
| August 3, 2014 | Defendants' initial disclosures and response to any outstanding discovery requests due. |
| August 28, 2014 | Defendants' complete sworn accounting due. |
| September 12, 2014 | Defendants' response to the SEC's First Motion for Summary Judgment (Dkt. #32) due. |

**IT IS SO ORDERED.**

**SIGNED this 27th day of August, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE