# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST<br>Defendants | CIVIL ACTION NO. 4:13cv416<br>Judge Clark/Judge Mazzant |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to Local Rule CV-11 (d), counsel for Defendants moves the court for an order allowing counsel, Franklin Jason Seibert, to withdraw as counsel for Defendants Trendon T. Shavers and Bitcoin Savings and Trust because Defendants informed Mr. Seibert on August 29, 2014, that his and his firm's services were no longer required. Respectfully submitted and moved this 29th day of August, 2014,

/s/ *Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that, on this 29th day of August, 2014, I electronically filed the foregoing DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL with the Clerk of the Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system, on all parties registered to receive service on the date of the filing.

/s/*Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE CV-7 (i)
### CERTIFICATE OF CONFERENCE

The forgoing document, DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL, did not require conferral prior to filing pursuant to Local Rule CV-7(i)(1). The parties conferred on the issue by electronic mail and by telephone, and the parties agreed that the motion is unopposed.

/s/*Franklin Jason Seibert*
F. Jason Seibert (OSB 095009)
FJ SEIBERT, LLC – A LAW OFFICE
960 Liberty Street SE Suite 150
Salem, Oregon 97302
(503) 480-0212
jason@seibert-law.com
Attorney for Defendants