# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>Plaintiff<br><br>v.<br><br>TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST<br>Defendants | CIVIL ACTION NO. 4:13cv416<br>(Judge Clark/Judge Mazzant) |

## ORDER

Defendants' counsel, pursuant to Local Rule CV-11 (d), submitted an unopposed motion to withdraw as counsel because Defendants relieved counsel and his office of further representation. The requested motion is granted.

Plaintiff shall serve documents on Defendants through email at: trendon@buscog.com.

Defendants shall file documents with the court consistent with previous instructions, including the ability to file documents with the federal courthouse in Plano, Texas with service upon Plaintiff through electronic means or by delivering documents in person to Plaintiff at the Fort Worth Regional Office.

**IT IS SO ORDERED.**