# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | CIVIL ACTION NO. 4:13cv416 (Judge Mazzant) |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | § § § | |

## ORDER

The Court sets the Unopposed Motion to Withdraw as Counsel for Defendants (Dkt. #83) for a telephonic conference on *Wednesday, September 17, 2014, at 3:00 p.m.* The Court provides participants with the teleconference call-in information, as follows:

**ATT Toll-Free Conference Number:  888-363-4749**
**Access Code:  1588844, followed by #**

Participants are directed to call this number no later than 2:55 p.m.

**IT IS SO ORDERED.**
**SIGNED this 12th day of September, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE