IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DATE:   9/17/14

**MAGISTRATE JUDGE**          **COURT REPORTER:**   Digital

Amos L. Mazzant              **COURTROOM DEPUTY:**  Debbie McCord

| | Anita Morales and Alma Adriano, Interpreters |
|---|---|
| SEC Vs. BITCOIN | 4:13CV416 |
| Jessica Magee and Philip Moustakis | Franklin Seibert |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:     MOTION TO WITHRAW AS ATTORNEY (Dkt. #83) |
|---|---|
| 3:08 pm | Court called case, noting appearance of counsel by telephone. |
| 3:09 pm | Court heard from Mr. Seibert. |
| 3:10 pm | Court heard from Mr. Seibert and Ms. Magee |
| 3:14 pm | Court will allow Mr. Seibert to withdraw. |
| | Court will grant the motion for summary judgment. |
| 3:15 pm | Court will enter an order allowing withdrawal of Mr. Seibert. |
| | Court requests that Mr. Seibert let Mr. Shavers know that MFSJ will be granted. |
| 3:16 pm | Court is in recess. |
| | |
| | |

PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: MOTION TO WITHRAW AS ATTORNEY (Dkt. #83) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |