# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13cv416 |
| | § | (Judge Mazzant) |
| TRENDON T. SHAVERS AND BITCOIN SAVINGS AND TRUST | § | |
| | § | |

## ORDER

Pending before the Court is the Unopposed Motion to Withdraw as Counsel for Defendants (Dkt. #83). The Court finds the motion should be GRANTED

It is therefore **ORDERED** that the Clerk's Office shall enter the *pro se* appearance of Trendon T. Shavers on the court docket, as follows:

Trendon T. Shavers
2305 South Custer, Apt. 1507
McKinney, Texas 75070
trendon@buscog.com

Plaintiff shall serve documents on Defendant through email at: trendon@buscog.com.

The Clerk shall add Defendant Shavers' e-mail address to the electronic service list. Once Defendant's e-mail is on the service list, he, as with all parties on the electronic list, will be deemed as having been given notice of all docket activity at the time of electronic posting.

Defendant shall file documents with the court consistent with previous instructions, including the ability to file documents at the federal courthouse in Plano, Texas, with service upon Plaintiff through electronic means or by delivering documents in person to Plaintiff at the Fort Worth

Regional Office.

**IT IS SO ORDERED**.

**SIGNED this 18th day of September, 2014.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE