Revised: 9/3/2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Sherman DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

APPROVED
By Nakisha Love at 12:19 pm, Jul 30, 2021

1. This application is being made for the following: Case # 4:13-cv-00416-ALM
Style/Parties: SEC v. Shavers et al.
2. Applicant is representing the following party/ies: SEC
3. Applicant was admitted to practice in NY (state) on April 2003 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○ ⦿ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○ ⦿ ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○ ⦿ been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
SDNY, EDNY, permitted to practice in other federal courts as a federal employee.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Maureen Peyton King do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 07/30/2021     Signature /s/Maureen Peyton King     (/s/Signature)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print): Maureen Peyton King
Bar Number /State: 4119376 / NY
Firm Name: U.S. Securities and Exchange Commission
Address/P.O. Box: NYRO, 200 Vesey Street, Ste. 400
City/State/Zip: NY, NY 10281
Telephone #: 212.336.0111
Fax #:
E-mail Address: kingmp@sec.gov
Secondary E-Mail Address:

This application has been approved for the court on: 7/30/21

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By *NakishaLove*
Deputy Clerk

Email Application