**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **13-cv-416** |
| **v.** | **Filed** *ex parte* **and under** |
| **SHAVERS, ET AL.** | **seal** |
| **Defendant,** | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR FILING**
**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY TRENDON**
**SHAVERS SHOULD NOT BE HELD IN CONTEMPT AND TO FREEZE**
**ASSETS EX PARTE AND UNDER SEAL**

**WHEREAS** this Court entered a Judgment obligating Defendant Trendon Shavers

("Defendant") and an entity he controlled to pay disgorgement and prejudgment interest of

over $40 million[2]  (DE 90);

**WHEREAS** the Securities and Exchange Commission ("Commission") has

represented that Defendant has not paid the disgorgement and prejudgment interest he owes;

**WHEREAS** the Commission has identified accounts held by Defendant that it seeks

to freeze pending a hearing on its Application to Show Cause Why Trendon Shavers Should

Not be Held in Contempt ("Contempt Application"); and

**WHEREAS** the Commission has requested permission to file the Contempt

---

[2] The Judgment also requires Shavers to pay a $150,000 civil penalty, which is not
being sought in this proceeding. *Id*.

Application *ex parte* and under seal to ensure that the assets described in the Contempt Application are not dissipated and remain under the jurisdiction of the Court;

IT IS ORDERED THAT the Commission may file its proposed Contempt Application and accompanying moving papers *ex parte* and under seal;

IT IS FURTHER ORDERED THAT if the Court grants the Commission's Contempt Application, that the Contempt Application and the Order to Show Cause shall remain *ex parte* and under seal until they are served by the SEC upon and implemented by Wells Fargo and Coinbase.  After the Commission makes such service, it shall serve the Contempt Application, all accompanying moving papers, and the Order to Show Cause upon Defendant Shavers by mail so that he has notice and an opportunity to be heard while the assets are preserved; and

IT IS FURTHER ORDERED THAT once the SEC effects service upon Wells Fargo and Coinbase, the SEC shall so advise the Clerk of Court so that the Clerk may dissolve the seal upon these documents and place them upon the Court's public docket via ECF.

_____

Hon. Amos L. Mazzant, III
United States District Court Judge