**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    **Plaintiff,**<br><br>v.<br><br>SHAVERS, ET AL.<br><br>                                    **Defendant,** | 13-cv-416 |

**[PROPOSED] ORDER TO SHOW CAUSE**

Upon the application and supporting papers of the Securities and Exchange Commission (the "Commission") for an order to show cause why Trendon Shavers ("Shavers") should not be held in civil contempt, it is hereby ORDERED as follows:

1.    Shavers shall appear at a hearing on _____, 2021 at _____ a.m/p.m. before the Honorable Judge _____, United States District Judge, Courtroom _____ and show cause why he should not be held in civil contempt for violating the Final Judgment dated September 9, 2014, DE 90.

2.    Until this Court holds a hearing in this matter, all accounts of Trendon Shavers, including but not limited to: Shaver's individual Wells Fargo account -5366 and any account in Shavers' name or in which he owns a beneficial interest at Coinbase shall be frozen.

3.    Opposition papers, if any, shall be filed and served no later than _____, 2021. The Commission shall file and serve its reply by _____, 2021.

4.      If Shavers fails to file answering papers and/or appear, the Court may find him in default and enter an appropriate order against him at such time without further notice being given.

Dated:      Eastern District of Texas,
              Sherman Division

              _____, 2021

                                                _____
                                                UNITED STATES DISTRICT JUDGE