**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

**SECURITIES AND EXCHANGE COMMISSION,**

          **Plaintiff,**    **13-cv-416**

       **v.**

**SHAVERS, ET AL.**

         **Defendant,**

**DECLARATION OF MAUREEN PEYTON KING IN SUPPORT**
**OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE**
**WHY DEFENDANT TRENDON SHAVERS SHOULD NOT**
**BE HELD IN CIVIL CONTEMPT**

I, Maureen Peyton King, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

  1.  I am a senior trial counsel employed by the Securities and Exchange Commission (the "Commission") in its New York Regional Office. I am personally familiar with the facts set forth herein.

  2.  I make this declaration in support of the Commission's application for an order to show cause why Defendant Trendon Shavers ("Shavers") should not be held in civil contempt.

  3.  The Amended Judgment, Docket Entry 90, obligates Shavers and an entity he controlled jointly and severally, to pay disgorgement of $38,638,569 and prejudgment interest thereon in the amount of $1,766,098, for a total of $40,404,667. The Amended Judgment also requires Shavers to pay a $150,000 civil penalty, which is not being sought in this proceeding.

  4.  To date, Shavers has paid nothing toward the Judgment and interest continues to accrue.

5.      Post judgment  discovery by the Commission  indicates  that Shavers holds  two Wells Fargo bank accounts, -5366 solely,  and -6932 jointly  with his wife.  Exhibit  1 (redacted statements for Shavers' account -5366), Exhibit  2 (relationship  change application  – 6932).

6.      For the eight month  period  from January through  August 2021,  account -6932 transferred approximately  $111,000  to Shavers' account -5366 (and received around $12,800 from Shavers account).  Exhibit  1 (reflecting  examples  of these transfers), Table D.

7.      From January through  June 2021,  account -5366 transferred $13,500  to Coinbase account -7930:

| Stmt Date | Debits | Dest Institution |
|---|---|---|
| 1/6/2021 | $500.00 | www.coinbase.com |
| 1/8/2021 | $500.00 | www.coinbase.com |
| 1/11/2021 | $500.00 | www.coinbase.com |
| 1/25/2021 | $500.00 | www.coinbase.com |
| 2/16/2021 | $1,000.00 | www.coinbase.com |
| 2/22/2021 | $1,000.00 | www.coinbase.com |
| 2/22/2021 | $1,000.00 | www.coinbase.com |
| 2/24/2021 | $1,000.00 | www.coinbase.com |
| 3/4/2021 | $1,000.00 | www.coinbase.com |
| 3/5/2021 | $1,000.00 | www.coinbase.com |
| 3/12/2021 | $1,000.00 | www.coinbase.com |
| 3/22/2021 | $1,000.00 | www.coinbase.com |
| 5/19/2021 | $1,000.00 | www.coinbase.com |
| 5/24/2021 | $1,000.00 | www.coinbase.com |
| 6/8/2021 | $1,000.00 | www.coinbase.com |
| 6/21/2021 | $500.00 | www.coinbase.com |
|  | $13,500.00 |  |

Exhibit  1.  According to Coinbase.com's  website, the entity  is used to "invest,  spend, save, earn, and use crypto."  Exhibit  3.

8.      Shavers also transferred approximately $38,700 from -5366 using Zelle.  Exhibit 1 and Table A below.[1]

9.      Since January 2021, Shavers has spent over $11,000 thousand dollars on Uber and gaming.  Exhibit 1 and Tables B and C below.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Wantagh, New York, on September 17, 2021.

s/*Maureen Peyton King*
Maureen Peyton King

---

[1] Exhibit 1 provides redacted examples of receipts and payments.  Tables included in the declaration are derived from electronic analysis of the bank account statements obtained from Wells Fargo.  Commission counsel can provide unredacted statements to the Court.

**Table A**

| Posted Date | Debits | Remarks |
|---|---|---|
| 12/24/2020 | $63.00 | Zelle to Abbe Taylor |
| 1/4/2021 | $1,200.00 | Zelle to Snyder Mike |
| 1/21/2021 | $150.00 | Zelle to Abbe Taylor |
| 1/22/2021 | $40.00 | Zelle to Abbe Tristan |
| 1/25/2021 | $1,700.00 | Zelle to Yao Huibin |
| 1/26/2021 | $2,500.00 | Zelle to Snyder Mike |
| 2/1/2021 | $2,500.00 | Zelle to Shavers Roberta |
| 2/1/2021 | $2,500.00 | Zelle to Shavers Roberta |
| 2/9/2021 | $1,500.00 | Zelle to Snyder Mike |
| 2/22/2021 | $66.00 | Zelle to Abbe Tristan |
| 2/25/2021 | $65.00 | Zelle to Yao Huibin |
| 3/1/2021 | $2,200.00 | Zelle to Yao Huibin |
| 3/1/2021 | $300.00 | Zelle to Snyder Mike |
| 3/2/2021 | $300.00 | Zelle to Snyder Mike |
| 3/31/2021 | $2,500.00 | Zelle to Snyder Mike |
| 4/1/2021 | $100.00 | Zelle to Yao Huibin |
| 4/1/2021 | $500.00 | Zelle to Snyder Mike |
| 4/30/2021 | $1,500.00 | Zelle to Snyder Mike |
| 5/3/2021 | $2,200.00 | Zelle to Yao Huibin |
| 5/3/2021 | $50.00 | Zelle to Abbe Taylor |
| 5/3/2021 | $40.00 | Zelle to Abbe Taylor |
| 5/12/2021 | $20.00 | Zelle to Abbe Tristan |
| 5/18/2021 | $200.00 | Zelle to Yao Huibin |
| 6/1/2021 | $2,500.00 | Zelle to Snyder Mike |
| 6/1/2021 | $100.00 | Zelle to Abbe Tristan |
| 6/1/2021 | $16.00 | Zelle to Abbe Taylor |
| 6/1/2021 | $1,500.00 | Zelle to Snyder Mike |
| 6/2/2021 | $2,200.00 | Zelle to Yao Huibin |
| 6/21/2021 | $9.05 | Zelle to Abbe Taylor |
| 6/23/2021 | $2,300.00 | Zelle to Yao Huibin |
| 6/30/2021 | $2,500.00 | Zelle to Snyder Mike |
| 7/2/2021 | $500.00 | Zelle to Snyder Mike |
| 7/14/2021 | $105.00 | Zelle to Abbe Taylor |
| 7/30/2021 | $2,300.00 | Zelle to Yao Huibin |
| 8/13/2021 | $20.00 | Zelle to Abbe Taylor |
| 8/24/2021 | $2,500.00 | Zelle to Snyder Mike |
|  | $38,744.05 |  |

**Table B**

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 12/28/2020 | $69.15 | Uber |
| 12/28/2020 | $10.72 | Uber |
| 1/4/2021 | $63.06 | Uber |
| 1/6/2021 | $59.36 | Uber |
| 1/7/2021 | $50.48 | Uber |
| 1/11/2021 | $19.85 | Uber |
| 1/13/2021 | $66.70 | Uber |
| 1/13/2021 | $10.34 | Uber |
| 1/14/2021 | $46.69 | Uber |
| 1/14/2021 | $67.55 | Uber |
| 1/14/2021 | $10.44 | Uber |
| 1/19/2021 | $88.95 | Uber |
| 1/19/2021 | $13.83 | Uber |
| 1/19/2021 | $50.64 | Uber |
| 1/19/2021 | $7.52 | Uber |
| 1/19/2021 | $112.90 | Uber |
| 1/19/2021 | $16.86 | Uber |
| 1/20/2021 | $48.38 | Uber |
| 1/20/2021 | $8.96 | Uber |
| 1/22/2021 | $103.09 | Uber |
| 1/25/2021 | $56.40 | Uber |
| 1/25/2021 | $56.38 | Uber |
| 1/25/2021 | $80.72 | Uber |
| 1/26/2021 | $56.94 | Uber |
| 1/29/2021 | $104.06 | Uber |
| 2/1/2021 | $54.83 | Uber |
| 2/1/2021 | $73.49 | Uber |
| 2/2/2021 | $87.76 | Uber |
| 2/5/2021 | $100.61 | Uber |
| 2/8/2021 | $24.97 | Uber |
| 2/8/2021 | $7.82 | Uber |
| 2/9/2021 | $75.20 | Uber |
| 2/10/2021 | $90.12 | Uber |
| 2/16/2021 | $18.61 | Uber |
| 2/16/2021 | $83.89 | Uber |
| 2/16/2021 | $47.22 | Uber |
| 2/22/2021 | $47.95 | Uber |
| 2/23/2021 | $85.84 | Uber |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 2/24/2021 | $46.09 | Uber |
| 3/1/2021 | $84.48 | Uber |
| 3/1/2021 | $58.15 | Uber |
| 3/1/2021 | $52.24 | Uber |
| 3/3/2021 | $84.08 | Uber |
| 3/4/2021 | $32.84 | Uber |
| 3/8/2021 | $25.32 | Uber |
| 3/8/2021 | $94.95 | Uber |
| 3/11/2021 | $25.14 | Uber |
| 3/15/2021 | $30.46 | Uber |
| 3/16/2021 | $19.83 | Uber |
| 3/16/2021 | $5.00 | Uber |
| 3/17/2021 | $28.48 | Uber |
| 3/18/2021 | $38.94 | Uber |
| 3/19/2021 | $46.93 | Uber |
| 3/22/2021 | $19.20 | Uber |
| 3/22/2021 | $25.38 | Uber |
| 3/22/2021 | $49.85 | Uber |
| 3/23/2021 | $126.20 | Uber |
| 3/24/2021 | $24.52 | Uber |
| 3/26/2021 | $26.12 | Uber |
| 3/26/2021 | $56.27 | Uber |
| 3/29/2021 | $51.08 | Uber |
| 3/29/2021 | $25.77 | Uber |
| 3/29/2021 | $56.44 | Uber |
| 3/30/2021 | $75.12 | Uber |
| 3/30/2021 | $12.40 | Uber |
| 4/5/2021 | $56.08 | Uber |
| 4/5/2021 | $56.61 | Uber |
| 4/6/2021 | $33.22 | Uber |
| 4/12/2021 | $28.08 | Uber |
| 4/12/2021 | $28.03 | Uber |
| 4/13/2021 | $38.92 | Uber |
| 4/16/2021 | $42.27 | Uber |
| 4/19/2021 | $56.82 | Uber |
| 4/19/2021 | $38.99 | Uber |
| 4/19/2021 | $62.84 | Uber |
| 4/23/2021 | $22.51 | Uber |
| 4/26/2021 | $41.62 | Uber |
| 4/26/2021 | $33.51 | Uber |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 4/27/2021 | $32.40 | Uber |
| 4/29/2021 | $35.97 | Uber |
| 4/29/2021 | $42.17 | Uber |
| 4/30/2021 | $47.17 | Uber |
| 5/3/2021 | $24.49 | Uber |
| 5/5/2021 | $57.55 | Uber |
| 5/10/2021 | $45.91 | Uber |
| 5/10/2021 | $41.55 | Uber |
| 5/11/2021 | $47.91 | Uber |
| 5/12/2021 | $65.07 | Uber |
| 5/13/2021 | $105.99 | Uber |
| 5/18/2021 | $8.72 | Uber |
| 5/18/2021 | $4.97 | Uber |
| 5/19/2021 | $67.77 | Uber |
| 5/20/2021 | $27.72 | Uber |
| 5/24/2021 | $69.30 | Uber |
| 5/24/2021 | $30.40 | Uber |
| 5/24/2021 | $53.24 | Uber |
| 6/1/2021 | $80.47 | Uber |
| 6/1/2021 | $78.15 | Uber |
| 6/1/2021 | $36.91 | Uber |
| 6/1/2021 | $63.01 | Uber |
| 6/3/2021 | $41.73 | Uber |
| 6/7/2021 | $25.58 | Uber |
| 6/7/2021 | $63.26 | Uber |
| 6/8/2021 | $67.20 | Uber |
| 6/9/2021 | $62.24 | Uber |
| 6/10/2021 | $74.58 | Uber |
| 6/14/2021 | $38.06 | Uber |
| 6/14/2021 | $29.06 | Uber |
| 6/15/2021 | $93.96 | Uber |
| 6/17/2021 | $74.06 | Uber |
| 6/21/2021 | $83.90 | Uber |
| 6/23/2021 | $57.14 | Uber |
| 6/24/2021 | $48.31 | Uber |
| 6/28/2021 | $24.84 | Uber |
| 6/28/2021 | $67.68 | Uber |
| 6/29/2021 | $84.63 | Uber |
| 7/2/2021 | $29.70 | Uber |
| 7/6/2021 | $46.53 | Uber |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 7/6/2021 | $91.95 | Uber |
| 7/8/2021 | $29.63 | Uber |
| 7/8/2021 | $87.86 | Uber |
| 7/12/2021 | $26.83 | Uber |
| 7/12/2021 | $60.87 | Uber |
| 7/14/2021 | $82.15 | Uber |
| 7/19/2021 | $48.25 | Uber |
| 7/20/2021 | $58.57 | Uber |
| 7/21/2021 | $48.54 | Uber |
| 7/22/2021 | $49.90 | Uber |
| 7/26/2021 | $54.96 | Uber |
| 7/29/2021 | $44.52 | Uber |
| 8/4/2021 | $37.05 | Uber |
| 8/4/2021 | $84.40 | Uber |
| 8/5/2021 | $38.46 | Uber |
| 8/6/2021 | $31.44 | Uber |
| 8/9/2021 | $55.18 | Uber |
| 8/9/2021 | $45.88 | Uber |
| 8/9/2021 | $9.91 | Uber |
| 8/9/2021 | $30.92 | Uber |
| 8/9/2021 | $54.12 | Uber |
| 8/10/2021 | $32.91 | Uber |
| 8/10/2021 | $15.00 | Uber |
| 8/11/2021 | $24.46 | Uber |
| 8/12/2021 | $58.75 | Uber |
| 8/16/2021 | $30.69 | Uber |
| 8/16/2021 | $33.96 | Uber |
| 8/16/2021 | $62.09 | Uber |
| 8/17/2021 | $33.27 | Uber |
| 8/19/2021 | $38.90 | Uber |
| 8/20/2021 | $30.26 | Uber |
| 8/23/2021 | $42.57 | Uber |
| 8/23/2021 | $34.71 | Uber |
| 8/23/2021 | $30.61 | Uber |
| 8/24/2021 | $26.74 | Uber |
|  | $7,484.67 |  |

**Table C**

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 1/4/2021 | $5.35 | Google 1gg Mobile G CO |
| 1/4/2021 | $21.44 | Google 1gg Mobile G CO |
| 1/4/2021 | $2.13 | Google 1gg Mobile G CO |
| 1/4/2021 | $2.13 | Google 1gg Mobile G CO |
| 1/12/2021 | $5.35 | Google 1gg Mobile G CO |
| 12/28/2020 | $5.35 | Google Igg Mobile |
| 12/28/2020 | $5.35 | Google Igg Mobile |
| 12/28/2020 | $5.35 | Google Igg Mobile |
| 12/30/2020 | $5.35 | Google Igg Mobile |
| 1/5/2021 | $5.35 | Google Igg Mobile |
| 1/11/2021 | $5.35 | Google Igg Mobile |
| 12/30/2020 | $21.44 | Google Igg Mobile G CO |
| 12/30/2020 | $5.35 | Google Igg Mobile G CO |
| 1/4/2021 | $5.35 | Google lgg Mobile |
| 1/4/2021 | $5.35 | Google lgg Mobile |
| 1/4/2021 | $5.35 | Google lgg Mobile |
| 1/5/2021 | $21.44 | Google lgg Mobile |
| 1/6/2021 | $21.44 | Google lgg Mobile |
| 1/6/2021 | $5.35 | Google lgg Mobile |
| 1/6/2021 | $2.13 | Google lgg Mobile |
| 1/7/2021 | $5.35 | Google lgg Mobile |
| 1/7/2021 | $5.35 | Google lgg Mobile |
| 1/7/2021 | $5.35 | Google lgg Mobile |
| 1/7/2021 | $21.44 | Google lgg Mobile |
| 1/7/2021 | $7.44 | Google lgg Mobile |
| 1/8/2021 | $5.35 | Google lgg Mobile |
| 1/11/2021 | $5.35 | Google lgg Mobile |
| 1/11/2021 | $21.44 | Google lgg Mobile |
| 1/11/2021 | $5.35 | Google lgg Mobile |
| 1/11/2021 | $21.44 | Google lgg Mobile |
| 1/20/2021 | $5.35 | Google lgg Mobile |
| 1/25/2021 | $5.35 | Google lgg Mobile |
| 1/25/2021 | $21.44 | Google lgg Mobile |
| 1/27/2021 | $21.44 | Google lgg Mobile |
| 1/27/2021 | $5.35 | Google lgg Mobile |
| 1/27/2021 | $21.44 | Google lgg Mobile |
| 1/4/2021 | $21.44 | Google lgg Mobile G CO |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 1/4/2021 | $5.35 | Google  lgg Mobile  G CO |
| 1/11/2021 | $2.13 | Google  lgg Mobile  G CO |
| 1/11/2021 | $5.35 | Google  lgg Mobile  G CO |
| 1/5/2021 | $21.44 | Google  lgg Mobileg |
| 2/12/2021 | $5.35 | Google  1gg Mobile  G CO |
| 2/22/2021 | $5.35 | Google  1gg Mobile  G CO |
| 2/1/2021 | $21.44 | Google  lgg Mobile |
| 2/3/2021 | $5.35 | Google  lgg Mobile |
| 2/11/2021 | $5.35 | Google  lgg Mobile |
| 2/3/2021 | $21.44 | Google  lgg Mobile  G CO |
| 3/3/2021 | $21.44 | Google  1 gg Mobile  G CO |
| 3/1/2021 | $5.35 | Google  1gg Mobile  G CO |
| 3/8/2021 | $5.35 | Google  1gg Mobile  G CO |
| 3/8/2021 | $21.44 | Google  1gg Mobile  G CO |
| 3/17/2021 | $5.35 | Google  1gg Mobile  G CO |
| 3/1/2021 | $5.35 | Google  Igg Mobile |
| 3/22/2021 | $5.35 | Google  Igg Mobile |
| 3/22/2021 | $5.35 | Google  Igg Mobile |
| 3/8/2021 | $5.35 | Google  lgg Mobile |
| 3/15/2021 | $5.35 | Google  lgg Mobile |
| 3/15/2021 | $5.35 | Google  lgg Mobile |
| 3/15/2021 | $21.44 | Google  lgg Mobile |
| 3/17/2021 | $5.35 | Google  lgg Mobile |
| 3/23/2021 | $5.35 | Google  lgg Mobile |
| 3/3/2021 | $5.35 | Google  lgg Mobileg |
| 3/15/2021 | $21.44 | Google  lgg Mobileg |
| 3/29/2021 | $5.35 | Google  1 gg Mobile |
| 3/29/2021 | $5.35 | Google  1 gg Mobile  G CO |
| 3/29/2021 | $21.44 | Google  1gg Mobile |
| 3/29/2021 | $5.35 | Google  1gg Mobile |
| 3/29/2021 | $5.35 | Google  1gg Mobile |
| 3/30/2021 | $5.35 | Google  1gg Mobile |
| 3/31/2021 | $5.35 | Google  1gg Mobile |
| 3/31/2021 | $21.44 | Google  1gg Mobile |
| 4/5/2021 | $5.35 | Google  1gg Mobile |
| 4/5/2021 | $5.35 | Google  1gg Mobile |
| 4/12/2021 | $5.35 | Google  1gg Mobile |
| 4/12/2021 | $5.35 | Google  1gg Mobile |

| Posted Date | Debits | Dest Institution |
|---:|---:|---|
| 4/13/2021 | $5.35 | Google  1gg Mobile |
| 4/13/2021 | $5.35 | Google  1gg Mobile |
| 4/14/2021 | $5.35 | Google  1gg Mobile |
| 4/15/2021 | $5.35 | Google  1gg Mobile |
| 4/15/2021 | $21.44 | Google  1gg Mobile |
| 4/19/2021 | $5.35 | Google  1gg Mobile |
| 4/19/2021 | $21.44 | Google  1gg Mobile |
| 4/19/2021 | $5.35 | Google  1gg Mobile |
| 4/20/2021 | $5.35 | Google  1gg Mobile |
| 4/21/2021 | $5.35 | Google  1gg Mobile |
| 4/21/2021 | $5.35 | Google  1gg Mobile |
| 4/22/2021 | $5.35 | Google  1gg Mobile |
| 4/23/2021 | $5.35 | Google  1gg Mobile |
| 4/23/2021 | $5.35 | Google  1gg Mobile |
| 3/29/2021 | $5.35 | Google  1gg Mobile  G CO |
| 4/5/2021 | $5.35 | Google  1gg Mobile  G CO |
| 4/22/2021 | $5.35 | Google  1gg Mobile  G CO |
| 4/22/2021 | $5.35 | Google  1gg Mobile  G CO |
| 4/23/2021 | $21.44 | Google  1gg Mobile  G CO |
| 3/29/2021 | $5.35 | Google  Igg Mobile |
| 4/12/2021 | $21.44 | Google  lgg Mobile |
| 4/12/2021 | $5.35 | Google  lgg Mobile |
| 4/13/2021 | $5.35 | Google  lgg Mobile |
| 4/20/2021 | $21.44 | Google  lgg Mobile |
| 4/20/2021 | $21.44 | Google  lgg Mobile |
| 4/21/2021 | $5.35 | Google  lgg Mobile |
| 4/21/2021 | $9.44 | Google  lgg Mobile |
| 4/14/2021 | $5.35 | Google  lgg Mobileg  Support |
| 4/14/2021 | $21.44 | Google  lgg Mobileg  Support |
| 3/29/2021 | $5.35 | Google  lgg Mobileg  Support  Googl CA |
| 4/26/2021 | $5.35 | Google  1gg Mobile |
| 4/26/2021 | $5.35 | Google  1gg Mobile |
| 4/26/2021 | $21.44 | Google  1gg Mobile |
| 4/27/2021 | $21.44 | Google  1gg Mobile |
| 4/28/2021 | $5.35 | Google  1gg Mobile |
| 4/29/2021 | $21.44 | Google  1gg Mobile |
| 4/29/2021 | $21.44 | Google  1gg Mobile |
| 4/29/2021 | $6.42 | Google  1gg Mobile |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 4/30/2021 | $5.35 | Google  1gg Mobile |
| 5/4/2021 | $5.35 | Google  1gg Mobile |
| 5/4/2021 | $5.35 | Google  1gg Mobile |
| 5/7/2021 | $5.35 | Google  1gg Mobile |
| 5/10/2021 | $21.44 | Google  1gg Mobile |
| 5/10/2021 | $5.35 | Google  1gg Mobile |
| 5/10/2021 | $5.35 | Google  1gg Mobile |
| 5/10/2021 | $21.44 | Google  1gg Mobile |
| 5/13/2021 | $5.35 | Google  1gg Mobile |
| 5/14/2021 | $5.35 | Google  1gg Mobile |
| 5/14/2021 | $21.44 | Google  1gg Mobile |
| 5/19/2021 | $5.35 | Google  1gg Mobile |
| 5/19/2021 | $21.44 | Google  1gg Mobile |
| 5/20/2021 | $5.35 | Google  1gg Mobile |
| 5/24/2021 | $21.44 | Google  1gg Mobile |
| 5/24/2021 | $5.35 | Google  1gg Mobile |
| 5/24/2021 | $5.35 | Google  1gg Mobile |
| 5/24/2021 | $5.35 | Google  1gg Mobile |
| 5/24/2021 | $21.44 | Google  1gg Mobile |
| 5/24/2021 | $21.44 | Google  1gg Mobile |
| 5/24/2021 | $5.35 | Google  1gg Mobile |
| 5/24/2021 | $5.35 | Google  1gg Mobile |
| 5/24/2021 | $21.44 | Google  1gg Mobile |
| 5/24/2021 | $5.35 | Google  1gg Mobile |
| 5/24/2021 | $21.44 | Google  1gg Mobile |
| 4/29/2021 | $5.35 | Google  1gg Mobile  G CO |
| 5/7/2021 | $5.35 | Google  1gg Mobile  G CO |
| 5/20/2021 | $5.35 | Google  1gg Mobile  G CO |
| 5/24/2021 | $5.35 | Google  1gg Mobile  G CO |
| 5/24/2021 | $5.35 | Google  1gg Mobile  G CO |
| 5/3/2021 | $5.35 | Google  lgg Mobile |
| 5/10/2021 | $5.35 | Google  lgg Mobile |
| 5/10/2021 | $5.35 | Google  lgg Mobile |
| 5/11/2021 | $21.44 | Google  lgg Mobile |
| 5/11/2021 | $5.35 | Google  lgg Mobile |
| 5/12/2021 | $5.35 | Google  lgg Mobile |
| 5/13/2021 | $5.35 | Google  lgg Mobile |
| 5/17/2021 | $5.35 | Google  lgg Mobile |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 5/17/2021 | $5.35 | Google  lgg Mobile |
| 5/17/2021 | $5.35 | Google  lgg Mobile |
| 5/17/2021 | $5.35 | Google  lgg Mobile |
| 5/18/2021 | $5.35 | Google  lgg Mobile |
| 5/24/2021 | $19.79 | Google  lgg Mobile |
| 5/17/2021 | $21.44 | Google  lgg Mobile  G CO |
| 5/20/2021 | $5.35 | Google  lgg Mobile  G CO |
| 4/29/2021 | $5.35 | Google  lgg Mobileg  Support |
| 5/12/2021 | $5.35 | Google  lgg Mobileg  Support |
| 5/17/2021 | $5.35 | Google  lgg Mobileg  Support |
| 5/18/2021 | $21.44 | Google  lgg Mobileg  Support |
| 5/26/2021 | $5.35 | Google  1gg Mobile |
| 5/26/2021 | $21.44 | Google  1gg Mobile |
| 5/27/2021 | $5.35 | Google  1gg Mobile |
| 5/27/2021 | $5.35 | Google  1gg Mobile |
| 5/28/2021 | $5.35 | Google  1gg Mobile |
| 5/28/2021 | $5.35 | Google  1gg Mobile |
| 5/28/2021 | $21.44 | Google  1gg Mobile |
| 5/28/2021 | $21.44 | Google  1gg Mobile |
| 5/28/2021 | $21.44 | Google  1gg Mobile |
| 5/28/2021 | $1.06 | Google  1gg Mobile |
| 6/1/2021 | $5.35 | Google  1gg Mobile |
| 6/1/2021 | $5.35 | Google  1gg Mobile |
| 6/1/2021 | $1.06 | Google  1gg Mobile |
| 6/1/2021 | $5.35 | Google  1gg Mobile |
| 6/1/2021 | $21.44 | Google  1gg Mobile |
| 6/1/2021 | $5.35 | Google  1gg Mobile |
| 6/1/2021 | $21.44 | Google  1gg Mobile |
| 6/1/2021 | $5.35 | Google  1gg Mobile |
| 6/2/2021 | $5.35 | Google  1gg Mobile |
| 6/2/2021 | $2.13 | Google  1gg Mobile |
| 6/3/2021 | $5.35 | Google  1gg Mobile |
| 6/3/2021 | $5.35 | Google  1gg Mobile |
| 6/3/2021 | $5.35 | Google  1gg Mobile |
| 6/4/2021 | $5.35 | Google  1gg Mobile |
| 6/4/2021 | $5.35 | Google  1gg Mobile |
| 6/4/2021 | $21.44 | Google  1gg Mobile |
| 6/4/2021 | $5.35 | Google  1gg Mobile |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 6/7/2021 | $2.13 | Google  1gg Mobile |
| 6/7/2021 | $5.35 | Google  1gg Mobile |
| 6/7/2021 | $5.35 | Google  1gg Mobile |
| 6/7/2021 | $5.35 | Google  1gg Mobile |
| 6/8/2021 | $5.35 | Google  1gg Mobile |
| 6/9/2021 | $5.35 | Google  1gg Mobile |
| 6/9/2021 | $5.35 | Google  1gg Mobile |
| 6/9/2021 | $21.44 | Google  1gg Mobile |
| 6/10/2021 | $5.35 | Google  1gg Mobile |
| 6/14/2021 | $5.35 | Google  1gg Mobile |
| 6/14/2021 | $5.35 | Google  1gg Mobile |
| 6/15/2021 | $21.44 | Google  1gg Mobile |
| 6/15/2021 | $5.35 | Google  1gg Mobile |
| 6/16/2021 | $5.35 | Google  1gg Mobile |
| 6/21/2021 | $5.35 | Google  1gg Mobile |
| 6/21/2021 | $5.35 | Google  1gg Mobile |
| 6/21/2021 | $5.35 | Google  1gg Mobile |
| 6/21/2021 | $21.44 | Google  1gg Mobile |
| 6/21/2021 | $5.35 | Google  1gg Mobile |
| 6/21/2021 | $5.35 | Google  1gg Mobile |
| 6/22/2021 | $2.13 | Google  1gg Mobile |
| 6/22/2021 | $2.13 | Google  1gg Mobile |
| 6/22/2021 | $5.35 | Google  1gg Mobile |
| 6/22/2021 | $5.35 | Google  1gg Mobile |
| 6/22/2021 | $5.35 | Google  1gg Mobile |
| 6/23/2021 | $21.44 | Google  1gg Mobile |
| 6/23/2021 | $21.44 | Google  1gg Mobile |
| 5/28/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/4/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/4/2021 | $1.06 | Google  1gg Mobile  G CO |
| 6/7/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/8/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/8/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/9/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/9/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/14/2021 | $5.35 | Google  1gg Mobile  G CO |
| 6/15/2021 | $21.44 | Google  1gg Mobile  G CO |
| 6/22/2021 | $2.13 | Google  1gg Mobile  G CO |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 6/22/2021 | $53.61 | Google  1gg Mobile  G CO |
| 6/23/2021 | $53.61 | Google  1gg Mobile  G CO |
| 5/27/2021 | $21.44 | Google  Igg Mobile |
| 6/14/2021 | $5.35 | Google  Igg Mobile |
| 6/17/2021 | $5.35 | Google  Igg Mobile |
| 6/17/2021 | $21.44 | Google  Igg Mobile |
| 6/22/2021 | $5.35 | Google  Igg Mobile |
| 6/22/2021 | $5.35 | Google  Igg Mobile |
| 6/22/2021 | $1.06 | Google  Igg Mobile |
| 6/22/2021 | $2.13 | Google  Igg Mobile  G CO |
| 6/1/2021 | $21.44 | Google  lgg Mobile |
| 6/1/2021 | $5.35 | Google  lgg Mobile |
| 6/2/2021 | $5.35 | Google  lgg Mobile |
| 6/2/2021 | $21.44 | Google  lgg Mobile |
| 6/9/2021 | $21.44 | Google  lgg Mobile |
| 6/11/2021 | $5.35 | Google  lgg Mobile |
| 6/14/2021 | $5.35 | Google  lgg Mobile |
| 6/14/2021 | $5.35 | Google  lgg Mobile |
| 6/14/2021 | $5.35 | Google  lgg Mobile |
| 6/15/2021 | $21.44 | Google  lgg Mobile |
| 6/17/2021 | $21.44 | Google  lgg Mobile |
| 6/18/2021 | $5.35 | Google  lgg Mobile |
| 6/18/2021 | $5.35 | Google  lgg Mobile |
| 6/18/2021 | $2.13 | Google  lgg Mobile |
| 6/18/2021 | $10.71 | Google  lgg Mobile |
| 6/21/2021 | $21.44 | Google  lgg Mobile |
| 6/21/2021 | $21.44 | Google  lgg Mobile |
| 6/22/2021 | $21.44 | Google  lgg Mobile |
| 6/23/2021 | $5.35 | Google  lgg Mobile |
| 6/14/2021 | $21.44 | Google  lgg Mobile  G CO |
| 6/16/2021 | $5.35 | Google  lgg Mobile  G CO |
| 6/18/2021 | $5.35 | Google  lgg Mobile  G CO |
| 6/18/2021 | $16.79 | Google  lgg Mobile  G CO |
| 6/21/2021 | $5.35 | Google  lgg Mobile  G CO |
| 6/21/2021 | $21.44 | Google  lgg Mobile  G CO |
| 5/28/2021 | $5.35 | Google  lgg Mobileg  Support |
| 6/7/2021 | $5.35 | Google  lgg Mobileg  Support |
| 6/9/2021 | $5.35 | Google  lgg Mobileg  Support |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 6/11/2021 | $5.35 | Google lgg Mobileg Support |
| 6/14/2021 | $5.35 | Google lgg Mobileg Support |
| 6/21/2021 | $5.35 | Google lgg Mobileg Support |
| 6/21/2021 | $21.44 | Google lgg Mobileg Support |
| 6/22/2021 | $21.44 | Google lgg Mobileg Support |
| 6/22/2021 | $2.13 | Google lgg Mobileg Support |
| 6/23/2021 | $5.35 | Google lgg Mobileg Support |
| 6/1/2021 | $21.44 | Google lgg Mobileg Support Googl CA |
| 6/28/2021 | $5.35 | Google 1 gg Mobile |
| 7/22/2021 | $2.13 | Google 1 gg Mobile |
| 7/26/2021 | $5.35 | Google 1 gg Mobile |
| 6/24/2021 | $5.35 | Google 1gg Mobile |
| 6/25/2021 | $21.44 | Google 1gg Mobile |
| 6/25/2021 | $1.06 | Google 1gg Mobile |
| 6/25/2021 | $2.13 | Google 1gg Mobile |
| 6/28/2021 | $5.35 | Google 1gg Mobile |
| 6/28/2021 | $5.35 | Google 1gg Mobile |
| 6/28/2021 | $2.13 | Google 1gg Mobile |
| 6/29/2021 | $21.44 | Google 1gg Mobile |
| 6/29/2021 | $53.61 | Google 1gg Mobile |
| 6/30/2021 | $5.35 | Google 1gg Mobile |
| 6/30/2021 | $5.35 | Google 1gg Mobile |
| 7/2/2021 | $5.35 | Google 1gg Mobile |
| 7/2/2021 | $2.13 | Google 1gg Mobile |
| 7/12/2021 | $5.35 | Google 1gg Mobile |
| 7/12/2021 | $5.35 | Google 1gg Mobile |
| 7/13/2021 | $5.35 | Google 1gg Mobile |
| 7/15/2021 | $5.35 | Google 1gg Mobile |
| 7/16/2021 | $2.13 | Google 1gg Mobile |
| 7/16/2021 | $5.35 | Google 1gg Mobile |
| 7/19/2021 | $21.44 | Google 1gg Mobile |
| 7/26/2021 | $5.35 | Google 1gg Mobile |
| 6/28/2021 | $2.13 | Google 1gg Mobile G CO |
| 6/28/2021 | $5.35 | Google 1gg Mobile G CO |
| 7/12/2021 | $1.06 | Google 1gg Mobile G CO |
| 7/12/2021 | $2.13 | Google 1gg Mobile G CO |
| 7/22/2021 | $5.35 | Google 1gg Mobile G CO |
| 7/22/2021 | $5.35 | Google 1gg Mobile G CO |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 7/26/2021 | $21.44 | Google  1gg Mobile  G CO |
| 6/28/2021 | $21.44 | Google  Igg Mobile |
| 7/2/2021 | $2.13 | Google  Igg Mobile |
| 7/2/2021 | $5.35 | Google  Igg Mobile |
| 7/2/2021 | $2.13 | Google  Igg Mobile |
| 7/6/2021 | $2.13 | Google  Igg Mobile |
| 7/6/2021 | $21.44 | Google  Igg Mobile |
| 7/6/2021 | $14.79 | Google  Igg Mobile |
| 7/6/2021 | $5.35 | Google  Igg Mobile |
| 7/6/2021 | $21.44 | Google  Igg Mobile |
| 7/8/2021 | $5.35 | Google  Igg Mobile |
| 7/14/2021 | $10.71 | Google  Igg Mobile |
| 7/14/2021 | $10.71 | Google  Igg Mobile |
| 7/14/2021 | $5.35 | Google  Igg Mobile |
| 7/15/2021 | $5.35 | Google  Igg Mobile |
| 7/16/2021 | $5.35 | Google  Igg Mobile |
| 7/16/2021 | $2.13 | Google  Igg Mobile |
| 7/19/2021 | $5.35 | Google  Igg Mobile |
| 7/21/2021 | $3.21 | Google  Igg Mobile |
| 7/21/2021 | $2.13 | Google  Igg Mobile |
| 7/22/2021 | $5.35 | Google  Igg Mobile |
| 7/22/2021 | $5.35 | Google  Igg Mobile |
| 7/22/2021 | $2.13 | Google  Igg Mobile |
| 7/23/2021 | $21.44 | Google  Igg Mobile |
| 7/26/2021 | $1.06 | Google  Igg Mobile |
| 7/26/2021 | $5.35 | Google  Igg Mobile |
| 7/6/2021 | $21.44 | Google  Igg Mobile  G CO |
| 7/6/2021 | $5.35 | Google  Igg Mobile  G CO |
| 6/28/2021 | $2.13 | Google  lgg Mobile |
| 6/28/2021 | $5.35 | Google  lgg Mobile |
| 6/28/2021 | $21.44 | Google  lgg Mobile |
| 6/29/2021 | $1.06 | Google  lgg Mobile |
| 7/6/2021 | $5.35 | Google  lgg Mobile |
| 7/1/2021 | $5.35 | Google  lgg Mobile |
| 7/8/2021 | $21.44 | Google  lgg Mobile |
| 7/9/2021 | $5.35 | Google  lgg Mobile |
| 7/12/2021 | $21.44 | Google  lgg Mobile |
| 7/12/2021 | $5.35 | Google  lgg Mobile |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 7/12/2021 | $5.35 | Google  lgg Mobile |
| 7/12/2021 | $5.35 | Google  lgg Mobile |
| 7/12/2021 | $5.35 | Google  lgg Mobile |
| 7/12/2021 | $5.35 | Google  lgg Mobile |
| 7/14/2021 | $5.35 | Google  lgg Mobile |
| 7/16/2021 | $5.35 | Google  lgg Mobile |
| 7/19/2021 | $5.35 | Google  lgg Mobile |
| 7/21/2021 | $20.62 | Google  lgg Mobile |
| 7/22/2021 | $5.35 | Google  lgg Mobile |
| 7/22/2021 | $5.35 | Google  lgg Mobile |
| 7/22/2021 | $5.35 | Google  lgg Mobile |
| 7/22/2021 | $2.13 | Google  lgg Mobile |
| 7/23/2021 | $2.13 | Google  lgg Mobile |
| 7/23/2021 | $1.06 | Google  lgg Mobile |
| 7/23/2021 | $5.35 | Google  lgg Mobile |
| 7/26/2021 | $21.44 | Google  lgg Mobile |
| 7/26/2021 | $1.06 | Google  lgg Mobile |
| 7/26/2021 | $5.35 | Google  lgg Mobile |
| 6/28/2021 | $5.35 | Google  lgg Mobile  G CO |
| 6/29/2021 | $21.44 | Google  lgg Mobile  G CO |
| 7/6/2021 | $2.13 | Google  lgg Mobile  G CO |
| 7/6/2021 | $5.35 | Google  lgg Mobile  G CO |
| 7/6/2021 | $5.35 | Google  lgg Mobile  G CO |
| 7/6/2021 | $21.44 | Google  lgg Mobile  G CO |
| 7/1/2021 | $5.35 | Google  lgg Mobile  G CO |
| 7/12/2021 | $5.35 | Google  lgg Mobile  G CO |
| 7/12/2021 | $5.35 | Google  lgg Mobile  G CO |
| 7/14/2021 | $5.35 | Google  lgg Mobile  G CO |
| 7/22/2021 | $1.06 | Google  lgg Mobile  G CO |
| 7/22/2021 | $21.44 | Google  lgg Mobile  G CO |
| 7/23/2021 | $5.35 | Google  lgg Mobile  G CO |
| 7/26/2021 | $5.35 | Google  lgg Mobile  G CO |
| 6/24/2021 | $2.13 | Google  lgg Mobileg  Support |
| 6/24/2021 | $21.44 | Google  lgg Mobileg  Support |
| 6/24/2021 | $21.44 | Google  lgg Mobileg  Support |
| 6/28/2021 | $1.06 | Google  lgg Mobileg  Support |
| 6/28/2021 | $1.06 | Google  lgg Mobileg  Support |
| 6/28/2021 | $5.35 | Google  lgg Mobileg  Support |

| Posted Date | Debits | Dest Institution |
|---|---|---|
| 6/30/2021 | $21.44 | Google  lgg Mobileg  Support |
| 7/6/2021 | $5.35 | Google  lgg Mobileg  Support |
| 7/12/2021 | $2.13 | Google  lgg Mobileg  Support |
| 7/14/2021 | $21.44 | Google  lgg Mobileg  Support |
| 7/14/2021 | $1.06 | Google  lgg Mobileg  Support |
| 7/27/2021 | $21.44 | Google  1gg Mobile |
| 7/27/2021 | $5.35 | Google  1gg Mobile |
| 7/28/2021 | $5.35 | Google  1gg Mobile |
| 8/2/2021 | $5.35 | Google  1gg Mobile |
| 8/5/2021 | $5.35 | Google  1gg Mobile |
| 8/24/2021 | $5.35 | Google  1gg Mobile |
| 8/3/2021 | $5.35 | Google  1gg Mobile  G CO |
| 8/3/2021 | $5.35 | Google  1gg Mobile  G CO |
| 7/28/2021 | $5.35 | Google  Igg Mobile |
| 7/29/2021 | $5.35 | Google  Igg Mobile |
| 7/29/2021 | $2.13 | Google  Igg Mobile |
| 8/2/2021 | $5.35 | Google  Igg Mobile |
| 8/3/2021 | $2.13 | Google  Igg Mobile |
| 8/3/2021 | $21.44 | Google  Igg Mobile |
| 7/29/2021 | $21.44 | Google  Igg Mobile  G CO |
| 8/2/2021 | $5.35 | Google  Igg Mobile  G CO |
| 8/2/2021 | $16.44 | Google  lgg Mobile |
| 8/2/2021 | $5.35 | Google  lgg Mobile |
| 7/30/2021 | $5.35 | Google  lgg Mobile  G CO |
|  | $3,729.84 |  |

**Table D**

| Posted Date | Debits | Credits | Remarks |
|---|---|---|---|
| 12/28/2020 | | $4,100.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 12/28/2020 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 12/31/2020 | | $2,400.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 1/4/2021 | | $2,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 1/8/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/11/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/11/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/13/2021 | $300.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/14/2021 | | $400.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 1/14/2021 | $250.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/14/2021 | $300.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/15/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/19/2021 | | $4,400.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 1/19/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/22/2021 | $300.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/25/2021 | | $2,500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 1/25/2021 | | $5,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 1/25/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/28/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 1/29/2021 | | $1,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 2/1/2021 | | $4,800.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |

| Posted Date | Debits | Credits | Remarks |
|---|---|---|---|
| 2/4/2021 | | $5,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 2/8/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 2/8/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 2/11/2021 | $300.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 2/16/2021 | | $2,500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 2/23/2021 | | $1,500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/1/2021 | | $1,800.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/1/2021 | | $500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/1/2021 | | $110.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/1/2021 | $55.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/2/2021 | | $4,500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/3/2021 | | $300.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/4/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/5/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/9/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/12/2021 | | $4,500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/15/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/17/2021 | $250.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/22/2021 | $250.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/25/2021 | | $3,500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 3/29/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 3/31/2021 | | $4,200.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |

| Posted Date | Debits | Credits | Remarks |
|---|---|---|---|
| 3/31/2021 | $60.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 4/5/2021 | | $2,500.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 4/5/2021 | | $400.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 4/6/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 4/7/2021 | | $80.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 4/22/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 4/23/2021 | | $59.96 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 4/26/2021 | $120.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 4/26/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 4/26/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/3/2021 | | $5,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 5/3/2021 | $80.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/5/2021 | $50.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/6/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/10/2021 | | $98.51 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 5/11/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/13/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/14/2021 | | $4,900.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 5/17/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/17/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/19/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/20/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |

| Posted Date | Debits | Credits | Remarks |
|---|---|---|---|
| 5/24/2021 | | $5,000.00 | Online Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 5/24/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/24/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/25/2021 | $200.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 5/26/2021 | $200.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/1/2021 | | $4,750.00 | Online Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 6/1/2021 | | $194.00 | Online Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 6/1/2021 | $200.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/2/2021 | | $4,850.00 | Online Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 6/3/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/11/2021 | $250.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/14/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/14/2021 | $150.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/18/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/21/2021 | | $5,000.00 | Online Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 6/21/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/21/2021 | $150.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/22/2021 | $150.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/23/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/24/2021 | $150.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/24/2021 | $100.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/28/2021 | $150.00 | | Online Transfer to Shavers A Everyday Checking Xxxxxxx6932 |

| Posted Date | Debits | Credits | Remarks |
|---|---|---|---|
| 6/28/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 6/30/2021 | | $3,400.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 6/30/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/6/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/6/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/6/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/8/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/12/2021 | | $5,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 7/12/2021 | $250.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/12/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/14/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/15/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/15/2021 | $250.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/19/2021 | | $157.57 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 7/19/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/19/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/19/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/21/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/21/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/23/2021 | | $168.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 7/26/2021 | | $5,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 7/26/2021 | $120.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |

| Posted Date | Debits | Credits | Remarks |
|---|---|---|---|
| 7/26/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/26/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/27/2021 | | $100.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 7/28/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/28/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 7/30/2021 | | $170.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 7/30/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/2/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/2/2021 | $30.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/5/2021 | | $4,700.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 8/9/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/10/2021 | $200.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/12/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/13/2021 | $100.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/16/2021 | $150.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/16/2021 | $50.00 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| 8/18/2021 | | $103.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 8/24/2021 | | $5,000.00 | Online  Transfer From Shavers A Everyday Checking Xxxxxxx6932 |
| 8/24/2021 | $119.17 | | Online  Transfer to Shavers A Everyday Checking Xxxxxxx6932 |
| | $12,834.17 | $111,641.04 | |