## Consumer Deposit Account
# Relationship Change Application



**Host Status:** Host Update Successful

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| BRANDI R.GOELLNER | E5993 | 11/05/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 972/347-5028 | 08026 | 0068535 | T9031-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

### Account Information

| Product Name: | Minor: | COID: | Product: | Account Number: |
|---|---|---|---|---|
| Wells Fargo Everyday Checking | | 808 | DDA | ▇▇▇▇6932 |

### Related Customers

| Customer 1 Name: | Customer Number (ECN): | Account Relationship Status: |
|---|---|---|
| ASHLEY SHAVERS | ▇▇▇▇3414 | CHANGED |
| **Current Account Relationship:** Sole Owner | **NEW Account Relationship:** Primary Joint Owner (or) | |

| Customer 2 Name: | Customer Number (ECN): | Account Relationship Status: |
|---|---|---|
| TRENDON T SHAVERS | ▇▇▇▇9419 | NEW |
| **Current Account Relationship:** None | **NEW Account Relationship:** Secondary Joint Owner (or) | |

### Checking/Savings Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: |
|---|---|
| ASHLEY SHAVERS<br><br>TRENDON T SHAVERS | ▇▇▇▇▇▇▇▇▇▇▇▇ |



2W02-001309095752-01

DSG8720 (9-18 SVP)

Page 1 of 3
Wells Fargo Confidential

Consumer Deposit Account Relationship Change Application

## Customer 1 Information

Customer Name: ASHLEY SHAVERS

Account Relationship: Primary Joint Owner (or)

Taxpayer Identification Number (TIN): ████1421  
TIN Type: SSN  
Date of Birth: ████

Street Address: ████

Primary ID Type: ████  
Primary ID Description: ████

Directional Address:  
*(Document when no physical residence, business or alternate street address.)*

Secondary ID State/Country: ████  
Secondary ID Issue Date: ████  
Secondary ID Expiration Date: ████

Check Reporting: NO RESPONSE

Home Phone: ████  
Business Phone: ████

Country of Citizenship: US

## Customer 2 Information

Customer Name: TRENDON T SHAVERS

Account Relationship: Secondary Joint Owner (or)

Taxpayer Identification Number (TIN): ████4036  
TIN Type: SSN  
Date of Birth: ████

Street Address: ████

Primary ID Type: ████  
Primary ID Description: ████

Check Reporting: NO RECORD

Country of Citizenship: US

## Joint Account with Right of Survivorship

The persons signing this section hereby agree with each other and the bank that this account is a joint account with right of survivorship, and that on the death of one party to a joint account, all sums in the account on the date of death vest in and belong to the surviving party as his or her separate property and estate. Each person signing this section who is married to a person who is not also signing this section represents and warrants that no funds now or hereafter deposited to the account, nor any interest earned on such funds, are subject to the management, control or disposition (jointly or otherwise) of such person's spouse.



2W02-001309095752-02

Consumer Deposit Account Relationship Change Application

**Customer 1 Name**
ASHLEY SHAVERS

**Customer Number (FCN):** [redacted]

**Customer 1 Signature**
*Ashley Shavers*

Date: 11/05/2019

**Customer 2 Name**
TRENDON T SHAVERS

**Customer 2 Signature**
*[signature]*

☐ Submit manually
☐ Signature not required

Date: 11/05/2019

## Customer Signatures - New/Remaining Account Owner Relationships

Everything I have stated in this application is correct. You are authorized to make any inquires that you consider appropriate to determine if you should open the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. I have received a copy of the applicable account agreement and privacy brochure and agree to be bound by them. **I also agree to the terms of the dispute resolution program described in the account agreement Service Agreement and Product Guide. Under this program our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**

**New/Remaining Customer 1 Name**
ASHLEY SHAVERS

**Customer Number (FCN):** [redacted]414

**New/Remaining Customer 1 Signature**
*Ashley Shavers*

☐ Submit manually
☐ Signature not required

Date: 11/05/2019

**New/Remaining Customer 2 Name**
TRENDON T SHAVERS

**Customer Number (FCN):** [redacted]419

**New/Remaining Customer 2 Signature**
*[signature]*

☐ Submit manually
☐ Signature not required

Date: 11/05/2019