coinbase                                                                                       Get started

About        Careers        Mission        Press



# About Coinbase

We are building the cryptoeconomy – a more fair, accessible, efficient, and transparent financial system enabled by crypto.

coinbase                                                                              Get started

About        Careers        Mission        Press

## Coinbase powers the cryptoeconomy

Customers around the world discover and begin their journeys with crypto through Coinbase.

Approximately 68 million verified users, 9,000 institutions, and 160,000 ecosystem partners in over 100 countries trust Coinbase to easily and securely invest, spend, save, earn, and use crypto.

### 68+M
Verified users

### $462B
Quarterly volume traded

### $180B
Assets on platform

coinbase

Get started

About    Careers    Mission    Press

# 2100+
Employees

---

## Our executive team



### Brian Armstrong
Co-Founder & Chief Executive Officer

**coinbase**    Get started

About    Careers    Mission    Press



### Emilie Choi
President & Chief Operating Officer



### Surojit Chatterjee
Chief Product Officer



### Alesia Haas
Chief Financial Officer

**coinbase**

About    Careers    Mission    Press    Get started



L.J. Brock

Chief People Officer



Paul Grewal

Chief Legal Officer

**coinbase**

About  Careers  Mission  Press

Get started



# Our board of directors

Brian Armstrong
Co-Founder & Chief Executive Officer

Fred Ehrsam
Co-Founder & Board Director

Fred Wilson
Board Director

Katie Haun
Board Director

Gokul Rajaram
Board Director

Marc Andreessen
Board Director

Kelly Kramer
Board Director

coinbase                                                                 Get started

**About**        Careers        Mission        Press

# Working at Coinbase

Our mission is to increase economic freedom in the world.
Join us and make an impact at a global scale.

View open positions



coinbase

English

© 2021 Coinbase
Blog • Twitter • Facebook

coinbase                                                                                    Get started

About    Careers    Mission    Press

Affiliates

Blog

Press

Investors

Legal & privacy

Cookie policy

## Learn

Browse crypto prices

Crypto basics

Tips & tutorials

Market updates

What is Bitcoin?

What is crypto?

What is a blockchain?

How to set up a crypto wallet

How to send crypto

Taxes

## Individuals

Buy & sell

Earn free crypto

Wallet

Card

## Businesses

Prime

Custody

Asset Hub

Commerce

**coinbase**

About   Careers   Mission   Press   Get started

Commerce
Pro
Bison Trails
WalletLink
Rosetta
USDC

## Support

Help center
Contact us
Create account
ID verification
Account information
Payment methods
Account access
Supported crypto
Supported countries
Status