## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

                               **Plaintiff,**

                         **v.**

**SHAVERS, ET AL.**

                             **Defendant,**

**4:13-cv-416-ALM**

## ORDER TO SHOW CAUSE

"	Rgpfkpi "dghqtg"yj g"Eqwtv"ku"the Securities and Exchange Commission)u (the "Commission")" Crrnecvkqp"hqt"cp"Qtfgt"vq"Ujqy "Ecwug"yj {"Fghgpfcpv"Vtgpfqp"Ujcxgtu"*"Ujcxgtu$+"Ujqwnf "pqv"dg" Jgnf "kp"Ekxkn"Eqpvgo rv"*"Fmt0%,640"""Vj g"Eqwtv"j gtgd{ "ORDERU as follows:

1."	Shavers shall appear at a hearing on ***Thursday, January 6, 2022,*** at ***1:30 p.m.*** before U.S. District Judge Amos L. Mazzant, III,"cv"yj g ***Paul Brown U.S. Courthouse, 101 E. Pecan Street, Sherman, Texas 75090***, and show cause why he should not be held in civil contempt for violating the Final Judgment dated September 19, 2014 (Dkt. #90).

2."	Until this Court holds a hearing in this matter, all accounts of Trendon Shavers," including but not limited to: Shaver's individual Wells Fargo account -5366 and any account in Shavers' name or in which he owns a beneficial interest at Coinbase shall be frozen.

3."	Opposition papers, if any, shall be filed and served no later than December 15, 2021."The Commission shall file and serve its reply by December 22, 2021.

- 2 -

4.     If Shavers fails to file answering papers and/or appear, the Court may find him in default and enter an appropriate order against him at such time without further notice being given.

Plaintiff is directed to serve Defendant Trendon Shavers with a copy of this Order.

**IT IS SO ORDERED.**

**SIGNED this 29th day of November, 2021.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE