| | |
|---|---|
| From: | UPS |
| To: | King, Maureen P. |
| Subject: | UPS Delivery Notification, Tracking Number 1Z88R5V40191357165 |
| Date: | Friday, September 3, 2021 12:06:44 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.



## Hello, your package has been delivered.

**Delivery Date:** Friday, 09/03/2021
**Delivery Time:** 11:04 AM
**Left At:** FRONT DOOR



| Set Delivery Instructions | Manage Preferences | View My Packages |

### SEC NEW YORK REGION

| | |
|---|---|
| **Tracking Number:** | 1Z88R5V40191357165 |
| **Ship To:** | TRENDON T. SHAVERS<br>10012 LONG BRANCH DRIVE<br>MCKINNEY, TX 750711260<br>US |
| **Number of Packages:** | 1 |
| **UPS Service:** | UPS Next Day Air® |
| **Package Weight:** | 0.0 LBS |

 Download the UPS mobile app

© 2021 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email.

Manage Your UPS My Choice Delivery Alerts

**Review the UPS Privacy Notice**

**Review the UPS My Choice Service Terms**

