| | |
|---|---|
| **From:** | tshavers@buscog.com |
| **To:** | King, Maureen P. |
| **Subject:** | RE: smail |
| **Date:** | Thursday, December 2, 2021 4:07:14 PM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I object to asking anyone to do anything beyond what they want to do.

Trendon

--- Originally sent by kingmp@sec.gov on Dec 2, 2021 2:50 PM ---

This message was sent securely using

Zix®

Mr. Shavers:

Please let me know if you will provide the last name and contact information for your next door neighbor or former next door neighbor, Todd.

Also, please let me know if you have any objection to my requesting that

the Court order: (i) Ashley Shavers, (ii) Chris Thompson, and (iii) Todd appear as witnesses at the January 6th hearing.



Maureen Peyton King

Senior Trial Counsel

Securities and Exchange Commission

New York Regional Office

Brookfield Place

200 Vesey Street, Room 400

New York, N.Y 10281

(212) 336-0111

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.

This message was secured by Zix®.

This message was secured by Zix(R).