| | |
|---|---|
| **From:** | King, Maureen P. |
| **To:** | "tshavers@buscog.com" |
| **Subject:** | smail SEC v. Shavers |
| **Date:** | Tuesday, November 30, 2021 6:02:00 PM |
| **Attachments:** | DE 96.pdf |
| | Doc Request Follow up.pdf |
| | Statement Financial Condition x.pdf |

Mr. Shavers,

Further to our call tonight, please see the attached documents: the Court's Order; the document request; and the sworn financial statement form. Please let me know if you have any questions.

*Maureen Peyton King*

*Senior Trial Counsel*

*Securities and Exchange Commission*

*New York Regional Office*

*Brookfield Place*

*200 Vesey Street, Room 400*

*New York, N.Y 10281*

*(212) 336-0111*

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.