UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                          **Plaintiff,**<br><br>            v.<br><br>**SHAVERS, ET AL.**<br><br>                                          **Defendant.** | 13-cv-416 |

**[PROPOSED] ORDER**

Upon the application and supporting papers of the Securities and Exchange Commission (the "Commission") to compel discovery, the Commission's application is GRANTED.

It is hereby ORDERED that Defendant Trendon Shavers ("Shavers") shall respond to the Commission's document request by December 15, 2021.

Dated:      Eastern District of Texas,
               Sherman Division

              _____, 2021           _____
                                                                   UNITED STATES DISTRICT JUDGE