**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

**SECURITIES AND EXCHANGE COMMISSION,**

|                                              |                    |
|----------------------------------------------|--------------------|
|                                **Plaintiff,**| **13-cv-416**      |
|                        **v.**                |                    |
| **SHAVERS, ET AL.**                          |                    |
|                                **Defendant,**|                    |

**CERTIFICATE OF SERVICE**

I, Maureen Peyton King, certify that:

On December 2, 2021, consistent with the Court's Orders, I caused the following documents to be mailed to Defendant Trendon Shavers by UPS:

- The Commission's motion to file an application for an order to show cause why Trendon Shavers should not be held in contempt and to freeze assets ex parte and under seal, DE 93;

- [Proposed] order granting Plaintiff's motion, DE 93-1;

- The Commission's application for an order to show cause why Trendon Shavers should not be held in contempt, DE 94;

- Proposed Order to Show Cause, DE 94-1;

- Declaration of Maureen Peyton King, DE 94-2;

- Order granting Plaintiff's motion for filing an order to show cause and freeze assets ex parte and under seal, DE 95; and

- Order to Show Cause, DE 96.[1]

Dated:

New York, New York
December 16, 2021

s/ Maureen Peyton King
Maureen Peyton King
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
Tel.: 212-336-0111 (King)
E-mail: kingmp@sec.gov

---

[1] The Commission also served the Order to Show Cause using a process server.  See attachment A.