# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 4:13-CV-416

Plaintiff:
**U.S. Securities & Exchange Commission**

vs.

Defendant:
**Shavers; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Trendon Shavers, 2305 South Cluster, Apt. 1507, McKinney, TX 75070**.

I, Chris Cloud, do hereby affirm that on the **2nd day of December, 2021** at **7:02 pm**, I:

Served Order to Show Cause personally to Trendon Shavers at 10012 Long Branch Drive, McKinney, TX 75072.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Chris Cloud_     12/4/21
Chris Cloud         Date
Process Server

Cavalier CPS
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2021012256
Ref: 22-NYRO-034

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c

