UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              **Plaintiff,**<br><br>   v.<br><br>SHAVERS, ET AL.<br><br>              **Defendant.** | 4:13-cv-416<br>Judge Mazzant |

## ORDER

Upon the application and supporting papers of the Securities and Exchange Commission (the "Commission") to compel discovery and for contempt, it is hereby ORDERED:

Defendant Trendon Shavers ("Shavers") shall respond to the Commission's request for sworn financial statements and supporting documents in the form provided by the Commission no later than January 21, 2022;

The Commission's motion to compel document production (Dkt. #97) is GRANTED.  Shavers will provide all documents sought in the Commission's document request, (Dkt. #97), no later than January 31, 2022;

All funds in Shavers' name, frozen pursuant to Court order, and held at Coinbase shall be turned over directly to the Commission to be applied to the Final Judgment.  Such funds shall be paid by Coinbase to the Commission within 10 days of receipt of this Order pursuant to the payment instructions below or by wire transfer;

All funds Shavers holds at Wells Fargo in accounts -5366 and -6932 and frozen by order of this Court are hereby RELEASED;

Defendant Shavers shall commence making monthly payments of $400 on January 21, 2022 and continue to make monthly payments of $400 per month on February 21, 2022, March 21, 2022, April 21, 2022, May 21, 2022 and June 21, 2022;

Defendant Shavers shall make payments: (i) from a bank account via Pay.gov through the SEC website at https://www.sec.gov/paymentoptions; or (ii) by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

>   Enterprise Services Center
>   Accounts Receivable Branch
>   6500 South MacArthur Boulevard
>   Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; naming Trendon Shavers as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment;

Defendant Shavers shall provide proof of each payment by email to Maureen Peyton King at kingmp@sec.gov.

Defendant Shavers shall continue to provide all documents related to his income and finances requested by the Commission;

Upon the Commission's review of the financial information provided by Shavers, the Commission and Shavers shall reach an agreement to increase Shavers' monthly payments after June 21, 2022, if appropriate, and so advise the Court; and

The Court's finding of contempt shall be held in abeyance unless and until Shavers violates the terms of this Order and the Commission seeks entry of a contempt order.

**IT IS SO ORDERED.**

**SIGNED this 13th day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE