| | |
|---|---|
| **From:** | King, Maureen P. |
| **To:** | "tshavers@buscog.com" |
| **Subject:** | smail SEC v. Shavers |
| **Date:** | Tuesday, January 25, 2022 8:12:00 AM |

Mr. Shavers:

I cannot notarize documents.  I also do not know and cannot advise you on what's required to have a document notarized in Texas.

Maureen Peyton King
Senior Trial Counsel
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Room 400
New York, N.Y 10281
(212) 336-0111

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.


-----Original Message-----
From: tshavers@buscog.com <tshavers@buscog.com>
Sent: Tuesday, January 25, 2022 8:07 AM
To: King, Maureen P. <KingMP@SEC.GOV>
Subject: RE: smail SEC v. Shavers

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Ms. King,

Would you be able to notarize it for me? My license is expired and spent half the day yesterday looking for my passport. If I'm not able to find it, is there a option for another way to confirm it?

Thanks,

Attending Shavers

--- Originally sent by kingmp@sec.gov on Jan 25, 2022 6:52 AM --- Mr. Shavers:

Thank you.  Please provide the notarized financials by Friday.

Maureen Peyton King
Senior Trial Counsel
Securities and Exchange Commission
New York Regional Office

Brookfield Place
200 Vesey Street, Room 400
New York, N.Y 10281
(212) 336-0111

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States
Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain
confidential, non-public, and privileged information. If you are not the intended recipient, please do not read,
distribute, or take action in reliance upon this message. If you have received this email in error, please notify the
sender immediately by return email and promptly delete this message and its attachments from your computer
system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email
or any attachments to it.


-----Original Message-----
From: tshavers@buscog.com <tshavers@buscog.com>
Sent: Saturday, January 22, 2022 8:20 AM
To: King, Maureen P. <KingMP@SEC.GOV>
Subject: RE: smail SEC v. Shavers

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless
you recognize the sender and know the content is safe.


Ms. King,

Thank you, I started filling it out last night and will finish it as soon as possible and get it notorized.

If you look at the first email with the documents and scroll down the email body you should see the forwarded
pay.gov confirmation.

Thanks,
Trendon Shavers

--- Originally sent by kingmp@sec.gov on Jan 22, 2022 6:27 AM --- Mr. Shavers:

I just sent you the financial form again.  I do not need duplicate documents.  But you do need to complete your
production and the financial form.

If you received a payment confirmation, please send it to me.  If you have more questions, please let me know.
Thank you.

Maureen Peyton King
Senior Trial Counsel
Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Room 400
New York, N.Y 10281
(212) 336-0111

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States
Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain
confidential, non-public, and privileged information. If you are not the intended recipient, please do not read,
distribute, or take action in reliance upon this message. If you have received this email in error, please notify the
sender immediately by return email and promptly delete this message and its attachments from your computer
system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email

or any attachments to it.

-----Original Message-----
From: tshavers@buscog.com <tshavers@buscog.com>
Sent: Friday, January 21, 2022 6:18 PM
To: King, Maureen P. <KingMP@SEC.GOV>
Subject: RE: smail SEC v. Shavers

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Ms. King

I know this might seem easy, but if you could dumb it down for me, I would appreciate it. I'm overwhelmed with what things mean. I didn't see any document titled sworn statement. I'll get it filled out. The documents it needs that are duplicate to the ones sent, do you need them attached again?

Did you get the payment confirmation?

Thanks,
Trendon Shavers

--- Originally sent by kingmp@sec.gov on Jan 21, 2022 5:06 PM --- Yes.  You acknowledged having received it.  It essentially calls for disclosure of your assets, liabilities, income and expenses.

Sent from my iPhone

> On Jan 21, 2022, at 5:46 PM, tshavers@buscog.com wrote:
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
>
> Ms. King
>
>
> Is this the one you were speaking of as sworn statement. I can fill it out if so.
>
> Thanks,
>
> Trendon Shavers
>
> --- Originally sent by kingmp@sec.gov on Nov 30, 2021 7:02 PM ---
>
>
>
>
>          This
>            message was sent securely using
>
>
>          Zix
>          ®
>
>
>

> 
> 
> 
> 
> 
> 
> 
> Mr.
>  Shavers,
> 
> 
> 
> 
> 
> 
> 
> Further
>  to our call tonight, please see the attached documents: the
>  Court's Order; the document request; and the sworn financial
>  statement form.  Please let me know if you have  any questions.
> 
> 
> 
> 
> 
> 
> 
> 
> Maureen
>   Peyton King
> 
> 
> 
> 
> 
> Senior
>   Trial Counsel
> 
> 
> 
> 
> 
> Securities
>   and Exchange Commission
> 
> 
> 
> 
> 
> New
>   York Regional Office
> 
> 
> 
> 
> 
> Brookfield Place

```
>
>
>
>
>
>    200
>      Vesey Street, Room 400
>
>
>
>
>
>    New
>      York, N.Y 10281
>
>
>
>
>
>    (212)
>      336-0111
>
>
>
>
>
>
>
>
>
>    PRIVILEGED
>      & CONFIDENTIAL: This email message (including any attachments)
>      from the United States Securities and Exchange Commission is for
>      the exclusive use of  the intended recipient(s) and may contain
>      confidential, non-public, and privileged information. If you are
>      not the intended recipient, please do not read, distribute, or
>      take action in reliance upon this message. If you have received
>      this email in error, please  notify the sender immediately by
>      return email and promptly delete this message and its attachments
>      from your computer system. The sender of this email does not
>      intend to waive any privileges that may apply to the contents of
>      this email or any attachments to  it.
>
>
>
>
>
>
>
>
>
>
>
>
>  This message was secured by
>
>          Zix
>
>      ®
```

>   .
>
>
>
>
>
>
> This message was secured by Zix(R).


This message was secured by Zix(R).


This message was secured by Zix(R).


This message was secured by Zix(R).


This message was secured by Zix(R).


This message was secured by Zix(R).


This message was secured by Zix(R).