Ms. King

Below is my response to the document request by the Securities and Exchange Commission.  Please let me know if you need anything else.

1 - Tax Returns

    Included in the attached zip file.

2-3  - Bank Accounts /Statements

    Included in the attached zip file.

4 - Signatory Authority

    Wells Fargo -3566 and -6932 (Included in the attached zip file)

5 - Credit Cards

    Included in the attached zip file.

6 - Income

    Income accounting is burdensome due to the nature of work.

7 - Income statements

    No Documents Available

8 - Income recieved by others on my behalf

    Not Applicable and/or No Documents Available

9 - Entity Affiliation

    Not Applicable and/or No Documents Available

10 - Entity Interest

    Not Applicable and/or No Documents Available

11 - Business Affiliation

    Not Applicable and/or No Documents Available

12 - Business' Acquired

    Not Applicable and/or No Documents Available

13 - Property Interest

    Not Applicable and/or No Documents Available

14 - Personal Property over $5,000

    Not Applicable and/or No Documents Available

15 - Crypto Holdings

    No holdings as of 01/17/2022

    Prior holdings included in the attached zip file.

16 - Safety Deposit Boxes

    Not Applicable and/or No Documents Available

17 - Owner Of Residence

    Included in attached zip file.

18 - Transfers over $5,000

    Included in attached zip file. (Bank Statements)

19 - Transfers into other currencies

    Not Applicable and/or No Documents Available

20 - Withdrawls of $1,000 or more

    Included in attached zip file. (Bank Statements)

21 - Parties owning me more than $100

    Not Applicable and/or No Documents Available

22 - Net Worth

    -$47,889,210 Based on known information.

23 - Assets, Liabilities and expenses over $5,000

    Included in the attached zip file.

24 - Financial Statements Made Under Oath

    Not Applicable and/or No Documents Available

25 - Education Payments

    Not Applicable and/or No Documents Available

26 - Trusts Created

    Not Applicable and/or No Documents Available

27 - Funds Transfered To A Trust

    Not Applicable and/or No Documents Available

28 - Trusts Beneficiary

    Not Applicable and/or No Documents Available

29 - Communication With Accounting Firm/Professional

    Not Applicable and/or No Documents Available

30 - Contact Information For Accounting Firm/Prefessional/Attorney

    Not Applicable and/or No Documents Available

31 - Court Ordered Monetary Obligations

    Included In the attached zip file.