| | |
|---|---|
| **From:** | tshavers@buscog.com |
| **To:** | King, Maureen P. |
| **Subject:** | RE: smail |
| **Date:** | Tuesday, February 1, 2022 8:02:32 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. King

The sworn statement is going to be Friday, I've found a way to get it notorized.

I'm reviewing the document request to see what is missing.

Trendon Shavers

--- Originally sent by kingmp@sec.gov on Feb 1, 2022 6:16 AM ---

This message was sent securely using

Zix®

Mr. Shavers:

We have not received the sworn financial statement, due Jan. 21, or a complete response to the document request, due Jan. 31. Please let me know when I can expect these documents.   If we do not receive them promptly, we will go back to Court.  Thank you.

Maureen Peyton King

Senior Trial Counsel

Securities and Exchange Commission

New York Regional Office

Brookfield Place

200 Vesey Street, Room 400

New York, N.Y 10281

(212) 336-0111

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.

------------------------------------------------------------------------

This message was secured by Zix Corp (R).

This message was secured by Zix(R).