```
 1                    UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF TEXAS
 2                          SHERMAN DIVISION

 3   SECURITIES AND EXCHANGE          | DOCKET 4:13CV416
     COMMISSION                       |
 4                                    | JANUARY 24, 2022
     VS.                              |
 5                                    | 1:36 P.M.
                                      |
 6   TRENDON SHAVERS, ET AL           | SHERMAN, TEXAS

 7   -----------------------------------------------------------

 8            VOLUME 1 OF 1, PAGES 1 THROUGH 48

 9      REPORTER'S TRANSCRIPT OF SHOW CAUSE HEARING EXCERPT
          TESTIMONY OF TRENDON SHAVERS AND ASHLEY SHAVERS
10
            BEFORE THE HONORABLE AMOS L. MAZZANT, III
11                  UNITED STATES DISTRICT JUDGE

12   -----------------------------------------------------------

13

14   APPEARANCES:

15   FOR THE PLAINTIFF:      MAUREEN PEYTON KING
                             U.S. SEC - NY
16                           3 WORLD FINANCIAL CENTER, SUITE 400
                             NEW YORK, NY 10281-1022
17
                             MARSHA C. MASSEY
18                           U.S. SEC - DC
                             100 F STREET, NE
19                           MAIL STOP 5628
                             WASHINGTON, DC 20549
20

21   COURT REPORTER REPORTER:
                             CHRISTINA L. BICKHAM, CRR, RDR
22                           FEDERAL OFFICIAL REPORTER
                             101 EAST PECAN
23                           SHERMAN, TX 75090

24

25       PROCEEDINGS RECORDED USING MECHANICAL STENOGRAPHY;
         TRANSCRIPT PRODUCED VIA COMPUTER-AIDED TRANSCRIPTION.
```

1  different things, just user names, not real names but user
2  names.
3  Q.  Okay.  Does your wife have any sources of income?
4  A.  Yes.
5  Q.  What are they?
6  A.  Child support.
7  Q.  Okay.  Approximately how much child support does she
8  receive?
9  A.  I believe it's now 400, 400 a month now.  The boys are
10 now of age.  It's just back pay, essentially.
11 Q.  So -- and that's the only income your wife has?
12 A.  Yes.  At this point, yes.
13 Q.  Okay.  And was -- when you say "at this point," was
14 there a change at some point?
15 A.  No.  During the time she was a bus driver -- you'd have
16 to go how far back.  But she's going into some new art
17 stuff, and so I'm sure she'll have some income at some
18 point.
19 Q.  Okay.  You earn income, correct?
20 A.  Correct.
21 Q.  What do you do to earn income?
22 A.  Automotive technician and I do tech support.
23 Q.  I'm sorry.  What was the first thing you said?
24 A.  Automotive technician.
25 Q.  Okay.  How much do you earn as an automotive

1  technician?
2  A.  It's really kind of moved up.  I'd say 900 a week or so
3  in the last --
4  Q.  Okay.  So --
5  A.  In the last, yeah, couple months it's picked up.
6  Q.  Okay.  So about $3,600 a month?
7  A.  It's kind of a hard -- hard thing to do.  I would say
8  3,000.
9  Q.  Okay.  And how about from tech support?
10 A.  That's kind of dying off.  I'm getting more into the
11 cars.  So maybe $200 -- $200 a week.
12 Q.  A week.  Okay.
13      So your income is somewhere around $4,000 a month?
14 A.  About that.
15 Q.  Okay.  And is that -- do you earn cash, or do you get
16 paid from a source?
17 A.  Yeah.  So most of it's cash or it will -- they will
18 Zelle it to me or they'll -- there are checks.  Most of
19 it's cash, though.
20 Q.  And when you say "they," are we talking about
21 customers?
22 A.  Yeah, customers, clients.
23 Q.  Okay.  Do you have -- do either of your businesses have
24 a name?
25 A.  No.  No.  It's just -- it started as word of mouth and