UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 13-cv-416 |
| v. | |
| SHAVERS, ET AL. | |
| Defendants, | |

### [PROPOSED] ORDER FINDING DEFENDANT TRENDON SHAVERS IN CONTEMPT

**WHEREAS** the Court entered Judgment obligating Shavers and an entity he controlled to pay disgorgement and prejudgment interest of $40,404,667 ("Disgorgement Obligation");

**WHEREAS** Shavers has failed to satisfy the Disgorgement Obligation;

**WHEREAS** the Commission sought to have Shavers held in contempt;

**WHEREAS,** following a January 6, 2022 contempt hearing, the Court ordered Shavers, among other things, to: (i) respond to the Commission's request for sworn financial statements and supporting documents in the form provided by the Commission no later than January 21, 2022; and (ii) provide all documents sought in the Commission's document request (Dkt. #97), no later than January 31, 2022 ("Contempt Order");

**WHEREAS** the Court held a finding of contempt in abeyance unless and until Shavers violates the terms of the Contempt Order;

**WHEREAS** Shavers violated the Contempt Order because he did not provide a sworn financial statement or all of the documents the Commission sought in its document request;

- 2 -

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant Trendon Shavers is in contempt of this Court's orders to pay the Disgorgement Obligation and produce a sworn financial statement and documents responsive to the Commission's requests;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Trendon Shavers will produce the sworn financial statements, all support thereto and all outstanding documents requested by the Commission by no later than February 22, 2022 or face further sanctions up to incarceration by the Court; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant Trendon Shavers shall remain in contempt until his Disgorgement Obligation is paid in full.

Dated:   Eastern District of Texas,
         Sherman Division

_____, 2022        _____
                                    UNITED STATES DISTRICT JUDGE