# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | Case No. 4:13-CV-416<br>Judge Mazzant |
| TRENDON T. SHAVERS | § § § | |

## ORDER TO SHOW CAUSE

Pending before the Court is the Securities and Exchange Commission's (the "SEC") Motion For Entry Of A Civil Contempt Order Against Defendant Trendon Shavers (Dkt. #102). The Court acknowledges that Shavers has failed to comply with several orders issued by the Court in this matter. Most recently, Shavers has failed to comply with the Court order issued on January 13, 2022 (Dkt. #100). The Court ordered Shavers to turn over several financial documents to the SEC rather than holding him in contempt. Shavers has still failed to turn over each these documents. The Court hereby **ORDERS** as follow:

1. Shavers shall appear at a hearing on **Monday May 2, 2022, at 2:00 p.m. before U.S. District Judge Amos L. Mazzant, at the Paul Brown U.S. Courthouse, 101 E. Pecan Street, Sherman, Texas 75090**, and show cause why he should not be held in civil contempt for violating the Final Judgment dated September 19, 2014 (Dkt. #90) and the Court's January 13, 2022 order (Dkt. #100).

2. At the show cause hearing, Shavers shall provide all documents sought in the Commission's document request (Dkt. #97).

3. If Shavers fails to appear, the Court may find him in default and enter an appropriate order against him at such time without further notice being given.

**IT IS SO ORDERED**.

**SIGNED this 14th day of April, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE