| | |
|---|---|
| **From:** | tshavers@buscog.com |
| **To:** | King, Maureen P. |
| **Subject:** | RE: smail SEC v. Shavers |
| **Date:** | Thursday, April 28, 2022 11:51:54 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I agree to all points.

Trendon Shavers

--- Originally sent by kingmp@sec.gov on Apr 28, 2022 10:49 AM ---

This
 message was sent securely using

Zix
®

Mr.
 Shavers:

Thank
 you for speaking with me.  I understand that we have agreed that
 you will:

(i)

catch-up on your delinquent $400 per month payments by paying a total of $800 no later than May 13, 2022;

(ii) continue to make $400 payments per month going forward with the amount to be reassessed annually (and provide documents such as tax returns upon request);

(iii) provide non-notarized sworn financial statements by email today; and

(iv) notarized sworn financials by no later than June 24, 2022.

Based on your agreement, I will request that the Court hold in abeyance the SEC's request to have you held in contempt. I will propose to the Court that I provide an update to the Court by July 1, 2022 as to whether you have complied with the agreements. I understand you have access to ECF and receive service through ECF. As discussed, if you change your email address please advise me and the Court.

Please

respond to this email promptly so that I may notify the Court (if you agree).  Thank you.

Maureen Peyton King

Senior Trial Counsel

Securities and Exchange Commission

New York Regional Office

100 Pearl Street, Room 20-100

New York, N.Y. 10004

(212) 336-0111

PRIVILEGED & CONFIDENTIAL: This email message (including any attachments) from the United States Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential, non-public, and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return email and promptly delete this message and its attachments from your computer system. The sender of this email does not intend to waive any privileges that may apply to the contents of this email or any attachments to it.

---

This message was secured by
  Zix
   Corp
  (R)
  .

This message was secured by Zix(R).