UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | | |
| | **Plaintiff,** | 13-cv-416 |
| v. | | |
| **SHAVERS, ET AL.** | | |
| | **Defendants,** | |

**[PROPOSED] ORDER**

  **WHEREAS** Plaintiff Securities and Exchange Commission (the "SEC") sought contempt against Defendant Trendon Shavers ("Trendon") because he had failed to pay the $40.4 million disgorgement obligation ordered by this Court on September 19, 2014;

  **WHEREAS** on January 6, 2022, the Court held a hearing on the Commission's contempt application;

  **WHEREAS** following the hearing, the parties met and agreed to terms which were incorporated into the Court's Order entered on January 13, 2022 (Dkt. #100) requiring Shavers, among other things to: (i) respond to the Commission's request for sworn financial statements and supporting documents in the form provided by the Commission no later than January 21, 2022; and (ii) make payments of $400 per month for six months;

  **WHEREAS** although Shavers has not yet provided sworn financial statements to the Commission or made the March or April payments ordered, the SEC is working with Shavers in an effort to resolve these issues without involving the Court;

**WHEREAS** Shavers has now agreed to:

(i)  cure the payment delinquency by paying the SEC $800 by May 13, 2022;

(ii)  continue making payments of $400 per month going forward with the amount to be reassessed annually (and to provide documents such as tax returns upon request);

(iii)  provide non-notarized sworn financial statements by email on April 28, 2022; and

(iv)  provide notarized sworn financial statements by no later than June 24, 2022.

**IT IS HEREBY ORDERED THAT** the hearing scheduled for May 2, 2022 at 2 p.m. is cancelled;

**FURTHER ORDERED** that the SEC's request to hold Shavers in contempt will be held in abeyance; and

**FURTHER ORDERED** that SEC counsel will provide a status update to the Court by July 1, 2022.