UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                        Plaintiff,<br><br>v.<br><br>SHAVERS, ET AL.<br><br>                        Defendants, | Civil Action No. 4:13-cv-416<br>Judge Mazzant |

## ORDER

Before the Court are Plaintiff's Application for an Order to Show Cause why Defendant Trendon Shavers should not be held in Civil Contempt (Dkt. #94) and Plaintiff SEC's Motion for Entry of a Civil Contempt Order Against Defendant Trendon Shavers (Dkt. #102). The Court finds that the motions should be DENIED at this time, subject to reinstatement at the request of the SEC.

    IT IS SO ORDERED.

    SIGNED this 8th day of June, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE