UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SECURITIES AND EXCHANGE COMMISSION,

                                **Plaintiff,**        13-cv-416

                    v.

SHAVERS, ET AL.

                                **Defendant,**

## [PROPOSED] ORDER

Upon the motion of the Securities and Exchange Commission (the "SEC") to reinstate contempt proceedings against Trendon Shavers ("Shavers"), it is hereby ORDERED as follows:

1.    Shavers shall file a response to the SEC's motion to reinstitute contempt proceedings against him by _____, 2022. The Commission shall file and serve its reply by _____, 2022.

2.    If Shavers fails to respond to the SEC's motion, the Court may grant the SEC's motion and order appropriate sanctions without further notice being given.

3.    If the Court requires a hearing as to whether contempt proceedings should be reinstated, the Court shall issue a further order setting forth the date and time of such hearing.

Dated:    Eastern District of Texas,
             Sherman Division

             _____, 2022          _____
                                                                      UNITED STATES DISTRICT JUDGE