UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> SHAVERS, ET AL. <br><br> Defendant, | 4:13-cv-416 |

## ORDER

Upon the motion of the Securities and Exchange Commission (the "SEC") to reinstate contempt proceedings against Trendon Shavers ("Shavers"), it is hereby ORDERED as follows:

1. Shavers shall file a response to the SEC's motion to reinstate contempt proceedings against him by July 27, 2022. The Commission shall file and serve its reply by August 3, 2022.

2. If Shavers fails to respond to the SEC's motion, the Court may grant the SEC's motion and order appropriate sanctions without further notice being given.

3. If the Court requires a hearing as to whether contempt proceedings should be reinstated, the Court shall issue a further order setting forth the date and time of such hearing.

**IT IS SO ORDERED.**

SIGNED this 13th day of July, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE