# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| v. | § § | Case No. 4:13-CV-416<br>Judge Mazzant |
| TRENDON T. SHAVERS | § § § | |

## ORDER TO SHOW CAUSE

Having considered the relevant filings and pleadings in this case, the Court orders Defendant Trendon T. Shavers ("Shavers") to show cause why he should not be held in civil contempt. The Court acknowledges that Shavers has failed to comply with several orders issued by the Court in this matter. Most recently, Shavers failed to comply with the Court order issued on July 13, 2022 (Dkt. #108).

In the July 13 Order, the Court ordered Shavers to file a response to the Securities and Exchange Commission's ("SEC") motion to reinstate contempt proceedings against him by July 27, 2022. Furthermore, the Court noted that "[i]f Shavers fails to respond to the SEC's motion, the Court may grant the SEC's motion and order appropriate sanctions without further notice being given" (Dkt. #108, ¶ 2). Shavers did not respond, and has yet to respond, to the SEC's motion.

It is therefore **ORDERED** that Shavers shall appear at a hearing on **Friday, September 23, 2022, at 10:30 a.m.** before U.S. District Judge Amos L. Mazzant, at the Paul Brown U.S. Courthouse, 101 E. Pecan Street, Sherman, Texas 75090, and show cause why he should not be held in civil contempt for violating the Amended Final Judgment dated September 19, 2014 (Dkt. #90), the Court's January 13, 2022 order (Dkt. #100), and the Court's July 13, 2022 order (Dkt. #108).

It is further **ORDERED** that at the show cause hearing, Shavers shall provide all sworn financial statements sought in the SEC's document request (Dkt. #97).

**IT IS SO ORDERED**.

**SIGNED this 15th day of September, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE