# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § § *Plaintiff,* § v. § § TRENDON T. SHAVERS, § § *Defendant.* | Civil Action No. 4:13-cv-416 Judge Mazzant |

## ORDER

Pending before the Court is the SEC's Motion to Extend the Date for Defendant Trendon Shavers to Comply with the Court's Orders or Be Incarcerated (Dkt. #111). Having considered the motion, the Court finds that it should be **GRANTED.**

On October 24, 2022, the Court entered an order finding Shavers in civil contempt for violating multiple orders in this case (Dkt. #110). The Court ordered that Shavers shall be imprisoned for civil contempt until he complies with the Court's orders, and it ordered Shavers to turn himself into the U.S. Marshal's Service by no later than 2:00 p.m. on November 3, 2022. However, Shavers's incarceration would be suspended on the condition that he (1) provided sworn financial statements to the SEC and (2) made his first $400 payment to the SEC by no later than ten days after the entry of the Order.

In its current motion, the SEC requests the Court to extend the deadline for Shavers to make his first $400 payment to the SEC and provide sworn financial statements. Shavers and the SEC are currently in communication, and the SEC represents that Shavers needs further time to comply with both conditions. Finding good cause to modify its previous order, the Court will grant Shavers additional time to make his first $400 payment and provide sworn financial statements

before he is incarcerated. However, the Court notes that Shavers's obligation to pay subsequent monthly payments under the Court's previous order (Dkt. #110) remains unchanged.

It is therefore **ORDERED** that the SEC's Motion to Extend the Date for Defendant Trendon Shavers to Comply with the Court's Orders or Be Incarcerated (Dkt. #111) is hereby **GRANTED.**

It is further **ORDERED** that Shavers's incarceration shall be suspended on the condition that he completes the following: (1) Shavers shall make his first $400 payment towards his disgorgement obligation by no later than November 28, 2022, and (2) Shavers shall submit sworn financial statements to the SEC by no later than March 2, 2023.

It is further **ORDERED** that, if Shavers fails to comply with either condition set forth above, the SEC shall notify the Court. On such notification, the Court will reinstate Shavers's incarceration and issue a warrant for his arrest.

It is further **ORDERED** that Shavers shall continue making subsequently monthly payments to the SEC in compliance with the Court's contempt order (Dkt. #110). The payments must continue until the Court finds on the SEC's or Shavers's motion that he has (1) a complete inability to pay his disgorgement obligation or (2) he has paid his disgorgement obligation in full. The SEC and Shavers may agree to modify the amount to be paid in the subsequent monthly payments without further order of this Court. If Shavers fails to make the subsequent monthly payments to the SEC, the SEC shall notify the Court. Upon receiving such notice, the Court will reinstate Shavers's incarceration.

**IT IS SO ORDERED.**
**SIGNED this the 3rd day of November, 2022.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE