# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Civil Action No. 4:13-cv-00416 |
| v. | § § | Judge Mazzant |
| TRENDON T. SHAVERS, | § § § | |
| Defendant. | | |

## MEMORANDUM OPINION AND ORDER

On June 30, 2022, the Securities and Exchange Commission filed its Status Report and

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
7940 PRESTON ROAD
PLANO, TEXAS 75024

OFFICIAL BUSINESS

RECEIVED
DEC 1 2 2022
Clerk, U.S. District Court
Texas Eastern

#110



Trendon T Shavers
2305 South Custer, Apt. 1507
McKinney, TX 75070

NIXIE  756  FE 1  0012/08/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75024236099  *2034-04974-25-42

investors that he would make them significant returns by trading Bitcoin against the U.S. Dollar. In reality though, Shavers used any new investments to pay outstanding BTCST investments as purported "returns," or simply diverted new investments for his own personal use.